UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>Defendant. | Case No. 1:22-cv-00329-BLW<br><br>**ORDER** |

**IT IS HEREBY ORDERED that** the following recitation of deadlines and procedures will govern the filing by *amicus curiae* in this litigation:

1. **Applicability**: This Order governs *amicus curiae* filings during the Court's consideration of the United States' motion for a preliminary injunction.

2. **When Permitted**: An *amicus curiae* may file an *amicus curiae* brief only upon leave of Court, which may be granted after the submission of a motion for leave to file.

3. **Motion for Leave to File**: A motion for leave to file an *amicus* brief shall concisely state the nature of the movant's interest; identify the party or parties supported, if any; and set forth the reasons why an *amicus* brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case. The motion shall state the position of each party as to the filing of such a brief. The prospective *amicus curiae* must submit a proposed order consistent with Idaho Local District Civil Rules.

4. **Timing**: An *amicus curiae* supporting the United States of America must file its brief, accompanied by a motion for filing, ***no later than August 15, 2022***. An *amicus curiae* supporting the State of Idaho must file its brief, accompanied by a motion for filing, ***no later than 12:00 MDT on August 19, 2022***. An *amicus curiae* that does not support either party must file its brief no later than ***no later than 12:00 MDT on August 19, 2022***.

5. **Contents and Form**: An *amicus* brief must comply with the requirements set forth in Federal Rule of Appellate Procedure 29(a)(4) and Idaho Local District Civil Rule 7.1. and shall not exceed 20 pages.

ORDER - 2

6. **Oral Argument**: An *amicus curiae* may participate in oral argument only with the Court's permission.

7. **Docketing Clerk**: If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED: August 8, 2022

B. Lynn Winmill
U.S. District Court Judge

ORDER - 3