Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone: (208) 345-3333
Facsimile: (208) 345-4461
dbower@morrisbowerhaws.com

Monte Neil Stewart, ISB #8129
11000 Cherwell Court
Las Vegas, Nevada 89144
monteneilstewart@gmail.com

*Attorneys for Proposed Intervenors-Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>    Defendant. | Case No. 1:22-cv-00329-BLW<br><br>**IDAHO LEGISLATURE'S MOTION TO INTERVENE** |

    The Speaker of the Idaho House of Representatives Scott Bedke, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Sixth Idaho Legislature (collectively the "Legislature") respectfully move this Court for leave to intervene in this civil action as

intervenor-defendants to defend Idaho Code § 18-622. The Legislature makes its motion pursuant to Federal Rule of Civil Procedure 24(a)(2), as interpreted and applied by *Berger v. N.C. State Conf. of the NAACP*, --U.S.--, 142 S. Ct. 2191 (2022), which held that a state legislature may intervene as a matter of right in a case such as this. Alternatively, the Legislature makes its motion pursuant to Federal Rule of Civil Procedure 24(b), which invokes this Court's discretion as exercised under certain guidelines (both the Rule 24(a)(2) motion and the Rule 24(b) motion are hereafter referred to collectively as the "Motion"). As required by Federal Rule of Civil Procedure 24(c), the Legislature's proposed Answer is attached as Exhibit 1.

The Legislature makes its Motion on the grounds that;

- Idaho Code § 67-465 states: "When a party to an action challenges in state or federal court the constitutionality of an Idaho statute, facially or as applied, challenges an Idaho statute as violating or being preempted by federal law, or otherwise challenges the construction or validity of an Idaho statute, either or both houses of the legislature may intervene in the action as a matter of right by serving a motion upon the parties as provided in state or federal rules of civil procedure, whichever is applicable." (Hereafter, the "Intervention Statute.");

- the United States Supreme Court in *Berger* held that, in the face of a state statute like the Intervention Statute and in a case like this one, the state

    legislature may intervene as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2);

- because the Legislature is willing and able to, and will, meet all filing deadlines now and hereafter in effect, the intervention will not delay or prejudice the adjudication of the original parties' rights;

- the Legislature has unique understandings and insights into the statute at issue here, Idaho Code § 18-622 ("622 Statute"), that will assist this Court in the just resolution of this civil action;

- the Legislature has unique understandings and insights into Idaho emergency room abortions (the only type of abortions at issue here) that will also assist this Court in the just resolution of this civil action; and

- the defendant State of Idaho, represented by the Idaho Attorney General's Office, has no objection to the Motion.

In the event this Court denies the Motion, and with respect to the United States' Motion for Preliminary Injunction due to be filed on August 8, 2022, the Legislature moves for leave to file an *amici curiae* brief by August 19, 2022, and to participate in the August 22, 2022 hearing on that motion ("Amicus Motion"). The Amicus Motion invokes this Court's broad discretion to allow the participation of *amici curiae* in a case.[1] The Amicus Motion is based on the last four grounds set forth above for the Motion.

---

[1] *See, e.g., Cascade Natural Gas Corp. v. El Paso Natural Gas Co.*, 386 U.S. 129, 159 n.27 (1967) (Stewart, J. dissenting); *Kollaritsch v. Michigan State Univ. Bd. of Trustees*, No. 1:15-CV-1191,

IDAHO LEGISLATURE'S MOTION TO INTERVENE - 3

The Motion and the Amicus Motion are further supported by the following Memorandum in Support of Motion.

Dated this 8th day of August, 2022.

             MORRIS BOWER & HAWS PLLC

             By:   /s/ Daniel W. Bower
                Daniel W. Bower

               /s/ Monte Neil Stewart
             Monte Neil Stewart

             *Attorneys for Proposed Intervenors-Defendants*

---

2017 WL 11454764, at *1 (W.D. Mich. Oct. 30, 2017); *Waste Mgmt. of Pennsylvania, Inc. v. New York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995).

IDAHO LEGISLATURE'S MOTION TO INTERVENE - 4

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brian David Netter<br>DOJ-Civ<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: brian.netter@usdoj.gov |
| Daniel Schwei<br>DOJ-Civ<br>Federal Programs Branch<br>1100 L Street, N.W., Ste. 11532<br>Washington, D.C. 20530<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: daniel.s.schwei@usdoj.gov |
| Julie Straus Harris<br>DOJ-Civ<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: julie.strausharris@usdoj.gov |
| Lisa Newman<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: lisa.n.newman@usdoj.gov |
| Anna Lynn Deffebach<br>DOJ-Civ<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W., Ste. 12104<br>Washington, D.C. 20005<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: anna.l.deffebach@usdoj.gov |

| | |
|---|---|
| Christopher A. Eiswerth<br>DOJ-Civ<br>Federal Programs Branch<br>1100 L Street, N.W., Ste. 12310<br>Washington, D.C. 20005 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email:<br>  christopher.a.eiswerth@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Emily Nestler<br>DOJ-Civ<br>1100 L Street<br>Washington, D.C. 20005 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: emily.b.nestler@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Lawrence G. Wasden<br>Attorney General<br><br>Steven L. Olsen<br>Chief of Civil Litigation<br>Megan A. Larrondo<br>Dayton P. Reed<br>Ingrid C. Batey<br>Deputy Attorneys General<br>954 W. Jefferson Street, 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720-0010 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile: (208) 334-2400<br>☒ ECF Email:  steven.olsen@ag.idaho.gov<br>         megan.larrondo@ag.idaho.gov<br>         dayton.reed@ag.idaho.gov<br>         ingrid.batey@ag.idaho.gov |

*Attorneys for Defendant*

              */s/ Daniel W. Bower*
              Daniel W. Bower