Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone:  (208) 345-3333
Facsimile:   (208) 345-4461
dbower@morrisbowerhaws.com

Monte Neil Stewart, ISB #8129
11000 Cherwell Court
Las Vegas, Nevada 89144
monteneilstewart@gmail.com

*Attorneys for Proposed Intervenors-Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cv-00329-BLW |
| Plaintiff, | **MOTION TO EXPEDITE CONSIDERATION OF IDAHO LEGISLATURE'S MOTION TO INTERVENE** |
| v. | |
| THE STATE OF IDAHO, | |
| Defendant. | |

The Speaker of the Idaho House of Representatives Scott Bedke, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Sixth Idaho Legislature (collectively the "Legislature") respectfully move this Court, pursuant to District Local Rule Civ. 6.1,

Federal Rule of Civil Procedure 6(c)(1)(C) to expedite consideration of the Legislature's motion for leave to intervene in this civil action as intervenors-defendants to defend Idaho Code § 18-622 [Dkt. 15]. The purpose of this request to expedite consideration is to permit the Legislature, as intervenors, to participate in the motion practice currently before this Court related to the United States' Motion for Preliminary Injunction due August 8, 2022 (referred to as "Plaintiff's Motion"). Pursuant to this Court's orders (*see* August 8, 2022 Orders [Dkts. 13 and 14]), briefing related to Plaintiff's Motion is due August 19, 2022, with argument scheduled for August 22, 2022.

## DISCUSSION

The Legislature makes its motion pursuant to District Local Rule Civ. 6.1, Federal Rule of Civil Procedure 6(c)(1)(C), and 28 U.S.C. 1657, that collectively allows for expedited consideration of a motion to intervene for "good cause." *See Malam v. Adducci*, No. 20-10829, 2020 WL 12739428, at *1 (E.D. Mich. Apr. 3, 2020) ("The Court has the authority to expedite consideration of [Movants' motion to intervene] pursuant to Federal Rule of Civil Procedure 6(c)(1)(c) and 28 U.S.C. 1657….Movants have demonstrated good cause….[that] render necessary expedited consideration of this motion to intervene.") Good cause exists given the expedited nature of the proceedings before this Court. Here, where this Court has already set a briefing schedule and argument schedule related to the Plaintiff's Motion and where this Court has indicated a desire to rule on that motion on or before August 25, 2022, the effective date of the Idaho Code § 18-622 (referred to in the Legislature's briefing as "the 622 Statute")—good cause exists for expedited consideration

of the Legislature's request to participate as an intervenor. As set forth more fully in the Legislature's Memorandum in Support of Motion to Intervene (Dkt. 15-1), because the Legislature is willing and able to meet all filing deadlines now and hereafter in effect, consideration and/or ruling on this motion for expedited consideration related to participation will not delay or alter the existing scheduling order related to currently ordered briefing and/or argument.

Thus, where "good cause" exists with no impact on the current scheduling order, the Legislature respectfully requests this Court to expedite consideration of its motion requesting leave to participate in the above-captioned matter as an intervenor.

Dated this 8th day of August, 2022.

MORRIS BOWER & HAWS PLLC

By:   /s/ Daniel W. Bower
      Daniel W. Bower

 /s/ Monte Neil Stewart
Monte Neil Stewart

*Attorneys for Proposed Intervenors-Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brian David Netter
DOJ-Civ
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email: brian.netter@usdoj.gov

*Attorneys for Plaintiff*

Daniel Schwei
DOJ-Civ
Federal Programs Branch
1100 L Street, N.W., Ste. 11532
Washington, D.C. 20530

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email: daniel.s.schwei@usdoj.gov

*Attorneys for Plaintiff*

Julie Straus Harris
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email: julie.strausharris@usdoj.gov

*Attorneys for Plaintiff*

Lisa Newman
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email: lisa.n.newman@usdoj.gov

*Attorneys for Plaintiff*

Anna Lynn Deffebach
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street, N.W., Ste. 12104
Washington, D.C. 20005

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email: anna.l.deffebach@usdoj.gov

*Attorneys for Plaintiff*

MOTION TO EXPEDITE CONSIDERATION OF IDAHO LEGISLATURE'S MOTION TO INTERVENE - 4

Christopher A. Eiswerth
DOJ-Civ
Federal Programs Branch
1100 L Street, N.W., Ste. 12310
Washington, D.C. 20005

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email:
christopher.a.eiswerth@usdoj.gov

*Attorneys for Plaintiff*

Emily Nestler
DOJ-Civ
1100 L Street
Washington, D.C. 20005

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ ECF Email: emily.b.nestler@usdoj.gov

*Attorneys for Plaintiff*

Lawrence G. Wasden
Attorney General

Steven L. Olsen
Chief of Civil Litigation
Megan A. Larrondo
Dayton P. Reed
Ingrid C. Batey
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID 83720-0010

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile: (208) 334-2400
☒ ECF Email:  steven.olsen@ag.idaho.gov
                          megan.larrondo@ag.idaho.gov
                          dayton.reed@ag.idaho.gov
                          ingrid.batey@ag.idaho.gov

*Attorneys for Defendant*

                                    */s/ Daniel W. Bower*
                                    _____
                                    Daniel W. Bower