# FLEISHER DECLARATION: EXHIBIT A

UNIVERSITY OF PENNSYLVANIA - PERELMAN SCHOOL OF MEDICINE
Curriculum Vitae

Date: 10/16/2021

Lee A. Fleisher, M.D.

Address:            Chief Medical Officer
                    Director, Center for Clinical Standards and Quality
                    Center for Medicare and Medicaid Services
                    Baltimore, MD

                    Professor of Anesthesiology and Critical Care
                    Professor of Medicine
                    Perelman School of Medicine of the University of Pennsylvania
                    Philadelphia, PA 19104 USA

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
                    none (U.S. citizen)

Education:
            1981    B.A.      University of Pennsylvania (Molecular Biology)
            1986    M.D.      State University of New York at Stony Brook (Medicine)
            2024    M.Law     University of Pennsylvania Carey School of Law (Law)

Postgraduate Training and Fellowship Appointments:
            1986-1987         Intern in Surgery, University of Minnesota
            1987-1990         Resident in Anesthesiology, Yale University

Faculty Appointments:
            1990-1992         Assistant Professor of Anesthesiology, Yale University School
                              of Medicine
            1992-1996         Assistant Professor of Anesthesiology and Critical Care
                              Medicine, Johns Hopkins University School of Medicine
            1993-2003         Joint Appointment in Medicine, Johns Hopkins University
                              School of Medicine
            1996-2002         Affiliate Faculty, Program for Medical Technology
                              Assessment and Practice, Johns Hopkins University School of
                              Medicine
            1996-2002         Associate Professor of Anesthesiology and Critical Care
                              Medicine, Johns Hopkins University School of Medicine
            1996-2003         Joint Appointment in Health Sciences Informatics, Johns
                              Hopkins University School of Medicine
            1997-2003         Joint Appointment in Health Policy and Management, Johns
                              Hopkins University School of Public Health
            1997-2003         Affiliate Faculty, Center for Evidence Based Medicine, Johns
                              Hopkins University School of Medicine

Lee A. Fleisher, M.D.                                                                                          Page 2

| | |
|---|---|
| 2002-2003 | Professor of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine |
| 2004 | Professor of Anesthesiology and Critical Care, University of Pennsylvania School of Medicine |
| 2004-2010 | Adjunct Professor of Health Sciences Informatics, Johns Hopkins University |
| 2004-2015 | Consulting Professor of Anesthesiology, Duke University |
| 2004-2017 | Professor of Medicine, University of Pennsylvania School of Medicine (Secondary) |
| 2004-2020 | Robert Dunning Dripps Professor of Anesthesia, University of Pennsylvania School of Medicine |
| 2019-present | Professor of Medicine, University of Pennsylvania School of Medicine (Secondary) |
| 2020-present | Professor of Anesthesiology and Critical Care, University of Pennsylvania School of Medicine |

Hospital and/or Administrative Appointments:

| | |
|---|---|
| 1990-1992 | Director, Division of Peripheral Vascular Anesthesia, Yale New Haven Hospital |
| 1990-1992 | Attending Physician, Critical Care Anesthesia Service, Yale New Haven Hospital |
| 1990-1992 | Attending Physician, Liver Transplantation Team, Yale New Haven Hospital |
| 1992-2003 | Attending Physician, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins Hospital |
| 1997-2003 | Anesthesia Coordinator, General Operating Room, Johns Hopkins Hospital |
| 1998-2001 | Director of Manpower and Program Development Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine |
| 1998-2001 | Chief, Division of Perioperative Health Services Research Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine |
| 1999-2003 | Clinical Director of Operating Rooms Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine |
| 2001-2003 | Vice Chair for Clinical Investigation Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine |
| 2002-2003 | Director, Program for Medical Technology Assessment and Practice, Johns Hopkins University School of Medicine |
| 2004-present | Chair, Department of Anesthesiology and Critical Care, University of Pennsylvania Health System |
| 2004-present | Member, Medical Board of the Hospital of the University of Pennsylvania (Vice-Chair, 2012-2014; Chair, 2014-2016) |
| 2007 | Vice-Chair, Search Committee for Chair of Medicine, |

Lee A. Fleisher, M.D.                                                                                   Page 3

|  |  |
|---|---|
|  | University of Pennsylvania |
| 2008-2014 | Chair, Credentials Committee, Hospital of the University of Pennsylvania |
| 2008-present | Chair, Committee on Professional Liability, Clinical Practices of the University of Pennsylvania |
| 2010-2012 | 1st Vice-President, Medical Board, Hospital of the University of Pennsylvania |
| 2010-2012 | Chair, Bylaws Committee of the Medical Board of the Hospital of the University of Pennsylvania |
| 2011-2014 | Member, Advisory Committee for Medical Education (ACME), University of Pennsylvania School of Medicine |
| 2012-2014 | President-elect, Medical Board of the Hospital of the University of Pennsylvania |
| 2012-2014 | Chair, Committee on Clinical Effectiveness and Quality Improvement, Hospital of the University of Pennsylvania |
| 2012-2016 | Member, Board of Trustees, Hospital of the University of Pennsylvania |
| 2012-2015 | Co-Chair, Perelman School of Medicine Information Technology Committee |
| 2012-present | Member, Contracting team with Blue Cross, University of Pennsylvania Health System |
| 2014-2016 | President, Medical Board, Hospital of the University of Pennsylvania |
| 2015-2016 | Member, Leadership and OversightCommittee, Penn Medicine License Committee on Medical Education (LCME) reaccreditation |
| 2016-present | Member, Advisory Council for the Office of Inclusion and Diversity, Penn Medicine |
| 2017-present | Member, IBC/Penn Medicine Delegated Care Mgmt Workgroup, IBC/UPHS Product Deep-Dive Workgroup, IBC/Penn Medicine Episodes Workgroup |
| 2018-present | Clinical Program Lead, Penn Med-Vinmec Alliance |

Other Appointments:

|  |  |
|---|---|
| 2004-present | Senior Fellow, Leonard Davis Institute for Health Economics (Member, Executive Committee) |
| 2011-present | Member, Managed Care Contracting Advisory Committee of the Clinical Practices of the University of Pennsylvania Health System, Vice-Chair (2014-present) |
| 2014-present | Member,, Medical Alumni Advisory Committee( MAAC), Perelman School of Medicine, University of Pennsylvania |
| 2014-present | Affiliated Faculty, Quattrone Center for the Fair Administration of Justice of the University of Pennsylvania Law School |
| 2020-present | CMS Chief Medical Officer and Director, Center for Clinical Standards and Quality, Centers for Medicare and Medicaid |

Lee A. Fleisher, M.D.                                                                Page  4

                                        Services

Specialty Certification:
              1991                    American Board of Anesthesiology

Licensure:
              1991-2004               Maryland - D42689
              2004-present           Pennsylvania MD423444

Awards, Honors and Membership in Honorary Societies:
              1981                    Benjamin Franklin Scholar
                                      University of Pennsylvania
              1981                    Magna cum laude with Distinction in Biology
                                      University of Pennsylvania
              1986                    M.D. with Distinction in Research
                                      State University of New York at Stony Brook
              1989                    Burroughs Wellcome Resident Scholar
              1990                    Young Investigator Award
                                      American Society of Critical Care Anesthesiologists
              1995-1996               Richard S. Ross Clinician Scientist
              2005-present           John Morgan Society
              2007                    Member, National Academy of Medicine (formerly Institute of
                                      Medicine)
              2007                    John C. Oakley Pioneer in Pain Medicine Award
              2009                    Foundation for Anesthesia Education and Research Honorary
                                      Research Lecturer
              2011                    2011 Distinguished Alumni Award, State University of New
                                      York at Stony Brook School of Medicine
              2011                    Eliasberg Medal for Anesthesiology Accomplishments from
                                      Mt. Sinai Medical School
              2011                    Foundation for Anesthesia Education and Research Academy
                                      of Mentors
              2012                    Member (Honorary), Chinese Society of Anesthesiologists
              2013                    C. William Hanson, Jr., M.D. Service Award, Hospital of the
                                      University of Pennsylvania
              2015                    2015 Innovations in Criminal Justice award, Quattrone Center
                                      for the Fair Administration of Justice: Using Root Cause
                                      Analysis To Instill a Culture of Self-Improvement (,
                                      Association of Prosecuting Attorneys
              2015                    Chinese Society of Anesthesiologists Distinguished Service
                                      Award
              2016                    Christian R. and Mary F. Lindback Award for Distinguished
                                      Teaching, University of Pennsylvania
              2018                    Honorary Fellow, Chinese College of Anesthesiology, Chinese
                                      Society of Anesthesiology
              2020                    Foundation of Anesthesia Education and Research (FAER)

Lee A. Fleisher, M.D.                                                                    Page 5

Mentoring Excellence in Research Award

<u>Memberships in Professional and Scientific Societies and Other Professional Activities:</u>
 <u>International:</u>
1990-Present  International Anesthesia Research Society

1990-1996   International Society for Ambulatory Monitoring - Founding Fellow

1990-Present  Society of Cardiovascular Anesthesiologists ((Research Committee, Member 1993-1997, 2003-2004, Chair 1997-2003)
       (Board of Directors, Member 1995-2001)
       (Taskforce on Practice Guidelines, Chair 2003-2005))

1993-2000   Association of Pharmacoeconomic and Outcome Research (Education Committee, Member 1997)

1995-2003   International Society for Technology Assessment in Health Care

2000-2004   International Society of Pharmacoeconomics and Outcome Research

2005-Present  Society for Perioperative Assessment and Quality Improvement (Member, Board of Directors)

 <u>National:</u>
1987-Present  American Society of Anesthesiologists ((Committee on Acute Medicine, Adjunct Member 1992-1994)
       (Committee on Refresher Courses, Member 1994, 2003-2008)
       (Committee on Guidelines for Preoperative Evaluation, Consultant 1994-1997, Member 1999)
       (Subcommittee on Clinical Circulation, Member 1996-2000, 2005, 2006, 2007, Chair 2001-2004)
       (Committee on Performance and Outcomes Measurement, Member 2005-present; Chair 2008-2011)
       (Committee on Regional and Metropolitan Refresher Courses, Adjunct Member 1997-1998)
       (Committee on Outreach Education, Member 1997-1999)
       (Committee on Scientific Papers, Member 1997, 2001-2004)
       (Committee on Annual Meeting, Member 1997, 2001-2004)
       (Committee on Practice Parameters, Member 2003-present)
       (Representative to the Surgical Care Improvement Project 2003-present)
       (Committee on Research, Member 2007-2010, 2011-present)
       (Representative to American Medical Association Physician Consortium for Performance Improvement 2011-Present);
       Chair, Patient Safety Initiative Perioperative Brain Health Initiative 2015-Present)

1991-1992   American Society of Critical Care Anesthesiologists (Program Committee, Member

|  | 1991) |
|---|---|
| 1992-1993 | National Institute of Mental Health (Biological Psychopharmacology Study Section, Ad-hoc Reviewer) |
| 1993-Present | American Heart Association- Fellow (ACC/AHA Task Force for Perioperative Cardiovascular Evaluation for Noncardiac Surgery (Member 1993-2002, Chair 2003-present)<br>Anesthesiology, Radiology and Surgery Study Committee (Member 1996-2001), Fellow 2007; Executive Database Committee (member 2007-2011); Member, Guideline Transformation & Optimization Advisory Group 2016-Present) |
| 1994-Present | American College of Cardiology - Fellow (Member, ACCF/AHA Task Force on Practice Guidelines (2014-2020)) |
| 1994 | National Heart, Lung, Blood Institute (SCOR Study Section, Ad-hoc Reviewer) |
| 1995-Present | Society for Medical Decision Making |
| 1998-Present | Society of Ambulatory Anesthesia ((Committee on Annual Meeting, Member 1999-2003)<br>(Committee on Research, Member 2003-present, Chair 2005-2008)<br>(Committee on Development, Member 2003-2004)<br>(Task Force on Benchmarking Project, Member 2006)) |
| 1999-Present | Association of University Anesthesiologists (Member (1996-present), Councilor-at-Large (1999-2001), President-elect (2011-2012), President (2012-2014), Past President (2014-2016)) |
| 1999-Present | Center for Medicare and Medicaid Services (Technical Expert Panel evaluating applications for the Cardiovascular Demonstration Project 1999, Innovation Advisors Program (2012-2013); Hospital-Acquired Condition (HAC) Reduction Program Technical Expert Panel (2014); Member, Care Transformation Forum, an Initiative of the Health Care Payment Learning & Action Network (2019-2020)) |
| 1999 | Society for Obstetric Anesthesia and Perinatology |
| 2002-present | Association of American Medical Colleges (Council of Faculty and Academic Specialties (Representative from AUA   2013-present, Member, Administrative Council (2013-2016), Council of Academic Specialties (Representative from AUA 2002-present, Ex-officio member of Administrative Board 2011-2013), , CAS Initiative to Highlight Faculty Innovations (Chair 2010-2013), CAS Leadership Development Task Force (2009-2010);) |
| 2003-2010 | Surgical Care Improvement Project (sponsored by the Centers for Medicare and Medicaid Services, Agency for Healthcare Policy and Research, Centers for Disease |

|  | Control and 10 other partners)   (Member, Steering Committee; Member, Communications Subcommittee, Member, Technical Expert Panels on Surgical Site Infection and Cardiovascular Disease; Chair, Publications Committee) |
|---|---|
| 2004-2008 | American Medical Association (Member, AMA Physician Performance Improvement Committee) |
| 2004-2008 | Association of Anesthesiology Program Directors   (Council member 2005-6) |
| 2005-present | Morton Society (President (2016-2018)) |
| 2006-2015 | Foundation for Anesthesia Education and Research   (Member, Board of Directors; Member 2006-2015, Development Committee; Member 2006, Grant Awards Review Committee; Member, Geriatric Research Council; Member 2006, Cerebral Functioning Monitoring Task Force) |
| 2007-Present | Academy Health (Member, Committee on Advocacy and Public Policy (2018)) |
| 2007-Present | National Academy of Medicine (formerly Institute of Medicine) (Member, IOM Priority Assessment Inventory Working Group (2009);   Reviewer, Accounting for Social Risk Factors in Medicare Payment: Identifying Social Risk Factors (2016); Member, Committee on Reproductive Health Services: Assessing the Safety and Quality of Abortion Care (2016-Present); Planning Committee and Presenter, Building the Evidence Base for Improving Health Care: Contributions, opportunities and priorities (2017-8)) |
| 2007 | Rand Corporation/Assistant Secretary of Health for Planning and Evaluation (Member, Technical Expert Panel) |
| 2008-2014 | AAAHC Institute for Quality Improvement (Member, Board of Trustees; Member, Measurement Development Task Force 2009-2011) |
| 2008-Present | National Quality Forum (Ex-oficio member (2015-6), Member (2019-2022), Treasurer ( 2019-21) Board of Directors; Member, Perioperative Care Steering Committee 2008-2009; Co-Chair, Main Patient Outcomes Steering Committee 2009-2011; Member 2012-2018, Vice-Chair 2014-2015, Chair 2015-2016 Consensus Standards Advisory Committee; Member, Measure Evaluation Committee 2013; Co-Chair, Surgery Standing Committee 2014-7; Measurement and Use Advisory Panel 2015-2016; Member, Measures Application Partnership Hospital Workgroup 2016-2019; Member, Measure Feedback Committee 2018-2019) |
| 2012 | Physician Quality Reporting System Program (Preoperative Beta-Blocker in Patients with Isolated CABG Surgery Technical Expert Panel (TEP)) |
| 2012 | Yale New Haven Health Services Corporation/Center for Outcomes Research and Evaluation (YNHHSC/CORE)/ The Society of Thoracic |

Surgeons (STS)/ CMS (Member, Technical Expert Panel (TEP) for the Coronary Artery Bypass Graft (CABG)outcomes measures)

2013-2019          Physicians Consortium for Performance Improvement (Member, Quality Improvement Advisory Council)

2014-2016          American Institutes for Research (Member, Advisory Board, Gordon and Betty Moore Foundation funded project developing a coordinated approach to measuring patient and family engagement in the hospital setting)

2014-Present      Blue Cross Blue Shield Association (Member, Medical Advisory Panel, Technology Evaluation Center)

2016-Present      American Society for Enhanced Recovery (Member, Advisory Board 2016-Present)

2016-Present      Physician Leadership Academy (joint venture of Deloitte Consulting and Wharton School) (Member, Board of Advisors 2016-Present)

2016-Present      Yale/YNHH Center for Outcomes Research and Evaluation (CORE) (Member, Hospital-Wide Mortality Technical Working Group 2016-present; Member, 90-day CABG Mortality Bundled Payment Technical Evaluation Panel 2018-present; member, Star Ratings Provider Leadership Work Group; member, Technical Expert Panel (TEP) for the Reevaluation of Inpatient Claims-Based Outcome Measure 2019-2020)

2017-2023          Accreditation Council for Graduate Medical Education (Member, Standing Panel for Accreditation Appeals in the specialty of Anesthesiology)

2018-Present      Leapfrog Group (Chair, Ambulatory Surgery Expert Panel)

2019-Present       Health Care Payment Learning and Action Network (LAN) (member, Care Transformation Forum (CTF))

2019                  Department of Health and Human Services - Value Based Transformation - June Sepsis Planning Meeting


Editorial Positions:

| | |
|---|---|
| 1994-Present | Ad hoc Reviewer, Anesthesia & Analgesia |
| 1995-Present | Ad hoc Reviewer, Journal of Clinical Anesthesia |
| 1995-2000 | Ad hoc Reviewer, Journal of Clinical Monitoring |
| 1996-Present | Editorial Board Member, Journal of Cardiothoracic and Vascular Anesthesia |
| 1996-2001 | Co-Editor In-Chief, Problems in Anesthesia |
| 1996-1998 | Expert Analyst, Vascular Anesthesia, The Cardiovascular and Thoracic Anesthesia Journal Club Journal |

Lee A. Fleisher, M.D.                                                                                   Page 9

|           |                                                                                           |
|-----------|-------------------------------------------------------------------------------------------|
| 1997-Present | Question Writer, In-Training Council, American Board of Anesthesiology |
| 1999-2002 | Editorial Board Member, American Journal of Anesthesiology |
| 1999-Present | Editorial Board Member, Anesthesiology News |
| 1999-2000 | Section Editor, Practice Management, Economics and Technology Assessment, Current Anesthesiology Reports |
| 2000-2003 | Associate Editor, Anesthesiology |
| 2000-Present | Ad hoc Reviewer, Circulation |
| 2000-Present | Ad hoc Reviewer, American Journal of Physiology |
| 2000-Present | Editorial Board Member, Current Opinion in Anesthesiology |
| 2001-Present | Ad hoc Reviewer, New England Journal of Medicine |
| 2001-Present | Ad hoc Reviewer, Chest |
| 2001-Present | Ad hoc Reviewer, Journal of the American College of Cardiology |
| 2001-Present | Ad hoc Reviewer, Medical Care |
| 2001-Present | Ad hoc Reviewer, Journal of Nuclear Cardiology |
| 2001-2002 | Executive Committee Member, American Journal of Anesthesiology |
| 2001-Present | Consulting Editor, Anesthesiology Clinics of North America |
| 2001-Present | Ad hoc Reviewer, Journal of the American Medical Association |
| 2002-Present | Section Editor, Pro/Con, Journal of Cardiothoracic and Vascular Anesthesia |
| 2002-Present | Ad hoc Reviewer, Veterans Administration Clinical Trials Study Section |
| 2002-Present | Ad hoc Reviewer, Urology |
| 2005-Present | Ad-hoc reviewer, Medical Care |
| 2011-present | Perioperative Medicine, Co-Editor-in-Chief (2017-present) |
| 2012-present | Annals of Surgery, Member, Editorial Board |

Academic and Institutional Committees:

|           |                                                                         |
|-----------|-------------------------------------------------------------------------|
| 1990-1992 | Member, Residency Review Committee Department of Anesthesiology Yale University School of Medicine |
| 1994-1999 | Member, Outpatient General Clinical Research Center Protocol Review Subcommittee Johns Hopkins University School of Medicine |
| 1994-2003 | Member, Education Committee Department of Anesthesiology and Critical Care Medicine Johns Hopkins University School of Medicine |
| 1994-1995 | Member, Patient Satisfaction Task Force Department of Anesthesiology and Critical Care Medicine Johns Hopkins Hospital |
| 1994-1999 | Member, Presurgical Work Group Surgical Services Design Team Johns Hopkins Hospital |
| 1995 | Member, Ambulatory Surgery Task Force Johns Hopkins Hospital |
| 1998-2003 | Member, Service Executive Committee |

|           | Department of Anesthesiology and Critical Care Medicine<br>Johns Hopkins University School of Medicine |
|-----------|---|
| 1998-2003 | Member, Executive Manpower Committee<br>Department of Anesthesiology and Critical Care Medicine<br>Johns Hopkins University School of Medicine |
| 1998-1999 | Member, Operating Room Posting Task Force<br>Johns Hopkins Hospital |
| 1999-2003 | Member, Vice-Chairman Committee<br>Department of Anesthesiology and Critical Care Medicine<br>Johns Hopkins University School of Medicine |
| 1999-2003 | Member, Minimally Invasive Surgery Focus Group<br>Johns Hopkins Hospital |
| 1999-2003 | Member, Operating Room Executive Committee<br>Johns Hopkins Hospital |
| 1999-2003 | Member, General Operating Room Subcommittee<br>Johns Hopkins Hospital |
| 2000-2001 | Participant, Leadership Development Program<br>Johns Hopkins University School of Medicine |
| 2000-2003 | Member, Clinical Competence Committee<br>Department of Anesthesiology and Critical Care Medicine<br>Johns Hopkins University School of Medicine |
| 2000-2002 | Member, Office of Technology Licensing Advisory Committee<br>Medical School Council<br>Johns Hopkins University School of Medicine |
| 2000-2003 | Member, Government Affairs Committee<br>Clinical Practice Association<br>Johns Hopkins University School of Medicine |
| 2000-2003 | Member, Innovations in Patient Care - Long Term Strategies<br>Committee<br>Johns Hopkins Medicine |
| 2000-2003 | Member, Simulation Center Committee<br>Johns Hopkins Hospital |
| 2000-2003 | Member, Outpatient Surgery Operating Room Committee<br>Johns Hopkins Hospital |
| 2002-2003 | Member, Ophthalmology Chair Search Committee<br>Johns Hopkins University School of Medicine |
| 2002-2003 | Member, Budget and Finance Committee<br>Clinical Practice Association<br>Johns Hopkins University School of Medicine |
| 2002-2003 | Member, Board of Advisors for the Johns Hopkins Biostatistics<br>Center<br>Johns Hopkins School of Hygiene and Public Health |
| 2004-2005 | Member, Steering Committee of the Standing Committee<br>Department Chairs, University of Pennsylvania School of Medicine |
| 2004-2020 | Member, Clinical Practices of the University of Pennsylvania Board<br>of Directors |

| | |
|---|---|
| 2004-2006 | Member, Clinical Practices of the University of Pennsylvania Executive Committee |
| 2004-2005 | Member, Steering Committee of the Standing Committee of Department Chairs, Centers and Institutes |
| 2004-2020 | Member, Standing Committee of Department Chairs, Centers and Institutes |
| 2004-2020 | Operating Room Executive Committee, Hospital of the University of Pennsylvania |
| 2004-2005 | Chair, Internal Review Committee of the Leonard Davis Institute, University of Pennsylvania |
| 2004-2012 | Member, Clinical Practices of the University of Pennsylvania Finance Subcommittee |
| 2005-2007 | Member, Clinical Practices of the University of Pennsylvania Clinical Effectiveness and Quality Improvement Committee |
| 2005-2006 | Member, Clinical Practices of the University of Pennsylvania Finance Committee |
| 2005-2006 | Member, Tenure Track Review Committee, University of Pennsylvania School of Medicine |
| 2005-2006 | Chair, Review Committee of the Department of Neurosurgery, University of Pennsylvania School of Medicine |
| 2005-2006 | Member, Steering Committee, Magnet Designation, Hospital of the University of Pennsylvania |
| 2006 | Member, Tia Sophia Review Committee |
| 2006-2007 | Member, Committee to Review the Clinical Transplant Institute Proposal |
| 2006-2020 | Member, Penn Advisory Board, Robert Wood Johnson Clinical Scholars Program |
| 2006-2008 | Member, 2008 LCME Review Steering Committee (Chair, Medical Student Task Force), University of Pennsylvania School of Medicine |
| 2006-2015 | Member, Steering Committee, Comprehensive Neurosciences Center |
| 2007 | Co-chair, Department of Medicine Chair Search Committee |
| 2007-2020 | Chair, Clinical Practice of the University of Pennsylvania Professional Liability Subcommittee |
| 2008-2009 | Member, Chair of Surgery Search Committee, University of Pennsylvania |
| 2008-2009 | Member, Search Committee for Chair of Ophthamology |
| 2009-2010 | Member, Chair of Dermatology Search Committee |
| 2010-2011 | Chair, Seach Committee for the Chair of the Department of Medical Ethics and Health Policy |
| 2010-2020 | Vice-Chair, Managed Care Contracting Subcommittee, Clinical Practices of the University of Pennsylvania; Physician representative to UPHS Contracting Committee with Independence Blue Cross (2012, 2016) |
| 2012-2013 | Member, Search for Chair of Department of Pediatrics, Perelman School of Medicine |

| | | |
|---|---|---|
| 2012-2013 | Member, Integrating Knowledge Working Group (IKWG) for the Middle States Reaccreditation Self Study, University of Pennsylvania |
| 2013 | Chair, Search for Chair of Department of Biostatics and Epidemiology, Perelman School of Medicine |
| 2014 | Chair, Distinguished Alumni Award Committee |
| 2014-2015 | Chair, Orthopedic Review Committee |
| 2015-2016 | Chair, Department of Ophthalmology Review Committee |
| 2016-2017 | Chair, Pathology Review Committee |
| 2016-2020 | Member, Advisory Council for the Office of Diversity and Inclusion |
| 2017-2018 | Chair, Committee to review the Department of Health Policy and Medical Ethics |
| 2017 | Member, Search Committee for Senior Vice Dean for Education |
| 2017 | Member, Advisory group: search committee training project |
| 2018-2019 | Member, Search Committee for Director of Leonard Davis Institute of Healthcare Economics |

Major Academic and Clinical Teaching Responsibilities:

| | |
|---|---|
| 1994-1999 | Section Leader, Clinical Decision Making Course<br>Medical Student Curriculum 2nd Year<br>Johns Hopkins University School of Medicine |
| 1996-2003 | Course Instructor, Medical Technology Assessment<br>Johns Hopkins University School of Public Health |
| 1997-2003 | Course Instructor, Decision Analysis, Summer Institute<br>Johns Hopkins University School of Public Health |
| 1997-2003 | Director, Anesthesia Case Conference<br>Department of Anesthesiology and Critical Care Medicine<br>Johns Hopkins University School of Medicine |
| 1999-2003 | Instructor, Physician in Society<br>Medical Student Curriculum 2nd Year<br>Johns Hopkins University School of Medicine |
| 1999-2003 | Course Instructor, Decision Analysis<br>Johns Hopkins University School of Public Health |
| 2005-2008 | "Cost-effectiveness and decision analysis" in Epidemiology for 1st year medical students |
| 2006-2016 | Preceptor, Doctoring Course |
| 2007-2008 | Guest Lecturer, Health Care Management Undergraduate course |
| 2008-2020 | Course Director, Frontiers Course for 4th year medical students, "Science of Quality" |
| 2016-2020 | Small Group Preceptor, Health Care Systems, Perelman School of Medicine, |

Lectures by Invitation:

| | |
|---|---|
| Jan, 1999 | "Preoperative cardiac evaluation" - Department of Anesthesia, Mount Sinai School of Medicine, New York, NY |
| Jan, 1999 | "Risk of anesthesia" - Department of Anesthesia, Jefferson Medical |

| | |
|---|---|
| | College, Philadelphia, PA |
| Feb, 1999 | "Risk of anesthesia" - Department of Anesthesia, University of Michigan, Ann Arbor, MI |
| Mar, 1999 | "Cardiac risk of noncardiac surgery" - Mini-Course, American College of Cardiology 48th Annual Scientific Session, New Orleans, Louisiana |
| Apr, 1999 | "Outcomes evaluation/measurement in cardiac surgery" - Scientific Program Committee, Society of Cardiovascular Anesthesia Annual Meeting, Chicago, IL |
| Apr, 1999 | "Outcome measure for ambulatory anesthesia" - Society for Ambulatory Anesthesia Annual Meeting, Chicago, IL |
| May, 1999 | "Meet the experts: coronary disease and surgical emergencies" - 33a Jornada Paulista de Anestesiologia by the Sociedade de Anestesiologia do Estado de Sao Paulo, Sao Paulo, Brazil |
| May, 1999 | "Preoperative assessment of the patient with cardiovascular disease" - 33a Jornada Paulista de Anestesiologia by the Sociedade de Anestesiologia do Estado de Sao Paulo, Sao Paulo, Brazil |
| May, 1999 | "Preoperative cardiac evaluation" - Department of Anesthesia, Sunnybrook Health Science Center, Toronto, Canada |
| Jun, 1999 | "Perioperative aschemia:   is it a bad thing?" - 2nd Annual Cardiothoracic Update, Hilton Head, SC |
| Sep, 1999 | "Risk of anesthesia" - Department of Anesthesia, Emory University, Atlanta, GA |
| Nov, 1999 | "Preoperative assessment" - 1999 Survey of Current Issues in Surgical Anesthesia, Cleveland, OH |
| Dec, 1999 | "Impact of economic pressures on anesthesia training and practice" - Winter College Lecture, Royal College of Anaesthetists, Dublin, Ireland |
| Jan, 2000 | "Evidence based anesthesia care: the high risk cardiac patient" - Department of Anesthesia, New York University, New York, NY |
| Feb, 2000 | "Evidence based anesthesia care: the high risk cardiac patient" - Department of Anesthesia, SUNY at Stony Brook, Stony Brook, NY |
| Mar, 2000 | "Heart rate variability as a measure of system complexity" - Japanese Society of Intensive Care Management, Nagoya, Japan |
| Mar, 2000 | "Anesthetic management of the cardiac patient undergoing noncardiac surgery" - Japanese Society of Intensive Care Management, Nagoya, Japan |
| May, 2000 | "Risk of readmission after ambulatory surgery by location of care: analysis of Medicare claims" - Society of Ambulatory Anesthesia Annual Meeting, Washington, D.C. |
| Jun, 2000 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, Duke University, Durham, NC |
| Jul, 2000 | "Does anything reduce cardiac complications of noncardiac surgery" - Georgia Society of Anesthesiology, Amelia Island, FL |
| Sep, 2000 | "Preoperative cardiac evaluation" - Department of Anesthesia, SUNY at Buffalo, Buffalo, NY |

| | |
|---|---|
| Sep, 2000 | "Risk of anesthesia" - Yale Anesthesia Alumni Foundation Lecture, New Haven, CT |
| Sep, 2000 | "Preoperative cardiac evaluation" - Department of Anesthesia, Campus University Hospital Gasthuisberg, Leuven, Belgium |
| Sep, 2000 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, Yale University, New Haven, CT |
| Oct, 2000 | "Data mining: Medicare and beyond." - Panel for the Foundation for Anesthesia Education and Research, American Society of Anesthesiologists Meeting, San Francisco, CA |
| Oct, 2000 | "Strategies to reduce the risk of anemia" - Symposium on Hemostatis and Transfusion, Graz, Austria |
| Oct, 2000 | "Risk of outpatient surgery: analysis of Medicare claims" - Panel on Risk of Anesthesia, American Society of Anesthesiologists meeting, San Francisco, CA |
| Nov, 2000 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, University of Rochester, Rochester, NY |
| May, 2001 | "Patients with CAD" - Panel on Difficult Medical Patients, Society of Ambulatory Anesthesia, Palm Desert, CA |
| Jun, 2001 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, Washington University in St. Louis, St. Louis, MO |
| Sep, 2001 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, University of Medicine and Dentistry of New Jersey, Newark, NJ |
| Sep, 2001 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Medicine, University of Medicine and Dentistry of New Jersey, Newark, NJ |
| Nov, 2001 | "Preoperative cardiac evaluation" - University of Chicago, Department of Anesthesiology and Critical Care Medicine Annual Meeting, Chicago, IL |
| Nov, 2001 | "Risks of outpatient surgery" - University of Chicago, Department of Anesthesiology and Critical Care Medicine Annual Meeting, Chicago, IL |
| Dec, 2001 | "Does preoperative screening improve anesthetic outcome?" - Panel on Preoperative Testing - Are There Any Standards?, Postgraduate Assembly in Anesthesiology, New York, NY |
| Dec, 2001 | "Perioperative management of the high risk patient for non-cardiac surgery" - Panel on How has Research Changed Your Clinical Practice?, Postgraduate Assembly in Anesthesiology, New York, NY |
| Apr, 2002 | "Recent developments in perioperative stress protection in non-cardiac surgery" - Symposium at the 10th ESA Anniversary Meeting, 24th EAA Annual Meeting, Nice, France |
| Apr, 2002 | "Application of the AHA/ACC guidelines to the elderly ambulatory patient" - Society of Ambulatory Anesthesia Annual Meeting, Orlando, FL |

Lee A. Fleisher, M.D. Page 15

| | |
|---|---|
| Apr, 2002 | "The patient with ischemic heart disease undergoing arthroscopic surgery" - PBLD at the Society of Ambulatory Anesthesia Annual Meeting, Orlando, FL |
| May, 2002 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, Western Pennsylvania Hospital, Pittsburgh, PA |
| May, 2002 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, Northwestern University Medical Center, Chicago, IL |
| Aug, 2002 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, University of Illinois at Chicago, Chicago, IL |
| Aug, 2002 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, Rush-Presbyterian Medical Center, Chicago, IL |
| Sep, 2002 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, University of California at Los Angeles, Los Angeles, CA |
| Oct, 2002 | "Preoperative assessment of the patient with cardiac disease" - American Society of Anesthesiologists Annual Meeting, Orlando, FL |
| Oct, 2002 | "Preoperative testing: how should I apply the update to the AHA/ACC perioperative cardiovascular evaluation guidelines and the ASA advisory on preanesthetic evaluation?" - Panel Moderator, American Society of Anesthesiologists Annual Meeting, Orlando, FL |
| Oct, 2002 | "Risk of anesthesia (and surgery) in the outpatient setting: the importance of patient, surgery and location of care" - Keynote lecture, Society of Ambulatory Anesthesia Annual Meeting, Orlando, FL |
| Oct, 2002 | "Risk of undertransfusion" - American Academy of Blood Bankers, Orlando, FL |
| Nov, 2002 | "The role of searching and evaluating the literature to ensure patient safety in clinical research: practices and protocol" - Panel, AMIA 2002 Symposium, San Antonio, TX |
| Dec, 2002 | "Cost analysis in cardiac surgery" - Panel, New York State Society of Anesthesiologists Postgraduate Assembly, New York, NY |
| Dec, 2002 | "Evidence-based medicine: perioperative beta-blockers" - Robertazzi Memorial Panel, 56th Postgraduate Assembly in Anesthesiology, New York, NY |
| Dec, 2002 | "Evidence-based medicine: perioperative beta blockers" - Rovenstein Panel, New York State Society of Anesthesiologists Postgraduate Assembly, New York, NY |
| Jan, 2003 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Medicine, University of Florida, Gainesville, FL |
| Jan, 2003 | "Strategies to reduce cardiac risk of noncardiac surgery" - |

|  | Departments of Surgery and Anesthesia, University of Florida, Gainesville, FL |
|---|---|
| Mar, 2003 | "Optimizing perioperative outcomes" - Refresher Course, IARS 77th Clinical and Scientific Congress, New Orleans, LA |
| Mar, 2003 | "Operating room management" - Panel, IARS 77th Clinical and Scientific Congress, New Orleans, LA |
| Jun, 2003 | "Risk of anesthesia" - Department of Anesthesia, Oxford University, Oxford, UK |
| Sep, 2003 | "Strategies to reduce cardiac risk of noncardiac surgery" - Department of Anesthesia, University of Colorado, Boulder, CO |
| Sep, 2003 | "Risk of Anesthesia: Does location of care matter?" - Department of Anesthesiology, The Geffen School of Medicine at UCLA, Los Angeles, CA |
| Sep, 2003 | "Cardiac patient presenting for aortic aneurysm resection." - Department of Anesthesiology, The Geffen School of Medicine at UCLA, Los Angeles, CA |
| Sep, 2003 | "Risk of anesthesia: Are we still safe in outpatient surgery?", Colorado Society of Anesthesiologists, Denver, CO. |
| Oct, 2003 | "How old is too old?   Risk in the geriatric patient" - Society of Ambulatory Anesthesia Mid-Year Meeting, San Francisco, CA |
| Oct, 2003 | "Tailoring the preop to the procedure: the evidence" - SAMBA Breakfast Panel on Whom Do We Invite to Our Party?: How and why the preoperative evaluation of surgical outpatients is different., American Society of Anesthesiologists Annual Meeting, San Francisco, CA |
| Oct, 2003 | "Differences in outcomes from surgery performed in physicians offices and ambulatory surgery centers" - Panel on the Surgeon Anesthesia Supervisor: How much do they need to know, how is it evaluated, and why do we care?, American Society of Anesthesiologists Annual Meeting, San Francisco, CA |
| Oct, 2003 | "Which patients need what coronary evaluation before carotid endarterectomy?" - Panel on Carotid Endarterectomy: What preoperative evaluation?; What anesthetic technique (regional or GA)?; What neurologic monitoring?, American Society of Anesthesiologists Annual Meeting, San Francisco, CA |
| Oct, 2003 | "Evidence based medicine: perioperative interventions" - Panel on Evidence-Based Medicine in Anesthesiology, American Society of Anesthesiologists Annual Meeting, San Francisco, CA |
| Oct, 2003 | "Preoperative assessment of the patient with cardiac disease" - American Society of Anesthesiologists Annual Meeting, San Francisco, CA |
| Oct, 2003 | "What do I do with a positive stress test result" - Panel Moderator on High-Risk Patients Undergoing Noncardiac Surgery: What do I do about the results of preoperative testing, perioperative testing, perioperative beta-blockers and pacemakers?, American Society of Anesthesiologists Annual Meeting, San Francisco, CA |

| | |
|---|---|
| Dec, 2003 | "Vascular Surgery" - Focus Session on What should change our clinical practice? Evidence based medicine: Here to stay., 57th Postgraduate Assembly in Anesthesiology, New York, NY |
| Dec, 2003 | "What should change our clinical practice? Evidence based medicine: Here to stay.", Panel Moderator, 57th Postgraduate Assembly in Anesthesiology, New York, NY |
| Apr, 2004 | "Preoperative cardiac risk assessment and risk reduction" - Royal College of Physicians and Surgeons of Canada, Toronto, Canada |
| Apr, 2004 | "Strategies to reduce cardiac risk of noncardiac surgery"-  Meet the experts.  World Congress of Anesthaesiologists.  Paris, Fr. |
| Apr, 2004 | "What is the most appropriate monitoring for perioperative myocardial ischaemia ?"- World Congress of Anaesthesiologists. Paris, Fr |
| May, 2004 | "Strategies to reduce cardiac risk of noncardiac surgery"-  British Cardiac Society. Manchester, England |
| Jun, 2004 | "Risk of anesthesia: importance of location of care"- Ali Gharib Lecture.  Department of Anesthesia.  Case Western Reserve University School of Medicine |
| Sep, 2004 | "Strategies to reduce cardiac risk for vascular surgery" - Vascular Anaesthesia Society of Great Britain and Ireland.  Cambridge, England |
| Sep, 2004 | "Strategies to reduce cardiac risk for vascular surgery"- Vascular Anaesthesia Scoiety of Great Britain and Ireland, Oxford, England |
| Oct, 2004 | "When is Preoperative Testing Worth the Money?" for Panel on The Economics of the Preoperative Process- American Society of Anesthesiologists Annual Meeting, Las Vegas, NV |
| Oct, 2004 | "Current State of the Evidence of Beta-Blockers" for Panel on So the Hospital Mandates a Beta-blocker Protocol, but How do I Implement One?- American Society of Anesthesiologists Annual Meeting, Las Vegas, NV |
| Oct, 2004 | "Preoperative Assessment of the Patient with Cardiac Disease" - ASA Refresher Course, American Society of Anesthesiologists Annual Meeting, Las Vegas, NV |
| Oct, 2004 | "Preoperative Cardiac Evaluation of the Endovascular Stent" for Panel on New Fronteirs in Vascular Surgery: Not Office-based ... Yet-  American Society of Anesthesiologists Annual Meeting, Las Vegas, NV |
| Dec, 2004 | "Improving perioperative outcomes: what's the role of the government and other specialty societies?"  Panel on To Err is Human: are our patients safe?  Postgraduate Assembly of the New York State Society of Anesthesiologists.  New York, NY |
| Mar, 2005 | "Is outcome research a waste of time?" - 25th Myron B. Laver International Postgraduate Course, Basel, Switzerland |
| Mar, 2005 | "Preoperative patient evaluation" - 25th Myron B. Lavar International Postgraduate Course, Basel, Switzerland |
| Mar, 2005 | "Cardiovascular risk of vascular surgery" - International Anesthesia |

|  |  |
|---|---|
|  | Research Society Annual Meeting, Honolulu, HI |
| Apr, 2005 | "Cardiac Risk and Beta-Blockade" - Controversies in Adult and Pediatric Anesthesia, HUP/CHOP Symosium, Philadelphia, PA |
| Apr, 2005 | "Strategies to Reduce Cardiac Risk of Noncardiac Surgery"- Lancaster General Hospital, Lancaster, PA |
| Apr, 2005 | "Is Outcomes Research a Waste of Time? Debunking dogma with data"-  SUNY at Downstate, Brooklyn, NY |
| May, 2005 | "Surgical Risk Reduction" at Society of Ambulatory Anesthesia Annual Meeting, Scottsdale, AZ |
| May, 2005 | "Academic Practice" on Panel for Resident Component - Society of Ambulatory Anesthesia Annual Meeting, Scottsdale, AZ |
| May, 2005 | "Strategies to Reduce Cardiac Risk of Noncardiac Surgery"- Reading Hospital, Reading, PA |
| Oct, 2005 | "Clinical Forum on cards consult?   Revascularization or just beta blockers"- American Society of Anesthesiologists Annual Meeting, Atlanta, GA |
| Oct, 2005 | Preoperative evaluation, Panel on Diabetes Update: The Inpatient, the Outpatient and the Non-Patient"- American Society of Anesthesiologists Annual Meeting, Atlanta, GA |
| Oct, 2005 | "Perioperative beta-blockade- Panel on Strategies to reduce cardiac risk of noncardiac surgery- but I thought we knew the answers!"- American Society of Anesthesiologists Annual Meeting, Atlanta, GA |
| Oct, 2005 | "Preoperative Cardiac Assessment"- American Society of Anesthesiologists Annual Meeting, Atlanta, GA |
| Oct, 2005 | Preoperative evaluation, Panel on Diabetes Update: The Inpatient, the Outpatient and the Non-Patient"- American Society of Anesthesiologists Annual Meeting, Atlanta, GA |
| Oct, 2005 | "Is outcomes research a waste of time?"   Orkin Memorial Lecture, Montefiore Hospital, Bronx, NY |
| Dec, 2005 | "Strategies to reduce cardiac risk of noncardiac surgery"- Department of Anesthesiology, University of Virginia, Charlottesville, VA |
| Dec, 2005 | "Risk of anesthesia: importance of location of care"- Department of Anesthesiology, University of Virginia, Charlottesville, VA |
| Dec, 2005 | "Wading through the American Colleg of Cardiology/American Heart Association Algorithm", Panel of Using practice guidelines to improve outcome: what the clinician needs to know.   Postgraduate Assembly of Anesthesiology. New York, NY |
| Dec, 2005 | "How can I imporve organ protection during surgery?:   Protecting the heart"   Postgraduate Assembly in Anesthesiology, New York, NY |
| Feb, 2006 | "Preoperative cardiac evaluation and management"   Neurosurgical Grand Rounds, University of Pennsylvania |
| Apr, 2006 | "Strategies to reduce cardiac risk of noncardiac surgery" Pennsylvania Association of Nurse Anesthetists Annual Meeting. |

|            | Hershey, PA |
|------------|-------------|
| Apr, 2006 | "Risk of anesthesia in the outpatient setting"   Pennsylvania Association of Nurse Anesthetists Annual Meeting.   Hershey, PA |
| May, 2006 | "Pharmacologic management to reduce perioperative myocardial infarction"   Panel on Best practices in cardiac surgery.   Society of Cardiovascular Anesthesiologists Annual Meeting.   San Diego, CA |
| May, 2006 | "From student to mentor and chair:  _my journey to return to the University of Pennsylvania"  Duke Anesthesiology Academic Evening.   Duke University. Durham, NC |
| May, 2006 | "Strategies to reduce cardiac risk of noncardiac surgery"- Department of Anesthesiology, Duke University, Durham, NC |
| May, 2006 | "Strategies to reduce cardiac risk of noncardiac surgery" Departments of Anesthesiology, Surgery and Cardiology. University of Cincinnati. Cincinnati, OH |
| May, 2006 | Guidelines, P4P, and Improving Care.   University of Cincinnati Department of Anesthesiology, Cincinnati, OH |
| Jun, 2006 | "Multicenter trials to improve care-   noncardiac surgery"  European Society of Anesthesiologists, Madrid, Spain |
| Jun, 2006 | "Guidelines, P4P, and improving care".   Department of Anesthesia and Perioperative Care, University of California San Francisco, San Francisco, CA |
| Sep, 2006 | "Cardiac Risk Stratification and Risk Reduction for Non-Cardiac Surgery in 2006", 2nd Annual Perioperative Medicine Summit, Cleveland, OH |
| Sep, 2006 | "Strategies to reduce cardiac risk of noncardiac surgery", Department of Medicine Grand Rounds, University of Pennsylvania School of Medicine, Philadelphia, PA |
| Oct, 2006 | "Preoperative cardiac evaluation"- American Society of Anesthesiologists, Chicago, IL |
| Nov, 2006 | "Strategies to reduce cardiac risk of noncardiac surgery"- University of California at San Diego, San Diego, CA |
| Feb, 2007 | "Strategies to reduce cardiac risk of noncardiac surgery"- Department of Anesthesiology and Critical Care, University of Miami, Miami, FL |
| Feb, 2007 | "Guidelines, P4P and Improving Perioperative Care"- Department of Anesthesiology and Critical Care, University of Miami, Miami, FL |
| Feb, 2007 | "Strategies to reduce cardiac risk of noncardiac surgery"- Englewood Hospital, Englewood, NJ |
| Mar, 2007 | "Analyzing retrospective data: the clinical implications of statistical methods"- International Anesthesia Research Society Annual Meeting, Orlando, FL |
| Apr, 2007 | "The new AHA/ACC Guidelines on Beta-Blockade"   Society of Cardiovascular Annesthesiologists Annual Meeting.   Montreal |
| May, 2007 | "Guidelines, P4P and improving perioperative outcome"   Beth-Israel Deaconess Medical Center, Boston, MA |
| Jun, 2007 | "Pharmacologic reduction in perioperative myocardial infarction", |

|          |   |
|----------|---|
|          | European Society of Anesthesiologists Annual Meeting, Munich, Germany |
| Jun, 2007 | "Strategies to reduce cardiac risk for noncardiac surgery", Department of Anesthesiology and Perioperative Medicine, Oregon Health Sciences University |
| Jun, 2007 | "How will clinical trials influence practice guidelines and pay for performance", European Society of Anesthesiologists, Munich, Germany |
| Jun, 2007 | "The cardiac risk patient-what is new?"   European Society of Anesthesiologists, Munich, Germany |
| Nov, 2007 | "Strategies to reduce cardiac risk for noncardiac surgery" Department of Anesthesiology, Washington University in St. Louis, St. Louis, MO |
| Nov, 2007 | "Risk of outpatient surgery: analysis of medicare claims" Department of Anesthesiology, Washington University in St. Louis, St. Louis, MO |
| Nov, 2007 | "Strategies to reduce cardiac risk of noncardiac surgery" Departments of Anesthesiology and Surgery, Atlantic City Regional Medical Center, Atlantic City, NJ |
| Nov, 2007 | "Did the AHA/ACC Guidelines really say that?"   EM Papper Annual Lecture. Columbia University School of Medicine Department of Anesthesiology, New York, NY |
| Nov, 2007 | "Risk of anesthesia in the outpatient setting: Using of claims data" Columbia University School of Medicine Department of Anesthesiology, New York, NY |
| Dec, 2007 | "Outcome-Measures"   Focus session on How do we demonstrate quality?.   Postgraduate Assembly in Anesthesiology, New York, NY |
| Dec, 2007 | "Outcomes" in Panel on Practice management issues: P4P and other things I better know about.   Postgraduate Assembly in Anesthesiology, New York, NY |
| Jan, 2008 | "Strategies to reduce cardiac risk of noncardiac surgery", Detroit Medical Center Department of Anesthesiology |
| Feb, 2008 | "Strategies to reduce cardiac risk of noncardiac surgery", Yale University School of Medicine Department of Anesthesiology, New Haven, CT |
| Feb, 2008 | "Guidelines, P4P, and Improving Perioperative Care", Yale University School of Medicine Department of Anesthesiology, New Haven, CT |
| Mar, 2008 | "Perioperative beta-blockade", Panel of Guidelines on Perioperative Cardiovacular Evaluation, American College of Cardiology Annual Meeting, Chicago, IL |
| Mar, 2008 | "Rolling the Dice: the wise use of statistics", Panel on Publication Roulette, IARS Annual Meeting, San Francisco, CA |
| Mar, 2008 | "Did the AHA/ACC Guidelines really say that?"   IARS Annual Meeting, San Francisco, CA |

| | |
|---|---|
| Apr, 2008 | "Perioperative cardiovascular evaluation guidelines" |
| Apr, 2008 | "Perioperative Cardiac Guidelines", Society of Hospital Medicine Annual Meeting, San Diego, CA |
| May, 2008 | "Have we pushed office-based surgery too far?", Society of Ambulatory Anesthesia Annuall Meeting, Miami, FL |
| Jun, 2008 | "Strategies to reduce cardiac risk of noncardiac surgery", Seoul National Hospital 50th Department of Anesthesiology and Pain Medicine Anniversary Meeting, Seoul, Korea |
| Jun, 2008 | "Strategies to reduce cardiac risk of noncardiac surgery" Departments of Anesthesiology and Surgery Grand Rounds, Medical University of South Carolina, Charleson, SC |
| Jul, 2008 | "ACC/AHA Guidelines on Perioperative Cardiovascular Evaluation", Evidence Based Perioperative Medicine Meeting 2008, London, England |
| Jul, 2008 | "Pay-4-Performance, the US perspective", Evidence Based Perioperative Medicine Meeting 2008, London, England |
| Oct, 2008 | "Preoperative assessment of the patient with cardiac disease", American Society of Anestheisologists Annual Meeting, Orlando, FL |
| Oct, 2008 | "Who gets revascularization and how? Update on the Guidelines for preoperative evaluation of the noncardiac surgical patient" American Society of Anestheisologists Annual Meeting, Orlando, FL |
| Oct, 2008 | "The diabetic patient undergoing noncardiac surgery: what should we do from a cardiac evaluation standpoint?"   Panel on Management of the diabetic patient.   American Society of Anestheisologists Annual Meeting, Orlando, FL |
| Oct, 2008 | "Can we really improve performance?" Panel on Avoiding performance anxiety.   American Society of Anestheisologists Annual Meeting, Orlando, FL |
| Oct, 2008 | "From student to mentor and chair:  _my journey to return to the University of Pennsylvania"   Foundation for Anesthesia Education and Research Scholar Presentation |
| Nov, 2008 | "Postoperative care for the bariatric surgery patient"   Panel on The Morbidly Obese Patient.   American Heart Association Annual Meeting, New Orleans, LA |
| Nov, 2008 | "Heart disease in the cardiac patient before noncardiac surgery." Panel on Clinical Challenges in Daily Practice and Case-Based Applications of Recent Guidelines I, American Heart Association Annual Meeting, New Orleans, LA |
| Nov, 2008 | "Strategies to reduce cardiac risk for noncardiac surgery", St. Joseph Medical Center, Towson, MD |
| Jan, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery"   University of Maryland, Baltimore, MD |
| Jan, 2009 | "Guidelines, P4P and improving perioperative care"   University of Maryland, Baltimore, MD |

| | |
|---|---|
| Jan, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery: Update on the AHA/ACC Guidelines", Department of Anesthesiology, University of Miami School of Medicine, Miami, FL |
| Feb, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery: Update on the AHA/ACC Guidelines", 4th Annual Perioperative Medicine Summitt, Miami Beach, FL |
| Mar, 2009 | "How do different forms of anesthesia play a role", Panel on Preoperative Cardiac Evaluation, American College of Cardiology Annual Meeting, Orlando, FL |
| Mar, 2009 | "Choice of Anesthesia and Outcome", Panel on perioperative cardiovascular care for noncardiac surgery, American College of Cardiology Annual Meeting, Orlando, FL |
| Mar, 2009 | "Improving perioperative care: Guidelines, P4P, and Quality Measures", Department of Anesthesiology, University of Michigan School of Medicine, Ann Arbor, MI |
| Mar, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery", Department of Anesthesiology, Cardiovascular Medicine Institute, University of Michigan School of Medicine, Ann Arbor, MI |
| Apr, 2009 | "Perioperative cardiovascular evaluation before noncardiac surgery", Cardiology Update 2009, University of Pennsylvania School of Medicine, Absecon, NJ |
| Apr, 2009 | "Evidence based medical management of the patient undergoing noncardiac surgery", Society of Cardiovascular Anesthesiologists Annual Meeting, San Antonio, TX |
| Apr, 2009 | "Surgical Care Improvement Project: Target for the CT anesthesiologist", Society of Cardiovascular Anesthesiologists Annual Meeting, San Antonio, TX |
| May, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery"   Stengart Lecture, University of California at Davis, Sacramento, CA |
| Jun, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery", Canadian Anesthesiologists' Society Annual Meeting, Vancouver, Canada |
| Jul, 2009 | "Improving Perioperative outcomes: risk assessment, patient preferences and performance measures", Evidence Based Perioperative Outcomes Meeting, London, England |
| Jul, 2009 | "Improving Perioperative outcomes: risk assessment, patient preferences and performance measures", Massachussets General Hospital, Boston, MA |
| Jul, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery: An update to the AHA/ACC Guidelines"   Massachussetts General Hospital, Boston, MA |
| Aug, 2009 | "Strategies to reduce cardiac risk of noncardiac surgery", University of Alabama Department of Anesthesiology, Birmingham, AL |
| Oct, 2009 | Preoperative cardiac assessment for noncardiac surgery"   American Society of Anesthesiologists Annual Meeting.   New Orleans, LA |
| Oct, 2009 | "Preoperative cardiac evaluation for noncardiac surgery" in Panel on Preparing the cardiac patient for noncardiac surgery.   American |

|  | College of Surgeons Annual Meeting, Chicago, IL |
|---|---|
| Oct, 2009 | "Improving perioperative outcomes: my journey into Risk Assessment, Patient Preferences and Performance Measures" Foundation for Anesthesia Education and Research Honorary Research Lecture.   American Society of Anesthesiologists Annual Meeting.   New Orleans |
| Nov, 2009 | "How to deal with sudden death in your department", Society of Academic Anesthesiology Assocations Annual Meeting, Boston, MA |
| Dec, 2009 | "Anesthesiologist: Measure thyself", Rovenstine Honorary Lecture at the PGA, New York, NY |
| Apr, 2010 | "New insights: the latest data on perioperative outcome and anesthesiology practice".   Society of Cardiovascular Anesthesiologists Annual Meeting.   New Orleans, LA |
| Apr, 2010 | "Strategies to reduce cardiac risk for noncardiac surgery."   Australia and New Zealand College of Anaesthetists Annaul Meeting. Christchurch, NZ |
| Apr, 2010 | "Risks of outpatient surgery".   Day Surgery Conference, Australian and New Zealand College of Anaesthetists, Christchurch, NZ |
| Apr, 2010 | "The Institute of Medicine Evidence for limiting resident duty hours".     Association of University Anesthesiologists Annual Meeting.   Denver, CO |
| May, 2010 | "Improving perioperative outcomes".   Day Surgery Conference, Australian and New Zealand College of Anaesthetists, Christchurch, NZ |
| Jul, 2010 | "Risks of Outpatient Surgery", Evidence Based Perioperative Outcomes Meeting, London, England |
| Sep, 2010 | "Strategies to reduce cardiac risk for noncardiac surgery." Walters Visiting Professor, University of Wisconsin, Madison, WI |
| Sep, 2010 | "Development of EB Guideline into Practice:   AHA/ACC Guideline"   International Congress of Cardiovascular and Vascular Anesthesia, Beijing, CN |
| Oct, 2010 | "Preoperative cardiac evaluation for noncardiac surgery"   American Society of Anesthesiologists Annual Meeting, San Diego, CA |
| Oct, 2010 | "Evidence supporting performance measurement and outcome". IN Panel on Performance Anxiety. American Society of Anesthesiologists Annual Meeting, San Diego, CA |
| Nov, 2010 | "Clinical research in anesthesiology"   Beijing, Shanghai, Guongzhou, Chonquin, CN |
| Nov, 2010 | "Preoperative cardiac evaluation"   University of Florida, Gainseville, FL |
| Mar, 2011 | "Preoperative Cardiac Risk Assessment: Implementing the Guidelines into Practice"   Perioperative Medicine Summitt 2011, Miami, FL |
| Mar, 2011 | Panel on "Faculty leaders: how we were prepared for the leadership challenges we face; the leadership skills our successors will need" |

|  | Council of Academic Specialties Annual meeting, American Association of Medical Colleges, Providence, RI |
|---|---|
| Mar, 2011 | "Optimizing perioperative outcomes: my journey into guidelines, patient preferences and measurement", Crawford Long Lecture, Emory University |
| Apr, 2011 | "Evidence-based medicine: how it should inform research and care",International Anesthesia Research Forum, Xi'An, CH |
| Apr, 2011 | "How to look at data", "Is my paper important", "What reviewer and editors are looking for", Workshop on how to write a clinical paper, Xi'an, CH |
| Apr, 2011 | "Strategies to reduce cardiac risk of noncardiac surgery", Anesthesiology and Critical Care Forum, Xi'An, CH |
| May, 2011 | "Optimizing Perioperative Outcomes: Risk Assessment, Patient Preferences and Performance Measures", Shields Lecture, University of Toronto, Toronto, CA |
| May, 2011 | "Cardiac risk stratification for non cardiac surgery: an update", Simposio Mostra Anestesia Rianimazion E Terapia Intensiva, Milan, IT |
| May, 2011 | "Cardiac risk stratification for non cardiac surgery: an update", Simposio Mostra Anestesia Rianimazion E Terapia Intensiva, Milan, IT |
| May, 2011 | "Cardiac risk stratification for non cardiac surgery: an update", Simposio Mostra Anestesia Rianimazion E Terapia Intensiva, Milan, IT |
| May, 2011 | "Perioperative medicine and perioperative outcomes: a personal overview ", Simposio Mostra Anestesia Rianimazion E Terapia Intensiva, Milan, IT |
| May, 2011 | "Perioperative strokes and beta-blockade ", Simposio Mostra Anestesia Rianimazion E Terapia Intensiva, Milan, IT |
| Jul, 2011 | "Biomarkers", Evidence Based Perioperative Medicine Annual Meeting, London, England |
| Jul, 2011 | "Improving Perioperative Outcomes", Evidence Based Perioperative Medicine Annual Meeting, London, England |
| Oct, 2011 | "Improving Perioperative Outcomes", University of California, Irvine, CA |
| Oct, 2011 | "Preoperative cardiac evaluation for noncardiac surgery" American Society of Anesthesiologists Annual Meeting, Chicago, IL |
| Oct, 2011 | "The future of perioperative quality measurement in the landscape of health reform" in Panel on Quality mesurement and reporting in anesthesiology and perioperative care: current controversies and future directions.   American Society of Anesthesiologists Annual Meeting, Chicago |
| Mar, 2012 | "Care in the era of Healthcare reform: our role in the value proposition" Eliasberg Lecture, Department of Anesthesiology, Mount Sinai School of Medicine, New York, NY |
| Mar, 2012 | "Strategies to reduce cardiac risk of noncardiac surgery: an update" |

Lee A. Fleisher, M.D.                                                                                  Page 25

|  |  |
|---|---|
|  | Perioperative Medicine Summit, Miami, FL |
| Apr, 2012 | "Academia and HCR: What does it mean for all 3 missions?" in Panel on Practice Management: From Private to Academics: Advice from the Top in Healthcare Reform Climate.   Society of Cardiovascular Anesthesiologists, Boston, MA |
| May, 2012 | "A personal journey into improving outcome"   Keynote lecture at Cardiac Disease and Anaesthesia Symposium, Royal College of Anaesthetists, London, England |
| May, 2012 | "Strategies to reduce cardiac risk of noncardiac surgery" Kampine Honoary Lecture, Medical College of Wisconsin, Milwaukee, WI |
| May, 2012 | "Care in the era of Healthcare reform:  _our role in the value proposition", Medical College of Wisconsin, Milwaukee, WI |
| Jun, 2012 | "Preoperative Cardiac Evaluation for Noncardiac Surgery" Brigham & Women's Hospital, Boston, MA |
| Jul, 2012 | "Care in the era of Healthcare reform: _our role in the value proposition", Massachusetts General Hospital, Boston MA |
| Aug, 2012 | "Care in the era of U.S. Healthcare reform:  _what will drive anesthesia staffing?" in University of Pennsylvania-Chinese Society of Anesthesiologists Communication Forum, Chongqing, China |
| Sep, 2012 | "Guidelines and performance measures: How do you apply the evidence?".     UCSF   The Changing Practice Of Anesthesia 2012. San Francisco, CA |
| Sep, 2012 | "Value from anesthesia care: where do we influence the outcome/cost equation in medicine?:  UCSF  The Changing Practice Of Anesthesia 2012.   San Francisco, CA |
| Oct, 2012 | "How we improve quality" on FAER Panel on The Science of Quality Improvement: What Leads to Improvement.     American Society of Anesthesiologists Annual Meeting.   Washington, DC |
| Oct, 2012 | "AHA/ACC Guideline Update for Preoperative Evaluation and Testing in Non-cardiac Surgery" on Panel on Cardiovascular Guidelines: Update for the Patient with Cardiac Disease.   American Society of Anesthesiologists Annual Meeting.   Washington, DC |
| Oct, 2012 | "Preoperative Cardiac Evaluation for Noncardiac Surgery". American Society of Anesthesiologists Annual Meeting. Washington, DC |
| Oct, 2012 | "Pro: Beta-blockers P4P" on Pro/Con for Does Preoperative Beta-blockade help and should be a P4P Measure.   American Society of Anesthesiologists Annual Meeting.   Washington, DC |
| Apr, 2013 | "PRO: PERFORMANCE MEASUREMENT:   DOES IT MATTER?", Association of University Anesthesiologists, Miami, FL |
| Apr, 2013 | "Bundled care and cardiac surgery:_what does it mean?", Society of Cardiovascular Anesthesiologists, Miami, FL |
| May, 2013 | "Preoperative cardiac evaluation-should we bother?", Keynote lecture, Irish Congress of Anaesthesia 2013, Dublin |
| May, 2013 | "Perioperative beta-blockers and statins- what do we really know?", |

Lee A. Fleisher, M.D.                                                                                    Page  26

|          | Irish Congress of Anaesthesia 2013, Dublin |
|----------|--------------------------------------------|
| Jul, 2013 | "Learning valuable lessons from large datasets!", Evidence-Based Perioperative Medicine (EBPOM), London |
| Jul, 2013 | "Preoperative cardiac risk evaluation-where do we stand now?", Evidence-Based Perioperative Medicine (EBPOM), London |
| Oct, 2013 | "Aspirin" on Panel on Perioperative cardiovascular and anti platelet agents: which to take, which to stop? an update.    American Society of Anesthesiologists, San Francisco, CA |
| Oct, 2013 | "Perioperative cardiac arrests: what is the evidence".   Journal Symposium: cardiac arrest and resuscitation.   American Society of Anesthesiologists, San Francisco, CA |
| Oct, 2013 | "Implementation science" on FAER Panel: clinical research in anesthesia.   American Society of Anesthesiologists, San Francisco, CA |
| Oct, 2013 | "The Economic Imperative for perioperative medicine" in Panel on Perioperative medicine as the future of anesthesiology: why, who and how.   American Society of Anesthesiologists, San Francisco, CA |
| Oct, 2013 | "One chair's perspective: using measures for departmental reporting to CMS and other quality entities: leveraging the process to facilitate resident's and faculty's understanding and involvement in quality" in Panel on Performance measures, academic anesthesiology departments and MOCA: Is there a way to synergize the impact? American Society of Anesthesiologists, San Francisco, CA |
| Oct, 2013 | "PRO: Raising both the stakes and the bar: anesthesiologists and surgeons sharing joint accountability for patient outcomes", American Society of Anesthesiologists, San Francisco, CA |
| Nov, 2013 | "Preparing Felllows to be Faculty", Association of Anesthesiology Specialty Program Directors, Philadelphia, PA |
| Nov, 2013 | "Importance of Health Policy Research to Academic Departments", Society of Academic Anesthesiology Associations, Philadelphia, PA |
| Feb, 2014 | "Value in anesthesia: _when do we make a difference?", Asian Australasian Congress of Anesthesiologists, Aukland, NZ |
| Feb, 2014 | "Evaluation of the cardiac patient for non-cardiac surgery", Asian Australasian Congress of Anesthesiologists, Aukland, NZ |
| Feb, 2014 | "Beta-blockers and statin", Asian Australasian Congress of Anesthesiologists, Aukland, NZ |
| Apr, 2014 | "The new guidelines on perioperative management of patients with heart disease undergoing non cardiac surgery", Oxford University, Oxford, England |
| Apr, 2014 | "The new guidelines on perioperative management of patients with heart disease undergoing non cardiac surgery", Royal College of Anaesthetists, London, England |
| Jul, 2014 | "Cardiac risk for non cardiac surgery", University of New Mexico, Albuquerque, NM |
| Oct, 2014 | "Preoperative Cardiac Evaluation for Noncardiac Surgery", |

| | American Society of Anesthesiologists, New Orleans, LA |
|---|---|
| Oct, 2014 | "Why Are Process Measures Fading into the Night?", American Society of Anesthesiologists Annual Meeting, New Orleans, LA |
| Oct, 2014 | "PRO: Performance Metrics are an Efficient Way to Promote Enhanced Recovery", ERAS meeting at the ASA Annual Meeting, New Orleans, LA |
| Jan, 2015 | "Improving perioperative outcomes: _Do we just need to apply the evidence?", University of California at Los Angeles, Los Angeles, CA |
| Mar, 2015 | "Improving Medical Care: The Importance of Measuring Outcomes", Penn Wharton China Center Opening Symposium, Beijing, China |
| Mar, 2015 | "The New AHA Guidelines", International Anesthesia Research Society, Honolulu, Hawaii |
| Mar, 2015 | "The Economic Imperative for the Perioperative Surgical Home", International Anesthesia Research Society, Honolulu, Hawaii |
| Mar, 2015 | "Performance_Measurement and new models of determining quality"   University of Utah Biomedical Informatics, Salt Lake City, UT |
| Mar, 2015 | "Preoperative cardiac evaluation for non cardiac surgery", Perioperative Medicine Summit 2015, Phoenix, AZ |
| May, 2015 | "Preoperative cardiac evaluation for non cardiac surgery", World Congress of Enhanced Recovery After Surgery and Perioperative Medicine, Washington D.C. |
| Jul, 2015 | "Measuring outcomes in perioperative care: new approaches and paradigms", EBPOM, London |
| Jul, 2015 | "The impact of the ACC/AHA guidelines on reducing perioperative harm", EBPOM, London |
| Sep, 2015 | "Measuring Perioperative Outcomes"   Brigham and Women's Hospital, Boston, MA |
| Sep, 2015 | "Strategies to reduce Cardiac Risk of Noncardiac Surgery" Brigham and Women's Hospital, Boston, MA |
| Sep, 2015 | "The future of academic anesthesiology: leading change", Chinese Society of Anesthesiology Annual Meeting, Xi'An, China |
| Oct, 2015 | "Strategies to Reduce Cardiac Risk   for Noncardiac Surgery", Japanese Society of Cardiovascular Anesthesia, Fukuoka, Japan |
| Jan, 2016 | "Performance measurement and new ways to measure performance", Penn State Hershey Anesthesiology and Perioperative Medicine, Hershey, PA |
| Jan, 2016 | "Strategies to reduce cardiac risk of non cardiac surgery", Penn State Hershey Anesthesiology and Perioperative Medicine, Hershey, PA |
| Apr, 2016 | "Impact of respiratory compromise in US Healthcare", Becker's Healthcare, Chicago, IL |
| Apr, 2016 | "Does the use of Regional Anesthesia Impact Outcome in Patients with Cardiac Disease Undergoing Non-cardiac Surgery?"   Indian Society of Anesthesiologists Delhi Chapter, Delhi, India |

| | |
|---|---|
| Apr, 2016 | "Root cause analysis in anaesthesia: Why?"   Indian Society of Anesthesiologists Delphi Chapter, Delphi, India |
| Apr, 2016 | "Assessing the patient with CAD for non-cardiac surgery: what's new?", Indian Society of Anesthesiologists Delhi Chapter, Delphi, India |
| Apr, 2016 | "Measuring Outcomes in Perioperative Care: New Approaches and Paradigms", American Society of Enhanced Recovery, Washington, DC |
| May, 2016 | "Health Policy Research: University of Pennsylvania Health System", Association of University Anesthesiologists, San Francisco, CA |
| May, 2016 | "Strategies to reduce cardiac risk of non cardiac surgery", Yale University Department of Anesthesiology, New Haven, CT |
| May, 2016 | "Measuring Outcomes in the Era of Healthcare Reform", Yale University Department of Anesthesiology, New Haven, CT |
| May, 2016 | "Preoperative Exercise Testing and Prehabilitation", International Anesthesia Research Society, San Francisco, CA |
| Jul, 2016 | "Choosing wisely", Evidence based Perioperative Medicine Annual Meeting, London, England |
| Jul, 2016 | "General Anaesthesia - A well tried solution", Evidence based Perioperative Medicine Annual Meeting, London, England |
| Aug, 2016 | "Cost and quality containment", World Congress of Anaesthesiologists, Hong Kong |
| Aug, 2016 | "Achieving value of perioperative care in the elderly", World Congress of Anaesthesiologists, Hong Kong |
| Aug, 2016 | "Anesthesiologists in the value equation: beyond preventing anesthesia related complications", Chinese Society of Anesthesiologists Annual Meeting, Guangzhou, China |
| Aug, 2016 | "Strategies to reduce cardiac risk of non cardiac surgery", Chinese Society of Anesthesiologists Annual Meeting, Guangzhou, China |
| Aug, 2016 | "Improving health and transforming care through measurement: science and policy", Massachusetts General Hospital Department of Anesthesia, Boston, MA |
| Oct, 2016 | "The Brain Health Initiative: What does the patient want to know and what do we want them to know", American Society of Anesthesiologists Annual Meeting, Chicago, IL |
| Oct, 2016 | "Is the Perioperative Surgical Home a viable option for anesthesiology?: Con", American Society of Anesthesiologists Annual Meeting, Chicago IL |
| Oct, 2016 | "Risk stratification tools from the preoperative to the postoperative period", American Society of Anesthesiologists Annual Meeting, Chicago, IL |
| Nov, 2016 | "Panel on Why health is no one's business: economic incentive barriers to improving health" Global Action Summit, Nashville, TN |
| Mar, 2017 | "The place for PhDs in the Medical Schools of Tomorrow: Clinical Department Perspective" Council for Faculty and Academic |

|            | Societies, AAMC, Orlando, FL |
|------------|------------------------------|
| Mar, 2017 | "Aspirin should be continued preoperatively" in Debate on Perioperative Aspirin Therapy, Perioperative Medicine Summit, Fort Lauderdale, FL |
| Mar, 2017 | "Evaluation Prior to Noncardiac Surgery: ACC/AHA Update", Perioperative Medicine Summit, Fort Lauderdale, FL |
| Sep, 2017 | "Perioperative Brain Health Initiative: Anesthesiologist leadership in improving population health".    Chinese Society of Anesthesiologists, Zhengzhou, CN |
| Sep, 2017 | "Leading An Academic Departmentï¼šThe US Perspective On Demonstrating Value".    Chinese Society of Anesthesiologists. Zhengzhou, China |
| Sep, 2017 | "Strategies to reduce cardiac risk for non cardiac surgery".    Polish Society of Anesthesiology and Intensive Care.    Bydgoszcz, Poland |
| Sep, 2017 | "Guidelines and Performance Measures:   How do you apply the evidence?"     Polish Society of Anesthesiology and Intensive Care. Bydgoszcz, Poland |
| Oct, 2017 | "Strategies to reduce cardiac risk for non cardiac surgery", Boston, MA |
| Oct, 2017 | "Quality Anesthesia: Medicine Measures, Patients Decide", Rovenstine Lecture, American Society of Anesthesiologists, Boston, MA |
| Oct, 2017 | "Brain Health- A Global Safety Challenge", International Forum on Perioperative Safety and Quality, Boston, MA |
| Oct, 2017 | "Quality Anesthesia: Medicine measures, patients decide", University of Kentucky, Lexington, KY |
| Nov, 2017 | "The American perspective: The perioperative surgical home", Perioperative Medicine Special Interest Group of the Australian Society of Anesthesiologists, 6th Annual Australasian Symposium of Perioperative Medicine, Manly, Australia |
| Nov, 2017 | "Value based care: A system overhaul", Perioperative Medicine Special Interest Group of the Australian Society of Anesthesiologists, 6th Annual Australasian Symposium of Perioperative Medicine, Manly, Australia |
| Nov, 2017 | "Research Directions in Perioperative Medicine", Perioperative Medicine Special Interest Group of the Australian Society of Anesthesiologists, 6th Annual Australasian Symposium of Perioperative Medicine, Manly, Australia |
| Nov, 2017 | "Quality Anesthesia: Medicine Measures, Patients Decide", Henry Ford Hospital, Detroit, MI |
| Dec, 2017 | "The Cardiac Patient Presenting for Non-Cardiac Surgery Sub-Topic: Is there Any Value to Cardiology Consults During the Perioperative Period?", Postgraduate Assembly in Anesthesiology, New York, NY |
| Feb, 2018 | "Strategies to reduce cardia risk of noncardiac surgery", University of Pittsburgh, Pittsburgh, PA |

| | |
|---|---|
| Mar, 2018 | "Auditing, Reporting to the C-Suite", American Society of Enhanced Recovery, Ft. Lauderdale, FL |
| Mar, 2018 | "Brain Health Initiative", Perioperative Medicine Summit, Ft. Lauderdale, FL |
| Mar, 2018 | "CV Risk Assessment", Perioperative Medicine Summit, Ft. Lauderdale, FL |
| Mar, 2018 | "Postoperative Care has to be Delivered by the Surgeon", American Society of Enhanced Recovery, Ft. Lauderdale, FL |
| Apr, 2018 | "Payment reform, MACRA, Physician-Focused Payment Model update", EBPOM-USA Masters Course. A Perioperative Care Practicum; Atlanta, GA |
| Jul, 2018 | "Perioperative brain health initiative: A population health safety initiative", Evidence Based Perioperative Medicine Symposium, London, England |
| Oct, 2018 | "Perioperative Brain Health", Uniformed Services Society of Anesthesiologists (USSA)/Association of Veterans' Affairs Anesthesiologists (AVAA) Academic Meeting, San Francisco, CA |
| Oct, 2018 | "Preparation of the elderly patient undergoing surgery: when do we need a preoperative consultation as opposed to skipping a clinic visit?", ICAA-CSA symposium, San Francisco, CA |
| Nov, 2018 | "Quality of Perioperative care: using measurement to improve outcome", Asian Australasian Congress of Anaesthesiologists/Chinese Society of Anesthesiology Annual Meeting, Beijing, CN |
| Apr, 2019 | "Patient decision making and engagement: How can we measure and improve it?",   American Society of Enhanced Recovery Annual Meeting, Fort Lauderdale, FL |
| Apr, 2019 | "Auditing, Reporting to the C-Suite",   American Society of Enhanced Recovery Annual Meeting, Fort Lauderdale, FL |
| May, 2019 | "Findings from the Perioperative Brain Health Initiative and Their Impact on Day-to-Day Practice", Harvard Anesthesiology Update 2019, Boston, MA |
| May, 2019 | "Measuring Patient Outcomes in the Perioperative Period", Harvard Anesthesiology Update 2019, Boston, MA |
| Jul, 2019 | "Brain Health (Peri-Operative Quality Initiative: POQI 6) - what can we do tomorrow?", Evidence-based Perioperative Medicine, London |
| Jul, 2019 | "Decision making for elective and end of life care", Trainees with an Interest in Peri-Operative Medicine Annual Meeting, London |
| Jul, 2019 | "Communication and Decision-Making in Perioperative Care", Cambridge University THIS Institute, Cambridge, England |
| Sep, 2020 | "From Data to Policy: _My 30 year Journey", Eckenhoff Lecture, Department of Anesthesiology and Critical Care, Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA |
| May, 2021 | "The future of the specialty: how the pandemic and policy changes should influence", International Anesthesia Research Society.   T.H. Seldon Lecture |

Lee A. Fleisher, M.D.                                                                         Page 31

|  | May, 2021 | "Preoperative cardiac evaluation for non cardiac surgery", Michael E. DeBakey Veterans Medical Center Grand Rounds, Houston, TX |

<u>Organizing Roles in Scientific Meetings:</u>

|  | 1991 | Meeting of Investigators of Heart Rate Variability Unknown |
|  | 1992 | Meeting of Investigators of Heart Rate Variability Unknown |
|  | 1993 | Meeting of Investigators of Heart Rate Variability Unknown |
|  | 1994 | Meeting of Investigators of Heart Rate Variability Unknown |
|  | Oct, 2012 | Organizer, Investigators in Perioperative Health Services Research Washington, DC |
|  | Jan, 2018 | Planning Committee Member, Building the Evidence Base for Improving Health Care Contributions, opportunities, and priorities,   National Academy of Sciences Washington, DC |

<u>Grants:</u>

<u>Current:</u>

Assessing Hospital Quality of Care for Patients with Multimorbidity, NIH, 11/2019-6/2022 (Jeffrey Silber, PI), $79,433/annual direct costs (Role in grant: Co-I)

Outcomes in Patients with Multimorbidity at Ambulatory Surgical Centers, NIH, 7/2019-6/2022 (Jeffrey Silber, PI: Lee Fleisher, Co-Investigator), $43,300/annual direct costs (Role in grant: Co-I)

Neurocognitive Disorder after Appendectomy in the Elderly: A Natural Experiment , NIA, 4/2017-3/2022 (Jeffrey Silber, PI), $500,000/annual direct costs (Role in grant: Co-I )

A Practical Intervention To Improve Patient-Centered Outcomes After Hip Fractures Among Older Adults (Regain Trial), Patient Centered Outcomes Research Institute (Pcori), 10/2015-7/2022 (Mark D. Neuman, PI), $57,660/annual direct costs (Role in grant: Co-I)

Training In Critical Care Health Policy Research, National Heart, Lung, And Blood Institute/Nih/Dhhs, 5-T32-HL-098054-10, 5/2015-4/2020 (Scott Halpern, PI), $537,348/annual direct costs (Role in grant: Co-PI)

<u>Past:</u>

A matching Study of Outcomes and Costs at Teaching and Non-teaching Hospitals, Association of American Medical Colleges, 1/2016-12/2018 (Jeffrey Silber, M.D., Ph.D., PI: Lee A. Fleisher, M.D., Co-Investigator), $100,000/annual direct costs, 2% effort

(Role in grant: co-P.I.)

Understanding Multimorbidity through Multivariate Template Matching, NIA, 9/2015-9/2016 (Jeffrey Silber, M.D., Ph.D., PI), $238,095/annual direct costs, 1.25% effort (Role in grant: Co-I)

Support For Pharmacoepidemiology Training, Pfizer Inc., N/A, 1/2014-12/2015 (SEAN HENNESSY, PI), $39,352/annual direct costs (Role in grant: Co-PI)

Role Of Hif1a In Inflammation, Tissue Repair, And Cancer Of The Pancreas, American Association For Cancer Research, N/A, 7/2013-6/2016 (M. Celeste Simon, PI), $122,727/annual direct costs (Role in grant: Co-PI)

Mixed-Methods Assessment Of Faer'S Investments In Career Development, Foundation For Anesthesia Education And Research, IMPACT ANALYSIS, 7/2013-12/2014 (LEE A. FLEISHER, PI), $57,402/annual direct costs (Role in grant: PI)

Understanding Racial Disparities in Surgical Outcomes , NIH, 9/2012-8/2015 (Jeff Silber, PI), $387,785/annual direct costs, 5% effort (Role in grant: Co-investigator)

Chronic Disease Clinical Epidemiology Training In Guatemala And Peru, Fogarty International Center/Nih/Dhhs, 5-D43-TW-008317-05, 7/2010-6/2016 (Charles C. Branas, PI), $199,884/annual direct costs (Role in grant: Co-PI)

Improving process measurement, AHRQ, 1 R01 HS018338, 7/2010-6/2013 (Jeffrey H. Silber, PI), $375,000/annual direct costs, 2.5% effort (Role in grant: Co-I)

Training In Critical Care Health Policy Research, National Heart, Lung, And Blood Institute/Nih/Dhhs, 5-T32-HL-098054-05, 5/2010-4/2015 (DAVID A ASCH, PI), $483,132/annual direct costs, 2% effort (Role in grant: Co-PI)

Inspiratory Work Of Breathing During Proportional Assist Ventilation Compared With Assist Control Ventilation (Acv) In Acute Lung Injury (Ali), Tyco Healthcare, #2, 12/2007-8/2009 (Maurizio F. Cereda, PI), $8,829/annual direct costs (Role in grant: Co-PI)

A Prospective, Randomized, Double-Blinded Study Of The Effect On Improved Recovery Using The Sedline For The Titration Of Sevoflurane In Elderly Patients Undergoing Non-Cardiac Surgery After Beta-Adrenergic Blockade, Hospira, CP-09-003, 11/2007-9/2008 (JONATHAN W TANNER, PI), $31,683/annual direct costs (Role in grant: Co-PI)

Plan for Extracting Intraoperative Anesthesia Data to the ACS NSQIP Database, NLM, 8/2007-7/2009 (Clifford Ko, PI), $149,820/annual direct costs (Role in grant: Co-Investigator)

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study Of Intravenous Methyinaltrexone (Moa-728) For The Treatment Of Post Operative Ileus, Wyeth-Ayerst Research, 3200L2-300-WWW, 3/2007-3/2009 (ASHISH C. SINHA, PI), $20,147/annual direct costs (Role in grant: Co-PI)

Use Of The Sedline Monitor In Gastrointestinal Endoscopy Cases, Hospira, SEDLINE, 9/2006-9/2007 (JONATHAN W TANNER, PI), $37,736/annual direct costs (Role in grant: Co-PI)

Obesity and Surgical Outcomes, NIDDK, 1 R01 DK073671-01A1, 7/2006-6/2011 (Jeffrey Silber, M.D., Ph.D., PI), $511,407/annual direct costs, 5% effort (Role in grant: Investigator)

Cltr: Aprepitant For The Prevention Of Postoperative Nausea And Vomiting, Merck & Co., Inc., 6/2004-3/2005 (LEE A. FLEISHER, PI), $2,869/annual direct costs (Role in grant: PI)

Evaluating patient information prescriptions in different service environments, National Library of Medicine, 10/2003-9/2006 (Nancy Roderer, M.D., PI), $150,000/annual direct costs, 5% effort (Role in grant: Co-Investigator, Single-center)

FOCUS, NIH, 5U01HL073958-02, 9/2003-8/2008 (Jeffrey Carson, PI), $1,000,000/annual direct costs (Role in grant: Consultant/Steering Committee, A randomized trial of two different transfusion triggers in patients with hip fractures to determine return of functional status.)

Phase III, multi-center, placebo-controlled, randomized, double-blind study to evaluate the efficacy of zoniporide administered perioperatively to subjects undergoing vascular surgery, Pfizer, 1/2002-6/2003 (Lee A. Fleisher, PI), $150,000/annual direct costs, 5% effort (Role in grant: PI)

Relationship between discharge hemoglobin level and patient-oriented outcomes during recovery from surgery, Advanced Transfusion Practices and Blood Research, 7/2001-6/2002 (Lee A. Fleisher, PI), $70,429/annual direct costs, 10% effort (Role in grant: PI)

Evidence review of management of atrial fibrillation in the post-coronary artery bypass patient, American College of Chest Physicians, 6/2001-11/2001 (Lee A. Fleisher, PI), $99,863/annual direct costs, 10% effort (Role in grant: PI)

Cost-effectiveness of ambulatory blood pressure monitoring, Agency for Healthcare Quality and Research, 9/2000-9/2001 (Larry Appel, PI), $250,000/annual direct costs, 2.5% effort (Role in grant: Co-Investigator)

Impact of location of care and patient factors on the rate of complication and readmissions after outpatient surgery: a claims analysis, Society of Ambulatory Anesthesia (SAMBA), 7/2000-6/2002 (Lee A. Fleisher, PI), $100,000/annual direct costs,

5% effort (Role in grant: PI)

A cost-findings study of the use of the hemosonic noninvasive cardiac output monitor compared to routine care in whipple surgery, Arrow International, 6/2000-12/2001 (Lee A. Fleisher, M.D., PI), $120,000/annual direct costs, 5% effort (Role in grant: PI)

A randomized study of esmolol versus nitroglycerin in high risk lower extremity procedures, Baxter Pharmaceutical, 6/2000-5/2001 (Lee A. Fleisher, M.D., PI), $100,000/annual direct costs, 5% effort (Role in grant: PI)

An open label, pharmacokinetic study to evaluate the pharmacokinetics, pharmacodynamics, toleration and safety of CP-597,396 administered for 24 hours in subjects undergoing coronary artery bypass (CABG) surgery, Pfizer, 4/2000-12/2001 (Lee A. Fleisher, PI), $200,000/annual direct costs, 5% effort (Role in grant: PI)

Phase II, multi-center, placebo-controlled, randomized, double-blind, dosing regimen optimization and dose-escalation study to evaluate the safety, toleration and clinical pharmacology of CP-597,396 administered in subjects undergoing vascular surgery, Pfizer, 4/2000-12/2001 (Lee A. Fleisher, PI), $300,000/annual direct costs, 5% effort (Role in grant: PI)

Phase III trigger study: A3181007 a double blind, placebo-controlled, parallel group study of the effects of Zoniporide on perioperative cardiac events in high risk subjects undergoing noncardiac vascular surgery, Pfizer, 4/2000-12/2000 (Lee A. Fleisher, PI), $300,000/annual direct costs, 5% effort (Role in grant: PI)

Cost effectiveness of preoperative evaluation before vascular surgery (CEPEVS), Maryland American Heart Association Grant-in-Aid, 1/2000-12/2001 (Lee A. Fleisher, PI), $60,000/annual direct costs, 10% effort (Role in grant: PI)

Perioperative anemia recovery from surgery trial (PARST), International Anesthesia Research Society, 1/2000-12/2001 (Lee A. Fleisher, M.D., PI), $75,000/annual direct costs, 5% effort (Role in grant: PI)

Anesthesia for cataract surgery, Agency for Health Care Policy & Research/Evidence Based Center, 1/2000-12/2000 (Lee A. Fleisher, PI), $249,000/annual direct costs, 10% effort (Role in grant: Co-PI)

Bayesian communication of clinical trials, National Library of Medicine, 10/1999-9/2002 (Harold Lehmann, PI), $249,211/annual direct costs, 1% effort (Role in grant: Evaluator)

Cost-effectiveness of perioperative ROMI protocols, Dade Pharmaceuticals, 1/1999-12/1999 (Lee A. Fleisher, PI), $108,000/annual direct costs, 5% effort (Role in grant: PI)

Pharmacologic modulation of cocaine effects, NIH, 1/1999-12/1999 (George Bigelow, PI), $331,935/annual direct costs, 5% effort (Role in grant: Co-Investigator)

Analysis of the medicare database to assess morbidity and mortality after outpatient anesthesia, Anesthesia Patient Safety Foundation, 1/1998-12/1998 (Lee A. Fleisher, PI), $42,800/annual direct costs, 10% effort (Role in grant: PI)

Remifentanil in microsuspension laryngoscopy, Glaxo Pharmaceuticals, 1/1997-12/1998 (Lee A. Fleisher, PI), $24,902/annual direct costs, 5% effort (Role in grant: PI)

Analysis of short- and long-term costs of cardiovascular disease in patients undergoing major vascular surgery: Analysis of medicare claims data, DuPont Pharmaceuticals, 1/1995-12/1996 (Lee A. Fleisher, PI), $20,000/annual direct costs, 5% effort (Role in grant: PI)

The effect of enalaprilat on heart rate variability, Merck Pharmaceuticals, 1/1995-12/1996 (Lee A. Fleisher, PI), $16,500/annual direct costs, 5% effort (Role in grant: PI)

ACR: A mechanism for disseminating information and improving patient satisfaction, Society of Ambulatory Anesthesia, 1/1994-12/1995 (Lee A. Fleisher, PI), $10,000/annual direct costs, 1% effort (Role in grant: PI)

Outpatient laparoscopic surgery trial, Glaxo Pharmaceuticals, 1/1994-12/1995 (Lee A. Fleisher, PI), $35,000/annual direct costs, 5% effort (Role in grant: PI)

Utilization of information from preoperative cardiac evaluation, Dupont Pharma, CG#94019, 1/1994-12/1995 (Lee A. Fleisher, PI), $15,000/annual direct costs, 5% effort (Role in grant: PI)

Anesthesia as a stress test, Caliber Medical, 1/1993-12/1994 (Lee A. Fleisher, PI), $25,000/annual direct costs, 1% effort (Role in grant: PI)

CAD mechanisms in high risk families: racial differences, NIH, NIH-92-HL-1-H, 1/1992-12/1996 (Lewis Becker, PI), $273,815/annual direct costs, 5% effort (Role in grant: Co-Investigator)

Methods of anesthesia and analgesia for aortic surgery, NIH, GM38177-05, 1/1992-12/1996 (Richard Traystman, PI), $248,355/annual direct costs, 5% effort (Role in grant: Co-Investigator)

Amlodipine and heart rate variability, Pfizer Pharmaceutical, 1/1992-12/1993 (Lee A. Fleisher, PI), $35,000/annual direct costs, 5% effort (Role in grant: PI)

Perioperative body temperature myocardial ischemia trial, Mallinckrodt Medical, 1/1992-12/1993 (Steve Frank, PI), $108,863/annual direct costs, 5% effort (Role in grant: Co-Investigator)

Power spectral analysis and reflex sympathetic activation in high risk patients undergoing

Lee A. Fleisher, M.D.                                                                                          Page  36

regional anesthesia, Society of Cardiovascular Anesthesiologists Starter Grant, 1/1991-12/1991 (Lee A. Fleisher, PI), $10,000/annual direct costs, 20% effort (Role in grant: PI)

Power spectral analysis and reflex sympathetic activation in high risk patients undergoing regional anesthesia, Foundation of Anesthesia Education and Research Young Investigator Award, 1/1991-12/1991 (Lee A. Fleisher, PI), $20,000/annual direct costs, 20% effort (Role in grant: PI)

Bibliography:

Research Publications, peer reviewed (print or other media):

1. Fleisher LA, Rosenbaum SH, Nelson AH, Barash PG: The predictive value of preoperative silent ischemia for postoperative ischemic cardiac events in vascular and nonvascular surgical patients. Am Heart J 122: 980-986, 1991.

2. Fleisher, L. A.,   Rosenbaum, S. H.,   Nelson, A. H.,   Barash, P. G.: The predictive value of preoperative silent ischemia for postoperative ischemic cardiac events in vascular and nonvascular surgery patients. Am Heart J 122(4 Pt 1): 980-6, 1991.

3. Fleisher LA, Nelson AH, Rosenbaum SH: The failure of negative dipyridamole thallium scans to predict perioperative myocardial ischaemia and infarction. Can J Anaesth 39: 179-183, 1992.

4. Mathew JP, Fleisher LA, Rinehouse JA, Sevarino FB, Sinatra RS, Nelson AH, Prokop EK, Rosenbaum SH: ST-segment depression during labor and delivery. Anesthesiology 77: 179-183, 1992.

5. Fleisher LA, Beattie C: Current practice in preoperative evaluation of patients undergoing major vascular surgery:   a survey of cardiovascular anesthesiologists. J Cardiothor Vasc Anesth 7: 650-654, 1993.

6. Fleisher LA, Pincus SM, Rosenbaum SH: Approximate entropy of heart rate as a correlate of postoperative ventricular dysfunction. Anesthesiology 78: 683-692, 1993.

7. Fleisher LA, Rosenbaum SH, Nelson AH, Rosenfeld LE: Gender independence of ambulatory ECG monitoring in predicting perioperative cardiac risk. Am J Cardiol 71: 241-242, 1993.

8. Nelson AH, Fleisher LA, Rosenbaum SH: The relationship between postoperative anemia and cardiac morbidity in the high risk vascular patients in the ICU. Crit Care Med 21: 860-866, 1993.

9. Deutschman C, Harris A, Fleisher LA: Changes in heart rate variability under propofol anesthesia: a possible explanation for propofol induced bradycardia. Anesth Analg 79: 373-377, 1994.

10. Fleisher LA, Frank SM, Shir Y, Estafanous M, Kelly S, Raja SN: Cardiac sympathovagal balance and peripheral sympathetic vasoconstriction: epidural vs. general anesthesia. Anesth Analg 79: 165-171, 1994.

11. Fleisher LA, Skolnick ED, Holroyd K, Lehmann H: Coronary artery revascularization before abdominal aortic aneurysm surgery: A decision analytic approach. Anesth Analg 79: 661-669, 1994.

12. Frank SM, Shir Y, Raja SN, Fleisher LA, Beattie C: Core hypothermia and skin surface temperature gradients: epidural vs. general anesthesia and the effects of age. Anesthesiology 80: 502-508, 1994.

13. Fleisher LA, Nelson AH, Rosenbaum SH: Postoperative myocardial ischemia: etiology of cardiac morbidity or manifestation of underlying disease? J Clin Anesth 7: 97-102, 1995.

14. Fleisher LA, Rosenbaum SH, Nelson AH, Jain D, Wackers FThJ, Zaret BL: Preoperative dipyridamole thallium imaging and ambulatory electrocardiographic monitoring as a predictor of perioperative cardiac events and long term outcome. Anesthesiology 83: 906-917, 1995.

15. Frank SM, Fleisher LA, Gorman, RB, Higgins MS, Breslow MJ, Olson KF, Sitzmann JV, Beattie C: Multivariate determinants of early postoperative oxygen consumption in elderly patients: effects of shivering, body temperature, and gender. Anesthesiology 83: 241-249, 1995.

16. Frank SM, Higgins MS, Breslow MJ, Fleisher LA, Gorman RB, Sitzmann JV, Raff H, Beattie C: The catecholamine, cortisol, and hemodynamic responses to mild perioperative hypothermia: a randomized clinical trial. Anesthesiology 82: 83-93, 1995.

17. Turley SM, Mark LJ, Fisher QA, Schauble JF, Hoehner P, Fleisher L, Beattie C: The Anesthesiology Consultant Report (ACR): a document for effective dissemination of critical information. J AHIMA 66: 71-76, 1995.

18. Fleisher LA, Frank SM, Chang C, Matsukawa T, Vannier CA, Sessler DI: Thermoregulation and changes in heart rate variability. Clin. Sci 90: 97-103, 1996.

19. Godin PJ, Fleisher LA, Eidsath A, Vandivier W, Preas H, Banks SM, Buchman TG, Suffredini AF: Experimental human endotoxemia increases cardiac regularity. Crit Care Med 24: 1117-1124, 1996.

20. L'Italien GL, Paul SD, Hendel RC, Leppo JA, Cohen MC, Fleisher LA, Brown KA, Zarich SW, Cambria RP, Cutler BS, Eagle KA: Development and validation of a

bayesian model for perioperative cardiac risk assessment in vascular surgery patient. J Am Coll Cardiol Page: 779-786, 1996.

21. Fleisher LA, DiPietro JA, Johnson TRB, Pincus S: Complementary and non-coincident increases in heart rate variability and irregularity during fetal development. Clin. Sci 92: 345-349, 1997.

22. Fleisher LA, Langston M, Schulman SP: Perioperative ST segment depression is rare and may not indicate myocardial ischemia in moderate-risk patients undergoing noncardiac surgery. J Cardiothor Vasc Anesth 11: 155-159, 1997.

23. Frank SM, Fleisher LA, Breslow MJ, Higgins MS, Kelly S, Beattie C: Perioperative maintenance of normothermia reduces the incidence of morbid cardiac events. JAMA 277: 1127-1134, 1997.

24. Frank SM, Higgins MS, Fleisher LA, Breslow MJ, Sitzmann J: The adrenergic, respiratory, and cardiovascular effects of mild core hypothermia in humans. Am J Physiol-Reg 272: R557-R562, 1997.

25. Kral BG, Becker LC, Blumenthal RS, Aversano T, Fleisher LA, Yook RM, Becker DM: Exaggerated cardiovascular reactivity to mental stress is associated with exercise-induced myocardial ischemia in an apparently healthy population at risk for premature coronary disease. Circulation 96: 4246-4253, 1997.

26. Yataco AR, Fleisher LA, Katzel LI: Heart rate variability and cardiovascular fitness in senior athletes. Am J Cardiol 80: 1389-1391, 1997.

27. Fleisher LA, Metzger SE, Lam J, Harris A: Perioperative cost-finding analysis of routine use of intraoperative forced-air warming during general anesthesia. Anesthesiology 88: 1357-1364, 1998.

28. Lapuerta P, L'Italien GJ, Paul S, Hendel RC, Leppo JA, Fleisher LA , Cohen MC, Eagle KA, Giugliano RP: Neural network assessment of perioperative cardiac risk in vascular surgery patients. Med Decis Making 18: 70-75, 1998.

29. Fleisher LA , Mark L, Lam J, Pearlman A, Fisher Q, Snyder D, Parker S: Disseminating information using an Anesthesiology Consultant Report: impact on patient satisfaction. J Clin Anesth 11(5): 380-385, Aug 1999.

30. Carter HB, Landis PK, Metter EJ, Fleisher LA, Pearson JD: Prostate specific antigen (PSA) testing of older men. J Nat Cancer Inst 91(20): 1733-1737, 1999.

31. Fleisher LA, Eagle KA, Shaffer T, Anderson GF: Perioperative- and long-term mortality rates after major vascular surgery: the relationship to perioperative testing in the Medicare population. Anesth Analg 89: 849-855, 1999.

32. Fleisher LA, Yee K, Lillemoe KD, Talamini MA, Yeo CJ, Heath R, Bass E, Snyder D,Parker S: Is outpatient laparoscopic cholecystectomy safe and cost-effective?: a model to study transition of care. Anesthesiology 90: 1746-1755, 1999.

33. Lehmann HP, Fleisher LA, Lam J, Frink BA, Bass EB: Patient preferences for early discharge following laparoscopic cholecystectomy. Anesth Analg 88: 1280-1285, 1999.

34. Nelson JB, Nguyen SH, Opgenorth TJ, Fleisher LA , Frank SM: Perioperative plasma endothelin-1 and big endothelin-1 concentrations in patients at risk for morbid cardiac events. Anesth Analg 88: 898-903, 1999.

35. Talamini MA, Coleman J, Sauter P, Stanfield C, Fleisher LA: Outpatient laparoscopic cholecystectomy: patient & nursing perspective. Surg Laparosc Endosc Percutan Tech Page: 333-337, 1999.

36. Fleisher LA, Fleckenstein JF, Frank SM, Thuluvath PJ: Heart rate variability as a predictor of autonomic dysfunction in patients awaiting liver transplantation. Dig Dis Sci 45: 340-344, 2000.

37. Goldschlag B, Afzal N, Carter HB, Fleisher LA: Is pre-donation of autologous bloodrational for radical retropubic prostactectomy? J Urology 164: 1968-1972, 2000.

38. Hogue SL, Reese PR, Colopy M, Fleisher LA, Tuman KJ, Twersky RS, Warner DS, Jamerson B: Assessing a tool of measure patient functional ability after outpatient surgery. Anesth Analg 91: 97-106, 2000.

39. Joshi GP, Jameson B, Roizen MF, Fleisher LA, Twersky RS, Warner DS, Colopy M: Is there a learning curve associated with the use of remifentanil? Anesth Analg 91: 1049-1055, 2000.

40. Katz J, Feldman MA, Bass EB, Lubomski LH, Tielsch JM, Petty BG, Fleisher LA, Schein OD, and the Study of Medical Testing for Cataract Surgery Team: Injectable versus topical anesthesia for cataract surgery: patient perceptions of pain and side effects. Ophthalmology 107: 2054-2060, 2000.

41. Mackey JJ, Parker SD, Nass CM, Snyder DS, Curreri S, Kazim D, Zuckerman RL, Fleisher LA: Remifentanil provides superior hemodynamics compared to a fentanyl based anesthetic in high-risk outpatient surgery. J Clin Anesth 12: 427-432, 2000.

42. Mantha S, Roizen MF, Fleisher LA, Thisted R, Foss J: Comparing methods of measurement: is the statistical reporting appropriate? Anesth Analg 90: 593-602, 2000.

43. Abreu ME, Bigelow GE, Fleisher LA, Walsh SL: Effect of intravenous injection speed on responses to cocaine and hydromorphone in humans. Psychopharmacology 154: 76-84, 2001.

44. Fleisher LA, Hogue S,   Colopy M, Twersky RS, Warner DS, Jamerson BD, Tuman KJ, Roizen MA: Does functional ability in the post-operative period differ between remifentanil and fentanyl-based anesthesia? J Clin Anesth 13(6): 401-406, 2001.

45. Friedman DS, Bass EB, Lubomski LH, Fleisher LA, Kempen JH, Magaziner J, Sprintz M, Robinson K, Schein OD: The methodologic quality of clinical trials on regional anesthesia for cataract surgery. Ophthalmology 108: 530-541, 2001.

46. Friedman DS, Bass EB, Lubomski LH, Fleisher LA, Kempen JH, Magaziner J, Sprintz M, Robinson K, Schein OD: Synthesis of the literature on the effectiveness of regional anesthesia for cataract surgery. Ophthalmology 108: 519-529, 2001.

47. Katz J, Feldman MA, Bass EB, Lubomski LH, Tielsch JM, Petty BG, Fleisher LA, Schein OD: Adverse intraoperative medical events and their association with anesthesia management strategies in cataract surgery. Ophthalmology 108: 1721-1726, 2001.

48. Nass CM, Allen JK, Jermyn RM, Fleisher LA: Secondary prevention of coronary artery disease in patients undergoing elective surgery for peripheral vascular disease. J Vasc Med 6: 35-41, 2001.

49. Reeves SW, Friedman DS, Fleisher LA, Lubomski LH, Schein OD, Bass EB: A decision analysis of anesthesia management for cataract surgery. Am J Ophthamol 132(4): 528-536, 2001.

50. Twerksy RS, Jamerson B, Warner DS, Fleisher LA, Hogue S: Hemodynamic and emergence profile for remifentanil vs fentanyl prospectively compared in a large population of surgical patients. J Clin Anesth 13(6): 407-416, 2001.

51. Wu CL, Carter HB, Naqibuddin M, Fleisher LA: The effect of local anesthetics on patient recovery after transrectal biopsy. Urology 57: 925-929, 2001.

52. Wu CL, Naqibuddin M, Fleisher LA: Measurement of patient satisfaction as an outcome of regional anesthesia and analgesia: a systematic review. Reg Anesth Pain Med 26(3): 196-208, 2001.

53. Dexter F, Traub RD, Fleisher LA, Rock P: What sample sizes are required for pooling surgical case durations among facilities to decrease the incidence of procedures with little historical data? Anesthesiology 96: 1230-1236, 2002.

54. Joshi G, Twersky RS, Warner DS, Fleisher LA: A comparison of the remifentanil and fentanyl adverse effect profile in a multicenter phase IV study. J Clin Anesth 14: 494-499, 2002.

55. Kain ZN, Chan K-M, Katz JD, Nigam A, Fleisher LA, Rosenfeld LE: Anesthesiologists and stress:   A physiological and behavioral cohort study. Anesth Analg 95: 177-183, 2002.

56. Kaufmann SC, Wu CL, Pronovost PJ, Jermyn RM, Fleisher LA: The effect of intraoperative regional anesthesia on anticipated admission to the intensive care unit. J Clin Anesth 14: 432-436, 2002.

57. Kim LJ, Martinez EA, Faraday N, Fleisher LA, Chan D, Pronovost PJ: Cardiac troponin I predicts the risk of mortality in high-risk surgical patients. Circulation 106: 2366-2371, 2002.

58. Wu CL, Berenholtz SM, Pronovost PJ, Fleisher LA: A systematic review and analysis of postdischarge symptoms following outpatient surgery. Anesthesiology 96: 994-1003, 2002.

59. Elwood T, Morris W, Martin LD, Nespeca M-K, Wilson DA, Fleisher LA, Robotham JL, Nichols DG: Bronchodilator premedication does not decrease respiratory adverse events in pediatric general anesthesia. Can J Anaesth 50: 277-284, 2003.

60. Falcone RA, Jones CE,   Nass C,   Hale CM, Jermyn R, Walters GL,   Stierer T, Fleisher LA: The value of pre-operative pharmacological stress testing before vascular surgery using ACC/AHA guidelines: a prospective, randomized pilot trial. J Cardiothorac Vasc Anesth 17(6): 694-8, Dec 2003.

61. Gupta A, Wu CL, Elkassabany N, Krug C, Parker SD, Fleisher   LA: Do prophylactic measures for nausea and nomiting affect post-discharge sequele following ambulatory surgery?: a systematic review of randomized controlled trials. Anesthesiology 99: 488-495, 2003.

62. Katz J, Feldman MA, Bass EB, Lubomski LH, Tielsch JM, Petty BG, Fleisher LA, Schein OD: Risks and benefits of anticoagulant and antiplatelet medication use prior to cataract surgery. Ophthalmology 110(9): 1784-1788, 2003.

63. Mahadevia PJ, Fleisher LA, Frick K, Eng J, Goodman S, Powe NR: Lung-cancer screening with helical computed tomography in older adult smokers - a cost-effectiveness and threshold analysis. JAMA 289: 313-322, 2003.

64. Poldermans D, Bax JJ, Kertai MD, Krenning B, Westerhout CM, Schinkel AFL, Fleisher LA, Klein J, van Urk H, Roelandt JRTC, Boersma E: Statins are associated with a reduced incidence of perioperative mortality in patients undergoing major noncardiac vascular surgery. Circulation 107: 1848-1851, 2003.

65. Wu CL, Anderson GF, Herbert R, Lietman SA, Fleisher LA: The effect of perioperative epidural analgesia on patient mortality and morbidity in the Medicare population undergoing total hip replacement. Reg Anesth Pain Med 28: 271-278, 2003.

66. Wu CL, Naqibuddin M, Lietman SA, Jermyn RM, Fleisher LA: The effect of pain on health-related quality of life in the immediate postoperative period. Anesth Analg 97: 1078-1085, 2003.

67. Friedman DS, Reeves SW, Bass EB, Lubomski LH, Fleisher LA, Schein OD: Patient preferences for anaesthesia management during cataract surgery. Br J Ophthalmol 88(3): 333-5, Mar 2004.

68. Gupta A, Zuckerman R, Stierer T, Sakima N, Parker S, Fleisher  LA: Comparison of recovery profile after ambulatory anesthesia with Propofol, Isoflurane, Sevoflurane and Desflurane: a systematic review. Anesth Analg 98(3): 632-41, Mar 2004.

69. Wu CL, Hurley RW, Anderson GF, Herbert R, Rowlingson AJ, Fleisher LA: Effect of postoperative epidural analgesia on morbidity and mortality following surgery in medicare patients. Reg Anesth Pain Med 29(6): 525-33, Nov-Dec 2004.

70. Faraday N, Martinez EA, Scharpf RB, Kasch-Semenza L, Dorman T, Pronovost PJ, Perler B, Gerstenblith G, Bray PF, Fleisher LA: Platelet gene polymorphisms and cardiac risk assessment in vascular surgery patients. Anesthesiology 101(6): 1291-7, December 2004.

71. Fleisher LA, Corbett W, Berry C, Poldermans D: Cost-effectiveness of differing perioperative beta-blockade strategies in vascular surgery patients. J Cardiothor Vasc Anes 18(1): 7-13, 2004.

72. Fleisher LA, Pasternak LR, Herbert R, Anderson GF: Inpatient hospital admission and death after outpatient surgery in elderly patients: importance of patient and system characteristics and location of care. Arch Surg 139: 67-72, 2004.

73. Nicholson WK, Fleisher LA, Fox HE, Powe NR: Screening for gestational diabetes mellitus. Diabetes Care 28(6): 1482-4, June   2005.

74. Creswell LL, Alexander JC, Ferguson TB, Lisbon A, Fleisher LA: ACCP Guidelines for the Prevention and Management of Postoperative Atrial Fibrillation after Cardiac Surgery: Intraoperative Interventions. Chest 128: 28S-35S, 2005.

75. Fleisher LA, Bass EB, McKeown P: ACCP Guidelines for the Prevention and Management of Postoperative Atrial Fibrillation after Cardiac Surgery: Methodological Approach. Chest 128: 17S-23S, 2005.

76. Fleisher LA, Newman MF, St. Aubin LB, Cropp AB, Billing CB, Bonney S, Mackey WC, Poldermans D, Corbalan R, Pereira AH, Coriat P: Efficacy of zoniporide, a Na/H exchange ion inhibitor, for reducing perioperative cardiovascular events in vascular surgery patients. <u>J Cardiothor Vasc Anesth</u> 19: 570-6, 2005.

77. Hogue CW, Creswell LL, Gutterman DD, Fleisher LA: ACCP Guidelines for the Prevention and Management of Postoperative Atrial Fibrillation after Cardiac Surgery: Epidemiology, Mechanisms, and Risks. <u>Chest</u> 128: 9S-16S, 2005.

78. Martinez EA, Nass CM, Jermyn RM, Rosenbaum SH, Akhtar S, Chan DW, Malkus H, Weiss JL, Fleisher LA: Intermittent cardiac troponin-I screening is an effective means of surveillance for a perioperative myocardial infarction. <u>J Cardiothor Vasc Anesth</u> 19: 577-82, 2005.

79. Wu CL,  Rowlingson AJ, Partin AW, Kalish MA, Courpas GE, Walsh PC, Fleisher LA: Correlation of Postoperative Pain on Quality of Recovery and Patient-oriented Outcomes in the Immediate Postoperative Period. <u>Reg Anes Pain Med</u> 30: 516-22, 2005.

80. Wu CL, Partin AW, Rowlingson AJ, Kalish MA, Walsh PC, Fleisher LA: Efficacy of continuous local anesthetic infusion for postoperative pain after radical retropubic prostatectomy. <u>Urology</u> 66: 366-70, 2005.

81. Kim DH, Lipsitz LA, Ferrucci L, Varadhan R, Guralnik JM, Carlson M, Fleisher LA, Fried LP, Chaves PHM: Association of Reduced Heart Rate Variability with Cognitive Impairment in Older Disabled Women in the Community: A Pilot Study in the Women's Health and Aging Study I <u>J Am Geriatrics Soc</u> 54: 1751-7, Nov 2006

82. Mackey WC, Fleisher LA, Haider S, Sheikh S, Cappelleri JC, Lee WC, Wang Q, Stephens JM: Perioperative myocardial ischemic injury in high risk vascular surgery patients: Incidence and clinical significance in a prospective clinical trial. <u>J Vasc Surg</u> 43: 533-8, 2006.

83. Vicenzi MN, Meislitzer T, Heitzinger B, Halaj M, Fleisher LA, Metzler H: Coronary artery stenting and noncardiac surgery - a prospective outcome study. <u>Br J Anaesth</u> 96: 686-93, 2006.

84. Wu CL, Rowlingson AJHerbert RRichman JMAndrews RAFleisher LA: Correlation of postoperative epidural analgesia on morbidity and mortality after colectomy in Medicare patients. <u>J Clin Anesth</u>  18(8): 594-9, Dec 2006.

85. Wu CL, Sapirstein A, Herbert R, Rowlingson AJ, Michaels RK, Petrovic MA, Fleisher LA: Effect of postoperative epidural analgesia on morbidity and mortality after lung resection in Medicare patients. <u>J Clin Anesth</u> 18: 515-20,

2006.

86. Fleisher LA, Pasternak LR, Lyles A: A novel index of elevated risk of inpatient hospital admission immediately following outpatient surgery. Arch Surg. 142(3): 263-8, Mar 2007.

87. Chaves Paulo H M, Varadhan Ravi, Lipsitz Lewis A, Stein Phyllis K, Windham B Gwen, Tian Jing, Fleisher Lee A, Guralnik Jack M, Fried Linda P: Physiological complexity underlying heart rate dynamics and frailty status in community-dwelling older women. Journal of the American Geriatrics Society 56(9): 1698-703, Sep 2008. PMCID: PMC2848445

88. Wu, Christopher L.   Demeester, James S.   Herbert, Robert.   Maine, David N.   Rowlingson, Andrew J.   Fleisher, Lee A.: Correlation of postoperative epidural analgesia with morbidity and mortality following total knee replacement in Medicare patients. American Journal of Orthopedics (Chatham, Nj) 37(10): 524-7, Oct 2008.

89. De Hert, S G.   Longrois, D.   Yang, H.   Fleisher, L A.: Does the use of a volatile anesthetic regimen attenuate the incidence of cardiac events after vascular surgery?. Acta Anaesthesiologica Belgica 59(1): 19-25, 2008.

90. Archan S, Roscher CR, Fairman RM, Fleisher LA: Revised Cardiac Risk Index (Lee) and Perioperative Cardiac Events as Predictors of Long-term Mortality in Patients Undergoing Endovascular Abdominal Aortic Aneurysm Repair. Journal of cardiothoracic and vascular anesthesia 24(1): 84-90, Jun 2009.

91. van Lier Felix, Schouten Olaf, van Domburg Ron T, van der Geest Patrick J, Boersma Eric, Fleisher Lee A, Poldermans Don: Effect of chronic beta-blocker use on stroke after noncardiac surgery. The American journal of cardiology 104(3): 429-33, Aug 2009.

92. Neuman MD, Archan S, Karlawish JH, Schwartz JS, Fleisher LA: The Relationship Between Short-Term Mortality and Quality of Care for Hip Fracture: A Meta-Analysis of Clinical Pathways for Hip Fracture. Journal of the American Geriatrics Society 57(11): 2046-54, Sep 2009.

93. Kim, Michelle M.   Barnato, Amber E.   Angus, Derek C.   Fleisher, Lee A.   Kahn, Jeremy M.: The effect of multidisciplinary care teams on intensive care unit mortality. Archives of Internal Medicine 170(4): 369-76, Feb 22 2010.

94. Neuman, Mark D.   Fleisher, Lee A.   Even-Shoshan, Orit.   Mi, Lanyu.   Silber, Jeffrey H.: Nonoperative care for hip fracture in the elderly: the influence of race, income, and comorbidities. Medical Care 48(4): 314-20, Apr 2010.

95. Flu Willem-Jan, van Kuijk Jan-Peter, Hoeks Sanne E, Kuiper Ruud, Schouten Olaf,

Goei Dustin, Elhendy Abdou, Verhagen Hence J M, Thomson Ian R, Bax Jeroen J, Fleisher Lee A, Poldermans Don: Prognostic implications of asymptomatic left ventricular dysfunction in patients undergoing vascular surgery. <u>Anesthesiology</u> 112(6): 1316-24, Jun 2010.

96. Ingraham, Angela M.   Cohen, Mark E.   Bilimoria, Karl Y.   Dimick, Justin B.   Richards, Karen E.   Raval, Mehul V.   Fleisher, Lee A.   Hall, Bruce L.   Ko, Clifford Y.: Association of surgical care improvement project infection-related process measure compliance with risk-adjusted outcomes: implications for quality measurement. <u>Journal of the American College of Surgeons</u> 211(6): 705-14, Dec 2010.

97. McCunn Maureen, Ashburn Michael A, Floyd Thomas F, Schwab C William, Harrington Paul, Hanson C William, Sarani Babak, Mehta Samir, Speck Rebecca M, Fleisher Lee A: An organized, comprehensive, and security-enabled strategic response to the Haiti earthquake: a description of pre-deployment readiness preparation and preliminary experience from an academic anesthesiology department with no preexisting international disaster response program. <u>Anesthesia and analgesia</u> 111(6): 1438-44, Dec 2010.

98. Neuman, Mark D.   David, Guy.   Silber, Jeffrey H.   Schwartz, J Sanford.   Fleisher, Lee A.: Changing access to emergency care for patients undergoing outpatient procedures at ambulatory surgery centers: evidence from Florida. <u>Medical Care Research & Review</u> 68(2): 247-58, Apr 2011.

99. Silber, Jeffrey H.   Rosenbaum, Paul R.   Even-Shoshan, Orit.   Mi, Lanyu.   Kyle, Fabienne A.   Teng, Yun.   Bratzler, Dale W.   Fleisher, Lee A.: Estimating anesthesia time using the medicare claim: a validation study. <u>Anesthesiology</u> 115(2): 322-33, Aug 2011. PMCID: PMC3273329

100. McCunn Maureen, Speck Rebecca M, Chung Insung, Atkins Joshua H, Raiten Jesse M, Fleisher Lee A: Global health outreach during anesthesiology residency in the United States: a survey of interest, barriers to participation, and proposed solutions. <u>Journal of clinical anesthesia</u> 24(1): 38-43, Feb 2012.

101. Neuman Mark D, Silber Jeffrey H, Elkassabany Nabil M, Ludwig Justin M, Fleisher Lee A: Comparative effectiveness of regional versus general anesthesia for hip fracture surgery in adults. <u>Anesthesiology</u> 117(1): 72-92, Jul 2012.

102. Silber, Jeffrey H.   Rosenbaum, Paul R.   Kelz, Rachel R.   Reinke, Caroline E.   Neuman, Mark D.   Ross, Richard N.   Even-Shoshan, Orit.   David, Guy.   Saynisch, Philip A.   Kyle, Fabienne A.   Bratzler, Dale W.   Fleisher, Lee A.: Medical and financial risks associated with surgery in the elderly obese. <u>Annals of Surgery</u> 256(1): 79-86, Jul 2012. PMCID: PMC3623296

103. Wijeysundera, Duminda N.   Mamdani, Muhammad.   Laupacis, Andreas.   Fleisher,

Lee A.  Beattie, W Scott.  Johnson, Sindhu R.  Kolstad, Jonathan.  Neuman, Mark D.: Clinical evidence, practice guidelines, and beta-blocker utilization before major noncardiac surgery. <u>Circulation. Cardiovascular Quality & Outcomes</u> 5(4): 558-65, Jul 1 2012.

104. Reinke, Caroline E.  Kelz, Rachel R.  Zubizarreta, Jose R.  Mi, Lanyu.  Saynisch, Philip.  Kyle, Fabienne A.  Even-Shoshan, Orit.  Fleisher, Lee A.  Silber, Jeffrey H.: Obesity and readmission in elderly surgical patients. <u>Surgery</u> 152(3): 355-62, Sep 2012. PMCID: PMC3637915

105. Chuy K, Yan Z, Fleisher L, Liu R: An ICU Preanesthesia Evaluation Form Reduces Missing Preoperative Key Information.  <u>J Anesth Clin Res</u>  3: 242, 2012.

106. Liu R, Garcia PS, Fleisher LA: Interest in anesthesia as reflected by keyword searches using common search engines. <u>J Anesthe Clinic Res</u> 3: 187, 2012.

107. Speck RM, Neuman MD, Bond AR, Fleisher LA: Strategies to Promote Reporting of Surgical Care Improvement Project (SCIP) Measures: A Pilot Survey of Anesthesia Department Leaders. <u>Perioperative Medicine</u> 1: 5, 2012.

108. Yan Zhe, Tanner Jonathan W, Lin David, Chalian Ara A, Savino Joseph S, Fleisher Lee A, Liu Renyu: Airway trauma in a high patient volume academic cardiac electrophysiology laboratory center. <u>Anesthesia and analgesia</u> 116(1): 112-7, Jan 2013. PMCID: PMC3530138

109. Silber Jeffrey H, Rosenbaum Paul R, Ross Richard N, Even-Shoshan Orit, Kelz Rachel R, Neuman Mark D, Reinke Caroline E, Ludwig Justin M, Kyle Fabienne A, Bratzler Dale W, Fleisher Lee A: Racial disparities in operative procedure time: the influence of obesity. <u>Anesthesiology</u> 119(1): 43-51, Jul 2013.

110. Clement Rutledge Carter, Derman Peter B, Graham Danielle S, Speck Rebecca M, Flynn David N, Levin Lawrence Scott, Fleisher Lee A: Risk Factors, Causes, and the Economic Implications of Unplanned Readmissions Following Total Hip Arthroplasty. <u>The Journal of arthroplasty</u> 28((8 Suppl)): 7-10, Aug 2013.

111. Kelz Rachel R, Reinke Caroline E, Zubizarreta José R, Wang Min, Saynisch Philip, Even-Shoshan Orit, Reese Peter P, Fleisher Lee A, Silber Jeffrey H: Acute kidney injury, renal function, and the elderly obese surgical patient: a matched case-control study. <u>Annals of surgery</u> 258(2): 359-63, Aug 2013.

112. Liu J, Ma C, Elkassabany N, Fleisher LA, Neuman MD.: Neuraxial Anesthesia Decreases Postoperative Systemic Infection Risk Compared with General Anesthesia in Knee Arthroplasty. <u>Anesth Analg</u> 117(4): 1010-6, 2013.

113. Flynn DN, Speck RM, Mahmoud NN, David G, Fleisher LA.: The impact of complications following open colectomy on hospital finances: a retrospective

cohort study. <u>Perioper Med (Lond).</u> 3: 1, Mar 2014.

114. Silber JH, Rosenbaum PR, Ross RN, Ludwig JM, Wang W, Niknam BA, Mukherjee N, Saynisch PA, Even-Shoshan O, Kelz RR, Fleisher LA.: Template Matching for Auditing Hospital Cost and Quality. <u>Health Serv Res.</u> 49: 1446-74, Mar 2014

115. Speck RM, Foster JJ, Mulher VA, Burke SV, Sullivan PG, Fleisher LA: Culture Change:   Establishment of a Professionalism Committee Within an Academic Medical Center. <u>Jt Comm J Qual Patient Saf</u> 40: 161-7, April 2014.

116. Fleisher LA, Linde-Zwirble WL: Incidence Outcome and Attributable Resource Use associated with Pulmonary and Cardiac Complications after Major Small and Large Bowel Procedures. <u>Perioper Med</u> 3: 7, Oct 2014

117. Silber JH, Rosenbaum PR, Ross RN, Ludwig JM, Wang W, Niknam BA, Mukherjee N, Saynisch PA, Even-Shoshan O, Kelz RR, Fleisher LA: A Hospital-Specific Template Matching for Auditing Hospital Cost and Quality. <u>Health Serv Res</u> 49: 1475-97, Oct 2014.

118. Meghan B Lane-Fall, Rinad S Beidas, Jose L Pascual, Meredith L Collard, Hannah G Peifer, Tyler J Chavez, Mark E Barry, Jacob T Gutsche, Scott D Halpern, Lee A Fleisher and Frances K Barg: Handoffs and transitions in critical care (HATRICC): protocol for a mixed methods study of operating room to intensive care unit handoffs <u>BMC Surgery</u> 14: 96, Nov 2014.

119. Clement RC, Kheir MM, Derman PB, Flynn DN, Speck RM, Levin LS, Fleisher LA.: What Are the Economic Consequences of Unplanned Readmissions After TKA? <u>Clin Orthop Relat Res</u> 472(10): 3134-41, 2014.

120. Michael M. Kheir, R. Carter Clement, Peter B. Derman, David N. Flynn, Rebecca M. Speck, L. Scott Levin, Lee A. Fleisher, MD: Are there Identifiable Risk Factors and Causes Associated with Unplanned Readmissions Following Total Knee Arthroplasty? <u>The Journal of Arthroplasty</u> 29: 2192-6. 2014.

121. Neuman MD, Bosk CL, Fleisher LA.: Learning from mistakes in clinical practice guidelines: the case of perioperative β-blockade. <u>BMJ Qual Saf.</u>   23: 957-64, 2014.

122. Onuoha OC, Arkoosh VA, Fleisher LA: "Choosing Wisely" in Anesthesiology: The Gap Between Evidence and Practice. <u>JAMA Intern Med</u> 174: 1391-5, 2014.

123. Weisberg R, Speck R, Fleisher LA: Fostering innovation in medicine: A conceptual framework for Medical Centers. <u>Healthcare</u> 2: 90-93, 2014.

124. Carson JL, Sieber F, Cook DR, Hoover DR, Noveck H, Chaitman BR, Fleisher L, Beaupre L, Macaulay W, Rhoads GG, Paris B, Zagorin A, Sanders DW, Zakriya

KJ, Magaziner J.: Liberal versus restrictive blood transfusion strategy: 3-year survival and cause of death results from the FOCUS randomised controlled trial. Lancet 385: 1183-1189, Mar 2015.

125. Glance LG, Kellermann AL, Hannan EL, FLeisher LA, Eaton MP, Dutton RP, Lustik SJ, Li Y, Dick AW: Impact of Anesthesiologists on CABG Outcomes. Anesth Analg 120(3): 526-533, Mar 2015.

126. Kincaid ML, Fleisher LA, Neuman MD: Presentation of US Hospital websites of risks and benefits of transcatheter aortic valve replacement procedures. Jama Int Med 175: 440-1, Mar 2015. PMCID: PMC4349371

127. Speck RM, Weisberg RW, Fleisher LA: Innovation centers in academic health systems: Varying goals and approaches. Acad Med Mar 2015.

128. Glick HA, McElligott S, Pauly M, Willke RJ, Bergquist H, Doshi JA, Fleisher LA, Kinosian B, Perfetto EM, Polsky DE, Schwartz JS. : Comparative Effectiveness And Cost Effectiveness AnalysesFrequently Agree On Value. Health Aff 34(5): 805-11, 2015.

129. Hyder JA, Niconchuk J, Glance LG, Neuman MD, Cima RR, Dutton RP, Nguyen LL, Fleisher LA, Bader AM: What can the National Quality Forum tell us about performance measurement in anesthesiology? Anesth Analg 120: 440-8, 2015.

130. Onuoha Onyi C, Hatch Michael B, Miano Todd A, Fleisher Lee A: The incidence of un-indicated preoperative testing in a tertiary academic ambulatory center: a retrospective cohort study. Perioperative medicine (London, England) 4: 14, 2015. PMCID: PMC4681056

131. Silber JH, Rosenbaum PR, Kelz RR, Gaskin DJ, Ludwig JM, Ross RN, Niknam BA, Hill A, Wang M, Evan-Shoshan O, Fleisher LA: Examining Causes of Racial Disparities in General Surgical Mortality: Hospital Quality versus Patient Risk. Med Care 53(7): 619-29, 2015.

132. Silber Jeffrey H, Rosenbaum Paul R, McHugh Matthew D, Ludwig Justin M, Smith Herbert L, Niknam Bijan A, Even-Shoshan Orit, Fleisher Lee A, Kelz Rachel R, Aiken Linda H: Comparison of the Value of Nursing Work Environments in Hospitals Across Different Levels of Patient Risk. JAMA surgery 151(6): 527-36, Jan 2016.

133. Jungquist Carla R, Correll Darin J, Fleisher Lee A, Gross Jeffrey, Gupta Rajnish, Pasero Chris, Stoelting Robert, Polomano Rosemary: Avoiding Adverse Events Secondary to Opioid-Induced Respiratory Depression: Implications for Nurse Executives and Patient Safety. The Journal of nursing administration 46(2): 87-94, Feb 2016.

134. Silber Jeffrey H, Rosenbaum Paul R, Ross Richard N, Ludwig Justin M, Wang Wei, Niknam Bijan A, Hill Alexander S, Even-Shoshan Orit, Kelz Rachel R, Fleisher Lee A: Indirect Standardization Matching: Assessing Specific Advantage and Risk Synergy. <u>Health services research</u> 51(6): 2330-2357, Feb 2016.

135. Clement R Carter, Kheir Michael M, Soo Adrianne E, Derman Peter B, Levin L Scott, Fleisher Lee A: What Financial Incentives Will Be Created by Medicare Bundled Payments for Total Hip Arthroplasty? <u>The Journal of arthroplasty</u> 31(9): 1885-9, Mar 2016.

136. Johnstone Robert E, Fleisher Lee A: A 1966 Anesthetic Administered by Robert D. Dripps, M.D., Demonstrated His Experimental Style of Clinical Care. <u>Anesthesiology</u> 124: 1218-21. Mar 2016.

137. Hadler RA, Neuman MD, Raper S, Fleisher LA: Advance Directives and Operating: Room for Improvement? <u>Anesth Analg Case Reports</u> 6(7): 204-7, Apr 2016. PMCID: PMC4816672

138. Glance Laurent G, Hannan Edward L, Fleisher Lee A, Eaton Michael P, Dutton Richard P, Lustik Stewart J, Li Yue, Dick Andrew W: Feasibility of Report Cards for Measuring Anesthesiologist Quality for Cardiac Surgery. <u>Anesthesia and analgesia</u> 122(5): 1603-1613, May 2016.

139. Clement R Carter, Gray Caitlin M, Kheir Michael M, Derman Peter B, Speck Rebecca M, Levin L Scott, Fleisher Lee A: Will Medicare Readmission Penalties Motivate Hospitals to Reduce Arthroplasty Readmissions? <u>The Journal of arthroplasty</u> 32(3): 709-713, Aug 2016.

140. Clement R Carter, Soo Adrianne E, Kheir Michael M, Derman Peter B, Flynn David N, Levin L Scott, Fleisher Lee A: What Incentives Are Created by Medicare Payments for Total Hip Arthroplasty? <u>The Journal of arthroplasty</u> 31(9 Suppl): 69-72, Sep 2016.

141. Neuman Mark D, Ellenberg Susan S, Sieber Frederick E, Magaziner Jay S, Feng Rui, Carson Jeffrey L: Regional versus General Anesthesia for Promoting Independence after Hip Fracture (REGAIN): protocol for a pragmatic, international multicentre trial. <u>BMJ open</u> 6(11): e013473, Nov 2016.

142. Speck Rebecca M, Neuman Mark D, Resnick Kimberly S, Mellers Barbara A, Fleisher Lee A: Anticipated regret in shared decision-making: a randomized experimental study. <u>Perioperative medicine (London, England)</u> 5: 5, 2016. PMCID: PMC4776353

143. Steven E Raper, Lee A Fleisher, David Mayer, Risa V. Ferman, Kevin Steele, John Hollway: Using Root Cause Analysis to Study Prosecutorial Error:   A Collaboration Between the Montgomery County (PA) District Attorney's Office

and the Quattrone Center for the Fair Administration of Justice. <u>Tolle Lege - Villanova Law Review Online</u> 2016.

144. Lane-Fall Meghan B, Ramaswamy Tara S, Brown Sydney E S, He Xu, Gutsche Jacob T, Fleisher Lee A, Neuman Mark D: Structural, Nursing, and Physician Characteristics and 30-Day Mortality for Patients Undergoing Cardiac Surgery in Pennsylvania. <u>Critical care medicine</u> 45(9): 1472-1480, Jun 2017. PMCID: PMC5561002

145. Ahmad T, Bouwman R A, Grigoras I, Aldecoa C, Hofer C, Hoeft A, Holt P, Fleisher L A, Buhre W, Pearse R M: Use of failure-to-rescue to identify international variation in postoperative care in low-, middle- and high-income countries: a 7-day cohort study of elective surgery. <u>British journal of anaesthesia</u> 119(2): 258-266, Aug 2017.

146. Gaulton T G, Fleisher L A, Neuman M D: The association between obesity and disability in survivors of joint surgery: analysis of the health and retirement study. <u>British journal of anaesthesia</u> 120(1): 109-116, Jan 2018.

147. Speck Rebecca M, Ward Denham S, Fleisher Lee A: Academic Anesthesiology Career Development: A Mixed-Methods Evaluation of the Role of Foundation for Anesthesiology Education and Research Funding. <u>Anesthesia and analgesia</u> 126(6): 2116-2122, Jan 2018.

148. Liu J, Liu WM, Flynn DN, Fleisher LA, Elkassabany NM: Hospital-Based Acute Care within 7-days of Discharge following Outpatient Arthroscopic Shoulder Surgery. <u>Anesth Analg</u> 126(2): 600-605, Feb 2018.

149. Diraviam Sushmitha P, Sullivan Patricia G, Sestito John A, Nepps Mary Ellen, Clapp Justin T, Fleisher Lee A: Physician Engagement in Malpractice Risk Reduction: A UPHS Case Study. <u>Joint Commission journal on quality and patient safety</u> 44(10): 605-612, Jul 2018.

150. MacKay Emily J, Groeneveld Peter W, Fleisher Lee A, Desai Nimesh D, Gutsche Jacob T, Augoustides John G, Patel Prakash A, Neuman Mark D: Practice Pattern Variation in the Use of Transesophageal Echocardiography for Open Valve Cardiac Surgery. <u>Journal of cardiothoracic and vascular anesthesia</u> Aug 2018.

151. Clapp Justin T, Gordon Emily K B, Baranov Dimitry J, Trey Beulah, Tilin Felice Y, Fleisher Lee A: Encouraging Reflexivity in a Residency Leadership Development Program: Expanding Outside the Competency Approach. <u>Acad Med</u> 93(2): 210-213, Sep 2018.

152. Lane-Fall Meghan B, Pascual Jose L, Massa Scott, Collard Meredith L, Peifer Hannah G, Di Taranti Laura J, Linehan Megan, Fleisher Lee A, Barg Frances K: Developing a Standard Handoff Process for Operating Room-to-ICU Transitions:

Multidisciplinary Clinician Perspectives from the Handoffs and Transitions in Critical Care (HATRICC) Study. Joint Commission journal on quality and patient safety 44(9): 514-525, Sep 2018.

153. Neuman Mark D, Gaskins Lakisha J, Montgomery Brittany, Menio Diane A, Long Judith, Fleisher Lee A, Beaupre Lauren, Ahn Jaimo: Feasibility and Acceptability of a Peer Mentoring Program for Older Adults Following Hospitalization for Hip Fracture. Journal of the American Medical Directors Association Nov 2018.

154. Ashburn, M. A.,  Fleisher, L. A.: Increasing Evidence for the Limited Role of Opioids to Treat Chronic Noncancer Pain. JAMA 320(23): 2427-2428, 2018.

155. Bampoe Sohail, Cook Tim, Fleisher Lee, Grocott Michael P W, Neuman Mark, Story David, Myles Paul, Haller Guy: Clinical indicators for reporting the effectiveness of patient quality and safety-related interventions: a protocol of a systematic review and Delphi consensus process as part of the international Standardised Endpoints for Perioperative Medicine initiative (StEP). BMJ open 8(11): e023427, Dec 2018.

156. Jeffrey H. Silber, Joseph G. Reiter, Paul R. Rosenbaum, Qingyuan Zhao, Dylan S. Small, Bijan A. Niknam, BS, Alexander S. Hill, BS, Lauren L. Hochman, BA, Rachel R. Kelz,  Lee A. Fleisher: Defining Multimorbidity in Older Surgical Patients. Medical Care 56(8): 701-710, 2018.

157. Rachel A. Hadler, Julia F. Lynch, Julia Berenson, Lee A. Fleisher. : Limited Public Support for Team-Based Care Models: Survey Results. Health Management Policy and Innovation 3(2), 2018.

158. Sun Eric, Mello Michelle M, Rishel Chris A, Vaughn Michelle T, Kheterpal Sachin, Saager Leif, Fleisher Lee A, Damrose Edward J, Kadry Bassam, Jena Anupam B: Association of Overlapping Surgery With Perioperative Outcomes. JAMA 321(8): 762-772, Feb 2019.

159. Mehta Samir D, Weber Kristy, Fleisher Lee, Shulman Lawrence N, Gabriel Peter, Trerotola Scott O, Nawas Mohammed, Chi Andrew S, Sebro Ronnie: Assessing the Need for Preprocedural Laboratory Tests and Stopping Non-steroidal Anti-inflammatory Drugs/Aspirin in Patients Undergoing Percutaneous Bone and Soft Tissue Biopsies. Cardiovascular and interventional radiology 42(11): 1588-1596, Jun 2019.

160. Lei Victor J, Kennedy Edward H, Luong ThaiBinh, Chen Xinwei, Polsky Daniel E, Volpp Kevin G, Neuman Mark D, Holmes John H, Fleisher Lee A, Navathe Amol S: Model Performance Metrics in Assessing the Value of Adding Intraoperative Data for Death Prediction: Applications to Noncardiac Surgery. Studies in health technology and informatics 264: 223-227, Aug 2019.

161. Li Joan, Burson Randall C, Clapp Justin T, Fleisher Lee A: Centers of excellence: Are there standards? Healthcare (Amsterdam, Netherlands) 8: 100388, Oct 2019.

162. Ali, Z. S., Flanders, T. M., Ozturk, A. K., Malhotra, N. R., Leszinsky, L., McShane, B. J., Gardiner, D., Rupich, K., Chen, H. I., Schuster, J., Marcotte, P. J., Kallan, M. J., Grady, M. S., Fleisher, L. A., Welch, W. C.: Enhanced recovery after elective spinal and peripheral nerve surgery: pilot study from a single institution. J Neurosurg Spine Page: 1-9, 2019.

163. Arriaga, A. F., Sweeney, R. E., Clapp, J. T., Muralidharan, M., Burson, R. C., 2nd, Gordon, E. K. B., Falk, S. A., Baranov, D. Y., Fleisher, L. A.: Failure to Debrief after Critical Events in Anesthesia Is Associated with Failures in Communication during the Event. Anesthesiology 130(6): 1039-1048, 2019.

164. Clapp Justin T, Arriaga Alexander F, Murthy Sushila, Raper Steven E, Schwartz J Sanford, Barg Frances K, Fleisher Lee A: Surgical Consultation as Social Process: Implications for Shared Decision Making. Ann Surg 269(3): 446-452, Dec 2019.

165. Haller, G., Bampoe, S., Cook, T., Fleisher, L. A., Grocott, M. P. W., Neuman, M., Story, D., Myles, P. S., St, E. P. Compac Group: Systematic review and consensus definitions for the Standardised Endpoints in Perioperative Medicine initiative: clinical indicators. Br J Anaesth 123(2): 228-237, 2019.

166. Lei Victor J, Luong ThaiBinh, Shan Eric, Chen Xinwei, Neuman Mark D, Eneanya Nwamaka D, Polsky Daniel E, Volpp Kevin G, Fleisher Lee A, Holmes John H, Navathe Amol S: Risk Stratification for Postoperative Acute Kidney Injury in Major Noncardiac Surgery Using Preoperative and Intraoperative Data. JAMA network open 2(12): e1916921, Dec 2019. PMCID: PMC6902769

167. Lei, V. J., Kennedy, E. H., Luong, T., Chen, X., Polsky, D. E., Volpp, K. G., Neuman, M. D., Holmes, J. H., Fleisher, L. A., Navathe, A. S.: Model Performance Metrics in Assessing the Value of Adding Intraoperative Data for Death Prediction: Applications to Noncardiac Surgery. Stud Health Technol Inform 264: 223-227, 2019.

168. Neuman, M. D., Gaskins, L. J., Montgomery, B., Menio, D. A., Long, J., Fleisher, L. A., Beaupre, L., Ahn, J.: Feasibility and Acceptability of a Peer Mentoring Program for Older Adults Following Hospitalization for Hip Fracture. J Am Med Dir Assoc 20(2): 218-220 e2, 2019.

169. Sweeney, R. E., Clapp, J. T., Arriaga, A. F., Muralidharan, M., Burson, R. C., 2nd, Gordon, E. K. B., Falk, S. A., Baranov, D. Y., Fleisher, L. A.: Understanding Debriefing: A Qualitative Study of Event Reconstruction at an Academic Medical Center. Acad Med 2019.

170. MacKay Emily J, Neuman Mark D, Fleisher Lee A, Patel Prakash A, Gutsche Jacob T, Augoustides John G, Desai Nimesh D, Groeneveld Peter W: Transesophageal Echocardiography, Mortality, and Length of Hospitalization after Cardiac Valve Surgery. Journal of the American Society of Echocardiography : official publication of the American Society of Echocardiography Mar 2020.

171. Elective surgery cancellations due to the COVID-19 pandemic: global predictive modelling to inform surgical recovery plans. Br J Surg 107(11): 1440-1449, 2020.

172. Clapp, J. T.,   Diraviam, S. P.,   Lane-Fall, M. B.,   Szymczak, J. E.,   Muralidharan, M.,   Chung, J. J.,   Gutsche, J. T.,   Curley, M. A. Q.,   Berns, J. S.,   Fleisher, L. A.: Nephrology in the Academic Intensive Care Unit: A Qualitative Study of Interdisciplinary Collaboration. Am J Kidney Dis 75(1): 61-71, 2020.

173. Deiner, S.,   Fleisher, L. A.,   Leung, J. M.,   Peden, C.,   Miller, T.,   Neuman, M. D.,   A. S. A. Committee on Geriatric Anesthesia,   the, A. S. A. Perioperative Brain Health Initiative: Adherence to recommended practices for perioperative anesthesia care for older adults among US anesthesiologists: results from the ASA Committee on Geriatric Anesthesia-Perioperative Brain Health Initiative ASA member survey. Perioper Med (Lond) 9: 6, 2020.

174. Flanders, T. M.,   Ifrach, J.,   Sinha, S.,   Joshi, D. S.,   Ozturk, A. K.,   Malhotra, N. R.,   Pessoa, R.,   Kallan, M. J.,   Fleisher, L. A.,   Ashburn, M. A.,   Maloney, E.,   Welch, W. C.,   Ali, Z. S.: Reduction of Postoperative Opioid Use After Elective Spine and Peripheral Nerve Surgery Using an Enhanced Recovery After Surgery Program. Pain Med 21(12): 3283-3291, 2020.

175. Fleisher, L. A.: The Actions That Define Us: Our Response to Critical Events. Anesthesiol Clin 38(4): xiii, 2020.

176. Gordon, E. K. B.,   Clapp, J. T.,   Heins, S. J.,   Gaulton, T. G.,   Lane-Fall, M. B.,   Aysola, J.,   Baranov, D. Y.,   Fleisher, L. A.: The role of the interview in residency selection: A mixed-methods study. Med Educ 54(11): 1029-1039, 2020.

177. Gordon, E. K. B.,   Clapp, J. T.,   Heins, S. J.,   Gaulton, T. G.,   Lane-Fall, M. B.,   Aysola, J.,   Baranov, D. Y.,   Fleisher, L. A.: The Role of the Interview in Residency Selection: A Mixed Methods Study. Med Educ 2020.

178. Jain, S.,   Rosenbaum, P. R.,   Reiter, J. G.,   Hoffman, G.,   Small, D. S.,   Ha, J.,   Hill, A. S.,   Wolk, D. A.,   Gaulton, T.,   Neuman, M. D.,   Eckenhoff, R. G.,   Fleisher, L. A.,   Silber, J. H.: Using Medicare claims in identifying Alzheimer"s disease and related dementias. Alzheimers Dement 2020.

179. Jain, S.,   Rosenbaum, P. R.,   Reiter, J. G.,   Hoffman, G.,   Small, D. S.,   Ha, J.,   Hill, A. S.,   Wolk, D. A.,   Gaulton, T.,   Neuman, M. D.,   Eckenhoff, R. G.,   Fleisher, L. A.,   Silber, J. H.: Using Medicare claims in identifying Alzheimer"s

disease and related dementias. Alzheimers Dement 2020.

180. Jain, S.,   Rosenbaum, P. R.,   Reiter, J. G.,   Hoffman, G.,   Small, D. S.,   Ha, J.,   Hill, A. S.,   Wolk, D. A.,   Gaulton, T.,   Neuman, M. D.,   Eckenhoff, R. G.,   Fleisher, L. A.,   Silber, J. H.: Using Medicare claims in identifying Alzheimer"s disease and related dementias. Alzheimers Dement 2020.

181. Kadakia, K. T.,   Fleisher, L. A.,   Stimson, C. J.,   Aloia, T. A.,   Offodile, A. C., 2nd: Charting a Roadmap for Value-based Surgery in the Post-pandemic Era. Ann Surg 272(2): e43-e44, 2020.

182. Lane-Fall, M. B.,   Pascual, J. L.,   Peifer, H. G.,   Di Taranti, L. J.,   Collard, M. L.,   Jablonski, J.,   Gutsche, J. T.,   Halpern, S. D.,   Barg, F. K.,   Fleisher, L. A.,   Hatricc study team: A Partially Structured Postoperative Handoff Protocol Improves Communication in 2 Mixed Surgical Intensive Care Units: Findings From the Handoffs and Transitions in Critical Care (HATRICC) Prospective Cohort Study. Ann Surg 271(3): 484-493, 2020.

183. Liu, R.,   Gavrin, J. R.,   Fleisher, L. A.: Online keyword searching in three countries and languages reflects different perceptions and behaviors in response to the name of the novel coronavirus disease. J Glob Health 10(2): 020339, 2020.

184. MacKay, E. J.,   Neuman, M. D.,   Fleisher, L. A.,   Patel, P. A.,   Gutsche, J. T.,   Augoustides, J. G.,   Desai, N. D.,   Groeneveld, P. W.: Transesophageal Echocardiography, Mortality, and Length of Hospitalization after Cardiac Valve Surgery. J Am Soc Echocardiogr 33(6): 756-762.e1, 2020.

185. Mantha, S.,   Tripuraneni, S. L.,   Roizen, M. F.,   Fleisher, L. A.: Proposed Modifications in the 6-Minute Walk Test for Potential Application in Patients With Mild COVID-19: A Step to Optimize Triage Guidelines. Anesth Analg 131(2): 398-402, 2020.

186. Navathe, A. S.,   Lei, V. J.,   Fleisher, L. A.,   Luong, T.,   Chen, X.,   Kennedy, E.,   Volpp, K. G.,   Polsky, D. E.,   Groeneveld, P. W.,   Weiner, M.,   Holmes, J. H.,   Neuman, M. D.: Improving Identification of Patients at Low Risk for Major Cardiac Events After Noncardiac Surgery Using Intraoperative Data. J Hosp Med 15(10): 581-587, 2020.

187. Shannon, A. B.,   Roberson, J. L.,   Clapp, J. T.,   Vaughan, C.,   Kleid, M.,   Song, Y.,   Miura, J. T.,   Dempsey, D. T.,   DeMatteo, R. P.,   Fleisher, L. A.,   Karakousis, G. C.: What is the patient experience of surgical care during the coronavirus disease 2019 (COVID-19) pandemic? A mixed-methods study at a single institution. Surgery 2020.

188. Silber, J. H.,   Rosenbaum, P. R.,   Niknam, B. A.,   Ross, R. N.,   Reiter, J. G.,   Hill, A. S.,   Hochman, L. L.,   Brown, S. E.,   Arriaga, A. F.,   Fleisher, L. A.:

Comparing Outcomes and Costs of Medical Patients Treated at Major Teaching and Non-teaching Hospitals: A National Matched Analysis. J Gen Intern Med 35(3): 743-752, 2020.

189. Silber, J. H.,   Rosenbaum, P. R.,   Niknam, B. A.,   Ross, R. N.,   Reiter, J. G.,   Hill, A. S.,   Hochman, L. L.,   Brown, S. E.,   Arriaga, A. F.,   Kelz, R. R.,   Fleisher, L. A.: Comparing Outcomes and Costs of Surgical Patients Treated at Major Teaching and Nonteaching Hospitals: A National Matched Analysis. Ann Surg 271(3): 412-421, 2020.

190. Silber, J. H.,   Rosenbaum, P. R.,   Reiter, J. G.,   Hill, A. S.,   Jain, S.,   Wolk, D. A.,   Small, D. S.,   Hashemi, S.,   Niknam, B. A.,   Neuman, M. D.,   Fleisher, L. A.,   Eckenhoff, R.: Alzheimer"s Dementia After Exposure to Anesthesia and Surgery in the Elderly: A Matched Natural Experiment Using Appendicitis. Ann Surg 2020.

191. Silber, J. H.,   Rosenbaum, P. R.,   Reiter, J. G.,   Hill, A. S.,   Jain, S.,   Wolk, D. A.,   Small, D. S.,   Hashemi, S.,   Niknam, B. A.,   Neuman, M. D.,   Fleisher, L. A.,   Eckenhoff, R.: Alzheimer"s Dementia After Exposure to Anesthesia and Surgery in the Elderly: A Matched Natural Experiment Using Appendicitis. Ann Surg 2020.

192. Silber, J. H.,   Rosenbaum, P. R.,   Reiter, J. G.,   Hill, A. S.,   Jain, S.,   Wolk, D. A.,   Small, D. S.,   Hashemi, S.,   Niknam, B. A.,   Neuman, M. D.,   Fleisher, L. A.,   Eckenhoff, R.: Alzheimer"s Dementia After Exposure to Anesthesia and Surgery in the Elderly: A Matched Natural Experiment Using Appendicitis. Ann Surg 2020.

193. Yao, W.,   Wang, T.,   Jiang, B.,   Gao, F.,   Wang, L.,   Zheng, H.,   Xiao, W.,   Yao, S.,   Mei, W.,   Chen, X.,   Luo, A.,   Sun, L.,   Cook, T.,   Behringer, E.,   Huitink, J. M.,   Wong, D. T.,   Lane-Fall, M.,   McNarry, A. F.,   McGuire, B.,   Higgs, A.,   Shah, A.,   Patel, A.,   Zuo, M.,   Ma, W.,   Xue, Z.,   Zhang, L. M.,   Li, W.,   Wang, Y.,   Hagberg, C.,   O'Sullivan, E. P.,   Fleisher, L. A.,   Wei, H.: Emergency tracheal intubation in 202 patients with COVID-19 in Wuhan, China: lessons learnt and international expert recommendations. Br J Anaesth 125(1): e28-e37, 2020.

194. Bagchi, S.,   Mak, J.,   Li, Q.,   Sheriff, E.,   Mungai, E.,   Anttila, A.,   Soe, M. M.,   Edwards, J. R.,   Benin, A. L.,   Pollock, D. A.,   Shulman, E.,   Ling, S.,   Moody-Williams, J.,   Fleisher, L. A.,   Srinivasan, A.,   Bell, J. M.: Rates of COVID-19 Among Residents and Staff Members in Nursing Homes - United States, May 25-November 22, 2020. MMWR Morb Mortal Wkly Rep 70(2): 52-55, 2021.

195. Benin, A. L.,   Soe, M. M.,   Edwards, J. R.,   Bagchi, S.,   Link-Gelles, R.,   Schrag, S. J.,   Herzer, K.,   Verani, J. R.,   Budnitz, D.,   Nanduri, S.,   Jernigan, J.,

Edens, C.,   Gharpure, R.,   Patel, A.,   Wu, H.,   Golshir, B. C.,   Jaffe, A.,   Li, Q.,   Srinivasan, A.,   Shulman, E.,   Ling, S. M.,   Moody-Williams, J.,   Fleisher, L. A.,   Pollock, D. A.,   Bell, J.,   Nhsn Team: Ecological Analysis of the Decline in Incidence Rates of COVID-19 Among Nursing Home Residents Associated with Vaccination, United States, December 2020-January 2021. J Am Med Dir Assoc 22(10): 2009-2015, 2021.

196. Damschroder, L. J.,   Knighton, A. J.,   Griese, E.,   Greene, S. M.,   Lozano, P.,   Kilbourne, A. M.,   Buist, D. S. M.,   Crotty, K.,   Elwy, A. R.,   Fleisher, L. A.,   Gonzales, R.,   Huebschmann, A. G.,   Limper, H. M.,   Ramalingam, N. S.,   Wilemon, K.,   Ho, P. M.,   Helfrichfcr, C. D.: Recommendations for strengthening the role of embedded researchers to accelerate implementation in health systems: Findings from a state-of-the-art (SOTA) conference workgroup. Healthc (Amst) 8 Suppl 1: 100455, 2021.

197. Graff, V.,   Clapp, J. T.,   Heins, S. J.,   Chung, J. J.,   Muralidharan, M.,   Fleisher, L. A.,   Elkassabany, N. M.: Patient Involvement in Anesthesia Decision-making: A Qualitative Study of Knee Arthroplasty. Anesthesiology 2021.

198. Hadler, R. A.,   Clapp, J. T.,   Chung, J. J.,   Gutsche, J. T.,   Fleisher, L. A.: Escalation and Withdrawal of Treatment for Patients on Extracorporeal Membrane Oxygenation: A Qualitative Study. Ann Surg 2021.

199. Ho, J.,   Susser, P.,   Christian, C.,   DeLisser, H.,   Scott, M. J.,   Pauls, L. A.,   Huffenberger, A. M.,   Hanson, C. W., 3rd,   Chandler, J. M.,   Fleisher, L. A.,   Laudanski, K.: Developing the eMedical Student (eMS)-A Pilot Project Integrating Medical Students into the Tele-ICU during the COVID-19 Pandemic and beyond. Healthcare (Basel) 9(1), 2021.

200. Mahajan, A.,   Esper, S. A.,   Cole, D. J.,   Fleisher, L. A.: Anesthesiologists" Role in Value-based Perioperative Care and Healthcare Transformation. Anesthesiology 134(4): 526-540, 2021.

201. Mantha, S.,   Tripuraneni, S. L.,   Fleisher, L. A.,   Roizen, M. F.,   Mantha, V. R. R.,   Dasari, P. R.: Relative contribution of vitamin D deficiency to subclinical atherosclerosis in Indian context: Preliminary findings. Medicine (Baltimore) 100(32): e26916, 2021.

202. Neuman, M. D.,   Feng, R.,   Carson, J. L.,   Gaskins, L. J.,   Dillane, D.,   Sessler, D. I.,   Sieber, F.,   Magaziner, J.,   Marcantonio, E. R.,   Mehta, S.,   Menio, D.,   Ayad, S.,   Stone, T.,   Papp, S.,   Schwenk, E. S.,   Elkassabany, N.,   Marshall, M.,   Jaffe, J. D.,   Luke, C.,   Sharma, B.,   Azim, S.,   Hymes, R. A.,   Chin, K. J.,   Sheppard, R.,   Perlman, B.,   Sappenfield, J.,   Hauck, E.,   Hoeft, M. A.,   Giska, M.,   Ranganath, Y.,   Tedore, T.,   Choi, S.,   Li, J.,   Kwofie, M. K.,   Nader, A.,   Sanders, R. D.,   Allen, B. F. S.,   Vlassakov, K.,   Kates, S.,   Fleisher, L. A.,   Dattilo, J.,   Tierney, A.,   Stephens-Shields, A. J.,   Ellenberg, S.

S.,   Regain Investigators: Spinal Anesthesia or General Anesthesia for Hip Surgery in Older Adults. N Engl J Med 2021.

203. Onuoha, O.,   Heins, S. J.,   Clapp, J. T.,   Muralidharan, M.,   Baranov, D. Y., Fleisher, L. A.,   Gordon, E. K. B.: Improving Formative Feedback in the Operating Room Setting: Developing and Implementing an Initiative to Improve Feedback Quality and Culture. Acad Med 2021.

204. Shannon, A. B.,   Roberson, J. L.,   Keele, L.,   Bharani, T.,   Song, Y.,   Miura, J. T.,   Kelz, R. R.,   Dempsey, D. T.,   Fleisher, L. A.,   DeMatteo, R. P., Karakousis, G. C.: Impact of COVID-19 Restrictions on Demographics and Outcomes of Patients Undergoing Medically Necessary Non-Emergent Surgeries During the Pandemic. World J Surg Page: 1-9, 2021.

205. Williams, C. S.,   Zheng, Q.,   White, A. J.,   Bengtsson, A. I.,   Shulman, E. T., Herzer, K. R.,   Fleisher, L. A.: The association of nursing home quality ratings and spread of COVID-19. J Am Geriatr Soc 69(8): 2070-2078, 2021.

Research Publications, peer-reviewed reviews:

1. Flood C, Fleisher LA: Preparation of the cardiac patient for noncardiac surgery. American Family Physician 75(5): 656-665, March 2007.

2. Daumerie G, Fleisher LA: Perioperative beta-blocker and statin therapy. Curr Opin Anaesthesiol. 21: 60-5, 2008.

3. Archan S, Fleisher LA: From creatine kinase-MB to troponin: the adoption of a new standard. Anesthesiology 112(4): 1005-12, Apr 2010.

4. Neuman, Mark D.   Schwartz, J Sanford.   Fleisher, Lee A.: Commentary: what conclusions can we draw from recent analyses of anesthesia provider model and patient outcomes?. Health Services Research 45(5 Pt 1): 1390-6; discussion 1397-1406, Oct 2010.

5. Gordon EK, Fleisher LA.: Reducing perioperative cardiac morbidity and mortality: is this the right goal? Curr Opin Crit Care 19: 342-5, Aug 2013.

6. Royo Marc B, Fleisher Lee A: Chasing myocardial outcomes: perioperative myocardial infarction and cardiac troponin. Canadian journal of anaesthesia = Journal canadien d'anesthesie 63(2): 227-232, Dec 2015.

7. Fleisher LA: The Value of Preoperative Assessment Before Noncardiac Surgery in the Era of Value-Based Care. Circulation 136(19): 1769-1771, Nov 2017.

8. Fleisher Lee A: Quality Anesthesia: Medicine Measures, Patients Decide. Anesthesiology 129(6): 1063-1069, Sep 2018.

9. Wang, T.,  Deng, X.,  Huang, Y.,  Fleisher, L. A.,  Xiong, L.: Road to Perioperative Medicine: A Perspective From China. Anesth Analg 129(3): 905-907, 2019.

10. Lane-Fall Meghan B, Gordon Emily K B, Valentine Elizabeth A, Black Stephanie A, Kapur Patricia A, Fleisher Lee A: Fostering belonging in academic anaesthesiology: faculty and department chair perspectives on supporting women anaesthesiologists. British journal of anaesthesia 124(3): e155-e159, Jan 2020.

11. Mantha Srinivas, Tripuraneni Sudha Lakshmi, Fleisher Lee A, Roizen Michael F: Use of Common Carotid Intima-Media Thickness Measured by Ultrasound Echo-Tracking in Cardiovascular Risk Stratification Before Noncardiac Surgery in Low-Risk Category: A Research Idea. A&A practice Jan 2020.

12. Mantha, S.,  Tripuraneni, S. L.,  Roizen, M. F.,  Fleisher, L. A.: Proposed Modifications in the 6-minutue Walk Test for Potential Application in Patients with mild Coronavirus Disease 2019 (COVID-19): A Step to Optimize Triage Guidelines. Anesth Analg 2020.

13. Mahajan, A.,  Esper, S. A.,  Cole, D. J.,  Fleisher, L. A.: Anesthesiologists" Role in Value-based Perioperative Care and Healthcare Transformation. Anesthesiology 134(4): 526-540, 2021.

Contributions to peer-reviewed research publications, participation cited but not by authorship:

1. Carson Jeffrey L, Terrin Michael L, Noveck Helaine, Sanders David W, Chaitman Bernard R, Rhoads George G, Nemo George, Dragert Karen, Beaupre Lauren, Hildebrand Kevin, Macaulay William, Lewis Courtland, Cook Donald Richard, Dobbin Gwendolyn, Zakriya Khwaja J, Apple Fred S, Horney Rebecca A, Magaziner Jay: Liberal or restrictive transfusion in high-risk patients after hip surgery. The New England journal of medicine 365(26): 2453-62, Dec 2011. PMCID: PMC3268062

2. Kahan BC, Koulenti D, Arvaniti K, Beavis V, Campbell D, Chan M, Moreno R, Pearse RM; International Surgical Outcomes Study (ISOS) group: Critical care admission following elective surgery was not associated with survival benefit: prospective analysis of data from 27 countries. Intensive Care Med. 43(7): 971-9, Jul 2017.

3. Abbott T E F, Ahmad T, Phull M K, Fowler A J, Hewson R, Biccard B M, Chew M S, Gillies M, Pearse R M: The surgical safety checklist and patient outcomes after surgery: a prospective observational cohort study, systematic review and meta-analysis. British journal of anaesthesia 120(1): 146-155, Jan 2018.

4. Barnes Jonathan, Hunter Jennifer, Harris Steve, Shankar-Hari Manu, Diouf Elisabeth, Jammer Ib, Kalkman Cor, Klein Andrew A, Corcoran Tomas, Dieleman Stefan, Grocott Michael P W, Mythen Michael G: Systematic review and consensus

definitions for the Standardised Endpoints in Perioperative Medicine (StEP) initiative: infection and sepsis. British journal of anaesthesia 122(4): 500-508, Apr 2019. PMCID: PMC6435904

Abstracts:

1. Archan S, Roscher C, Fairman R, Fleisher LA: Revised cardiac risk index (lee) and perioperative cardiac events as predictors of long-term mortality inpatients undergoing endovascular abdominal aortic aneurysm repair. Eur J Anaesth 26(S45): 56, 2--9.

2. Akhtar S, Fleisher LA, Jermyn R, Chan DW, Rosenbaum SH: Detection of Perioperative Ischemia is Improved by Troponin (TnI) Measurement. Anesthesiology 93: A253, 2000.

3. Akhtar S, Fleisher LA, Jermyn R, Weiss J, Rosenbaum SH: Incidence of perioperative myocardial injury based on ACC/AHA guidelines in vascular surgery patients. Anesthesiology 93: A260, 2000.

4. Fleisher LA, Ferrer JA, Pasternak LR, Barash PG: Safety of outpatient surgery in hospitals versus free-standing facilities in the elderly. Anesthesiology 92: A1176, 2000.

5. Katz J, Feldman MA, Bass EB, Lubomski LH, Tielsch JM, Betty BG, Fleisher LA: Anesthesia for cataract surgery: patient perceptions of pain and side-effects. IOVS 41: S740, 2000.

6. Reeves SW, Fleisher LA, Friedman DS, Lubomski LH, Bass EB, Schein OD: A decision analysis of anesthesia management for cataract surgery. IOVS 41: S740, 2000.

7. Fleisher LA, Naqibuddin M, Yu DL, Thamer M, Carter HB, Walsh PC: Discharge hemoglobin:   does it effect quality of life during recovery? Anes Analg 92: S99, 2001.

8. Kim LJ, Martinez EA, Faraday N, Fleisher LA, Chan D, Pronovost PJ: Cardiac troponin I predicts the risk of mortality in high-risk surgical patients. Crit Care Med 29(12): A28, 2001.

9. Wu C, Naquibuddin M, Jermyn RM, Fleisher LA: Does health-related quality-of-life differ according to postoperative analgesic regimen? Anes Analg 92: S272, 2001.

10. Yataco AR,   Sung J, Fleisher LA, Bacher AC, Turner KL, Deregis JR, Stewart KJ: Habitual physical activity but not peak aerobic capacity predicts heart rate variability in older adults. Circulation 2001.

11. Ellis JE, Lobato E, Fleisher LA, Ford-Thomas Z, Reno K: Randomized trial of

esmolol vs. nitroglycerin for myocardial ischemia/infarction prophylaxis during high-risk noncardiac surgery. <u>Anesthesiology</u> 96: A210, 2002.

12. Fleisher LA, Pasternak R, Barash PG, Anderson G: Safety of outpatient surgery in the elderly: the importance of the patient, system and location of care. <u>Anesthesiology</u> 96: A1127, 2002.

13. Fleisher LA, Pasternak R, Lyles A: A novel index of elevated risk for hospital admission or death immediately following outpatient surgery. <u>Anesthesiology</u> 07: A38, 2002.

14. Poldermans D, Bax JJ, Kertai MD, Klein J, Fleisher LA, Roelandt JRTC, Eric Boersma E: Statins Are Associated with a Reduced Incidence of perioperative mortality in high-risk patients undergoing non-cardiac surgery. <u>Circulation</u> 2002.

15. Koch M, Goldstein R, Gevirtz C, Showan A, Hoops T, Fleisher L: Office-based anesthesia for colonoscopy by gastroenterologists: higher rates of colon polyp detection. <u>Abstracts of the Society of Ambulatory Anesthesia Annual Meeting 2005</u> May 2005.

16. Fleisher L, Newman M, St. Aubin L, Cropp A, Billing C, Mackey W, Poldermans D, Corbalan, Pereira A, Coriat P: Efficacy of zoniporide, a Na/H exchange ion inhibitor, for reducing perioperative cardiovascular events in vascular surgery patients   Anesth Analg 100: SCA44, 2005.

17. Sheikh S, Haider S, Cappelleri JC, Lee WC, Gold K, Stephens J, Fleisher LA: Health Status in high-risk patients undergoing noncardiac vascular surgery in the United States. <u>Proceedings of the International Society for Pharmacoeconomics and Outcomes Research</u> 2005.

18. Agarwal SJ, Erslon MG, Bloom JD, Fleisher LA: Anesthesia time and risk of postoperative pulmonary complications in orthopedic surgery. <u>Anesthesiology</u> Page: A1498, 2011.

19. Chuy K, Zhe Y, Smith DS, Fleisher LA, Liu R: Newly designed preoperative evaluation form for ICU patients to help reduce missing preoperative information. <u>Anesthesiology</u> Page: A1197, 2011.

20. Liu R, Yan Z Xue W, Brown S, Barnett R, Mullen J, Fleisher LA: Different dynamics of elective case cancellation for inpatient and outpatient in a large academic center. <u>Anesthesiology</u>   Page: A742, 2011.

21. Flynn DN, Speck RM, David G, Fleisher LA: Hospital costs associated with complication following open colectomy. <u>Anesthesiology</u> Page: A2057, 2013.

<u>Editorials, Reviews, Chapters, including participation in committee reports (print or other</u>

media):

1. Fleisher LA: Preoperative assessment of the patient with cardiovascular disease. Current Op Anesth 4: 30-34, 1991 Notes: Review.

2. Fleisher LA, Barash PG: Preoperative cardiac evaluation for noncardiac patient for noncardiac surgery: a functional approach. Anesth Analg 74: 586-598, Apr 1992 Notes: Review.

3. Carter J, Fleisher LA, Barash PG: Assessment of perioperative ischemia. In: Advances in Anesthesia. Barash, Stoelting (eds.). 9: 89-120, 1992 Notes: Chapter.

4. Fleisher LA: Perioperative myocardial ischemia and infarction. In: Perioperative Myocardial and Infarction. Beattie, Fleisher (eds.). International Anesthesiology Clinics Winter, 30(1): 1-17, 1992 Notes: Chapter.

5. Fleisher LA: Perioperative assessment of the patient with cardiovascular disease undergoing noncardiac surgery. Current Op Anesth 5: 27-33, 1992 Notes: Review.

6. Jain D, Fleisher LA, Zaret BL: Diagnosis of a perioperative myocardial infarction in noncardiac surgery patients. In: Perioperative Myocardial and Infarction. Beattie, Fleisher (eds.). International Anesthesiology Clinics Winter, 30(1): 199-215, 1992 Notes: Chapter.

7. Rosenbaum SH, Fleisher LA: Was Einthoven a 21st century visionary? J Clin Anesth 4: 263-264, 1992 Notes: Editorial.

8. Fleisher LA, Barash PG: Preoperative evaluation of the cardiac patient for noncardiac surgery. Yale J Bio Med 66: 385-396, 1993 Notes: Review.

9. Fleisher LA, Barash PG: Anesthesia management for noncardiac surgery for the adult. In: Principles and Practice of Cardiac Anesthesia. Estefanous, Reves, Barash (eds.). 1993 Notes: Chapter.

10. Fleisher LA, Hulyalkar A: Cardiovascular testing for the 1990s. In: Advances in Anesthesiology. Barash, Lake (eds.). 11: 27-64, 1993 Notes: Chapter.

11. Fleisher LA: Review of: Manual of cardiac anesthesia, 2nd Edition. Anesth Analg. Thomas S (eds.). 77: 875, 1993 Notes: Book Review.

12. Fleisher LA: Review of: Perioperative management of pacemaker patients. Anesthesiology. Atlee JL, Gombotz H, Tscheliessnnigg KH (eds.). 78: 1199, 1993 Notes: Book Review.

13. Fleisher LA: Perioperative assessment of the patient with cardiovascular disease undergoing noncardiac surgery. Current Op Anesth 6: 24-29, 1993 Notes:

Review.

14. Fleisher LA: Review of: Monitoring in Anesthesia, 3rd Edition. J Cardiothor Vasc Anesth. Saidman LJ Smith NT (eds.). 8: 128, 1994 Notes: Book Review.

15. Fleisher LA, Barash PG: Risk stratification for noncardiac surgery. Circulation 89: 913, 1994 Notes: Letter.

16. Fleisher LA: Review of: Anesthesia and the patient with co-existing heart disease. Anesthesiology. Simpson JI (eds.). 80: 719, 1994 Notes: Book Review.

17. Fleisher LA: Review of: Perioperative Medicine. Anesthesiology. Goldman DR, Brown FH, Guarnieri DM (eds.). 80: 1184, 1994 Notes: Book Review.

18. Frank SM, Raja SN, Fleisher LA, Beattie C, Higgins MS, Breslow MJ: Adrenergic and cardiovascular manifestations of cold stress. In: Thermal Balance in Health and Disease: Recent Basic Research and Clinical Progress. Zeisberger, Schonbaum, Lomax (eds.). 1994 Notes: Chapter.

19. Higgins MS, Fleisher LA: A caution in the interpretation of heart rate variability data. Anesth Analg 79: 812, 1994 Notes: Letter.

20. Norris E, Fleisher LA: Preoperative cardiac risk assessment in patients presenting for major vascular surgery. Sem in Anesth 13: 2-13, 1994 Notes: Review.

21. Fleisher LA, Lehmann H: Comment on: The role of coronary angiography and coronary revascularization before noncardiac surgery. JAMA 274: 1671-1672, 1995 Notes: Letter.

22. Fleisher LA: Preoperative evaluation of the patient undergoing major vascular surgery. In: Anesthesiology Clinics of North America. 13: 53-65, 1995 Notes: Chapter.

23. Fleisher LA: Review of: Decision analysis in the clinical neurosciences, by Diederick Dippel. Med Decision Mak 15: 398-399, 1995 Notes: Book Review.

24. Smith-Stierer T, Fleisher LA: The patient with ischemic heart disease. In: Ambulatory Anesthesiology: A Problem Oriented Approach. McGoldrick (eds.). Williams & Wilkins, Baltimore, MD, Page: 168-179, 1995 Notes: Chapter.

25. Eagle KA, Brundage BH, Caitman BR, Ewy GA, Fleisher LA, Hertzer NR, Leppo LA, Ryan T, Schlant RC, Spencer WH, Spittell JA, Twiss RD: Guidelines for perioperative cardiovascular evaluation of the noncardiac surgery. A report of the American Heart Association/American College of Cardiology Task Force on Assessment of Diagnostic and Therapeutic Cardiovascular Procedures. Circulation 93: 1278-1317, 1996 Notes: Committee Report.

26. Eagle KA, Brundage BH, Chaitman BR, Ewy GA, Fleisher LA, Hertzer NR, Leppo LA, Ryan T, Schlant RC, Spencer WH, Spittell JA, Twiss RD: Guidelines for perioperative cardiovascular evaluation of the noncardiac surgery. A report of the American Heart Association/American College of Cardiology Task Force on Assessment of Diagnostic and Therapeutic Cardiovascular Procedures. J Am Coll Cardiol 27(4): 910-948, 1996 Notes: Committee Report.

27. Fleisher LA, Barash PG: The ROMI Protocol: do we have a rational approach. J Clin Anesth 8(3): 173-174, 1996 Notes: Editorial.

28. Fleisher LA, Eagle KA: Screening for cardiac disease in patients having noncardiac surgery. Ann Intern Med 124: 767-772, 1996 Notes: Editorial.

29. Fleisher LA: Perioperative management of the cardiac patient undergoing noncardiac surgery. American Society of Anesthesiologists (Refresher Course) 24: 71-84, 1996 Notes: Review.

30. Fleisher LA: Heart rate variability as an assessment of cardiovascular status in normal, disease and perioperative states. J Cardiothor Vasc Anesth 10(5): 6599-6671, 1996 Notes: Review.

31. Metzger, SE, Fleisher LA: Cost-Effective Modeling. Anesth Analg 83: 203-204, 1996 Notes: Letter.

32. Roizen MF, Fleisher LA: Medical guidelines by other societies: should we ignore or influence them? Anesth Analg 82: 679-680, 1996 Notes: Editorial.

33. Bernstein WK,   Fleisher LA, Chernow B: Priorities in critically ill patients requiring anesthetic care. In: Problems in Anesthesia. 9(3): 277-288, 1997 Notes: Chapter.

34. Fleisher LA, Barash PG: Preoperative preparation of the elderly surgical patient. In: Problems in Anesthesia. 9(4): 525-535, 1997 Notes: Chapter.

35. Fleisher LA, Tuman K: What can we learn from provoking ischemia? Anesth Analg 84: 1177-1179, 1997 Notes: Editorial.

36. Fleisher LA: Preoperative evaluation of cardiac patient: preoperative evaluation in an era of cost containment. In: Problems in Anesthesia. 9(2): 143-152, 1997 Notes: Chapter.

37. Fleisher LA: Preoperative evaluation. In: Clinical Anesthesia, 3rd Edition. Barash, Cullen, Stoelting (eds.). 3: 443-459, 1997 Notes: Chapter.

38. Fleisher LA: Preoperative evaluation. In: Atlas of Anesthesiology. Miller R (eds.). Churchill Livingston, Page: Chapter 3, 1997 Notes: Chapter.

39. Fleisher LA: ...but, is suppression of postoperative ST segment depression an important outcome? <u>Anesth Analg</u> 84: 709-711, 1997 Notes: Editorial.

40. Fleisher LA: Ischemic Heart Disease. <u>In: Anesthesiology Clinics of North America.</u> 15: 49-67, 1997 Notes: Chapter.

41. Gold B, Fleisher LA: Management of outpatients with pre-existing diseases. <u>In: Ambulatory Anesthesia and Surgery.</u> W.B. Saunders, Page: 139-154, 1997 Notes: Chapter.

42. Marcucci C., Fleisher LA: Hypertension--Implications for anesthetic management. <u>Current Op Anesth</u> 10: 229-233, 1997 Notes: Review.

43. Stierer T, Fleisher LA: Preoperative cardiac evaluation of the cardiac patient for noncardiac surgery. <u>Contemporary Surgery</u> 51: 157, 1997 Notes: Review.

44. Fleisher LA, Barash PG: PTCA before noncardiac surgery: current state of the debate. <u>J Cardiothorac Vasc Anesth</u> 12: 499-500, 1998 Notes: Editorial.

45. Fleisher LA, Mantha S, Roizen MF: Medical technology assessment: an overview. <u>Anesth Analg</u> 87: 1271-1282, 1998 Notes: Review.

46. Fleisher LA, Mantha S: Technology assessment and determination of cost-effectiveness. <u>In: Problems in Anesthesia.</u> 10(3): 293-303, 1998 Notes: Chapter.

47. Fleisher LA: Pre-operative cardiac interventions in non-cardiac surgery. <u>In: Bailliere's Clinical Anaesthesiology.</u> Bailliere Tindall (eds.). Harcourt Brace & Company, Philadelphia, PA, 12(3): 419-432, 1998 Notes: Chapter.

48. Fleisher LA: Anesthetic management. <u>In: Progress in Cardiovascular Disease.</u> WB Saunders, 40(5): 441-452, 1998 Notes: Chapter.

49. Fleisher LA: Pre-operative cardiac evaluation before non-cardiac surgery. <u>In: Bailliere's Clinical Anaesthesiology.</u> Bailliere Tindall (eds.). Harcourt Brace & company, Philadelphia, PA, 12(3): 373-390, 1998 Notes: Chapter.

50. Curreri S, Nicholas EJ, Fleisher LA: Testing the limit for outpatient surgery: the importance of procedures. <u>In:   Problems in Anesthesia: Ambulatory Anesthesia.</u> Lippincott Williams & Wilkins, Philadelphia, PA, 11: 54-63, 1999 Notes: Chapter.

51. Falcone RA, Zigelstein RC, Fleisher LA: Perioperative evaluation of elderly noncardiac surgical patients. <u>In: Cardiovascular Disease in the Elderly, 2nd Edition.</u> Telsch, Aronow W (eds.). Page: 687-738, 1999 Notes: Chapter.

52. Fleisher LA, Barash PG: Governmental databases, hospital information systems, and clinical outcomes: big brother or big help? <u>Anesth Analg</u> 89(4): 811-813, 1999 Notes: Editorial.

53. Fleisher LA, Bernstein WK: Quality of life and patient satisfaction surrounding cardiovascular surgery. <u>In: Cardiac Anesthesia.</u> Kaplan JA (eds.). WB Saunders, Page: 1337-1346, 1999 Notes: Chapter.

54. Fleisher LA: Preoperative cardiac evaluation before major vascular surgery. <u>In: Problems in Anesthesia: Vascular Anesthesia.</u> Lippincott Williams & Wilkins, Hagerstown, MD, 11(2): 167-178, 1999 Notes: Chapter.

55. Fleisher LA: Principles of outcome prediction in patients with cardiovascular disease. <u>In: Outcome Measurement in Cardiovascular Medicine, Society of Cardiovascular Anesthesiologists Monograph.</u> Kenneth Tuman (eds.). Lippincott Williams & Wilkins, Baltimore, MD, Page: 82-104, 1999 Notes: Chapter.

56. Fleisher LA: Role of the anesthesiologist in the next millennium: perioperative gatekeeper? <u>ASA Newsletter</u> 63(5): 11-12, 1999 Notes: Letter.

57. Frank SM, Fleisher LA: Temperature's importance in patient safety reviewed. <u>APSF Newsletter</u> 14(2): 20-21, 1999 Notes: Letter.

58. Miller ED, Fleisher LA: Antihypertensive therapy. <u>In: Cardiac Anesthesia.</u> Kaplan JA (eds.). WB Saunders, Page: 161-176, 1999 Notes: Chapter.

59. Berry AJ, Fleisher LA: Cause-specific mortality risks of anesthesiologists. <u>Anesthesiology</u> 93: 919-921, 2000 Notes: Editorial.

60. Bynoe TC, Fleisher LA: Anesthetic emergencies. <u>In: Emergencies of the Head and Neck.</u> Eisle D (eds.). Mosby, Page: 97-110, 2000 Notes: Chapter.

61. Fleisher LA: Ischemic heart disease. <u>In: Handbook of preoperative assessment and management.</u> Sweitzer B (eds.). Lippincott Williams & Wilkins, Philadelphia, PA, Page: 39-62, 2000 Notes: Chapter.

62. Fleisher LA: Perioperative cost finding: what are the goals? <u>Am J Anesthesiology</u> 27: 460, 2000 Notes: Editorial.

63. Fleisher LA: Clinical trials report on: A cost comparison in methohexital and propofol for ambulatory anesthesia. <u>Current Anesth Reports</u> 2(5): 398, 2000 Notes: Report.

64. Fleisher LA: Risk of Anesthesia. <u>In: Anesthesia, 5th Edition.</u> Miller R, Miller ED (eds.). Churchill-Livingstone, Page: 795-823, 2000 Notes: Chapter.

65. Fleisher LA: Real-time intraoperative monitoring of myocardial ischemia in noncardiac surgery. <u>Anesthesiology</u> 92: 1183-1188, 2000 Notes: Review.

66. Fleisher LA: Perioperative assessment. <u>In: Cardiac, Thoracic and Vascular Anesthesia.</u> Youngberg (eds.). Churchill Livingstone, Page: 3-19, 2000 Notes: Chapter.

67. Fleisher LA: Effect of perioperative evaluation and consultation on cost and outcome of surgical care. <u>Curr Op Anesth</u> 13: 209-213, 2000 Notes: Review.

68. Fleisher LA: Risks of anesthesia: do we continue to be as safe after we leave the hospitalenvironment? <u>In: Problems in Anesthesia.</u> 12: 102-109, 2000 Notes: Chapter.

69. Fleisher LA: Preoperative cardiac evaluation before noncardiac surgery. <u>In: Current Reviews in Clinical Anesthesia</u>   13: 209-213, 2000 Notes: Chapter.

70. Fleisher LA: Anesthesiologists as perioperative physicians: the con perspective. <u>In: Problems in Anesthesia.</u> 12: 46-48, 2000 Notes: Chapter.

71. Frank SM, Tran KM, Fleisher LA, Elrahmany HK: Clinical importance of body temperature in the surgical patient. <u>J Thermal Biology</u> 25: 151-155, 2000 Notes: Review.

72. Mantha A, Fleisher LA, Roizen MF, Foss JF: Cost-effectiveness and benefit of preoperative work-up and preparation for vascular surgery, Chapter 2. <u>In: Cardiac, Thoracic and Vascular Anesthesia.</u> Youngberg JA, Lake CL, Roizen MF, Wilson RS (eds.). Churchill Livingstone, Page: 20-40, 2000 Notes: Chapter.

73. Sen D, Sweitzer B, Fleisher LA: Nonischemic heart disease.    <u>In: Handbook of Preoperative Assessment and Management.</u> Sweitzer B (eds.). Lippincott Williams & Wilkins, Philadelphia, PA, Page: 63-96, 2000 Notes: Chapter.

74. Wu CL, Fleisher LA: Outcomes research in regional anesthesia and analgesia. <u>Anesth Analg</u> 91: 1232-1242, 2000 Notes: Review.

75. Wu CL, Fleisher LA: Outcomes in perioperative medicine and anesthesiology: into the next millennium. <u>In: Anesthesiology Clinics of North America.</u> 18: 633-645, 2000 Notes: Chapter.

76. Fleisher LA, Barash PG: The Adult Noncardiac Patient. <u>Cardiac Anesthesia: principles and clinical practice</u>. Estafanous FG, Barash PG, Reves JG (eds.). Lippincott Williams & Wilkins, Page: 911-930, 2001.

77. Fleisher LA, Eagle KA: Lowering cardiac risks of noncardiac surgery: strategies to lower risk. <u>N Engl J Med</u> 345: 1677-1682, 2001 Notes: Review.

78. Fleisher LA: Assessment of patients with heart disease for fitness for noncardiac surgery. In: Essential Cardiology: Principles and Practice. Rosendorff C (eds.). WB Saunders, Philadelphia, PA, Page: 764-779, 2001 Notes: Chapter.

79. Fleisher LA: Routine laboratory testing in the elderly: is it indicated? Anesth Analg 93: 249-250, 2001 Notes: Editorial.

80. Fleisher LA: Risk Indices: what is their value to the clinician and patient? Anesthesiology 94: 191-193, 2001 Notes: Editorial.

81. Fleisher LA: Preoperative evaluation. In: Clinical Anesthesia, 4th Edition. Barash P, Cullen B, Stoelting R. (eds.). Lippincott Williams & Wilkins, Page: 473-490, 2001 Notes: Chapter.

82. Fleisher LA:   Wahr J: Epidemiology and future of cardiothoracic anesthesia. In: Textbooks of Cardiovascular Anesthesia. Daniel Thys (eds.). McGraw Hill, Page: 3-10, 2001 Notes: Chapter.

83. Pronovost P, Berenholtz S, Fleisher LA: How to apply the principles of evidence based medicine. In: Conducting Research in Anaesthesia and Intensive Care Medicine. Zbinden AM, Thomson D (eds.). Butterworth Heinemann, Page: 278-298, 2001 Notes: Chapter.

84. Wu CL, Carter HB, Naqibuddin M, Fleisher LA: Technique determines efficacy of local anesthetic for outpatient prostate biopsy. Urology 8: 636, 2001 Notes: Letter.

85. Watson TA, Fleisher LA: Acute heart failure in the postoperative period. Acute Heart Failure   Mebazaa A, Gheorghiade M, Zannad F, Parrillo J (eds.). Springer, 200.

86. Appel LJ., Robinson KA., Guallar E., Erlinger T., Masood SO., Jehn M., Fleisher L., Powe NR., Bass EB.: Utility of blood pressure monitoring outside of the clinic setting. [Review] [0 refs] Evidence Report: Technology Assessment (Summary) (63): 1-5, Nov 2002.

87. Berry C, Wu CL, Fleisher LA: Outcomes research: the effect of recent clinical research on perioperative anesthesia practice. Clin Researcher 2: 2-6, 2002 Notes: Review.

88. Eagle KA, Berger PB, Calkins H, Chaitman BR, Ewy GA, Fleischmann KE, Fleisher LA, Foehlich JB, Gusberg RJ, Leppo JA, Ryan T, Schalnt RC, Winters WL: ACC/AHA Guidelines for perioperative cardiovascular evaluation for noncardiac surgery update- executive summary. J Am Coll Cardiol 39(3): 542-553, 2002 Notes: Committee Report.

89. Fleisher LA, Anderson GF: Perioperative risk: how can we study the influence of provider characteristics? Anesthesiology 96: 1044-1052, 2002 Notes: Editorial.

90. Fleisher LA, Eagle KA: Guidelines on perioperative cardiovascular evaluation: what have we learned over the past 6 years to warrant an update? Anesth Analg 94: 1378-1379, 2002 Notes: Editorial.

91. Fleisher LA: Review of: Anesthesia for the cardiac patient, by Christopher A. Troianos. Anesth Analg 95: 1468-1469, 2002 Notes: Book Review.

92. Fleisher LA: Why did my attending cancel the case, and was he correct in doing so? Inspirations 2002 Notes: Letter.

93. Fleisher LA: Preoperative evaluation of the patient with hypertension. JAMA 287: 2043-2046, 2002 Notes: Review.

94. Fleisher LA: Evaluation of the patient with cardiac disease undergoing noncardiac surgery:   an update on the original AHA/ACC Guidelines. International Anesthesiology Clinics 40(2): 109-120, 2002 Notes: Review.

95. Nass C, Fleisher LA: Diagnosing perioperative myocardial infarction in cardiothoracic and vascular surgery. Seminars Cardiothorac Vasc Anes 6(3): 219-227, 2002 Notes: Review.

96. Pasternak LR, Arens JF, Caplan RA, Connis RT, Fleisher LA, Flowerdew R, Gold BS, Mahew JF, Nickinovich DG, Rice LJ, Roizen MF, Twersky RS: Practice advisory for preanesthesia evaluation: a report by the American Society of Anesthesiologists Task Force on Preanesthesia Evaluation. Anesthesiology 96: 485-496, 2002 Notes: Committee Report.

97. Fleisher LA, Barash PG: Treatment of coronary artery disease in the year 2003. J Cardiothorac Vasc Anesth 17: 258-259, 2003 Notes: Editorial.

98. Stierer S, Fleisher LA: Challenging patients in an ambulatory setting. In: Anesthesiology Clinics of North America. 21: 243-261, 2003 Notes: Chapter.

99. Fleisher LA: Preoperative cardiac evaluation. Anesthesiol Clin North America 22(1): 59-75, Mar 2004.

100. Falcone R,   Ziegelstein R, Fleisher LA: Assessment of patients with heart disease for noncardiac surgery. In: Essential Cardiology: Principles and Practice. Rosendorff C (eds.). WB Saunders, Philadelphia, PA, Page: In Press, 2004 Notes: Chapter.

101. Fleisher LA: Is outcomes research a waste of time? Anesth Analg 98, 2004 Notes: Review.

102. Fleisher LA: Preoperative cardiac evaluation before major vascular surgery. In: Vascular Anesthesia, 2nd Edition. Kaplan JA (eds.). Churchill Livingstone, Page: 93-105, 2004 Notes: Chapter.

103. Stevens RD., Fleisher LA.: Strategies in the high-risk cardiac patient undergoing non-cardiac surgery. [Review] [106 refs] Best Practice & Research in Clinical Anesthesiology 18(4): 549-63, December 2004.

104. Floyd T, Fleisher LA: Off-pump coronary artery bypass and the hypothesis from which it grew: is it yet to be tested? What are the downsides of the lingering questions? Anesthesiology 102(1): 3-5, Jan 2005.

105. Landesberg G, Mosseri M, Fleisher LA: Coronary revascularization before vascular surgery. N Engl J Med 352(14): 1492-5, April 2005.

106. Fleisher LA: Cardiac risk in noncardiac surgery: new insights in management. American College of Cardiology Current Journal REview 14: 5-8, May 2005.

107. Augoustides J, Fleisher LA: Comments on "Randomized controlled trials of aprotonin in cardiac surgery: could clinical equipoise have stopped the bleeding? Clinical Trials 2: 229-232, 2005.

108. Fleisher LA, Eagle KA: Anesthesia and noncardiac surgery in patients with heart disease. Braunwald's Heart Disease 7th edition. Zipes DP, Libby P, Bonow RO, Braunwald E (eds.). Elsevier Saunders, Page: 2021-2035, 2005.

109. Gupta A, Fleisher LA: What outcomes are important in ambulatory anesthesia? Ambulatory anesthesia & perioperative analgesia. Steele SM, Nielsen KC, Klein SM (eds.). McGraw-Hill, 2005.

110. Savino J, Fleisher LA: Assessment of patients with heart disease for fitness for noncardiac surgery. Essential Cardiology: principles and practice 2nd edition. Rosendorff C (eds.). Humana Press, Totowa, NJ, Page: 747-762, 2005.

111. Thomsen R, Fleisher LA: Anesthesia and Patient Positioning. Advanced Therapy in Minimally Invasive Surgery. Talamini M (eds.). BD Decker, Inc. 2005.

112. Fleisher LA, Eckenhoff RG.: Image not living up to goal. Anesthesiology. 105(3): 626-7, Sep 2006.

113. Ochroch EA, Fleisher LA: Retrospective analysis: looking backward to point the way forward. Anesthesiology 105(4): 643-4, Oct 2006.

114. American College of Cardiology; American Heart Association Task Force on Practice Guidelines (Writing Committee to Update the 2002 Guidelines on

Perioperative Cardiovascular Evaluation for Noncardiac Surgery); American Society of Echocardiography; American Society of Nuclear Cardiology; Heart Rhythm Society; Society of Cardiovascular Anesthesiologists; Society for Cardiovascular Angiography and Interventions; Society for Vascular Medicine and Biology; Fleisher LA, Beckman JA, Brown KA, Calkins H, Chaikof E, Fleischmann KE, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Riegel B, Robb JF, Smith SC Jr, Jacobs AK, Adams CD, Anderson JL, Antman EM, Faxon DP, Fuster V, Halperin JL, Hiratzka LF, Hunt SA, Lytle BW, Nishimura R, Page RL, Riegel B.: ACC/AHA 2006 guideline update on perioperative cardiovascular evaluation for noncardiac surgery: focused update on perioperative beta-blocker therapy: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Writing Committee to Update the 2002 Guidelines on Perioperative Cardiovascular Evaluation for Noncardiac Surgery)   J Am Coll Cardiol 47(11): 2343-55, 2006.

115. Fleisher LA, Beckman JA, Brown KA, Calkins H, Chaikof E, Fleischmann KE, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Riegel B, Robb JF, Smith SC Jr, Jacobs AK, Adams CD, Anderson JL, Antman EM, Faxon DP, Fuster V, Halperin JL, Hiratzka LF, Hunt SA, Lytle BW, Nishimura R, Page RL, Riegel B; American College of Cardiology/American Heart Association Task Force on Practice Guidelines Writing Committee to Update the 2002 Guidelines on Perioperative Cardiovascular Evaluation for Noncardiac Surgery; American Society of Echocardiography; American Society of Nuclear Cardiology; Heart Rhythm Society; Society of Cardiovascular Anesthesiologists; Society for Cardiovascular Angiography and Interventions; Society for Vascular Medicine and Biology.: ACC/AHA 2006 guideline update on perioperative cardiovascular evaluation for noncardiac surgery: focused update on perioperative beta-blocker therapy: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines   Circulation 113(22): 2662-74, 2006.

116. Gutsche JT, Fleisher: Hypertension after noncardiac vascular surgery. Advanced therapy in Hypertension and Vascular Disease. Mohler ER, Townsend RR (eds.). BC Becker, Page: 690-701, 2006.

117. Hecker JG, Laslett L, Campbell E, Nunnally M, O'connor A, Ellis JE, Frogel JK, Fleisher LA. : Case 2-2006Catastrophic Cardiovascular Collapse During Carotid Endarterectomy. J Cardiothorac Vasc Anesth 20: 259-68, 2006.

118. Horak J, Fleisher LA: Assessment of cardiac risk and cardiology consultation: examining, imaging, optimizing, and recommending. Kaplan's cardiac anesthesia (5th edition). Kaplan JA (eds.). Elsevier Saunders, 2006.

119. John AD, Fleisher LA: Electrocardiography: the ECG. Anesthesiol Clin.   24(4): 697-715, Dec 2006.

120. Kersten JR, Fleisher LA: Statins: The Next Advance in Cardioprotection? <u>Anesthesiology</u> 105: 1079-80, 2006.

121. Kukafka JD, Fleisher LA: Anesthesia. <u>General Surgery Review Illustrated, 2nd edition</u> 2006.

122. Macario A, Fleisher LA: Is There Value in Obtaining a Patient's Willingness to Pay for a Particular Anesthetic Intervention? <u>Anesthesiology</u> 104: 906-9, 2006.

123. Macario A, Fleisher LA.: Is There Value in Obtaining a Patient's Willingness to Pay for a Particular Anesthetic Intervention? <u>Anesthesiology</u> 104: 906-9, 2006.

124. Neligan PJ, Fleisher LA: Obesity and Diabetes: Evidence of Increased Perioperative Risk? <u>Anesthesiology</u>  104: 398-400, 2006.

125. Thomsen R, Fleisher LA: Anesthesia and patient positioning. <u>Advanced Therapy in Minimally Invasive Surgery</u>. Talamini MA (eds.). BC Decker, Inc., Hamilton, Page: 11-20, 2006.

126. Kersten JR, Fleisher LA: Drug-eluting coronary stents: what are the risks? <u>Anesthesiology</u> 106(5): 898-900, May 2007.

127. Augoustides JFleisher LA: Advancing Perioperative Prediction of Cardiac Risk after Vascular Surgery: Does Postoperative N-terminal Pro-brain Natriuretic Peptide Do the Trick? <u>Anesthesiology</u> 106: 1080-2, Jun 2007.

128. Augoustides J, Fleisher LA: Advancing perioperative prediction of cardiac risk after vascular surgery: does postoperative N-terminal pro-brain natriuretic peptide do the trick?  <u>Anesthesiology</u> 106(6): 1080-2, Jun 2007.

129. Fleisher LA: The preoperative evaluation: an opportunity for education and other strategies to improve care. <u>J Cardiothorac Vasc Anesth</u> 21(3): 323-4, Jun 2007.

130. Fleisher LA: The preoperative electrocardiogram: what is the role in 2007? <u>Ann Surg</u> 246(2): 171-2, Aug 2007.

131. Fleisher LA: Perioperative {beta-Blockade: How Best to Translate Evidence into Practice. <u>Anesth Analg</u> 104: 1-3, 2007.

132. Fleisher LA: Should my outpatient center have a beta blocker protocol? <u>Curr Opin Anesth</u> 20: 526-30, 2007.

133. Fleisher LA, Beckman JA, Brown KA, Calkins H, Chaikof E, Fleischmann KE, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Riegel B, Robb JF, Smith SC Jr, Jacobs AK, Adams CD, Anderson JL, Antman EM, Faxon DP, Fuster V, Halperin JL, Hiratzka LF, Hunt SA, Lytle BW, Nishimura R, Page RL, Riegel B:

ACC/AHA 2006 Guideline Update on Perioperative Cardiovascular Evaluation
for Noncardiac Surgery: Focused Update on Perioperative Beta-Blocker Therapy
-- A Report of the American College of Cardiology/American Heart Association
Task Force on Practice Guidelines (Writing Committee to Update the 2002
Guidelines on Perioperative Cardiovascular Evaluation for Noncardiac Surgery).
Anesth Analg 104: 15-26, 2007.

134. Vernick W, Fleisher LA: "Beta blockade" Geriatric Anesthesia. Sieber FE (eds.).
McGraw-Hill, Page: 233-46, 2007.

135. Augoustides JG, Fleisher LA: The future for B-type natriuretic peptide in
preoperative assessment. Anesthesiology 108(2): 332-3, Feb 2008.

136. Fleisher Lee A, Beckman Joshua A, Brown Kenneth A, Calkins Hugh, Chaikof
Elliott, Fleischmann Kirsten E, Freeman William K, Froehlich James B, Kasper
Edward K, Kersten Judy R, Riegel Barbara, Robb John F, Smith Sidney C, Jacobs
Alice K, Adams Cynthia D, Anderson Jeffrey L, Antman Elliott M, Buller
Christopher E, Creager Mark A, Ettinger Steven M, Faxon David P, Fuster
Valentin, Halperin Jonathan L, Hiratzka Loren F, Hunt Sharon A, Lytle Bruce W,
Nishimura Rick, Ornato Joseph P, Page Richard L, Riegel Barbara, Tarkington
Lynn G, Yancy Clyde W: ACC/AHA 2007 guidelines on perioperative
cardiovascular evaluation and care for noncardiac surgery: executive summary: a
report of the American College of Cardiology/American Heart Association Task
Force on Practice Guidelines (Writing Committee to Revise the 2002 Guidelines
on Perioperative Cardiovascular Evaluation for Noncardiac Surgery). Anesthesia
and analgesia 106(3): 685-712, Mar 2008.

137. Fleisher LA, Poldermans D: Perioperative beta blockade: where do we go from
here? Lancet 371(9627): 1813-4, May 2008.

138. Fleisher LA: Implications of preoperative heart failure: the next frontier in
perioperative medicine? Anesthesiology 51(13): 1321-2, 2008.

139. Fleisher LA, Eagle KA: Anesthesia and noncardiac surgery in patients with heart
disease. Braunwald's Heart Disease 8th edition. Libby P, Bonow RO, Mann DL,
Zipes DP, Baunwald E (eds.). Saunders Elsevier, Page: 2013-2032, 2008.

140. Fleisher LA, Newman MF: Implications of perioperative morbidity on long-term
outcomes. Perioperative medicine: managing for outcome. Newman MF, Fleisher
LA, Fink MP (eds.). Saunders Elsevier, Page: 3-10, 2008.

141. Kwon E, Fleisher LA, Eagle KA: Cardiac risk assessment in noncardiac surgery.
Perioperative medicine: managing for outcomes. Newman MF, Fleisher LA, Fink
MP (eds.). Saunders Elsevier, Page: 45-60, 2008.

142. Miller J, Fleisher LA, Carson JL: Fluid management. Geriatric Anesthesiology 2nd

edition. Silverstein JH, Rooke GA, Reves JG, McLeskey CH (eds.). Springer, 2008.

143.  Smith DS, Fleisher LA: Approaches to Quality Improvement in Anesthesia Care. Anesthesiology: Principles and Practice. Longnecker DE, Brown DL, Newman MF, Zapol WM (eds.). McGraw-Hill, Page: 452-64, 2008.

144.  Stearns JD, Fleisher LA: Epidemiology and Predictors. Complications in Anesthesiology (3rd edition). Labato E, Gravenstein N, Kirby RR (eds.). Wolters Kluwer Lippincott Williams & Wilkens, Page: 204-219, 2008.

145.  Vernick W, Fleisher LA: Risk stratification. Best Practice & Research Clinical Anaesthesiology 22(1): 1-21, 2008.

146.  Watson TA, Fleisher LA: Acute heart failure in the postoperative period. Acute Heart Failure. Mebazaa A, Gheorghiade M, Zannad FM, Parrillo JE (eds.). Springer, Page: 323-32, 2008.

147.  Neuman Mark D, Fleisher Lee A: Using quality improvement databases to advance medical knowledge: opportunities and challenges. Anesthesiology 110(3): 449-50, Mar 2009.

148.  Poirier Paul, Alpert Martin A, Fleisher Lee A, Thompson Paul D, Sugerman Harvey J, Burke Lora E, Marceau Picard, Franklin Barry A,   : Cardiovascular evaluation and management of severely obese patients undergoing surgery: a science advisory from the American Heart Association. Circulation 120(1): 86-95, Jul 2009.

149.  Froehlich James B, Fleisher Lee A: Noncardiac surgery in the patient with heart disease. The Medical clinics of North America 93(5): 995-1016, Sep 2009.

150.  Poldermans D, Schouten O, van Lier F, Hoeks SE, van de Ven L, Stolker RJ, Fleisher LA: Perioperative Strokes and beta-Blockade. Anesthesiology Sep 2009.

151.   ,  ,  ,  ,  ,  ,  ,   , Fleischmann KE, Beckman JA, Buller CE, Calkins H, Fleisher LA, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Robb JF, Valentine RJ: 2009 ACCF/AHA Focused Update on Perioperative Beta Blockade. Journal of the American College of Cardiology 54(22): 2102-2128, Nov 2009.

152.   ,  ,  ,  ,  ,  ,  ,   , Fleisher LA, Beckman JA, Brown KA, Calkins H, Chaikof EL, Fleischmann KE, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Riegel B, Robb JF: 2009 ACCF/AHA Focused Update on Perioperative Beta Blockade Incorporated Into the ACC/AHA 2007 Guidelines on Perioperative Cardiovascular Evaluation and Care for Noncardiac Surgery. Journal of the American College of Cardiology 54(22): e13-e118, Nov 2009.

153. Ballantyne JC, Fleisher LA: Ethical issues in opioid prescribing for chronic pain. Pain Nov 2009.

154. Elkassabany N, Muravchick S, Fleisher LA: Thinking clearly about postoperative delirium and perioperative medications: how concerned should we be? Canadian journal of anaesthesie = Journal canadien d'anesthesie 56: 785-8, Nov 2009.

155. Fleischmann KE, Beckman JA, Buller CE, Calkins H, Fleisher LA, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Robb JF, Valentine RJ: 2009 ACCF/AHA Focused Update on Perioperative Beta Blockade. A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Circulation Nov 2009.

156. Fleisher LA, Beckman JA, Brown KA, Calkins H, Chaikof EL, Fleischmann KE, Freeman WK, Froehlich JB, Kasper EK, Kersten JR, Riegel B, Robb JF: 2009 ACCF/AHA Focused Update on Perioperative Beta Blockade Incorporated Into the ACC/AHA 2007 Guidelines on Perioperative Cardiovascular Evaluation and Care for Noncardiac Surgery. A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Circulation Nov 2009.

157. Fleisher Lee A,   : Cardiac risk stratification for noncardiac surgery: update from the American College of Cardiology/American Heart Association 2007 guidelines. Cleveland Clinic journal of medicine 76 Suppl 4: S9-15, Nov 2009.

158. Augoustidies JGT, Riha H, Fleisher LA: How long should you wait after percutaneous coronary intervention for noncardiac surgery? Evidence-based practice of Anesthesiology, 2nd edition. Fleisher LA (eds.). Elsevier, Philadelphia, PA, Page: 79-86, 2009.

159. Fleisher LA: Anesthesia and the pateint with cardiovascular disease. Oxford Desk Reference- Cardiology. Oxford University Press, 2009.

160. Fleisher LA: Preoperative cardiac evaluation. Atlas of Cardiothoracic Anesthesia, 2nd edition. Reves JG, Reeves ST, Abernathy JH (eds.). Springer, 2009.

161. Fleisher LA: Risk of Anesthesia. Miller's Anesthesia, 7th edition. Miller RD, Eriksson LI, Fleisher LA, Wiener-Kronish JP, Young WL (eds.). Elsevier, Philadelphia, PA, Page: 969-1000, 2009.

162. Fleisher, LA: Preoperative cardiovascular evaluation and care for noncardiac surgery. The AHA Guidelines and Scientific Statements Handbook. Fuster V (eds.). Wiley-Blackwell, 2009.

163. Roizen MF, Fleisher LA: Anesthetic implications of concurrent diseases. Miller's Anesthesia, 7th edition. Miller RD, Eriksson LI, Fleisher LA, Wiener-Kronish JP,

Young WL (eds.). Elsevier, Philadelphia, PA, Page: 1067-1150, 2009.

164. Fleisher LA: Improving perioperative outcomes: my journey into risk, patient preferences, guidelines, and performance measures: Ninth Honorary FAER Research Lecture. <u>Anesthesiology</u> 112(4): 794-801, Apr 2010.

165. Fleisher LA: Preoperative cardiac evaluation. <u>Cardiology secrets, 3rd</u>. Glenn N. Levine (eds.). Mosby, Page: 409-413, 2010.

166. Fleisher LA: Risk of Reinfarction. <u>Ann Surg</u> Mar 2011.

167. Shander Aryeh, Fleisher Lee A, Barie Philip S, Bigatello Luca M, Sladen Robert N, Watson Charles B: Clinical and economic burden of postoperative pulmonary complications: patient safety summit on definition, risk-reducing interventions, and preventive strategies. <u>Critical care medicine</u> 39(9): 2163-72, Sep 2011.

168. Fleisher LA, Barnett K: Perioperative management of patients with cardiovascular disease. <u>McGraw-Hill Specialty Board Review Cardiology</u>. Baliga RR (eds.). McGraw Hill, 2011.

169. Fleisher LA, Beckman J: Anesthesia and noncardiac surgery in patients with heart disease, 9th edition. <u>Braunwald's Heart Disease: A Textbook of Cardiovascular Medicien</u>. Bonow RO, Mann DL, Zipes DP, Libby P (eds.). Elsevier, 2011.

170. Horak J, Mohler ER, Fleisher LA: Assessment of cardiac risk and the cardiology consultant. <u>Kaplan's Cardiac Anesthesia: The Echo Era, 6th edition</u>. Kaplan JA, Reich DL, Savino JS (eds.). Elsevier, 2011.

171. Apfelbaum Jeffrey L, Connis Richard T, Nickinovich David G, Pasternak L Reuven, Arens James F, Caplan Robert A, Connis Richard T, Fleisher Lee A, Flowerdew Richard, Gold Barbara S, Mayhew James F, Nickinovich David G, Rice Linda Jo, Roizen Michael F, Twersky Rebecca S: Practice advisory for preanesthesia evaluation: an updated report by the American Society of Anesthesiologists Task Force on Preanesthesia Evaluation. <u>Anesthesiology</u> 116(3): 522-38, Mar 2012.

172. Fleisher Lee A: Assessing the value of "discretionary" clinical care: the case of anesthesia services for endoscopy. <u>JAMA : the journal of the American Medical Association</u> 307(11): 1200-1, Mar 2012.

173. Rupp Stephen M, Apfelbaum Jeffrey L, Blitt Casey, Caplan Robert A, Connis Richard T, Domino Karen B, Fleisher Lee A, Grant Stuart, Mark Jonathan B, Morray Jeffrey P, Nickinovich David G, Tung Avery: Practice guidelines for central venous access: a report by the American Society of Anesthesiologists Task Force on Central Venous Access. <u>Anesthesiology</u> 116(3): 539-73, Mar 2012.

174. Fleisher Lee A, Beattie W Scott: Perioperative statin therapy: understanding the

evidence in a Bayesian context. <u>Canadian journal of anaesthesia = Journal canadien d'anesthésie</u> 59(6): 511-5, Jun 2012.

175. Lentine Krista L, Costa Salvatore P, Weir Matthew R, Robb John F, Fleisher Lee A, Kasiske Bertram L, Carithers Robert L, Ragosta Michael, Bolton Kline, Auerbach Andrew D, Eagle Kim A: Cardiac Disease Evaluation and Management Among Kidney and Liver Transplantation Candidates: A Scientific Statement From the American Heart Association and the American College of Cardiology Foundation. <u>Circulation</u> 126(5): 617-663, Jul 2012.

176. Lentine Krista L, Costa Salvatore P, Weir Matthew R, Robb John F, Fleisher Lee A, Kasiske Bertram L, Carithers Robert L, Ragosta Michael, Bolton Kline, Auerbach Andrew D, Eagle Kim A: Cardiac disease evaluation and management among kidney and liver transplantation candidates: a scientific statement from the american heart association and the american college of cardiology foundation. <u>Journal of the American College of Cardiology</u> 60(5): 434-80, Jul 2012.

177. Fleisher L A: The application of evidence to clinical decision-making in anaesthesia as a means of delivering value to patients. <u>European journal of anaesthesiology</u> 29(8): 357-9, Aug 2012.

178. Fleisher Lee A, Evers Alex S, Wiener-Kronish Jeanine, Ulatowski John A: What Are We Looking For?: The Question of Resident Selection. <u>Anesthesiology</u> 117(2): 230-231, Aug 2012.

179. Blike GT, Fleisher LA: Approaches to Quality Improvement in Anesthesia Care. <u>Anesthesiology (second edition)</u>. Longnecker DE, Brown DL, Newman MF, Zapol WM (eds.). McGraw Hill   2012.

180. Augoustides John G T, Neuman Mark D, Fleisher Lee A: Estimated glomerular filtration rate: more bang for the buck. <u>Anesthesiology</u> 118(4): 775-6, Apr 2013.

181. Fleisher LA, Savino JS: Assessment of patients with heart disease for fitness for noncardiac surgery. <u>Essential Cardiology: Principles and Practice, Third edition</u>. Rosendorff C (eds.). Springer, Page: 727-736, 2013.

182. Fleisher LA, Trey B: Turning Mission-Based Academic-Department Leaders into a Leadership Team: A Case Study in Creating Value <u>N Engl J Med Leading Healthcare Innovation HBR Insight Center</u> 2013 Notes: http://images.nejm.org/editorial/supplementary/2013/hbr16-fleisher.pdf.

183. Neuman MD, Fleisher LA: Evaluating Outcomes and Costs in Perioperative Care <u>JAMA Surg</u> 2013.

184. Todd MM, Fleisher LA.: Avoiding professional extinction. <u>Anesthesiology</u> 120: 2-3, Jan 2014.

185. Glance LG, Fleisher LA.: Anesthesiologists and the Transformation of the
        Healthcare System: A Call to Action. <u>Anesthesiology</u> 120: 257-9,   Feb 2014.

186. Fleisher LA.: Preoperative Consultation Before Cataract Surgery: Are We Choosing
        Wisely or Is This Simply Low-Value Care? <u>JAMA Intern Med</u> 174(3): 389-90,
        Mar 2014

187. Anderson Jeffrey L, Heidenreich Paul A, Barnett Paul G, Creager Mark A, Fonarow
        Gregg C, Gibbons Raymond J, Halperin Jonathan L, Hlatky Mark A, Jacobs Alice
        K, Mark Daniel B, Masoudi Frederick A, Peterson Eric D, Shaw Leslee J:
        ACC/AHA statement on cost/value methodology in clinical practice guidelines
        and performance measures: a report of the American College of
        Cardiology/American Heart Association Task Force on Performance Measures
        and Task Force on Practice Guidelines. <u>Circulation</u> 129(22): 2329-45, Jun 2014.

188. Jacobs Alice K, Anderson Jeffrey L, Halperin Jonathan L, Anderson Jeffrey L,
        Halperin Jonathan L, Albert Nancy M, Bozkurt Biykem, Brindis Ralph G, Curtis
        Lesley H, DeMets David, Fleisher Lee A, Gidding Samuel, Hochman Judith S,
        Kovacs Richard J, Ohman E Magnus, Pressler Susan J, Sellke Frank W, Shen
        Win-Kuang, Wijeysundera Duminda N: The evolution and future of ACC/AHA
        clinical practice guidelines: a 30-year journey: a report of the American College
        of Cardiology/American Heart Association Task Force on practice guidelines.
        <u>Circulation</u> 130(14): 1208-17, Sep 2014.

189. Amsterdam Ezra A, Wenger Nanette K, Brindis Ralph G, Casey Donald E, Ganiats
        Theodore G, Holmes David R, Jaffe Allan S, Jneid Hani, Kelly Rosemary F,
        Kontos Michael C, Levine Glenn N, Liebson Philip R, Mukherjee Debabrata,
        Peterson Eric D, Sabatine Marc S, Smalling Richard W, Zieman Susan J: 2014
        AHA/ACC guideline for the management of patients with non-ST-elevation acute
        coronary syndromes: a report of the American College of Cardiology/American
        Heart Association Task Force on Practice Guidelines. <u>Circulation</u> 130(25): e344-
        426, Dec 2014.

190. Amsterdam Ezra A, Wenger Nanette K, Brindis Ralph G, Casey Donald E, Ganiats
        Theodore G, Holmes David R, Jaffe Allan S, Jneid Hani, Kelly Rosemary F,
        Kontos Michael C, Levine Glenn N, Liebson Philip R, Mukherjee Debabrata,
        Peterson Eric D, Sabatine Marc S, Smalling Richard W, Zieman Susan J: 2014
        AHA/ACC guideline for the management of patients with non-ST-elevation acute
        coronary syndromes: executive summary: a report of the American College of
        Cardiology/American Heart Association Task Force on Practice Guidelines.
        <u>Circulation</u> 130(25): 2354-94, Dec 2014.

191. Fleisher LA: Preoperative cardiac evaluation before non cardiac surgery. <u>Evidence-
        based cardiology consult</u>. Stergiopoulos K (eds.). Springer, 2014.

192. Fleisher LA: Preoperative cardiac evaluation. <u>Cardiology Secrets, 4th edition</u>. Levine GM (eds.). Elsevier Saunders, Page: 409-414, 2014.

193. Fleisher Lee A, Fleischmann Kirsten E, Auerbach Andrew D, Barnason Susan A, Beckman Joshua A, Bozkurt Biykem, Davila-Roman Victor G, Gerhard-Herman Marie D, Holly Thomas A, Kane Garvan C, Marine Joseph E, Nelson M Timothy, Spencer Crystal C, Thompson Annemarie, Ting Henry H, Uretsky Barry F, Wijeysundera Duminda N: 2014 ACC/AHA guideline on perioperative cardiovascular evaluation and management of patients undergoing noncardiac surgery: executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines. <u>Circulation</u> 130(24): 2215-45, Dec 2014.

194. Fleisher Lee A, Fleischmann Kirsten E, Auerbach Andrew D, Barnason Susan A, Beckman Joshua A, Bozkurt Biykem, Davila-Roman Victor G, Gerhard-Herman Marie D, Holly Thomas A, Kane Garvan C, Marine Joseph E, Nelson M Timothy, Spencer Crystal C, Thompson Annemarie, Ting Henry H, Uretsky Barry F, Wijeysundera Duminda N: 2014 ACC/AHA guideline on perioperative cardiovascular evaluation and management of patients undergoing noncardiac surgery: a report of the American College of Cardiology/American Heart Association Task Force on practice guidelines. <u>Journal of the American College of Cardiology</u> 64(22): e77-137, Dec 2014.

195. Fleisher Lee A, Fleischmann Kirsten E, Auerbach Andrew D, Barnason Susan A, Beckman Joshua A, Bozkurt Biykem, Davila-Roman Victor G, Gerhard-Herman Marie D, Holly Thomas A, Kane Garvan C, Marine Joseph E, Nelson M Timothy, Spencer Crystal C, Thompson Annemarie, Ting Henry H, Uretsky Barry F, Wijeysundera Duminda N: 2014 ACC/AHA guideline on perioperative cardiovascular evaluation and management of patients undergoing noncardiac surgery: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines. <u>Circulation</u> 130(24): e278-333, Dec 2014.

196. Kukafka JD, Fleisher LA: Anesthesia. <u>Surgery review, 3rd edition</u>. Makary M, Cooper M (eds.). Wolters Kluwer, Page: 491-503, 2014.

197. Patel PA, Fleisher LA: Aspirin, Clopidogrel and the Surgeon. <u>Adv Surgery</u>. Cameron JL, Evers BM, Fong Y, Herndon D, Lillemoe K, Mannick JA, Yeo CJ (eds.). Elsevier, 48: 211-222, 2014.

198. Prasanna V, Litwack AJ, Fleisher LA: Perioperative cardiovascular evaluation and treatment of elderly patients undergoing noncardiac surgery. <u>Cardiovascular disease in the elderly</u>. Aronow WS, Fleg JL, Rich MW (eds.). CRC Press, 2014.

199. Wijeysundera Duminda N, Duncan Dallas, Nkonde-Price Chileshe, Virani Salim S, Washam Jeffrey B, Fleischmann Kirsten E, Fleisher Lee A: Perioperative beta

blockade in noncardiac surgery: a systematic review for the 2014 ACC/AHA guideline on perioperative cardiovascular evaluation and management of patients undergoing noncardiac surgery: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines. Circulation 130(24): 2246-64, Dec 2014.

200. Wijeysundera Duminda N, Duncan Dallas, Nkonde-Price Chileshe, Virani Salim S, Washam Jeffrey B, Fleischmann Kirsten E, Fleisher Lee A: Perioperative beta blockade in noncardiac surgery: a systematic review for the 2014 ACC/AHA guideline on perioperative cardiovascular evaluation and management of patients undergoing noncardiac surgery: a report of the American College of Cardiology/American Heart Association Task Force on practice guidelines. Journal of the American College of Cardiology 64(22): 2406-25, Dec 2014.

201. Fleisher Lee A: Geriatric Anesthesia: Can We Achieve the Goal of Returning our Elderly to Baseline or Improved Function? Anesthesiology clinics 33(3): xiii-xiv, Sep 2015.

202. Halperin Jonathan L, Levine Glenn N, Al-Khatib Sana M, Bircher Kim K, Bozkurt Biykem, Brindis Ralph G, Cigarroa Joaquin E, Curtis Lesley H, Fleisher Lee A, Gentile Federico, Gidding Samuel, Hlatky Mark A, Ikonomidis John, Joglar José, Pressler Susan J, Wijeysundera Duminda N: Further Evolution of the ACC/AHA Clinical Practice Guideline Recommendation Classification System: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. Journal of the American College of Cardiology Sep 2015.

203. Fleisher Lee A: Value of Sequels: Is It Safe to Include Nitrous Oxide in Your Anesthetic? Anesthesiology 123(6): 1229-30, Oct 2015.

204. Atkins Joshua H, Fleisher Lee A: Value from the Patients' and Payers' Perspectives. Anesthesiology clinics 33(4): 651-8, Dec 2015.

205. Fleisher Lee A: Value-The Current Cure for Health Care's Ailments? Anesthesiology clinics 33(4): xv-xvi, Dec 2015.

206. Fosnot Caroline D, Fleisher Lee A, Keogh John: Providing Value in Ambulatory Anesthesia in 2015. Anesthesiology clinics 33(4): 731-8, Dec 2015.

207. Fosnot Caroline D, Fleisher Lee A, Keogh John: Providing value in ambulatory anesthesia. Current opinion in anaesthesiology 28(6): 617-22, Dec 2015.

208. Hiratzka Loren F, Creager Mark A, Isselbacher Eric M, Svensson Lars G, Nishimura Rick A, Bonow Robert O, Guyton Robert A, Sundt Thoralf M, Halperin Jonathan L, Levine Glenn N, Anderson Jeffrey L, Albert Nancy M, Al-Khatib Sana M, Bircher Kim K, Bozkurt Biykem, Brindis Ralph G, Cigarroa Joaquin E, Curtis

Lesley H, Fleisher Lee A, Gentile Federico, Gidding Samuel, Hlatky Mark A, Ikonomidis John, Joglar José, Kovacs Richard J, Ohman E Magnus, Pressler Susan J, Sellke Frank W, Shen Win-Kuang, Wijeysundera Duminda N: Surgery for Aortic Dilatation in Patients With Bicuspid Aortic Valves: A Statement of Clarification From the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. <u>Circulation</u> 133(7): 680-6, Feb 2016.

209. Ashburn Michael A, Fleisher Lee A: Does assessment of patient satisfaction with pain care lead to patient harm? <u>Healthcare (Amsterdam, Netherlands)</u> 4(1): 6-8, Mar 2016.

210. Fleisher Lee A: Preoperative Assessment of the Patient with Cardiac Disease Undergoing Noncardiac Surgery. <u>Anesthesiology clinics</u> 34(1): 59-70, Mar 2016.

211. Fleisher Lee A, Wiener-Kronish Jeanine P: Ensuring the Future of the Specialty: What Is the Best Strategy to Ensure a Pipeline of Physician-scientists? <u>Anesthesiology</u> Mar 2016.

212. Levine Glenn N, Bates Eric R, Bittl John A, Brindis Ralph G, Fihn Stephan D, Fleisher Lee A, Granger Christopher B, Lange Richard A, Mack Michael J, Mauri Laura, Mehran Roxana, Mukherjee Debabrata, Newby L Kristin, O'Gara Patrick T, Sabatine Marc S, Smith Peter K, Smith Sidney C: 2016 ACC/AHA Guideline Focused Update on Duration of Dual Antiplatelet Therapy in Patients With Coronary Artery Disease: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. <u>Journal of the American College of Cardiology</u> Mar 2016.

213. Fleisher Lee A: Chronic Pain and Its Treatment in an Era of Increased Scrutiny. <u>Anesthesiology clinics</u> 34(2): xi-xii, Jun 2016.

214. Fleisher Lee A: Anesthesiologists as Clinical Neuroscientists-One Future for Our Specialty. <u>Anesthesiology clinics</u> 34(3): xiii-xiv, Sep 2016.

215. Graham Danielle S, Fleisher Lee A: The potential unintended consequences of linking insurance coverage decisions to quality metrics. <u>Healthcare (Amsterdam, Netherlands)</u> 4(3): 135-7, Sep 2016.

216. Liao Joshua M, Fleisher Lee A, Navathe Amol S: Increasing the Value of Social Comparisons of Physician Performance Using Norms. <u>JAMA</u> 316(11): 1151-1152, Sep 2016.

217. Gerhard-Herman Marie D, Gornik Heather L, Barrett Coletta, Barshes Neal R, Corriere Matthew A, Drachman Douglas E, Fleisher Lee A, Fowkes Francis Gerry R, Hamburg Naomi M, Kinlay Scott, Lookstein Robert, Misra Sanjay, Mureebe Leila, Olin Jeffrey W, Patel Rajan A G, Regensteiner Judith G, Schanzer

Andres, Shishehbor Mehdi H, Stewart Kerry J, Treat-Jacobson Diane, Walsh M Eileen: 2016 AHA/ACC Guideline on the Management of Patients With Lower Extremity Peripheral Artery Disease: Executive Summary: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. Journal of the American College of Cardiology 69(11): 1465-1508, Nov 2016.

218. Gerhard-Herman Marie D, Gornik Heather L, Barrett Coletta, Barshes Neal R, Corriere Matthew A, Drachman Douglas E, Fleisher Lee A, Fowkes Francis Gerry R, Hamburg Naomi M, Kinlay Scott, Lookstein Robert, Misra Sanjay, Mureebe Leila, Olin Jeffrey W, Patel Rajan A G, Regensteiner Judith G, Schanzer Andres, Shishehbor Mehdi H, Stewart Kerry J, Treat-Jacobson Diane, Walsh M Eileen: 2016 AHA/ACC Guideline on the Management of Patients With Lower Extremity Peripheral Artery Disease: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. Journal of the American College of Cardiology 69(11): e71-e126, Nov 2016.

219. Levine Glenn N, Bates Eric R, Bittl John A, Brindis Ralph G, Fihn Stephan D, Fleisher Lee A, Granger Christopher B, Lange Richard A, Mack Michael J, Mauri Laura, Mehran Roxana, Mukherjee Debabrata, Newby L Kristin, O'Gara Patrick T, Sabatine Marc S, Smith Peter K, Smith Sidney C, Halperin Jonathan L, Levine Glenn N, Al-Khatib Sana M, Birtcher Kim K, Bozkurt Biykem, Brindis Ralph G, Cigarroa Joaquin E, Curtis Lesley H, Fleisher Lee A, Gentile Federico, Gidding Samuel, Hlatky Mark A, Ikonomidis John S, Joglar José A, Pressler Susan J, Wijeysundera Duminda N: 2016 ACC/AHA guideline focused update on duration of dual antiplatelet therapy in patients with coronary artery disease: A report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. The Journal of thoracic and cardiovascular surgery 152(5): 1243-1275, Nov 2016.

220. Fleisher Lee A: The Patient with Multimorbidities: Does 1 + 1 Always Simply Equal 2? Anesthesiology clinics 34(4): xiii-xiv, Dec 2016.

221. Fleisher Lee A: Anesthesiologists in Obstetric Care: Beyond Labor Epidurals and C-Section Care. Anesthesiology clinics 35(1): xiii-xiv, Mar 2017.

222. Fleisher Lee A: What Can the Use of Anesthesia Services for Endoscopy in the Veterans Health Administration Teach Us About Appropriate Care? JAMA internal medicine 177(3): 438, Mar 2017.

223. Nishimura Rick A, Otto Catherine M, Bonow Robert O, Carabello Blase A, Erwin John P, Fleisher Lee A, Jneid Hani, Mack Michael J, McLeod Christopher J, O'Gara Patrick T, Rigolin Vera H, Sundt Thoralf M, Thompson Annemarie: 2017 AHA/ACC Focused Update of the 2014 AHA/ACC Guideline for the Management of Patients With Valvular Heart Disease: A Report of the American

College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. Journal of the American College of Cardiology 70(2): 252-289, Mar 2017.

224. Fleisher Lee A: Transplantation Anesthesia: The Role of the Anesthesiologist. Anesthesiology clinics 35(3): xiii, Sep 2017.

225. Ashburn Michael A, Fleisher Lee A: The Role of Gabapentin in Multimodal Postoperative Pain Management. JAMA surgery Dec 2017.

226. Fleisher LA: Preoperative Cardiac Evaluation. Cardiology Secrets, 5th edition. Levine GN (eds.). Elsevier, 2017.

227. Fleisher Lee A: Anesthesia Outside of the Operating Room: The Wild West or the New Frontier? Anesthesiology clinics 35(4): xv-xvi, Dec 2017.

228. Fleisher L A: Anaesthesia quality metrics: do they achieve the goals of evidence to improve patient care? British journal of anaesthesia 120(1): 2-4, Jan 2018.

229. Clapp Justin T, Fleisher Lee A: What is the Realistic Scope of Informed Consent? Joint Commission journal on quality and patient safety 44(6): 341-342, Jun 2018.

230. Fleisher Lee A, Ko Clifford Y: Enhanced Recovery After Surgery: Is It Time to Drive Patient-Reported Outcomes Through Robust Measurement? Anesthesia and analgesia 126(6): 1801-1802, Jun 2018.

231. Gordon Emily K, Baranov Dimitry Y, Fleisher Lee A: The role of feedback in ameliorating burnout. Current opinion in anaesthesiology 31(3): 361-365, Jun 2018.

232. Ashburn Michael A, Fleisher Lee A: Perioperative Opioid Management-An Opportunity to Put the Genie Back Into the Bottle. JAMA surgery Jul 2018.

233. Fleisher Lee A: Preoperative Cardiac Evaluation before Noncardiac Surgery: Reverend Bayes's Risk Indices and Optimal Variables. Anesthesiology Sep 2018.

234. Fleisher Lee A: Regional Anesthesia: What We Need to Know in the Era of Enhanced Recovery After Surgery Protocols and the Opioid Epidemic. Anesthesiology clinics 36(3): xi-xii, Sep 2018.

235. The Future of Health Services Research: Advancing Health Systems Research and Practice in the United States. _ Danielle Whicher, Kristin Rosengran, Lisa Simpson,Sameer Siddiqi (eds.). National Academy of Medicine, 2018.

236. Fleisher Lee A: Preoperative Evaluation: Is It Time to View It as a Component of Perioperative Optimization? Anesthesiology clinics 36(4): xv-xvi, Dec 2018.

237. Gordon EK, Baranov DY, Fleisher LA: The role of feedback in ameliorating burnout. <u>Curr Opin Anesthesiol</u> 31:   (in press), 2018.

238. Lane-Fall Meghan B, Fleisher Lee A: Untangling the Web of Health Care Access and Racial Disparities After Coronary Artery Bypass Grafting. <u>Journal of cardiothoracic and vascular anesthesia</u> Dec 2018.

239. National Academies of Sciences, Engineering, Medicine Committee on Reproductive Health Services: Assessing the Safety and Quality of Abortion Care in the U.S.: The Safety and Quality of Abortion Care in the United States. <u>The National Academies Press</u> 2018.

240. Sturgess J, Clapp J T, Fleisher L A: Shared decision-making in peri-operative medicine: a narrative review. <u>Anaesthesia</u> 74 Suppl 1: 13-19, Jan 2019.

241. Fleisher Lee A, Beckman Joshua A, Wijeysundera Duminda N: Does Following Perioperative Cardiovascular Evaluation Guidelines Increase Perioperative Costs? <u>Anesthesia and analgesia</u> 128(2): 202-203, Feb 2019.

242. Santhirapala Ramai, Fleisher Lee A, Grocott Michael P W: Choosing Wisely: just because we can, does it mean we should? <u>British journal of anaesthesia</u> 122(3): 306-310, Mar 2019.

243. Levine Glenn N, O'Gara Patrick T, Beckman Joshua A, Al-Khatib Sana M, Birtcher Kim K, Cigarroa Joaquin E, de Las Fuentes Lisa, Deswal Anita, Fleisher Lee A, Gentile Federico, Goldberger Zachary D, Hlatky Mark A, Joglar José A, Piano Mariann R, Wijeysundera Duminda N: Recent Innovations, Modifications, and Evolution of ACC/AHA Clinical Practice Guidelines: An Update for Our Constituencies: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. <u>Journal of the American College of Cardiology</u> 73(15): 1990-1998, Apr 2019.

244. Levine Glenn N, O'Gara Patrick T, Beckman Joshua A, Al-Khatib Sana M, Birtcher Kim K, Cigarroa Joaquin E, de Las Fuentes Lisa, Deswal Anita, Fleisher Lee A, Gentile Federico, Goldberger Zachary D, Hlatky Mark A, Joglar José A, Piano Mariann R, Wijeysundera Duminda N: Recent Innovations, Modifications, and Evolution of ACC/AHA Clinical Practice Guidelines: An Update for Our Constituencies: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. <u>Circulation</u> 139(17): e879-e886, Apr 2019.

245. Clapp Justin T, Fleisher Lee A, Lane-Fall Meghan B: Decision Aids Are a Solution, but to Which Problem? <u>Anesthesia and analgesia</u> 128(5): 837-838, May 2019.

246. Ashburn Michael A, Fleisher Lee A: Do Gabapentinoids Cause More Harm Than

Good? Annals of surgery 270(6): e68, Dec 2019.

247. Lane-Fall, M. B.,   Fleisher, L. A.: Untangling the Web of Health Care Access and Racial Disparities After Coronary Artery Bypass Grafting. J Cardiothorac Vasc Anesth 33(7): 1899-1900, 2019.

248. Khachaturian Ara S, Hayden Kathleen M, Devlin John W, Fleisher Lee A, Lock Sarah Lenz, Cunningham Colm, Oh Esther S, Fong Tamara G, Fick Donna Marie, Marcantonio Edward R, Iyengar Vijeth, Rockwood Kenneth, Kuchel George A, Eckenhoff Roderic G, MacLullich Alasdair M J, Jones Richard N, Davis Daniel, D'Antonio Patricia M, Fargo Keith N, Albert Marilyn S, Williamson Jeff D, Ling Shari M, Weiss Joan, Karlawish Jason, Petersen Ronald C, Blazer Dan G, Khachaturian Zaven S, Inouye Sharon K: International drive to illuminate delirium: A developing public health blueprint for action. Alzheimer's & dementia : the journal of the Alzheimer's Association Mar 2020.

249. Yao Wenlong, Wang Tingting, Jiang Bailing, Gao Feng, Wang Li, Zheng Hongbo, Xiao Weimin, Yao Shanglong, Mei Wei, Chen Xiangdong, Luo Ailin, Sun Liang, Cook Tim, Behringer Elizabeth, Huitink Johannes M, Wong David T, Lane-Fall Meghan, McNarry Alistair F, McGuire Barry, Higgs Andrew, Shah Amit, Patel Anil, Zuo Mingzhang, Ma Wuhua, Xue Zhanggang, Zhang Li-Ming, Li Wenxian, Wang Yong, Hagberg Carin, O'Sullivan Ellen P, Fleisher Lee A, Wei Huafeng: Emergency tracheal intubation in 202 patients with COVID-19 in Wuhan, China: lessons learnt and international expert recommendations. British journal of anaesthesia Apr 2020.

250. Ayesha D'Avena, Shantanu Agrawal,   Kenneth W. Kizer, Lee A. Fleisher, Nancy Foster,   Donald M. Berwick: Normalizing High-Value Care: Findings of the National Quality Task Force. NEJM Catalyst May 2020.

251. Hughes, C. G.,   Boncyk, C. S.,   Culley, D. J.,   Fleisher, L. A.,   Leung, J. M., McDonagh, D. L.,   Gan, T. J.,   McEvoy, M. D.,   Miller, T. E.,   Perioperative Quality Initiative, Workgroup: American Society for Enhanced Recovery and Perioperative Quality Initiative Joint Consensus Statement on Postoperative Delirium Prevention. Anesth Analg 130(6): 1572-1590, 2020.

252. Kushal Kadakia, Lee A Fleisher, Cary J Stimson, Thomas Aloia, Anaeze C. Offodile: Charting a Roadmap for Value-Based Surgery in the Post-Pandemic Era. Ann Surg 2020.

253. Lee, K. C.,   Walling, A. M.,   Senglaub, S. S.,   Bernacki, R.,   Fleisher, L. A., Russell, M. M.,   Wenger, N. S.,   Cooper, Z.: Improving Serious Illness Care for Surgical Patients: Quality Indicators for Surgical Palliative Care. Ann Surg 2020.

254. Liu, R.,   Fleisher, L. A.: Getting to a New Normal: Mandating That Patients Wear Masks as Hospitals Fully Reopen during the Coronavirus Pandemic.

Anesthesiology 2020.

255. Mantha, S.,   Tripuraneni, S. L.,   Fleisher, L. A.,   Roizen, M. F.: Use of Common Carotid Intima-Media Thickness Measured by Ultrasound Echo-Tracking in Cardiovascular Risk Stratification Before Noncardiac Surgery in Low-Risk Category: A Research Idea. A A Pract 14(5): 166-169, 2020.

256. Beattie, W. S.,   Lalu, M.,   Bocock, M.,   Feng, S.,   Wijeysundera, D. N.,   Nagele, P.,   Fleisher, L. A.,   Kurz, A.,   Biccard, B.,   Leslie, K.,   Howell, S.,   Landoni, G.,   Grocott, H.,   Lamy, A.,   Richards, T.,   Myles, P.: Systematic review and consensus definitions for the Standardized Endpoints in Perioperative Medicine (StEP) initiative: cardiovascular outcomes. Br J Anaesth 126(1): 56-66, 2021.

257. Benesch, C.,   Glance, L. G.,   Derdeyn, C. P.,   Fleisher, L. A.,   Holloway, R. G.,   Messe, S. R.,   Mijalski, C.,   Nelson, M. T.,   Power, M.,   Welch, B. G.,   American Heart Association Stroke, Council,   Council on Arteriosclerosis, Thrombosis,   Vascular, Biology,   Council on, Cardiovascular,   Stroke, Nursing,   Council on Clinical, Cardiology,   Council on, Epidemiology,   Prevention,: Perioperative Neurological Evaluation and Management to Lower the Risk of Acute Stroke in Patients Undergoing Noncardiac, Nonneurological Surgery: A Scientific Statement From the American Heart Association/American Stroke Association. Circulation 143(19): e923-e946, 2021.

258. Clapp, J. T.,   Schwarze, M. L.,   Fleisher, L. A.: Surgical Overtreatment and Shared Decision-making-The Limits of Choice. JAMA Surg 2021.

259. Peden, C. J.,   Miller, T. R.,   Deiner, S. G.,   Eckenhoff, R. G.,   Fleisher, L. A.: Improving perioperative brain health: an expert consensus review of key actions for the perioperative care team. Br J Anaesth 126(2): 423-432, 2021.

260. Writing Committee, Members,   Ommen, S. R.,   Mital, S.,   Burke, M. A.,   Day, S. M.,   Deswal, A.,   Elliott, P.,   Evanovich, L. L.,   Hung, J.,   Joglar, J. A.,   Kantor, P.,   Kimmelstiel, C.,   Kittleson, M.,   Link, M. S.,   Maron, M. S.,   Martinez, M. W.,   Miyake, C. Y.,   Schaff, H. V.,   Semsarian, C.,   Sorajja, P.,   Acc Aha Joint Committee Members,   O'Gara, P. T.,   Beckman, J. A.,   Levine, G. N.,   Al-Khatib, S. M.,   Armbruster, A.,   Birtcher, K. K.,   Ciggaroa, J.,   Dixon, D. L.,   de Las Fuentes, L.,   Deswal, A.,   Fleisher, L. A.,   Gentile, F.,   Goldberger, Z. D.,   Gorenek, B.,   Haynes, N.,   Hernandez, A. F.,   Hlatky, M. A.,   Joglar, J. A.,   Jones, W. S.,   Marine, J. E.,   Mark, D.,   Palaniappan, L.,   Piano, M. R.,   Tamis-Holland, J.,   Wijeysundera, D. N.,   Woo, Y. J.: 2020 AHA/ACC guideline for the diagnosis and treatment of patients with hypertrophic cardiomyopathy: A report of the American College of Cardiology/American Heart Association Joint Committee on Clinical Practice Guidelines. J Thorac Cardiovasc Surg 2021.

261. Writing Committee, Members,   Otto, C. M.,   Nishimura, R. A.,   Bonow, R. O.,

Carabello, B. A., Erwin, J. P., 3rd, Gentile, F., Jneid, H., Krieger, E. V., Mack, M., McLeod, C., O'Gara, P. T., Rigolin, V. H., Sundt, T. M., 3rd, Thompson, A., Toly, C., Acc Aha Joint Committee Members, O'Gara, P. T., Beckman, J. A., Levine, G. N., Al-Khatib, S. M., Armbruster, A., Birtcher, K. K., Ciggaroa, J., Deswal, A., Dixon, D. L., Fleisher, L. A., de Las Fuentes, L., Gentile, F., Goldberger, Z. D., Gorenek, B., Haynes, N., Hernandez, A. F., Hlatky, M. A., Joglar, J. A., Jones, W. S., Marine, J. E., Mark, D., Palaniappan, L., Piano, M. R., Spatz, E. S., Tamis-Holland, J., Wijeysundera, D. N., Woo, Y. J.: 2020 ACC/AHA guideline for the management of patients with valvular heart disease: A report of the American College of Cardiology/American Heart Association Joint Committee on Clinical Practice Guidelines. J Thorac Cardiovasc Surg 2021.

Books:

1. Perioperative Myocardial Ischemia. International Anesthesiology Clinics. Beattie C, Fleisher LA (eds.). Little Brown, 1992.

2. Preoperative Evaluation in an Era of Cost Containment. Problems in Anesthesia. Fleisher LA (eds.). Lippincott Raven, Philadelphia, PA, 1997.

3. Essence of Anesthesia Practice. Roizen MF, Fleisher LA (eds.). W.B. Saunders, Philadelphia, PA, 1997.

4. Frontiers in Anesthesia. Problems in Anesthesia. Fleisher LA (eds.). Lippincott Williams & Wilkins, Philadelphia, PA, 2000.

5. Quality, Safety, Risk and Outcomes in Anesthesiology. Problems in Anesthesia. Fleisher LA, Prough D (eds.). Lippincott Williams & Wilkins, Philadelphia, PA, 2001.

6. Essence of Anesthesia Practice, 2nd Edition for Palm OS. Roizen MF, Fleisher LA (eds.). WB Saunders, Philadelphia, PA, 2001.

7. Essence of Anesthesia Practice, 2nd Edition. Roizen MF, Fleisher LA (eds.). WB Saunders, Philadelphia, PA, 2001.

8. Evidence-Based Practice of Anesthesia. Fleisher LA (eds.). WB Saunders, Philadelphia, PA, 2004.

9. Miller's Anesthesia 6th edition. Miller RD, Consulting editors: Fleisher LA, Johns RA, Savarese JJ, Wiener-Kronish JP, Young WL (eds.). Elvier Churchill Livingston, 2005.

10. Anesthesia and Uncommon Diseases. Fleisher LA (eds.). Elsevier, Philadelphia, PA, 2006.

11. Perioperative medicine: managing for outcome. Newman MF, Fleisher LA, Fink MP (eds.). Saunders Elsevier, 2008.

12. Miller's Anesthesia, 7th edition. _ Miller RD, Eriksson LI, Fleisher LA, Wiener-Kronish JP, Young, WL (eds.). Elsevier, Philadelphia, PA, 2009.

13. Fleisher LA: Evidence-based Practice of Anesthesiology, 2nd edition. _ Fleisher LA (eds.). Elsevier, Philadelphia, PA, 2009.

14. Fleisher LA, Roizen MF: Essence of Anesthesia Practice, 3rd edition. Elsevier Fleisher LA, Roizen MF (eds.). Elsevier, 2011.

15. Fleisher LA: Evidence based practice of Anesthesiology 3rd edition. _ Fleisher LA (eds.). Elsevier, 2013.

16. Fleisher LA, Roizen MF, Roizen JD: Essence of Anesthesia Practice, 4th Edition. _ Elsevier, 2017.

17. Lane-Fall M.B., Fleisher L.A.: Quality improvement and implementation science. Anesthesiology Clinics. Elsevier, 36, Mar 2018.

18. Gropper MA, Miller RD, Cohen NH, Eriksson LI, Fleisher, LA, Leslie K, Wiener-Kronish JP: Miller's Anesthesia 9th edition. __ Elsevier, 2020.

19. Newman MF, Fleisher LA, Ko C, MythenM: Perioperative medicine: managing for outcome 2nd edition. __ Elsevier, 2021.
20.   Fleisher LA: Evidence based practice of Anesthesiology 4th edition. _ Fleisher LA (eds.). Elsevier, 2022.


Alternative Media:

1. Augoustides JGT, Neligan P, Fleisher LA: Perioperative management of Hypertension. American College of Physicians- Physicians Information and Education Resource. American College of Physicians, April 2006 Notes: website.

2. Fleisher LA, Gaiser RG: Procedures Consult- Anesthesiology. www.proceduresconsult.com. Fleisher LA, Gaiser RG (eds.). Elsevier, 2009.

3. Fleisher LA:   Clinical Decision Support: Anesthesiology. Fleisher LA, Davis PJ, Hawkins J, McGoldrick KE, Newman M, Wiener-Kronish JP   (eds.). Decision Support in Medicine, LLC. Wilmington, DE 2012.

4. Ibrahim AM, Fleisher LA: Rethinking The Challenges of Healthcare: Time to Cultivate More Tri-SectorLeaders. NEJM Catalyst Website:   Leadership Section June   2016 Notes: https://catalyst.nejm.org/rethinking-challenges-of-health-care-time-cultivate-more-tri-sector-leaders/

Lee A. Fleisher, M.D.                                                                                    Page  88

5. Clapp JT, Diraviam SP, Fleisher LA: The "Stranger Effect" - A Look at Interactions
   Between Consultants and Care Teams Through the Lens of Social Science. <u>NEJM
   Catalyst</u> December   2017 Notes: https://catalyst.nejm.org/stranger-effect-
   interactions-physician-consultants-care-teams/

6. Handley NR, Fleisher LA: Physicians In Training: An Untapped Resource for Health
   Care Innovation. <u>NEJM Catalyst</u> April 5 2018.

7. Fleisher LA, Trey B: Building a Culture of Team Trust: The Shark Tank Method.
   <u>https://executiveeducation.wharton.upenn.edu/thought-leadership/wharton-at-
   work/2019/01/building-team-trust/</u> Jan 2019.

# FLEISHER DECLARATION: EXHIBIT B



The American College of
Obstetricians and Gynecologists
WOMEN'S HEALTH CARE PHYSICIANS

INTERIM UPDATE

# ACOG PRACTICE BULLETIN

Clinical Management Guidelines for Obstetrician–Gynecologists

NUMBER 193, MARCH 2018

(*Replaces Practice Bulletin Number 191, February 2018*)

**Committee on Practice Bulletins—Gynecology.** This Practice Bulletin was developed by the Committee on Practice Bulletins—Gynecology in collaboration with Kurt T. Barnhart, MD, MSCE; and Jason M. Franasiak, MD, TS (ABB).

INTERIM UPDATE: This Practice Bulletin is updated as highlighted to clarify the guidance on the assessment of hCG levels after uterine aspiration in women with a pregnancy of unknown location.

# Tubal Ectopic Pregnancy

*Ectopic pregnancy is defined as a pregnancy that occurs outside of the uterine cavity. The most common site of ectopic pregnancy is the fallopian tube. Most cases of tubal ectopic pregnancy that are detected early can be treated successfully either with minimally invasive surgery or with medical management using methotrexate. However, tubal ectopic pregnancy in an unstable patient is a medical emergency that requires prompt surgical intervention. The purpose of this document is to review information on the current understanding of tubal ectopic pregnancy and to provide guidelines for timely diagnosis and management that are consistent with the best available scientific evidence.*

## Background

### Epidemiology

According to the Centers for Disease Control and Prevention, ectopic pregnancy accounts for approximately 2% of all reported pregnancies (1). However, the true current incidence of ectopic pregnancy is difficult to estimate because many patients are treated in an outpatient setting where events are not tracked, and national surveillance data on ectopic pregnancy have not been updated since 1992 (1). Despite improvements in diagnosis and management, ruptured ectopic pregnancy continues to be a significant cause of pregnancy-related mortality and morbidity. In 2011–2013, ruptured ectopic pregnancy accounted for 2.7% of all pregnancy-related deaths and was the leading cause of hemorrhage-related mortality (2). The prevalence of ectopic pregnancy among women presenting to an emergency department with first-trimester vaginal bleeding, or abdominal pain, or both, has been reported to be as high as 18% (3).

### Etiology

The fallopian tube is the most common location of ectopic implantation, accounting for more than 90% of cases (4). However, implantation in the abdomen (1%), cervix (1%), ovary (1–3%), and cesarean scar (1–3%)

can occur and often results in greater morbidity because of delayed diagnosis and treatment (4). An ectopic pregnancy also can co-occur with an intrauterine pregnancy, a condition known as heterotopic pregnancy. The risk of heterotopic pregnancy among women with a naturally achieved pregnancy is estimated to range from 1 in 4,000 to 1 in 30,000, whereas the risk among women who have undergone in vitro fertilization is estimated to be as high as 1 in 100 (5, 6).

### Risk Factors

One half of all women who receive a diagnosis of an ectopic pregnancy do not have any known risk factors (3). Women with a history of ectopic pregnancy are at increased risk of recurrence. The chance of a repeat ectopic pregnancy in a woman with a history of one ectopic pregnancy is approximately 10% (odds ratio [OR] 3.0; 95% CI, 2.1–4.4). In a woman with two or more prior ectopic pregnancies, the risk of recurrence increases to more than 25% (OR, 11.17; 95% CI, 4.0–29.5) (3). Other important risk factors for ectopic pregnancy include previous damage to the fallopian tubes, factors secondary to ascending pelvic infection, and prior pelvic or fallopian tube surgery (3, 7). Among women who become pregnant through the use of assisted reproductive technology, certain factors such as tubal factor infertility and multiple

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

embryo transfer are associated with an increased risk of ectopic pregnancy (8, 9). Women with a history of infertility also are at increased risk of ectopic pregnancy independent of how they become pregnant (7). Other less significant risk factors include a history of cigarette smoking and age older than 35 years (7).

Women who use an intrauterine device (IUD) have a lower risk of ectopic pregnancy than women who are not using any form of contraception because IUDs are highly effective at preventing pregnancy. However, up to 53% of pregnancies that occur with an IUD in place are ectopic (10). Factors such as oral contraceptive use, emergency contraception failure, previous elective pregnancy termination, pregnancy loss, and cesarean delivery have not been associated with an increased risk of ectopic pregnancy (3, 7, 11, 12).

# Clinical Considerations and Recommendations

▶ *How is an ectopic pregnancy diagnosed?*

The minimum diagnostic evaluation of a suspected ectopic pregnancy is a transvaginal ultrasound evaluation and confirmation of pregnancy. Serial evaluation with transvaginal ultrasonography, or serum hCG level measurement, or both, often is required to confirm the diagnosis.

Women with clinical signs and physical symptoms of a ruptured ectopic pregnancy, such as hemodynamic instability or an acute abdomen, should be evaluated and treated urgently. Early diagnosis is aided by a high index of suspicion. Every sexually active, reproductive-aged woman who presents with abdominal pain or vaginal bleeding should be screened for pregnancy, regardless of whether she is currently using contraception (13, 14). Women who become pregnant and have known significant risk factors should be evaluated for possible ectopic pregnancy even in the absence of symptoms.

## Transvaginal Ultrasonography

Ultrasonography can definitively diagnose an ectopic pregnancy when a gestational sac with a yolk sac, or embryo, or both, is noted in the adnexa (15, 16); however, most ectopic pregnancies do not progress to this stage (15). The ultrasound findings of a mass or a mass with a hypoechoic area that is separate from the ovary should raise suspicion for the presence of an ectopic pregnancy; however, its positive predictive value is only 80% (15) because these findings can be confused with pelvic structures, such as a paratubal cyst, corpus luteum, hydrosalpinx, endometrioma, or bowel. Although an early intrauterine gestational sac may be visualized as early as 5 weeks of gestation (17), definitive ultrasound evidence of an intrauterine pregnancy includes visualization of a gestational sac with a yolk sac or embryo (16). Visualization of a definitive intrauterine pregnancy eliminates ectopic pregnancy except in the rare case of a heterotopic pregnancy. Although a hypoechoic "sac-like" structure (including a "double sac sign") (18) in the uterus likely represents an intrauterine gestation, it also may represent a pseudogestational sac, which is a collection of fluid or blood in the uterine cavity that is sometimes visualized with ultrasonography in women with an ectopic pregnancy (19, 20).

## Serum Human Chorionic Gonadotropin Measurement

Measurement of the serum hCG level aids in the diagnosis of women at risk of ectopic pregnancy. However, serum hCG values alone should not be used to diagnose an ectopic pregnancy and should be correlated with the patient's history, symptoms, and ultrasound findings (21, 22). Accurate gestational age calculation, rather than an absolute hCG level, is the best determinant of when a normal pregnancy should be seen within the uterus with transvaginal ultrasonography (23, 24). An intrauterine gestational sac with a yolk sac should be visible between 5 weeks and 6 weeks of gestation regardless of whether there are one or multiple gestations (25, 26). In the absence of such definitive information, the serum hCG level can be used as a surrogate for gestational age to help interpret a nondiagnostic ultrasonogram.

The "discriminatory level" is the concept that there is a hCG value above which the landmarks of a normal intrauterine gestation should be visible on ultrasonography. The absence of a possible gestational sac on ultrasound examination in the presence of a hCG measurement above the discriminatory level strongly suggests a nonviable gestation (an early pregnancy loss or an ectopic pregnancy). In 50–70% of cases, these findings are consistent with an ectopic pregnancy (27–29). However, the utility of the hCG discriminatory level has been challenged (24) in light of a case series that noted ultrasonography confirmation of an intrauterine gestational sac on follow-up when no sac was noted on initial scan and the serum hCG level was above the discriminatory level (30–32). If the concept of the hCG discriminatory level is to be used as a diagnostic aid in women at risk of ectopic pregnancy, the value should be conservatively high (eg, as high as 3,500 mIU/mL) to avoid the potential for misdiagnosis and possible interruption of an intrauterine pregnancy that a woman hopes to continue (24, 32). Women with a multiple gestation have higher hCG levels than those with a single gestation at any given gestational age and may have hCG levels above traditional discriminatory hCG levels before ultrasonography recognition (24).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

### Trends of Serial Serum Human Chorionic Gonadotropin

A single hCG concentration measurement cannot diagnose viability or location of a gestation. Serial hCG concentration measurements are used to differentiate normal from abnormal pregnancies (21, 22, 33, 34). When clinical findings suggest an abnormal gestation, a second hCG value measurement is recommended 2 days after the initial measurement to assess for an increase or decrease. Subsequent assessments of hCG concentration should be obtained 2–7 days apart, depending on the pattern and the level of gestation.

In early pregnancy, serum hCG levels increase in a curvilinear fashion until a plateau at 100,000 mIU/mL by 10 weeks of gestation. Guidelines regarding the minimal increase in hCG for a potentially viable intrauterine pregnancy have become more conservative (ie, slower increase) (21, 22) and have been demonstrated to be dependent on the initial value (35). There is a slower than expected increase in serum hCG levels for a normal gestation when initial values are high. For example, the expected rate of increase is 49% for an initial hCG level of less than 1,500 mIU/mL, 40% for an initial hCG level of 1,500–3,000 mIU/mL, and 33% for an initial hCG level greater than 3,000 mIU/mL (35). In early pregnancy, an increase in serum hCG of less than a minimal threshold in 48 hours is suspicious of an abnormal pregnancy (ectopic or early pregnancy loss) because 99% of normal intrauterine pregnancies will have a rate of increase faster than this minimum. However, even hCG patterns consistent with a growing or resolving gestation do not eliminate the possibility of an ectopic pregnancy (36).

Decreasing hCG values suggest a failing pregnancy and may be used to monitor spontaneous resolution, but this decrease should not be considered diagnostic. Approximately 95% of women with a spontaneous early pregnancy loss will have a decrease in hCG concentration of 21–35% in 2 days depending on initial hCG levels (34). A woman with decreasing hCG values and a possible ectopic pregnancy should be monitored until nonpregnant levels are reached because rupture of an ectopic pregnancy can occur while levels are decreasing or are very low.

### Pregnancy of Unknown Location

A pregnant woman without a definitive finding of an intrauterine or ectopic pregnancy on ultrasound examination has a "pregnancy of unknown location" (37). A pregnancy of unknown location should not be considered a diagnosis, rather it should be treated as a transient state and efforts should be made to establish a definitive diagnosis when possible (16). A woman with a pregnancy of unknown location who is clinically stable and has a desire to continue the pregnancy, if intrauterine, should have a repeat transvaginal ultrasound examination, or serial measurement of hCG concentration, or both, to confirm the diagnosis and guide management (22, 37). Follow-up to confirm a diagnosis of ectopic pregnancy in a stable patient, especially at first clinical encounter, is recommended to eliminate misdiagnosis and to avoid unnecessary exposure to methotrexate, which can lead to interruption or teratogenicity of an ongoing intrauterine pregnancy (16, 38, 39). The first step is to assess for the possibility that the gestation is advancing.

When the possibility of a progressing intrauterine gestation has been reasonably excluded, uterine aspiration can help to distinguish early intrauterine pregnancy loss from ectopic pregnancy by identifying the presence or absence of intrauterine chorionic villi. Choosing the appropriate time and intervention should be done through shared decision making, incorporating the patient's values and preferences regarding maternal risk and the possibility of interrupting a progressing pregnancy. If chorionic villi are found, then failed intrauterine pregnancy is confirmed and no further evaluation is necessary. If chorionic villi are not confirmed, hCG levels should be monitored, with the first measurement taken 12–24 hours after aspiration. A plateau or increase in hCG postprocedure suggests that evacuation was incomplete or there is a nonvisualized ectopic pregnancy, and further treatment is warranted. Although the change at which hCG is considered to have plateaued is not precisely defined, it would be reasonable to consider levels to have plateaued if they have decreased by less than 10–15%. Large decreases in hCG levels are more consistent with failed intrauterine pregnancy than ectopic pregnancy. In two small series of women undergoing uterine aspiration for pregnancy of unknown location, nearly all women with a decrease in hCG levels of 50% or greater within 12–24 hours after aspiration had failed intrauterine pregnancies (29, 40). Patients with a decrease in hCG of 50% or greater can be monitored with serial hCG measurements, with further treatment reserved for those whose levels plateau or increase, or who develop symptoms of ectopic pregnancy. Management of patients with an hCG decrease of less than 50% should be individualized, as while failed intrauterine pregnancy is more frequent, ectopic pregnancy risk is appreciable. One study (29) noted 55.6% of patients with ectopic pregnancies had an hCG decrease of more than 10%, 23.5% had a decrease of more than 30%, and 7.1% had a decrease of more than 50%. In a series of patients who had an initial decrease of hCG levels between 15% and 50% 12–24 hours after office uterine aspiration for pregnancy

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

of unknown location who were monitored with serial hCG measurement, 3 of 46 patients had rising or plateauing hCG levels necessitating treatment for ectopic pregnancy (41). The other patients had resolving hCG levels, and were presumed to have failed intrauterine pregnancies. Patients with an hCG decline between 15% and 50% 12–24 hours after aspiration require at least close follow-up with serial hCG measurement, with consideration of treatment for ectopic pregnancy based on clinical factors such as plateau or increase in hCG, development of symptoms, or high clinical suspicion or strong risk factors for ectopic pregnancy (29, 40, 41).

There is debate among experts about the need to determine pregnancy location by uterine aspiration before providing methotrexate (42, 43). Proponents cite the importance of confirming the diagnosis to avoid unnecessary exposure to methotrexate and to help guide management of the current pregnancy and future pregnancies (37, 42). Arguments against the need for a definitive diagnosis include concern about the increased risk of tubal rupture because of delay in treatment while diagnosis is established and the increased health-care costs associated with additional tests and procedures (43). However, with close follow-up during this diagnostic phase, the risk of rupture is low. In one large series with serial hCG measurement of women with pregnancies of unknown location, the risk of rupture of an ectopic pregnancy during surveillance to confirm diagnosis was as low as 0.03 % among all women at risk and as low as 1.7% among all ectopic pregnancies diagnosed (22). In addition, presumptive treatment with methotrexate has not been found to confer a significant cost savings or to decrease the risk of complications (44). The choice of performing a uterine aspiration before treatment with methotrexate should be guided by a discussion with the patient regarding the benefits and risks, including the risk of teratogenicity in the case of an ongoing intrauterine pregnancy and exposure to methotrexate.

▶ *Who are candidates for medical management of ectopic pregnancy?*

Medical management with methotrexate can be considered for women with a confirmed or high clinical suspicion of ectopic pregnancy who are hemodynamically stable, who have an unruptured mass, and who do not have absolute contraindications to methotrexate administration (45). These patients generally also are candidates for surgical management. The decision for surgical management or medical management of ectopic pregnancy should be guided by the initial clinical, laboratory, and radiologic data as well as patient-informed choice based on a discussion of the benefits and risks

of each approach. Women who choose methotrexate therapy should be counseled about the importance of follow-up surveillance.

## Methotrexate

Methotrexate is a folate antagonist that binds to the catalytic site of dihydrofolate reductase, which interrupts the synthesis of purine nucleotides and the amino acids serine and methionine, thereby inhibiting DNA synthesis and repair and cell replication. Methotrexate affects actively proliferating tissues, such as bone marrow, buccal and intestinal mucosa, respiratory epithelium, malignant cells, and trophoblastic tissue. Systemic methotrexate has been used to treat gestational trophoblastic disease since 1956 and was first used to treat ectopic pregnancy in 1982 (46). There are no recommended alternative medical treatment strategies for ectopic pregnancy beyond intramuscular methotrexate. Although oral methotrexate therapy for ectopic pregnancy has been studied, the outcomes data are sparse and indicate that benefits are limited (47).

## Contraindications

Box 1 lists absolute and relative contraindications to methotrexate therapy (45). Before administering methotrexate, it is important to reasonably exclude the presence of an intrauterine pregnancy. In addition, methotrexate administration should be avoided in patients with clinically significant elevations in serum creatinine, liver transaminases, or bone marrow dysfunction indicated by significant anemia, leukopenia, or thrombocytopenia. Because methotrexate affects all rapidly dividing tissues within the body, including bone marrow, the gastrointestinal mucosa, and the respiratory epithelium, it should not be given to women with blood dyscrasias or active gastrointestinal or respiratory disease. However, asthma is not an exclusion to the use of methotrexate. Methotrexate is directly toxic to the hepatocytes and is cleared from the body by renal excretion; therefore, methotrexate typically is not used in women with liver or kidney disease.

Relative contraindications for the use of methotrexate (Box 1) do not serve as absolute cut-offs but rather as indicators of potentially reduced effectiveness in certain settings. For example, a high initial hCG level is considered a relative contraindication. Systematic review evidence shows a failure rate of 14.3% or higher with methotrexate when pretreatment hCG levels are higher than 5,000 mIU/mL compared with a 3.7% failure rate for hCG levels less than 5,000 mIU/mL (48). Of note, studies often have excluded patients from methotrexate treatment when hCG levels are greater than

This document was created by an application that isn't licensed to use [novaPDF](novaPDF).
Purchase a license to generate PDF files without this notice.

---

### Box 1. Contraindications to Methotrexate Therapy ⇱

**Absolute Contraindications**

- Intrauterine pregnancy
- Evidence of immunodeficiency
- Moderate to severe anemia, leukopenia, or thrombocytopenia
- Sensitivity to methotrexate
- Active pulmonary disease
- Active peptic ulcer disease
- Clinically important hepatic dysfunction
- Clinically important renal dysfunction
- Breastfeeding
- Ruptured ectopic pregnancy
- Hemodynamically unstable patient
- Inability to participate in follow-up

**Relative Contraindications**

- Embryonic cardiac activity detected by transvaginal ultrasonography
- High initial hCG concentration
- Ectopic pregnancy greater than 4 cm in size as imaged by transvaginal ultrasonography
- Refusal to accept blood transfusion

Modified from Medical treatment of ectopic pregnancy: a committee opinion. Practice Committee of American Society for Reproductive Medicine. Fertil Steril 2013;100:638–44.

---

5,000 mIU/mL based on expert opinion that these levels are a relative contraindication to medical management. Other predictors of methotrexate treatment failure include the presence of an advanced or rapidly growing gestation (as evidenced by fetal cardiac activity) and a rapidly increasing hCG concentration (greater than 50% in 48 hours) (48–50).

▶ *What methotrexate regimens are used in the management of ectopic pregnancy, and how do they compare in effectiveness and risk of adverse effects?*

There are three published protocols for the administration of methotrexate to treat ectopic pregnancy: 1) a single-dose protocol (51), 2) a two-dose protocol (52), and 3) a fixed multiple-dose protocol (53) (Box 2). The single-dose regimen is the simplest of the three regimens; however, an additional dose may be required to ensure resolution in up to one quarter of patients (54, 55). The two-dose regimen was first proposed in 2007 in an effort to combine the efficacy of the multiple-dose protocol with the favorable adverse effect profile of the single-dose regimen (55). The two-dose regimen adheres to the same hCG monitoring schedule as the single-dose regimen, but a second dose of methotrexate is administered on day 4 of treatment. The multiple-dose metho-

trexate regimen involves up to 8 days of treatment with alternating administration of methotrexate and folinic acid, which is given as a rescue dose to minimize the adverse effects of the methotrexate.

The overall treatment success of systemic methotrexate for ectopic pregnancy, defined as resolution of the ectopic pregnancy without the need for surgery, in observational studies ranges from approximately 70% to 95% (55). Resolution of an ectopic pregnancy may depend on the methotrexate treatment regimen used and the initial hCG level. However, there is no clear consensus in the literature regarding the optimal methotrexate regimen for the management of ectopic pregnancy. The choice of methotrexate protocol should be guided by the initial hCG level and discussion with the patient regarding the benefits and risks of each approach. In general, the single-dose protocol may be most appropriate for patients with a relatively low initial hCG level or a plateau in hCG values, and the two-dose regimen may be considered as an alternative to the single-dose regimen, particularly in women with an initial high hCG value.

### Single-Dose Versus Multiple-Dose

Observational studies that compared the single-dose and multiple-dose regimens have indicated that although the multiple-dose regimen is statistically more effective (92.7% versus 88.1%, respectively; $P$=.035) (single-dose

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Box 2. Methotrexate Treatment Protocols** ⇦

*Single-dose regimen**

- Administer a single dose of methotrexate at a dose of 50 mg/m$^2$ intramuscularly on day 1
- Measure hCG level on posttreatment day 4 and day 7
  - If the decrease is greater than 15%, measure hCG levels weekly until reaching nonpregnant level
  - If decrease is less than 15%, readminister methotrexate at a dose of 50 mg/m$^2$ intramuscularly and repeat hCG level
  - If hCG does not decrease after two doses, consider surgical management
- If hCG levels plateau or increase during follow-up, consider administering methotrexate for treatment of a persistent ectopic pregnancy

*Two-dose regimen*[†]

- Administer methotrexate at a dose of 50 mg/m$^2$ intramuscularly on day 1
- Administer second dose of methotrexate at a dose of 50 mg/m$^2$ intramuscularly on day 4
- Measure hCG level on posttreatment day 4 and day 7
  - If the decrease is greater than 15%, measure hCG levels weekly until reaching nonpregnant level
  - If decrease is less than 15%, readminister methotrexate 50 mg/m$^2$ intramuscularly on day 7 and check hCG levels on day 11
  - If hCG levels decrease 15% between day 7 and day 11, continue to monitor weekly until reaching nonpregnant levels
  - If the decrease is less than 15% between day 7 and day 11, readminister dose of methotrexate 50 mg/m$^2$ intramuscularly on day 11 and check hCG levels on day 14
  - If hCG does not decrease after four doses, consider surgical management
- If hCG levels plateau or increase during follow-up, consider administering methotrexate for treatment of a persistent ectopic pregnancy

*Fixed multiple-dose regimen*[‡]

- Administer methotrexate 1 mg/kg intramuscularly on days 1, 3, 5, 7; alternate with folinic acid 0.1 mg/kg intramuscularly on days 2, 4, 6, 8
- Measure hCG levels on methotrexate dose days and continue until hCG has decreased by 15% from its previous measurement
  - If the decrease is greater than 15%, discontinue administration of methotrexate and measure hCG levels weekly until reaching nonpregnant levels (may ultimately need one, two, three, or four doses)
  - If hCG does not decrease after four doses, consider surgical management
- If hCG levels plateau or increase during follow-up, consider administering methotrexate for treatment of a persistent ectopic pregnancy

Abbreviation: hCG, human chorionic gonadotropin.

*Stovall TG, Ling FW. Single-dose methotrexate: an expanded clinical trial. Am J Obstet Gynecol 1993;168:1759-62; discussion 1762–5.

[†]Barnhart K, Hummel AC, Sammel MD, Menon S, Jain J, Chakhtoura N. Use of "2-dose" regimen of methotrexate to treat ectopic pregnancy. Fertil Steril 2007;87:250–6.

[‡]Rodi IA, Sauer MV, Gorrill MJ, Bustillo M, Gunning JE, Marshall JR, et al. The medical treatment of unruptured ectopic pregnancy with methotrexate and citrovorum rescue: preliminary experience. Fertil Steril 1986;46:811–3.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

failure OR, 1.71; 95% CI, 1.04–2.82), the single-dose regimen is associated with a decreased risk of adverse effects (OR, 0.44; 95% CI, 0.31–0.63) (55). However, a more recent systematic review of randomized controlled trials showed similar rates of successful resolution with the single-dose and multiple-dose regimens (relative risk [RR], 1.07; 95% CI, 0.99–1.17) and an increased risk of adverse effects with the multiple-dose protocol (RR, 1.64; 95% CI, 1.15–2.34) (56).

### Single-Dose Versus Two-Dose

A systematic review and meta-analysis of three randomized controlled trials showed similar rates of successful resolution for the two-dose and single-dose protocols (RR, 1.09; 95% CI 0.98–1.20) and comparable risk of adverse effects (RR, 1.33; 95% CI, 0.92–1.94) (56). However, in two of the three trials included in the review, the two-dose regimen was associated with greater success among women with high initial hCG levels. In the first trial, there was a nonstatistically significant trend toward greater success for the two-dose regimen in the subgroup with an initial hCG level greater than 5,000 mIU/mL (80.0% versus 58.8%, P=.279) (RR, 0.74; 95% CI, 0.47–1.16) (57). The second trial reported a statistically significant higher success rate for the two-dose regimen versus the single-dose regimen in patients with initial serum hCG levels between 3,600 mIU/mL and 5,500 mIU/mL (88.9% versus 57.9%, P=.03) (OR 5.80; 95% CI, 1.29–26.2) (58).

▶ **What surveillance is needed after methotrexate treatment?**

After administration of methotrexate treatment, hCG levels should be serially monitored until a nonpregnancy level (based upon the reference laboratory assay) is reached (51). Close monitoring is required to ensure disappearance of trophoblastic activity and to eliminate the possibility of persistent ectopic pregnancy. During the first few days after treatment, the hCG level may increase to levels higher than the pretreatment level but then should progressively decrease to reach a nonpregnant level (51). Failure of the hCG level to decrease by at least 15% from day 4 to day 7 after methotrexate administration is associated with a high risk of treatment failure and requires additional methotrexate administration (in the case of the single-dose or two-dose regimen) or surgical intervention (51). Methotrexate treatment failure in patients who did not undergo pretreatment uterine aspiration should raise concern for the presence of an abnormal intrauterine gestation. In these patients, uterine aspiration should be considered before repeat methotrexate administration or surgical manage-

ment, unless there is clear evidence of a tubal ectopic pregnancy. Ultrasound surveillance of resolution of an ectopic pregnancy is not routinely indicated because findings do not predict rupture or time to resolution (59, 60). Resolution of serum hCG levels after medical management is usually complete in 2–4 weeks but can take up to 8 weeks (55). The resolution of hCG levels is significantly faster in patients successfully treated with the two-dose methotrexate regimen compared with the single-dose regimen (25.7+13.6 versus 31.9+14.1 days; P>.025) (57).

▶ **What are the potential adverse effects of systemic methotrexate administration?**

Adverse effects of methotrexate usually are dependent on dose and treatment duration. Because methotrexate affects rapidly dividing tissues, gastrointestinal problems (eg, nausea, vomiting, and stomatitis) are the most common adverse effects after multiple doses. Vaginal spotting is expected. It is not unusual for women treated with methotrexate to experience abdominal pain 2–3 days after administration, presumably from the cytotoxic effect of the drug on the trophoblastic tissue. In the absence of signs and symptoms of overt tubal rupture and significant hemoperitoneum, abdominal pain usually can be managed expectantly by monitoring a woman's hemoglobin level and intraperitoneal fluid amount with transvaginal ultrasonography.

Elevation of liver enzymes is a less commonly reported adverse effect and typically resolves after discontinuing methotrexate use (61). Alopecia also is a rare adverse effect of the low doses used to treat ectopic pregnancy. Cases of pneumonitis also have been reported, and women should be counseled to report any fever or respiratory symptoms to their physicians (62).

▶ **How should women be counseled regarding the treatment effects of methotrexate?**

Patients treated with methotrexate should be counseled about the risk of ectopic pregnancy rupture; about avoiding certain foods, supplements, or drugs that can decrease efficacy; and about the importance of not becoming pregnant again until resolution has been confirmed. It is important to educate patients about the symptoms of tubal rupture and to emphasize the need to seek immediate medical attention if these symptoms occur. Vigorous activity and sexual intercourse should be avoided until confirmation of resolution because of the theoretical risk of inducing rupture of the ectopic pregnancy. Additionally, practitioners should limit pelvic and ultrasound examinations when possible. Patients should be advised to avoid folic acid supplements, foods

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

that contain folic acid, and nonsteroidal antiinflammatory drugs during therapy because these products may decrease the efficacy of methotrexate. Avoidance of narcotic analgesic medications, alcohol, and gas-producing foods are recommended so as not to mask, or be confused with, escalation of symptoms of rupture. Sunlight exposure also should be avoided during treatment to limit the risk of methotrexate dermatitis (63).

Before treatment with methotrexate, women should be counseled about the potential for fetal death or teratogenic effects when administered during pregnancy. The product labeling approved by the U.S. Food and Drug Administration recommends that women avoid pregnancy during treatment and for at least one ovulatory cycle after methotrexate therapy (63). Methotrexate is cleared from the serum before the 4–12 weeks necessary for the resolution of the ectopic gestation and ovulation in the next cycle (64, 65). However, there are reports of methotrexate detectable in liver cells 116 days past exposure (66). Limited evidence suggests that the frequency of congenital anomalies or early pregnancy loss is not elevated in women who have become pregnant shortly after methotrexate exposure (66). However, perhaps based on the timing of methotrexate's clearance from the body, some experts continue to recommend that women delay pregnancy for at least 3 months after the last dose of methotrexate (67).

▶ *How does methotrexate treatment affect subsequent fertility?*

Patients can be counseled that available evidence, although limited, suggests that methotrexate treatment of ectopic pregnancy does not have an adverse effect on subsequent fertility or on ovarian reserve. A prospective observational study noted no difference in anti-müllerian hormone levels or reproductive outcomes after administration of methotrexate (68). Furthermore, a systematic review of women undergoing fertility treatment found no significant differences in the mean number of oocytes retrieved during the cycles before and after methotrexate administration (69).

▶ *Who are candidates for surgical management of ectopic pregnancy?*

In clinically stable women in whom a nonruptured ectopic pregnancy has been diagnosed, laparoscopic surgery or intramuscular methotrexate administration are safe and effective treatments. The decision for surgical management or medical management of ectopic pregnancy should be guided by the initial clinical, laboratory, and radiologic data as well as patient-informed choice based on a discussion of the benefits and risks of each

approach. Surgical management of ectopic pregnancy is required when a patient is exhibiting any of the following: hemodynamic instability, symptoms of an ongoing ruptured ectopic mass (such as pelvic pain), or signs of intraperitoneal bleeding.

Surgical management is necessary when a patient meets any of the absolute contraindications to medical management listed in Box 1 and should be considered when a patient meets any of the relative contraindications. Surgical management should be employed when a patient who initially elects medical management experiences a failure of medical management. Surgical treatment also can be considered for a clinically stable patient with a nonruptured ectopic pregnancy or when there is an indication for a concurrent surgical procedure, such as tubal sterilization or removal of hydrosalpinx when a patient is planning to undergo subsequent in vitro fertilization.

Surgical management generally is performed using laparoscopic salpingectomy (removal of part or all of the affected fallopian tube) or laparoscopic salpingostomy (removal of the ectopic pregnancy while leaving the affected fallopian tube in situ). Laparotomy typically is reserved for unstable patients, patients with a large amount of intraperitoneal bleeding, and patients in whom visualization has been compromised at laparoscopy.

▶ *How do medical management and surgical management of ectopic pregnancy compare in effectiveness and risk of complications?*

Medical management of ectopic pregnancy avoids the inherent risks of surgery and anesthesia. However, compared with laparoscopic salpingectomy, medical management of ectopic pregnancy has a lower success rate and requires longer surveillance, more office visits, and phlebotomy. Randomized trials that compared medical management of ectopic pregnancy with methotrexate to laparoscopic salpingostomy have demonstrated a statistically significant lower success rate with the use of single-dose methotrexate (relative rate for success, 0.82; 95% CI, 0.72–0.94) and no difference in the use of multidose methotrexate (relative rate for success, 1.8; 95% CI, 0.73–4.6) (70). Comparing systemic methotrexate with tube-sparing laparoscopic surgery, randomized trials have shown no difference in overall tubal preservation, tubal patency, repeat ectopic pregnancy, or future pregnancies (70).

Medical management of ectopic pregnancy is cost effective when laparoscopy is not needed to make the diagnosis and hCG values are less 1,500 mIU/mL (71). Surgical management of ectopic pregnancy is more cost

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

effective if time to resolution is expected to be prolonged, or there is a relatively high chance of medical management failure, such as in cases with high or increasing hCG values or when embryonic cardiac activity is detected (72, 73).

▶ *How do salpingostomy and salpingectomy compare in effectiveness and fertility outcomes in the management of ectopic pregnancy?*

The decision to perform a salpingostomy or salpingectomy for the treatment of ectopic pregnancy should be guided by the patient's clinical status, her desire for future fertility, and the extent of fallopian tube damage. Randomized controlled trials that compared salpingectomy with salpingostomy for the management of ectopic pregnancy have found no statistically significant difference in the rates of subsequent intrauterine pregnancy (RR, 1.04; 95% CI, 0.899–1.21) or repeat ectopic pregnancy (RR, 1.30; 95% CI, 0.72–2.38) (74). In contrast, cohort study findings indicate that salpingostomy is associated with a higher rate of subsequent intrauterine pregnancy (RR, 1.24; 95% CI, 1.08–1.42) but also with an increased risk of repeat ectopic pregnancy (10% versus 4%; RR, 2.27; 95% CI, 1.12–4.58) compared with salpingectomy (74).

In general, salpingectomy is the preferred approach when severe fallopian tube damage is noted and in cases in which there is significant bleeding from the proposed surgical site. Salpingectomy can be considered in cases of desired future fertility when the patient has a healthy contralateral fallopian tube. However, salpingostomy should be considered in patients who desire future fertility but have damage to the contralateral fallopian tube and in whom removal would require assisted reproduction for future childbearing. When salpingostomy is performed, it is important to monitor the patient with serial hCG measurement to ensure resolution of ectopic trophoblastic tissue. If there is concern for incomplete resection, a single prophylactic dose of methotrexate may be considered (45).

▶ *Who are candidates for expectant management of diagnosed ectopic pregnancy?*

There may be a role for expectant management of ectopic pregnancy in specific circumstances. Candidates for successful expectant management of ectopic pregnancy should be asymptomatic; should have objective evidence of resolution (generally, manifested by a plateau or decrease in hCG levels); and must be counseled and willing to accept the potential risks, which include tubal rupture, hemorrhage, and emergency surgery. If the initial hCG level is less than 200 mIU/mL, 88% of patients will experience spontaneous resolution; lower spontaneous resolution rates can be anticipated with higher hCG levels (75). In a single small randomized trial of women with hCG levels less than 2,000 mIU/mL, expectant management was not associated with a statistically significant lower treatment success than single-dose methotrexate for the management of ectopic pregnancy (59% versus 76%, respectively) (RR, 1.3; 95% CI, 0.9–1.8) (76). Reasons for abandoning expectant management include intractable or significantly increased pain, insufficient decrease of hCG levels, or tubal rupture with hemoperitoneum.

# Summary of Recommendations

*The following recommendations are based on good and consistent scientific evidence (Level A):*

▶ In clinically stable women in whom a nonruptured ectopic pregnancy has been diagnosed, laparoscopic surgery or intramuscular methotrexate administration are safe and effective treatments. The decision for surgical management or medical management of ectopic pregnancy should be guided by the initial clinical, laboratory, and radiologic data as well as patient-informed choice based on a discussion of the benefits and risks of each approach.

▶ Surgical management of ectopic pregnancy is required when a patient is exhibiting any of the following: hemodynamic instability, symptoms of an ongoing ruptured ectopic mass (such as pelvic pain), or signs of intraperitoneal bleeding.

*The following recommendations are based on limited or inconsistent scientific evidence (Level B):*

▶ Serum hCG values alone should not be used to diagnose an ectopic pregnancy and should be correlated with the patient's history, symptoms, and ultrasound findings.

▶ If the concept of the hCG discriminatory level is to be used as a diagnostic aid in women at risk of ectopic pregnancy, the value should be conservatively high (eg, as high as 3,500 mIU/mL) to avoid the potential for misdiagnosis and possible interruption of an intrauterine pregnancy that a woman hopes to continue.

▶ The decision to perform a salpingostomy or salpingectomy for the treatment of ectopic pregnancy

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

should be guided by the patient's clinical status, her desire for future fertility, and the extent of fallopian tube damage.

▶ The choice of methotrexate protocol should be guided by the initial hCG level and discussion with the patient regarding the benefits and risks of each approach. In general, the single-dose protocol may be most appropriate for patients with a relatively low initial hCG level or a plateau in hCG values, and the two-dose regimen may be considered as an alternative to the single-dose regimen, particularly in women with an initial high hCG value.

▶ Failure of the hCG level to decrease by at least 15% from day 4 to day 7 after methotrexate administration is associated with a high risk of treatment failure and requires additional methotrexate administration (in the case of the single-dose or two-dose regimen) or surgical intervention.

▶ Patients can be counseled that available evidence, although limited, suggests that methotrexate treatment of ectopic pregnancy does not have an adverse effect on subsequent fertility or on ovarian reserve.

▶ There may be a role for expectant management of ectopic pregnancy in specific circumstances.

***The following recommendations are based primarily on consensus and expert opinion (Level C):***

▶ The minimum diagnostic evaluation of a suspected ectopic pregnancy is a transvaginal ultrasound evaluation and confirmation of pregnancy. Serial evaluation with transvaginal ultrasonography, or serum hCG level measurement, or both, often is required to confirm the diagnosis.

▶ A woman with a pregnancy of unknown location who is clinically stable and has a desire to continue the pregnancy, if intrauterine, should have a repeat transvaginal ultrasound examination, or serial measurement of hCG concentration, or both, to confirm the diagnosis and guide management.

▶ Medical management with methotrexate can be considered for women with a confirmed or high clinical suspicion of ectopic pregnancy who are hemodynamically stable, who have an unruptured mass, and who do not have absolute contraindications to methotrexate administration.

▶ After administration of methotrexate treatment, hCG levels should be serially monitored until a nonpregnancy level (based upon the reference laboratory assay) is reached.

▶ Patients treated with methotrexate should be counseled about the risk of ectopic pregnancy rupture; about avoiding certain foods, supplements, or drugs that can decrease efficacy; and about the importance of not becoming pregnant again until resolution has been confirmed.

# References

1. Ectopic pregnancy--United States, 1990-1992. Centers for Disease Control and Prevention (CDC). MMWR Morb Mortal Wkly Rep. 1995;44:46–8. (Level II-2) ⇦

2. Creanga AA, Syverson C, Seed K, Callaghan WM. Pregnancy-related mortality in the United States, 2011-2013. Obstet Gynecol 2017;130:366–73. (Level II-2) ⇦

3. Barnhart KT, Sammel MD, Gracia CR, Chittams J, Hummel AC, Shaunik A. Risk factors for ectopic pregnancy in women with symptomatic first-trimester pregnancies. Fertil Steril 2006;86:36–43 (Level II-2) ⇦

4. Bouyer J, Coste J, Fernandez H, Pouly JL, Job-Spira N. Sites of ectopic pregnancy: a 10 year population-based study of 1800 cases. Hum Reprod 2002;17:3224–30. (Level II-3) ⇦

5. Maymon R, Shulman A. Controversies and problems in the current management of tubal pregnancy. Hum Reprod Update 1996;2:541–51. (Level III) ⇦

6. Barrenetxea G, Barinaga-Rementeria L, Lopez de Larruzea A, Agirregoikoa JA, Mandiola M, Carbonero K. Heterotopic pregnancy: two cases and a comparative review. Fertil Steril 2007;87:417.e9–15. (Level III) ⇦

7. Ankum WM, Mol BW, Van der Veen F, Bossuyt PM. Risk factors for ectopic pregnancy: a meta-analysis. Fertil Steril 1996;65:1093–9. (Meta-Analysis) ⇦

8. Clayton HB, Schieve LA, Peterson HB, Jamieson DJ, Reynolds MA, Wright VC. Ectopic pregnancy risk with assisted reproductive technology procedures. Obstet Gynecol 2006;107:595–604. (Level II-3) ⇦

9. Perkins KM, Boulet SL, Kissin DM, Jamieson DJ. Risk of ectopic pregnancy associated with assisted reproductive technology in the United States, 2001-2011. National ART Surveillance (NASS) Group. Obstet Gynecol 2015;125:70–8. (Level II-3) ⇦

10. Backman T, Rauramo I, Huhtala S, Koskenvuo M. Pregnancy during the use of levonorgestrel intrauterine system. Am J Obstet Gynecol 2004;190:50–4. (Level II-3) ⇦

11. Cleland K, Raymond E, Trussell J, Cheng L, Zhu H. Ectopic pregnancy and emergency contraceptive pills: a systematic review. Obstet Gynecol 2010;115:1263–6. (Systematic Review) ⇦

12. Emergency contraception. Practice Bulletin No. 152. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;126:e1–11. (Level III) ⇦

13. Kirk E, Papageorghiou AT, Condous G, Tan L, Bora S, Bourne T. The diagnostic effectiveness of an initial transvaginal scan in detecting ectopic pregnancy. Hum Reprod 2007;22:2824–8. (Level II-3) ⇦

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

14. van Mello NM, Mol F, Opmeer BC, Ankum WM, Barnhart K, Coomarasamy A, et al. Diagnostic value of serum hCG on the outcome of pregnancy of unknown location: a systematic review and meta-analysis. Hum Reprod Update 2012;18:603–17. (Systematic Review and Meta-Analysis)

15. Barnhart KT, Fay CA, Suescum M, Sammel MD, Appleby D, Shaunik A, et al. Clinical factors affecting the accuracy of ultrasonography in symptomatic first-trimester pregnancy. Obstet Gynecol 2011;117:299–306. (Level II-3)

16. Barnhart K, van Mello NM, Bourne T, Kirk E, Van Calster B, Bottomley C, et al. Pregnancy of unknown location: a consensus statement of nomenclature, definitions, and outcome. Fertil Steril 2011;95:857–66. (Level III)

17. Goldstein SR, Snyder JR, Watson C, Danon M. Very early pregnancy detection with endovaginal ultrasound. Obstet Gynecol 1988;72:200–4. (Level III)

18. Doubilet PM, Benson CB. Double sac sign and intra-decidual sign in early pregnancy: interobserver reliability and frequency of occurrence. J Ultrasound Med 2013;32:1207–14. (Level II-3)

19. Ackerman TE, Levi CS, Lyons EA, Dashefsky SM, Lindsay DJ, Holt SC. Decidual cyst: endovaginal sonographic sign of ectopic pregnancy. Radiology 1993;189:727–31. (Level II-3)

20. Ahmed AA, Tom BD, Calabrese P. Ectopic pregnancy diagnosis and the pseudo-sac. Fertil Steril 2004;81:1225–8. (Level III)

21. Seeber BE, Sammel MD, Guo W, Zhou L, Hummel A, Barnhart KT. Application of redefined human chorionic gonadotropin curves for the diagnosis of women at risk for ectopic pregnancy. Fertil Steril 2006;86:454–9. (Level II-3)

22. Morse CB, Sammel MD, Shaunik A, Allen-Taylor L, Oberfoell NL, Takacs P, et al. Performance of human chorionic gonadotropin curves in women at risk for ectopic pregnancy: exceptions to the rules. Fertil Steril 2012;97:101–6.e2. (Level II-3)

23. Early pregnancy loss. Practice Bulletin No. 150. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;125:1258–67. (Level III)

24. Doubilet PM, Benson CB, Bourne T, Blaivas M, Barnhart KT, Benacerraf BR, et al. Diagnostic criteria for nonviable pregnancy early in the first trimester. Society of Radiologists in Ultrasound Multispecialty Panel on Early First Trimester Diagnosis of Miscarriage and Exclusion of a Viable Intrauterine Pregnancy. N Engl J Med 2013;369:1443–51. (Level III)

25. Goldstein I, Zimmer EA, Tamir A, Peretz BA, Paldi E. Evaluation of normal gestational sac growth: appearance of embryonic heartbeat and embryo body movements using the transvaginal technique. Obstet Gynecol 1991;77:885–8. (Level II-3)

26. Rossavik IK, Torjusen GO, Gibbons WE. Conceptual age and ultrasound measurements of gestational age and crown-rump length in in vitro fertilization pregnancies. Fertil Steril 1988;49:1012–7. (Level III)

27. Barnhart KT, Katz I, Hummel A, Gracia CR. Presumed diagnosis of ectopic pregnancy. Obstet Gynecol 2002;100:505–10. (Level II-3)

28. Chung K, Chandavarkar U, Opper N, Barnhart K. Reevaluating the role of dilation and curettage in the diagnosis of pregnancy of unknown location. Fertil Steril 2011;96:659–62. (Level II-3)

29. Shaunik A, Kulp J, Appleby DH, Sammel MD, Barnhart KT. Utility of dilation and curettage in the diagnosis of pregnancy of unknown location. Am J Obstet Gynecol 2011;204:130.e1–6. (Level II-3)

30. Doubilet PM, Benson CB. Further evidence against the reliability of the human chorionic gonadotropin discriminatory level. J Ultrasound Med 2011;30:1637–42. (Level II-3)

31. Mehta TS, Levine D, Beckwith B. Treatment of ectopic pregnancy: is a human chorionic gonadotropin level of 2,000 mIU/mL a reasonable threshold? Radiology 1997;205:569–73. (Level II-3)

32. Connolly A, Ryan DH, Stuebe AM, Wolfe HM. Reevaluation of discriminatory and threshold levels for serum beta-hCG in early pregnancy. Obstet Gynecol 2013;121:65–70. (Level II-3)

33. Barnhart KT, Sammel MD, Rinaudo PF, Zhou L, Hummel AC, Guo W. Symptomatic patients with an early viable intrauterine pregnancy: HCG curves redefined. Obstet Gynecol 2004;104:50–5. (Level II-3)

34. Barnhart K, Sammel MD, Chung K, Zhou L, Hummel AC, Guo W. Decline of serum human chorionic gonadotropin and spontaneous complete abortion: defining the normal curve. Obstet Gynecol 2004;104:975–81. (Level II-3)

35. Barnhart KT, Guo W, Cary MS, Morse CB, Chung K, Takacs P, et al. Differences in serum human chorionic gonadotropin rise in early pregnancy by race and value at presentation. Obstet Gynecol 2016;128:504–11. (Level II-3)

36. Silva C, Sammel MD, Zhou L, Gracia C, Hummel AC, Barnhart K. Human chorionic gonadotropin profile for women with ectopic pregnancy. Obstet Gynecol 2006;107:605–10. (Level II-3)

37. Barnhart KT. Early pregnancy failure: beware of the pitfalls of modern management. Fertil Steril 2012;98:1061–5. (Level III)

38. Nurmohamed L, Moretti ME, Schechter T, Einarson A, Johnson D, Lavigne SV, et al. Outcome following high-dose methotrexate in pregnancies misdiagnosed as ectopic. Am J Obstet Gynecol 2011;205:533.e1–3. (Level III)

39. Addar MH. Methotrexate embryopathy in a surviving intrauterine fetus after presumed diagnosis of ectopic pregnancy: case report. J Obstet Gynaecol Can 2004;26:1001–3. (Level III)

40. Rivera V, Nguyen PH, Sit A. Change in quantitative human chorionic gonadotropin after manual vacuum aspiration in women with pregnancy of unknown location. Am J Obstet Gynecol 2009;200:e56–9. (Level III)

41. Insogna IG, Farland LV, Missmer SA, Ginsburg ES, Brady PC. Outpatient endometrial aspiration: an alternative to

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

methotrexate for pregnancy of unknown location. Am J Obstet Gynecol 2017;217:185.e1–9.

42. Rubal L, Chung K. Do you need to definitively diagnose the location of a pregnancy of unknown location? The case for "yes." Fertil Steril 2012;98:1078–84. (Level III)

43. Reid S, Condous G. Is there a need to definitively diagnose the location of a pregnancy of unknown location? The case for "no." Fertil Steril 2012;98:1085–90. (Level III)

44. Ailawadi M, Lorch SA, Barnhart KT. Cost-effectiveness of presumptively medically treating women at risk for ectopic pregnancy compared with first performing a dilatation and curettage. Fertil Steril 2005;83:376–82. (Cost-analysis)

45. Medical treatment of ectopic pregnancy: a committee opinion. Practice Committee of American Society for Reproductive Medicine. Fertil Steril 2013;100:638–44. (Level III)

46. Tanaka T, Hayashi H, Kutsuzawa T, Fujimoto S, Ichinoe K. Treatment of interstitial ectopic pregnancy with methotrexate: report of a successful case. Fertil Steril 1982; 37:851–2. (Level III)

47. Lipscomb GH, Meyer NL, Flynn DE, Peterson M, Ling FW. Oral methotrexate for treatment of ectopic pregnancy. Am J Obstet Gynecol 2002;186:1192–5. (Level II-2)

48. Menon S, Colins J, Barnhart KT. Establishing a human chorionic gonadotropin cutoff to guide methotrexate treatment of ectopic pregnancy: a systematic review. Fertil Steril 2007;87:481–4. (Systematic Review)

49. Lipscomb GH, Bran D, McCord ML, Portera JC, Ling FW. Analysis of three hundred fifteen ectopic pregnancies treated with single-dose methotrexate. Am J Obstet Gynecol 1998;178:1354–8. (Level II-3)

50. Cohen A, Zakar L, Gil Y, Amer-Alshiek J, Bibi G, Almog B, et al. Methotrexate success rates in progressing ectopic pregnancies: a reappraisal. Am J Obstet Gynecol 2014;211:128.e1–5. (Level II-3)

51. Stovall TG, Ling FW. Single-dose methotrexate: an expanded clinical trial. Am J Obstet Gynecol 1993;168:1759-62; discussion 1762–5. (Level III)

52. Barnhart K, Hummel AC, Sammel MD, Menon S, Jain J, Chakhtoura N. Use of "2-dose" regimen of methotrexate to treat ectopic pregnancy. Fertil Steril 2007;87:250–6. (Level III)

53. Rodi IA, Sauer MV, Gorrill MJ, Bustillo M, Gunning JE, Marshall JR, et al. The medical treatment of unruptured ectopic pregnancy with methotrexate and citrovorum rescue: preliminary experience. Fertil Steril 1986;46:811–3. (Level III)

54. Lipscomb GH, Givens VM, Meyer NL, Bran D. Comparison of multidose and single-dose methotrexate protocols for the treatment of ectopic pregnancy. Am J Obstet Gynecol 2005;192:1844-7; discussion 1847–8. (Level II-3)

55. Barnhart KT, Gosman G, Ashby R, Sammel M. The medical management of ectopic pregnancy: a meta-analysis comparing "single dose" and "multidose" regimens. Obstet Gynecol 2003;101:778–84. (Meta-Analysis)

56. Yang C, Cai J, Geng Y, Gao Y. Multiple-dose and double-dose versus single-dose administration of methotrexate for the treatment of ectopic pregnancy: a systematic review and meta-analysis. Reprod Biomed Online 2017;34:383–91. (Systematic Review and Meta-Analysis)

57. Song T, Kim MK, Kim ML, Jung YW, Yun BS, Seong SJ. Single-dose versus two-dose administration of methotrexate for the treatment of ectopic pregnancy: a randomized controlled trial. Hum Reprod 2016;31:332–8. (Level I)

58. Hamed HO, Ahmed SR, Alghasham AA. Comparison of double- and single-dose methotrexate protocols for treatment of ectopic pregnancy. Int J Gynaecol Obstet 2012;116:67–71. (Level I)

59. Atri M, Bret PM, Tulandi T, Senterman MK. Ectopic pregnancy: evolution after treatment with transvaginal methotrexate. Radiology 1992;185:749–53. (Level III)

60. Brown DL, Doubilet PM. Transvaginal sonography for diagnosing ectopic pregnancy: positivity criteria and performance characteristics. J Ultrasound Med 1994;13:259–66. (Level III)

61. Pisarska MD, Carson SA, Buster JE. Ectopic pregnancy. Lancet 1998;351:1115–20. (Level III)

62. Dasari P, Sagili H. Life-threatening complications following multidose methotrexate for medical management of ectopic pregnancy. BMJ Case Rep 2012;2012. (Level III)

63. Methotrexate – injection. In: Drug facts and comparisons. St. Louis (MO): Wolters Kluwer; 2017. p. 3883–90. (Level III)

64. Huffman DH, Wan SH, Azarnoff DL, Hogstraten B. Pharmacokinetics of methotrexate. Clin Pharmacol Ther 1973;14:572–9. (Level III)

65. Shen DD, Azarnoff DL. Clinical pharmacokinetics of methotrexate. Clin Pharmacokinet 1978;3:1–13. (Level III)

66. Svirsky R, Rozovski U, Vaknin Z, Pansky M, Schneider D, Halperin R. The safety of conception occurring shortly after methotrexate treatment of an ectopic pregnancy. Reprod Toxicol 2009;27:85–7. (Level II-3)

67. Hackmon R, Sakaguchi S, Koren G. Effect of methotrexate treatment of ectopic pregnancy on subsequent pregnancy. Can Fam Physician 2011;57:37–9. (Level III)

68. Oriol B, Barrio A, Pacheco A, Serna J, Zuzuarregui JL, Garcia-Velasco JA. Systemic methotrexate to treat ectopic pregnancy does not affect ovarian reserve. Fertil Steril 2008;90:1579–82. (Level III)

69. Ohannessian A, Loundou A, Courbiere B, Cravello L, Agostini A. Ovarian responsiveness in women receiving fertility treatment after methotrexate for ectopic pregnancy: a systematic review and meta-analysis. Hum Reprod 2014;29:1949–56. (Systematic Review and Meta-Analysis)

70. Hajenius PJ, Mol F, Mol BW, Bossuyt PM, Ankum WM, Van der Veen F. Interventions for tubal ectopic pregnancy. Cochrane Database of Systematic Reviews 2007, Issue 1. Art. No.: CD000324. DOI: 10.1002/14651858. CD000324.pub2. (Meta-Analysis)

71. Mol BW, Swart P, Bossuyt PM, van der Veen F. Prognostic significance of diagnostic laparoscopy for spontaneous fertility. J Reprod Med 1999;44:81–6. (Level II-2)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

72. Morlock RJ, Lafata JE, Eisenstein D. Cost-effectiveness of single-dose methotrexate compared with laparoscopic treatment of ectopic pregnancy. Obstet Gynecol 2000;95:407–12. (Cost-analysis) ⇦

73. Sowter MC, Farquhar CM, Gudex G. An economic evaluation of single dose systemic methotrexate and laparoscopic surgery for the treatment of unruptured ectopic pregnancy. BJOG 2001;108:204–12. (Cost-analysis) ⇦

74. Cheng X, Tian X, Yan Z, Jia M, Deng J, Wang Y, et al. Comparison of the fertility outcome of salpingotomy and salpingectomy in women with tubal pregnancy: a systematic review and meta-analysis. PLoS One 2016;11:e0152343. (Systematic Review and Meta-Analysis) ⇦

75. Korhonen J, Stenman UH, Ylostalo P. Serum human chorionic gonadotropin dynamics during spontaneous resolution of ectopic pregnancy. Fertil Steril 1994;61:632–6. (Level II-3) ⇦

76. van Mello NM, Mol F, Verhoeve HR, van Wely M, Adriaanse AH, Boss EA, et al. Methotrexate or expectant management in women with an ectopic pregnancy or pregnancy of unknown location and low serum hCG concentrations? A randomized comparison. Hum Reprod 2013;28:60–7. (Level I) ⇦

Copyright March 2018 by the American College of Obstetricians and Gynecologists. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, posted on the Internet, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Requests for authorization to make photocopies should be directed to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400.

**American College of Obstetricians and Gynecologists**
**409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920**

Tubal ectopic pregnancy. ACOG Practice Bulletin No. 193. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018; 131:e91–103.

The MEDLINE database, the Cochrane Library, and ACOG's own internal resources and documents were used to conduct a literature search to locate relevant articles published between January 2000 and September 2017. The search was restricted to articles published in the English language. Priority was given to articles reporting results of original research, although review articles and commentaries also were consulted. Abstracts of research presented at symposia and scientific conferences were not considered adequate for inclusion in this document. Guidelines published by organizations or institutions such as the National Institutes of Health and the American College of Obstetricians and Gynecologists were reviewed, and additional studies were located by reviewing bibliographies of identified articles. When reliable research was not available, expert opinions from obstetrician–gynecologists were used.

Studies were reviewed and evaluated for quality according to the method outlined by the U.S. Preventive Services Task Force:

I     Evidence obtained from at least one properly designed randomized controlled trial.
II-1  Evidence obtained from well-designed controlled trials without randomization.
II-2  Evidence obtained from well-designed cohort or case–control analytic studies, preferably from more than one center or research group.
II-3  Evidence obtained from multiple time series with or without the intervention. Dramatic results in uncontrolled experiments also could be regarded as this type of evidence.
III   Opinions of respected authorities, based on clinical experience, descriptive studies, or reports of expert committees.

Based on the highest level of evidence found in the data, recommendations are provided and graded according to the following categories:

Level A—Recommendations are based on good and consistent scientific evidence.

Level B—Recommendations are based on limited or inconsistent scientific evidence.

Level C—Recommendations are based primarily on consensus and expert opinion.

*This information is designed as an educational resource to aid clinicians in providing obstetric and gynecologic care, and use of this information is voluntary. This information should not be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. It is not intended to substitute for the independent professional judgment of the treating clinician. Variations in practice may be warranted when, in the reasonable judgment of the treating clinician, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology. The American College of Obstetricians and Gynecologists reviews its publications regularly; however, its publications may not reflect the most recent evidence. Any updates to this document can be found on www.acog.org or by calling the ACOG Resource Center.*

*While ACOG makes every effort to present accurate and reliable information, this publication is provided "as is" without any warranty of accuracy, reliability, or otherwise, either express or implied. ACOG does not guarantee, warrant, or endorse the products or services of any firm, organization, or person. Neither ACOG nor its officers, directors, members, employees, or agents will be liable for any loss, damage, or claim with respect to any liabilities, including direct, special, indirect, or consequential damages, incurred in connection with this publication or reliance on the information presented.*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

# FLEISHER DECLARATION: EXHIBIT C

INTERIM UPDATE



ACOG
The American College of
Obstetricians and Gynecologists

# ACOG PRACTICE BULLETIN

**Clinical Management Guidelines for Obstetrician–Gynecologists**

NUMBER 222                                    *(Replaces Practice Bulletin No. 202, December 2018)*

**Committee on Practice Bulletins—Obstetrics.** This Practice Bulletin was developed by the American College of Obstetricians and Gynecologists' Committee on Practice Bulletins—Obstetrics in collaboration with Jimmy Espinoza, MD, MSc; Alex Vidaeff, MD, MPH; Christian M. Pettker, MD; and Hyagriv Simhan, MD.

INTERIM UPDATE: The content of this Practice Bulletin has been updated as highlighted (or removed as necessary) to include limited, focused editorial corrections to platelet counts, diagnostic criteria for preeclampsia (Box 2), and preeclampsia with severe features (Box 3).

# Gestational Hypertension and Preeclampsia

*Hypertensive disorders of pregnancy constitute one of the leading causes of maternal and perinatal mortality worldwide. It has been estimated that preeclampsia complicates 2–8% of pregnancies globally (1). In Latin America and the Caribbean, hypertensive disorders are responsible for almost 26% of maternal deaths, whereas in Africa and Asia they contribute to 9% of deaths. Although maternal mortality is much lower in high-income countries than in developing countries, 16% of maternal deaths can be attributed to hypertensive disorders (1, 2). In the United States, the rate of preeclampsia increased by 25% between 1987 and 2004 (3). Moreover, in comparison with women giving birth in 1980, those giving birth in 2003 were at 6.7-fold increased risk of severe preeclampsia (4). This complication is costly: one study reported that in 2012 in the United States, the estimated cost of preeclampsia within the first 12 months of delivery was $2.18 billion ($1.03 billion for women and $1.15 billion for infants), which was disproportionately borne by premature births (5). This Practice Bulletin will provide guidelines for the diagnosis and management of gestational hypertension and preeclampsia.*

## Background

### Risk Factors

A variety of risk factors have been associated with increased probability of preeclampsia (Box 1) (6–12). Nonetheless, it is important to remember that most cases of preeclampsia occur in healthy nulliparous women with no obvious risk factors. Although the precise role of genetic–environmental interactions on the risk and incidence of preeclampsia is unclear, emerging data suggest the tendency to develop preeclampsia may have some genetic component (13–16).

## Definitions and Diagnostic Criteria for Hypertensive Disorders of Pregnancy

### Preeclampsia (With and Without Severe Features)

Preeclampsia is a disorder of pregnancy associated with new-onset hypertension, which occurs most often after 20 weeks of gestation and frequently near term. Although often accompanied by new-onset proteinuria, hypertension and other signs or symptoms of preeclampsia may present in some women in the absence of proteinuria (17). Reliance on maternal symptoms may be occasionally problematic in clinical practice. Right upper quadrant or epigastric

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

---

**Box 1. Risk Factors for Preeclampsia**

Nulliparity
Multifetal gestations
Preeclampsia in a previous pregnancy
Chronic hypertension
Pregestational diabetes
Gestational diabetes
Thrombophilia
Systemic lupus erythematosus
Prepregnancy body mass index greater than 30
Antiphospholipid antibody syndrome
Maternal age 35 years or older
Kidney disease
Assisted reproductive technology
Obstructive sleep apnea

---

pain is thought to be due to periportal and focal parenchymal necrosis, hepatic cell edema, or Glisson's capsule distension, or a combination. However, there is not always a good correlation between the hepatic histopathology and laboratory abnormalities (18). Similarly, studies have found that using headache as a diagnostic criterion for preeclampsia with severe features is unreliable and nonspecific. Thus, an astute and circumspect diagnostic approach is required when other corroborating signs and symptoms indicative of severe preeclampsia are missing (19, 20). Of note, in the setting of a clinical presentation similar to preeclampsia, but at gestational ages earlier than 20 weeks, alternative diagnoses should to be considered, including but not limited to thrombotic thrombocytopenic purpura, hemolytic–uremic syndrome, molar pregnancy, renal disease or autoimmune disease.

Although hypertension and proteinuria are considered to be the classical criteria to diagnose preeclampsia, other criteria are also important. In this context, it is recommended that women with gestational hypertension in the absence of proteinuria are diagnosed with preeclampsia if they present with any of the following severe features: thrombocytopenia (platelet count less than $100,000 \times 10^9/L$); impaired liver function as indicated by abnormally elevated blood concentrations of liver enzymes (to twice the upper limit of normal concentration); severe persistent right upper quadrant or epigastric pain and not accounted for by alternative diagnoses; renal insufficiency (serum creatinine concentration greater than 1.1 mg/dL or a doubling of the serum creatinine concentration in the absence of other renal disease); pulmonary edema; or new-onset headache unre-

sponsive to acetaminophen and not accounted for by alternative diagnoses or visual disturbances (Box 2). *Gestational hypertension* is defined as a systolic blood pressure of 140 mm Hg or more or a diastolic blood pressure of 90 mm Hg or more, or both, on two occasions at least 4 hours apart after 20 weeks of gestation in a woman with a previously normal blood pressure (21). Women with gestational hypertension with severe range blood pressures (a systolic blood pressure of 160 mm Hg or higher, or diastolic blood pressure of 110 mm Hg or higher) should be diagnosed with preeclampsia with severe features. These severe ranges of blood pressure or any of the severe features listed in Box 3 increase the risk of morbidity and mortality (22).

---

**Box 2. Diagnostic Criteria for Preeclampsia**

**Blood pressure**

- Systolic blood pressure of 140 mm Hg or more or diastolic blood pressure of 90 mm Hg or more on two occasions at least 4 hours apart after 20 weeks of gestation in a woman with a previously normal blood pressure

- Systolic blood pressure of 160 mm Hg or more or diastolic blood pressure of 110 mm Hg or more. (Severe hypertension can be confirmed within a short interval (minutes) to facilitate timely antihypertensive therapy).

and

**Proteinuria**

- 300 mg or more per 24 hour urine collection (or this amount extrapolated from a timed collection) or
- Protein/creatinine ratio of 0.3 ~~mg/dL~~ or more or
- Dipstick reading of 2+ (used only if other quantitative methods not available)

Or in the absence of proteinuria, new-onset hypertension with the new onset of any of the following:

- Thrombocytopenia: Platelet count less than $100,000 \times 10^9/L$
- Renal insufficiency: Serum creatinine concentrations greater than 1.1 mg/dL or a doubling of the serum creatinine concentration in the absence of other renal disease
- Impaired liver function: Elevated blood concentrations of liver transaminases to twice normal concentration
- Pulmonary edema
- New-onset headache unresponsive to medication and not accounted for by alternative diagnoses or visual symptoms

---

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

---

### Box 3. Preeclampsia with Severe Features

- Systolic blood pressure of 160 mm Hg or more, or diastolic blood pressure of 110 mm Hg or more on two occasions at least 4 hours apart (unless antihypertensive therapy is initiated before this time)
- Thrombocytopenia (platelet count less than $100,000 \times 10^9$/L)
- Impaired liver function that is not accounted for by alternative diagnoses and as indicated by abnormally elevated blood concentrations of liver enzymes (to more than twice the upper limit normal concentrations), or by severe persistent right upper quadrant or epigastric pain unresponsive to medications
- Renal insufficiency (serum creatinine concentration more than 1.1 mg/dL or a doubling of the serum creatinine concentration in the absence of other renal disease)
- Pulmonary edema
- New-onset headache unresponsive to medication and not accounted for by alternative diagnoses
- Visual disturbances

---

*Proteinuria* during pregnancy is defined as 300 mg/dL of protein or more in a 24-hour urine collection (21, 23) or a protein -to-creatinine ratio of 0.30 or more (24). When quantitative methods are not available or rapid decisions are required, a urine protein dipstick reading can be substituted. However, dipstick urinalysis has high false–positive and false–negative test results. A test result of 1+ proteinuria is false–positive in 71% of cases compared with the 300 mg cutoff on 24-hour urine collection, and even 3+ proteinuria test results may be false–positive in 7% of cases. Using the same 24-hour urine collection standard, the false–negative rate for dipstick urinalysis is 9% (25). If urinalysis is the only available means of assessing proteinuria then overall accuracy is better using 2+ as the discriminant value (25, 26).

### Gestational Hypertension

*Gestational hypertension* is defined as a systolic blood pressure 140 mm Hg or more or a diastolic blood pressure of 90 mm Hg or more, or both, on two occasions at least 4 hours apart after 20 weeks of gestation, in a woman with a previously normal blood pressure (21). Gestational hypertension is considered severe when the systolic level reaches 160 mm Hg or the diastolic level reaches 110 mm Hg, or both. On occasion, especially when faced with severe hypertension, the diagnosis

may need to be confirmed within a shorter interval (minutes) than 4 hours to facilitate timely antihypertensive therapy (27). Gestational hypertension occurs when hypertension without proteinuria or severe features develops after 20 weeks of gestation and blood pressure levels return to normal in the postpartum period (21). It appears that this diagnosis is more of an exercise of nomenclature than a pragmatic one because the management of gestational hypertension and that of preeclampsia without severe features is similar in many aspects, and both require enhanced surveillance. Outcomes in women with gestational hypertension usually are good, but the notion that gestational hypertension is intrinsically less concerning than preeclampsia is incorrect. Gestational hypertension is associated with adverse pregnancy outcomes (17) and may not represent a separate entity from preeclampsia (28). Up to 50% of women with gestational hypertension will eventually develop proteinuria or other end-organ dysfunction consistent with the diagnosis of preeclampsia, and this progression is more likely when the hypertension is diagnosed before 32 weeks of gestation (29, 30). Although investigators have reported a higher perinatal mortality rate in women with nonproteinuric hypertension compared with proteinuric preeclampsia (31), in a cohort of 1,348 hypertensive pregnant patients, the women with proteinuria progressed more frequently to severe hypertension and had higher rates of preterm birth and perinatal mortality; however, women without proteinuria had a higher frequency of thrombocytopenia or liver dysfunction (17). Women with gestational hypertension who present with severe-range blood pressures should be managed with the same approach as for women with severe preeclampsia. Gestational hypertension and preeclampsia may also be undistinguishable in terms of long-term cardiovascular risks, including chronic hypertension (32).

### Hemolysis, Elevated Liver Enzymes, and Low Platelet Count Syndrome

The clinical presentation of hemolysis, elevated liver enzymes, and low platelet count (HELLP) syndrome is one of the more severe forms of preeclampsia because it has been associated with increased rates of maternal morbidity and mortality (33). Although different diagnostic benchmarks have been proposed (34), many clinicians use the following criteria (35) to make the diagnosis: lactate dehydrogenase (LDH) elevated to 600 IU/L or more, aspartate aminotransferase (AST) and alanine aminotransferase (ALT) elevated more than twice the upper limit of normal, and the platelets count less than $100,000 \times 10^9$/L. Although HELLP syndrome is mostly a third-trimester condition, in 30% of cases it is

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

first expressed or progresses postpartum. Furthermore, HELLP syndrome may have an insidious and atypical onset, with up to 15% of the patients lacking either hypertension or proteinuria (36). In HELLP syndrome, the main presenting symptoms are right upper quadrant pain and generalized malaise in up to 90% of cases and nausea and vomiting in 50% of cases (35, 37).

## Eclampsia

Eclampsia is the convulsive manifestation of the hypertensive disorders of pregnancy and is among the more severe manifestations of the disease. Eclampsia is defined by new-onset tonic-clonic, focal, or multifocal seizures in the absence of other causative conditions such as epilepsy, cerebral arterial ischemia and infarction, intracranial hemorrhage, or drug use. Some of these alternative diagnoses may be more likely in cases in which new-onset seizures occur after 48–72 hours postpartum (38) or when seizures occur during administration of magnesium sulfate.

Eclampsia is a significant cause of maternal death, particularly in low-resource settings. Seizures may lead to severe maternal hypoxia, trauma, and aspiration pneumonia. Although residual neurologic damage is rare, some women may have short-term and long-term consequences such as impaired memory and cognitive function, especially after recurrent seizures or uncorrected severe hypertension leading to cytotoxic edema or infarction (39). Permanent white matter loss has been documented on magnetic resonance imaging (MRI) after eclampsia in up to one fourth of women, however, this does not translate into significant neurologic deficits (39).

Eclampsia often (78–83% of cases) is preceded by premonitory signs of cerebral irritation such as severe and persistent occipital or frontal headaches, blurred vision, photophobia, and altered mental status. However, eclampsia can occur in the absence of warning signs or symptoms (40, 41). Eclampsia can occur before, during, or after labor. Of note, a significant proportion of women (20–38%) do not demonstrate the classic signs of preeclampsia (hypertension or proteinuria) before the seizure episode (42). Headaches are believed to reflect the development of elevated cerebral perfusion pressure, cerebral edema, and hypertensive encephalopathy (43).

The term preeclampsia implies that the natural history of patients with persistent hypertension and significant proteinuria during pregnancy is to have tonic–clonic seizures if no prophylaxis if instituted. However, the results of two randomized placebo-controlled trials indicate that seizure occurred in only a small proportion of patients with preeclampsia (1.9%) (44) or severe preeclampsia (3.2%) (45) allocated to the placebo arm of both studies. It is also noteworthy that there is a significant proportion of patients who had abrupt-onset eclampsia without warning signs or symptoms (40). In a nationwide analysis of cases of eclampsia in the United Kingdom, it was noted that in 38% of eclamptic cases the seizure occurred without any prior documentation of either hypertension or proteinuria in the hospital setting (46). Thus, the notion that preeclampsia has a natural linear progression from preeclampsia without severe features to preeclampsia with severe features and eventually to eclamptic convulsions is inaccurate.

Nervous system manifestations frequently encountered in preeclampsia are headache, blurred vision, scotomata, and hyperreflexia. Although uncommon, temporary blindness (lasting a few hours to as long as a week) also may accompany preeclampsia with severe features and eclampsia (47). Posterior reversible encephalopathy syndrome (PRES) is a constellation of a range of clinical neurologic signs and symptoms such as vision loss or deficit, seizure, headache, and altered sensorium or confusion (48). Although suspicion for PRES is increased in the setting of these clinical features, the diagnosis of PRES is made by the presence of vasogenic edema and hyperintensities in the posterior aspects of the brain on magnetic resonance imaging. Women are particularly at risk of PRES in the settings of eclampsia and preeclampsia with headache, altered consciousness, or visual abnormalities (49). Another condition that may be confused with eclampsia or preeclampsia is reversible cerebral vasoconstriction syndrome (50). Reversible cerebral vasoconstriction syndrome is characterized by reversible multifocal narrowing of the arteries of the brain with signs and symptoms that typically include thunderclap headache and, less commonly, focal neurologic deficits related to brain edema, stroke, or seizure. Treatment of women with PRES and reversible cerebral vasoconstriction syndrome may include medical control of hypertension, antiepileptic medication and long-term neurologic follow-up.

## Pathophysiology

Several mechanisms of disease have been proposed in preeclampsia (1, 51, 52) including the following: chronic uteroplacental ischemia (53), immune maladaptation (53), very low-density lipoprotein toxicity (53), genetic imprinting (53), increased trophoblast apoptosis or necrosis (54, 55), and an exaggerated maternal inflammatory response to deported trophoblasts (56, 57). More recent observations suggest a possible role for imbalances of angiogenic factors in the pathogenesis of preeclampsia (58). It is possible that a combination of some of these purported mechanisms may be responsible

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

for triggering the clinical spectrum of preeclampsia. For example, there is clinical (59, 60) and experimental evidence (61, 62) suggesting that uteroplacental ischemia leads to increased circulating concentrations of antiangiogenic factors and angiogenic imbalances (63).

## Vascular Changes

In addition to hypertension, women with preeclampsia or eclampsia typically lack the hypervolemia associated with normal pregnancy; thus, hemoconcentration is a frequent finding (64). In addition, the interaction of various vasoactive agents, such as prostacyclin (vasodilator), thromboxane $A_2$ (potent vasoconstrictor), nitric oxide (potent vasodilator), and endothelins (potent vasoconstrictors) results in another significant change described in preeclampsia: intense vasospasm. Attempts to correct the contraction of the intravascular space in preeclampsia with vigorous fluid therapy are likely to be ineffective and could be dangerous because of the frequent capillary leak and decreased colloid oncotic pressure often associated with preeclampsia. Aggressive fluid therapy may result in elevation of the pulmonary capillary wedge pressure and increased risk of pulmonary edema. A study using invasive hemodynamic monitoring in women with preeclampsia found that before intravenous fluid therapy, women with preeclampsia had hyperdynamic ventricular function with low pulmonary capillary wedge pressure (65). However, after aggressive fluid therapy, the pulmonary capillary wedge pressure increased significantly above normal levels (65) with increased risk of pulmonary edema.

## Hematologic Changes

Various hematologic changes also may occur in women with preeclampsia, especially in preeclampsia with severe features. Thrombocytopenia and hemolysis may occur and may reach severe levels as part of HELLP syndrome. Thrombocytopenia results from increased platelet activation, aggregation, and consumption (66) and is a marker of disease severity. A platelet count less than 150,000 × 10⁹/L is found in approximately 20% of patients with preeclampsia, varying from 7% in cases without severe manifestations to 50% in cases with severe manifestations (67). However, reduced platelet counts significant liver dysfunction, or there is suspected are not found in all cases of preeclampsia or eclampsia (68). Interpretation of hematocrit levels in preeclampsia should take into consideration that hemolysis and hemoconcentration may occur (69). In some cases, the hematocrit may not appear decreased despite hemolysis because of baseline hemoconcentration. Lactate dehydrogenase is present in erythrocytes in high concentration. High serum concentrations of LDH (more than 600 IU/L) may be a sign of hemolysis (34, 35).

## Hepatic Changes

Hepatic function may be significantly altered in women with preeclampsia with severe features. Alanine aminotransferase and AST may be elevated. Aspartate aminotransferase is the dominant transaminase released into the peripheral circulation in liver dysfunction due to preeclampsia and is related to periportal necrosis. The fact that AST is increased to a greater extent than ALT, at least initially, may help in distinguishing preeclampsia from other potential causes of parenchymal liver disease in which ALT usually is higher than AST. Increased serum levels of LDH in preeclampsia are caused by hepatic dysfunction (LDH derived from ischemic, or necrotic tissues, or both) and hemolysis (LDH from red blood cell destruction). Increase in bilirubin secondary to significant hemolysis may develop only in the late stages of the disease. Similarly, alterations in hepatic synthetic function, as reflected by abnormalities of prothrombin time, partial prothrombin time, and fibrinogen, usually develop in advanced preeclampsia. Evaluation of these coagulation parameters is probably only useful when the platelet count is below 150,000 × 10⁹/L, there is significant liver dysfunction, or there is suspected placental abruption (70).

## Renal Changes

The histopathologic renal changes classically described in preeclampsia as glomerular endotheliosis consist of swollen, vacuolated endothelial cells with fibrils, swollen mesangial cells, subendothelial deposits of protein reabsorbed from the glomerular filtrate, and tubular casts (71, 72). Proteinuria in preeclampsia is nonselective, as a result of increased tubular permeability to most large-molecular-weight proteins (albumin, globulin, transferrin, and hemoglobin). Urinary calcium decreases because of an increased tubular reabsorption of calcium.

In women with preeclampsia, contraction of the intravascular space secondary to vasospasm leads to worsening renal sodium and water retention (73). The normal increase in renal blood flow and glomerular filtration rate and the expected decrease in serum creatinine may not occur in women with preeclampsia, especially if the disease is severe. Preeclampsia with severe features may include acute renal deterioration as part of the clinical spectrum. Oliguria in severe preeclampsia is a consequence of intrarenal vasospasm with an approximate 25% reduction in glomerular filtration rate. In these patients, transient oliguria (less than 100 mL over 4 hours) is a common observation in labor or the first 24 hours of the postpartum period. Plasma concentrations of uric acid normally increase in late pregnancy, and this is thought to be due to increased rates of fetal or placental

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

production, or both, decreased binding to albumin, and a decrease in uric acid clearance. The serum uric acid concentration increases to a greater extent in preeclampsia (74). The most commonly accepted explanation for hyperuricemia in preeclampsia, besides increased production, is the increased reabsorption and decreased excretion of uric acid in the proximal renal tubules.

### Fetal Consequences

As a result of impaired uteroplacental blood flow secondary to failure of physiologic transformation of the spiral arteries or placental vascular insults, or both, manifestations of preeclampsia also may be seen in the fetal–placental unit (63). Abnormalities in the placental bed and subsequent failure of physiologic transformation of the spiral arteries in the first or early second trimester (75, 76) limit the blood flow to the uteroplacental unit. Additional mechanisms for chronic uteroplacental ischemia include placental vascular insults (77, 78). Among women with preeclampsia, clinical manifestations that follow from this uteroplacental ischemia include fetal growth restriction, oligohydramnios, placental abruption, and nonreassuring fetal status demonstrated on antepartum surveillance. Consequently, fetuses of women with preeclampsia are at increased risk of spontaneous or indicated preterm delivery.

# Clinical Considerations and Recommendations

▶ **Are there screening methods that are useful to identify women at risk of developing hypertensive disorders of pregnancy?**

Several studies have evaluated the role of biochemical markers or a combination of biochemical and biophysical markers in the prediction of preeclampsia in the first and second trimesters of pregnancy (79). Regardless of the parameters used, screening for preeclampsia in low-risk women is associated with very low positive predictive values ranging from 8% to 33% (79). Thus, most screen–positive patients will not develop the disease and any prophylactic intervention in the screen-positive group would unnecessarily expose a large number of patients who would not benefit from these interventions.

In general, the sensitivity and specificity for the prediction of early-onset preeclampsia using first-trimester (80–82) and second-trimester biochemical (81, 83) or biophysical parameters (84–87) are better than for late-onset preeclampsia. The reason for this is still unclear but it is possible that the timing of the insults to the fetal supply line or the fetal response to these

insults may be different between early-onset and late-onset preeclampsia. Even so, there is limited evidence that an accurate prediction of early-onset preeclampsia can be followed by interventions that improve maternal or fetal outcome.

Regardless of the index or combinations of indices used, uterine artery Doppler studies alone have a low predictive value for the development of early-onset preeclampsia and an even lower value for late-onset preeclampsia (88). Extensive work has identified some angiogenic factors (soluble fms-like tyrosine kinase-[sFlt-1], placental growth factor [PlGF], and soluble endoglin) in the second trimester as likely tools for the prediction of early-onset preeclampsia. However, no single test reliably predicts preeclampsia and further prospective investigation is required to demonstrate clinical utility. In the first trimester of pregnancy, it has been reported that a combination of low maternal serum concentrations of PlGF, high uterine artery pulsatility index, and other maternal parameters, identified 93.1% of patients who would develop preeclampsia requiring delivery before 34 weeks of gestation (82). However, the results of this study are based on mathematical modeling derived from a nested case−control study applied to a large cohort of almost 7,800 patients in which PlGF was measured only in the case−control group. The calculated positive predictive value was only 21.2%, indicating that approximately 79% of the women in the screen-positive group would not develop hypertensive disorders during pregnancy (82). Of note, a similar algorithm underperformed in a subsequent randomized trial performed by the same research group (89). Thus, biomarkers and ultrasonography cannot accurately predict preeclampsia and should remain investigational.

▶ **Are there prevention strategies for reducing the risk of hypertensive disorders of pregnancy?**

Strategies to prevent preeclampsia have been studied extensively over the past 30 years. To date, no intervention has been proved unequivocally effective at eliminating the risk of preeclampsia. With regard to nutritional interventions, evidence is insufficient to demonstrate effectiveness for vitamins C and E (90), fish oil (91), garlic supplementation (92), vitamin D (93), folic acid (94) or sodium restriction (95) for reducing the risk of preeclampsia. A meta-analysis of 13 trials (15,730 women) reported a significant reduction in preeclampsia with calcium supplementation, with the greatest effect among women with low-baseline calcium intake (96). Yet, this is not the case in the United States or other developed countries. Likewise, data do not support

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

effectiveness of bed rest and, thus, it should not routinely be recommended (97).

Investigators hypothesized that an imbalance in prostacyclin and thromboxane $A_2$ metabolism was involved in the pathogenesis of preeclampsia, leading to the initial studies of aspirin for preeclampsia prevention because of its preferential inhibition of thromboxane $A_2$ at lower doses (98, 99). In a recent meta-analysis of aggregate data from 45 randomized trials, only a modest reduction in preeclampsia was noted when low-dose aspirin was started after 16 weeks of gestation (relative risk [RR], 0.81; 95% CI, 0.66–0.99) but a more significant reduction in severe preeclampsia (RR, 0.47; 95% CI, 0.26–0.83) and fetal growth restriction (RR, 0.56; 95% CI, 0.44–0.70) was demonstrated when low-dose aspirin was started before 16 weeks of gestation (100). In contrast, in pooled individual data from 31 high-quality randomized trials, the beneficial effects of low-dose aspirin were consistent, whether treatment was started before or after 16 weeks of gestation (101). Women with any of the high-risk factors for preeclampsia (previous pregnancy with preeclampsia, multifetal gestation, renal disease, autoimmune disease, type 1 or type 2 diabetes mellitus, and chronic hypertension) and those with more than one of the moderate-risk factors (first pregnancy, maternal age of 35 years or older, a body mass index [BMI; calculated as weight in kilograms divided by height in meters squared] of more than 30, family history of preeclampsia, sociodemographic characteristics, and personal history factors) should receive low-dose (81 mg/day) aspirin for preeclampsia prophylaxis initiated between 12 weeks and 28 weeks of gestation (optimally before 16 weeks of gestation) and continuing until delivery (Table 1).

In a recent multicenter, double blind, placebo-controlled trial, pregnant women at increased risk of preterm preeclampsia (less than 37 weeks of gestation) were randomly assigned to receive aspirin, at a higher dose (150 mg/day), or placebo from 11 weeks to 14 weeks of gestation until 36 weeks of gestation (89). Preterm preeclampsia occurred in 1.6% of the participants in the aspirin group, as compared with 4.3% in the placebo group (odds ratio, 0.38; 95% CI, 0.20−0.74; $P$=.004). The authors also reported that there were no significant differences in the incidence of neonatal adverse outcomes between groups. The authors concluded that low-dose aspirin in women at high risk of preeclampsia was associated with a lower incidence for preterm preeclampsia. However, there were no differences in the rates of term preeclampsia between study groups. Of note, as a possible study limitation, the prevalence of preterm preeclampsia in the placebo group was one half of that expected for a high-risk population based on first-trimester parameters (89).

The use of metformin for the prevention of preeclampsia has been suggested. In a meta-analysis of five randomized controlled trials comparing metformin treatment (n=611) with placebo and control (n=609), no difference in the risk of preeclampsia was found (combined/pooled risk ratio, 0.86; 95% CI, 0.33–2.26); $P$=.76; $I^2$=66%) (102). Because preeclampsia was a secondary outcome in most studies in this meta-analysis, the effect of metformin needs to be assessed by a study designed to evaluate the reduction in the prevalence of preeclampsia as a primary endpoint. In the meantime, the use of metformin for the prevention of preeclampsia remains investigational, as is the use of sildenafil and statins (103–105). These drugs are not recommended for this indication outside of the context of clinical trials.

▶ *What is the optimal treatment for women with gestational hypertension or preeclampsia?*

## Delivery Versus Expectant Management

At the initial evaluation, a complete blood count with platelet estimate, serum creatinine, LDH, AST, ALT, and testing for proteinuria should be obtained in parallel with a comprehensive clinical maternal and fetal evaluation. In the settings of diagnostic dilemmas, such as in the evaluation of possible preeclampsia superimposed upon chronic hypertension, a uric acid test may be considered. Fetal evaluation should include ultrasonographic evaluation for estimated fetal weight and amount of amniotic fluid, as well as fetal antepartum testing. Subsequent management will depend on the results of the evaluation and gestational age. The decision to deliver must balance the maternal and fetal risks.

Continued observation is appropriate for a woman with a preterm fetus if she has gestational hypertension or preeclampsia without severe features (21). There are no randomized controlled trials in this population, but retrospective data suggest that without severe features, the balance should be in favor of continued monitoring until delivery at 37 0/7 weeks of gestation in the absence of abnormal antepartum testing, preterm labor, preterm prelabor rupture of membranes (also referred to as premature rupture of membranes) or vaginal bleeding, for neonatal benefit (106). The risks associated with expectant management in the late preterm period include the development of severe hypertension, eclampsia, HELLP syndrome, placental abruption, fetal growth restriction and fetal death; however, these risks are small and counterbalanced by the increased rates of admission to the neonatal intensive care unit, neonatal respiratory complications and neonatal death that would be associated with delivery before 37 0/7 weeks of gestation (39). In the

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 1.** Clinical Risk Factors and Aspirin Use[*]

| Level of Risk | Risk Factors | Recommendation |
|---|---|---|
| High[†] | • History of preeclampsia, especially when accompanied by an adverse outcome<br>• Multifetal gestation<br>• Chronic hypertension<br>• Type 1 or 2 diabetes<br>• Renal disease<br>• Autoimmune disease (ie, systemic lupus erythematosus, the antiphospholipid syndrome) | Recommend low-dose aspirin if the patient has one or more of these high-risk factors |
| Moderate[‡] | • Nulliparity<br>• Obesity (body mass index greater than 30)<br>• Family history of preeclampsia (mother or sister)<br>• Sociodemographic characteristics (African American race, low socioeconomic status)<br>• Age 35 years or older<br>• Personal history factors (eg, low birth weight or small for gestational age, previous adverse pregnancy outcome, more than 10-year pregnancy interval) | Consider low-dose aspirin if the patient has more than one of these moderate-risk factors[§] |
| Low | • Previous uncomplicated full-term delivery | Do not recommend low-dose aspirin |

[*]Includes only risk factors that can be obtained from the patient's medical history. Clinical measures, such as uterine artery Doppler ultrasonography, are not included.

[†]Single risk factors that are consistently associated with the greatest risk of preeclampsia. The preeclampsia incidence rate would be approximately 8% or more in a pregnant woman with one or more of these risk factors.

[‡]A combination of multiple moderate-risk factors may be used by clinicians to identify women at high risk of preeclampsia. These risk factors are independently associated with moderate risk of preeclampsia, some more consistently than others.

[§]Moderate-risk factors vary in their association with increased risk of preeclampsia.

Modified from LeFevre, ML. U.S. Preventive Services Task Force. Low-dose aspirin use for the prevention of morbidity and mortality from preeclampsia: U.S. Preventive Services Task Force Recommendation Statement. Ann Intern Med 2014;161(11):819–26.

HYPITAT trial, women with gestational hypertension and preeclampsia without severe features after 36 weeks of gestation were allocated to expectant management or induction of labor. The latter option was associated with a significant reduction in a composite of adverse maternal outcome including new-onset severe preeclampsia, HELLP syndrome, eclampsia, pulmonary edema, or placental abruption (RR, 0.71; 95% CI, 0.59–0.86) (107). In addition, no differences in rates of neonatal complications or cesarean delivery were reported by the authors (107).

Continued monitoring of women with gestational hypertension or preeclampsia without severe features consists of serial ultrasonography to determine fetal growth, weekly antepartum testing, close monitoring of blood pressure, and weekly laboratory tests for pre-

eclampsia. The frequency of these tests may be modified based on clinical findings and patient symptoms. Following the initial documentation of proteinuria and the establishment of the diagnosis of preeclampsia, additional quantifications of proteinuria are no longer necessary. Although the amount of proteinuria is expected to increase over time with expectant management, this change is not predictive of perinatal outcome and should not influence the management of preeclampsia (108, 109). Women should be advised to immediately report any persistent, concerning, or unusual symptoms. In women with gestational hypertension without severe features, when there is progression to preeclampsia with severe features, this progression usually takes 1–3 weeks after diagnosis, whereas in women with preeclampsia without severe features, the progression to severe

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

preeclampsia could happen within days (72). Gestational hypertension and preeclampsia are known risk factors for fetal death and antenatal testing is indicated. However, limited-to-no data exist regarding when to start testing, the frequency of testing, and which test to use. In women with gestational hypertension or preeclampsia without severe features at or beyond 37 0/7 weeks of gestation, delivery rather than expectant management upon diagnosis is recommended.

Preeclampsia with severe features can result in acute and long-term complications for the woman and her newborn. Maternal complications include pulmonary edema, myocardial infarction, stroke, acute respiratory distress syndrome, coagulopathy, renal failure, and retinal injury. These complications are more likely to occur in the presence of preexistent medical disorders. The clinical course of preeclampsia with severe features is characterized by progressive deterioration of maternal and fetal condition. Therefore, delivery is recommended when gestational hypertension or preeclampsia with severe features (Box 3) is diagnosed at or beyond 34 0/7 weeks of gestation, after maternal stabilization or with labor or prelabor rupture of membranes. Delivery should not be delayed for the administration of steroids in the late preterm period.

In women with preeclampsia with severe features at less than 34 0/7 weeks of gestation, with stable maternal and fetal condition, expectant management may be considered. Two randomized controlled trials of delivery versus expectant management of preterm preeclampsia with severe features demonstrated that expectant management is associated with higher gestational age at delivery and improved neonatal outcomes (110, 111). These observations were reiterated by a Cochrane systematic review (112). The limited available randomized data are consistent with observational evidence suggesting that expectant management of early preeclampsia with severe features prolongs pregnancy by 1–2 weeks, has low maternal risk, and improves neonatal outcomes (113). In contrast, in a multicenter randomized controlled trial in Latin America, the authors found no neonatal benefit with expectant management of preeclampsia with severe features from 28 weeks to 34 weeks of gestation (114). These different results may reflect the limitations in neonatal intensive care in low-resource settings.

Embarking on a course of expectant management necessitates adherence to principles of shared decision making with discussions of maternal and fetal risks and benefits, appropriate resources (levels of care), and ongoing vigilant surveillance. Close maternal and fetal clinical monitoring is necessary, and laboratory testing (complete blood count including platelets, liver enzymes, and serum creatinine) should be performed serially (115).

The expectant management of preeclampsia with severe features before 34 0/7 weeks of gestation is based on strict selection criteria of those appropriate candidates and is best accomplished in a setting with resources appropriate for maternal and neonatal care (116). Because expectant management is intended to provide neonatal benefit at the expense of maternal risk, expectant management is not advised when neonatal survival is not anticipated. During expectant management, delivery is recommended at any time in the case of deterioration of maternal or fetal condition, which may include some of the criteria in Box 4. Indications for expedited delivery irrespective of gestational age after maternal stabilization are described in Box 4 (115).

If delivery is indicated at less than 34 0/7 weeks of gestation, administration of corticosteroids for fetal lung maturation is recommended (115); however, delaying delivery for optimal corticosteroid exposure may not always be advisable. Maternal or fetal deterioration may preclude completion of the course of steroid treatment. Previously, fetal growth restriction was considered an indication for delivery. In the setting of normal fetal parameters (eg, amniotic fluid volume, Doppler findings, antenatal fetal testing), continuation of expectant management may be reasonable in the absence of other, aforementioned maternal and fetal criteria.

## Inpatient Versus Outpatient Management

Ambulatory management at home is an option only for women with gestational hypertension or preeclampsia without severe features and requires frequent fetal and maternal evaluation. Hospitalization is appropriate for women with severe features and for women in whom adherence to frequent monitoring is a concern. Because assessment of blood pressure is essential for this clinical condition, health care providers are encouraged to follow the recommendations from regulatory bodies regarding the proper technique for blood pressure measurement. Having a blood pressure cuff that is too small or too large may result in erroneous evaluations. To reduce inaccurate readings, an appropriate size cuff should be used (length 1.5 times upper arm circumference or a cuff with a bladder that encircles 80% or more of the arm). The blood pressure level should be taken with an appropriately-sized cuff with the patient in an upright position after a 10-minute or longer rest period. For patients in the hospital, the blood pressure can be taken with either the patient sitting up or in the left lateral recumbent position with the patient's arm at the level of the heart (117). The patient should not use tobacco or caffeine for 30 minutes preceding the measurement

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Box 4. Conditions Precluding Expectant Management**

**Maternal**

- Uncontrolled severe-range blood pressures (persistent systolic blood pressure 160 mm Hg or more or diastolic blood pressure 110 mm Hg or more not responsive to antihypertensive medication
- Persistent headaches, refractory to treatment
- Epigastric pain or right upper pain unresponsive to repeat analgesics
- Visual disturbances, motor deficit or altered sensorium
- Stroke
- Myocardial infarction
- HELLP syndrome
- New or worsening renal dysfunction (serum creatinine greater than 1.1 mg/dL or twice baseline)
- Pulmonary edema
- Eclampsia
- Suspected acute placental abruption or vaginal bleeding in the absence of placenta previa

**Fetal**

- Abnormal fetal testing
- Fetal death
- Fetus without expectation for survival at the time of maternal diagnosis (eg, lethal anomaly, extreme prematurity)
- Persistent reversed end-diastolic flow in the umbilical artery

Abbreviation: HELLP, hemolysis, elevated liver enzymes, and low platelet count.

In some cases, a course of antenatal steroids can be considered depending on gestational age and maternal severity of illness.

Data from Balogun OA, Sibai BM. Counseling, management, and outcome in women with severe preeclampsia at 23 to 28 weeks' gestation. Clin Obstet Gynecol 2017;60:183–9.

because these agents can temporarily lead to increased blood pressure (118).

If home management is selected, frequent fetal and maternal evaluation are required. No randomized trials have determined the best tests for fetal or maternal evaluation. Among women with gestational hypertension or preeclampsia without severe features, expectant management up to 37 0/7 weeks of gestation is recommended, during which frequent fetal and maternal evaluation is recommended. Fetal monitoring consists of ultrasonography to determine fetal growth every 3–4 weeks of

gestation and amniotic fluid volume assessment at least once weekly. In addition, an antenatal test one-to-two times per week for patients with gestational hypertension or preeclampsia without severe features is recommended.

Maternal evaluation consists primarily of frequent evaluation for either the development of or worsening of preeclampsia. In women with gestational hypertension or preeclampsia without severe features, weekly evaluation of platelet count, serum creatinine, and liver enzyme levels is recommended. In addition, for women with gestational hypertension, once weekly assessment of proteinuria is recommended. However, these tests should be repeated sooner if disease progression is a concern. In addition, women should be asked about symptoms of preeclampsia with severe features (eg, severe headaches, visual changes, epigastric pain, and shortness of breath). Blood pressure measurements and symptom assessment are recommended serially, using a combination of in-clinic and ambulatory approaches, with at least one visit per week in-clinic.

## Intrapartum Management

In addition to appropriate management of labor and delivery, the two main goals of management of women with preeclampsia during labor and delivery are 1) prevention of seizures and 2) control of hypertension.

## Seizure Prophylaxis

The prevention of eclampsia is empirically based on the concept of timely delivery, as previously discussed, once preeclampsia has been diagnosed. A significant body of evidence attests to the efficacy of magnesium sulfate to prevent seizures in women with preeclampsia with severe features and eclampsia. In the Magpie study, a randomized placebo-controlled trial with 10,110 participants (two thirds originating from developing countries), the seizure rate was reduced overall by more than one half with this treatment. It is interesting to note that the reduction in the rate of eclampsia was not statistically significant in the subset of women enrolled in high-resource countries in the Western world (RR, 0.67; 95% CI, 0.19–2.37) (44). In a subsequent systematic review that included the Magpie study and five other studies, magnesium sulfate compared with placebo more than halved the risk of eclampsia (RR, 0.41; 95% CI, 0.29–0.58), reduced the risk of placental abruption (RR, 0.64; 95% CI, 0.50–0.83), and reduced the risk of maternal mortality albeit nonsignificantly (RR, 0.54; 95% CI, 0.26–1.10). There were no differences in maternal morbidity or perinatal mortality. A quarter of women reported adverse effects with magnesium sulfate, primarily hot flushes, and the rate of cesarean delivery was increased by 5% when magnesium sulfate was used (119).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

There is no consensus regarding the prophylactic use of magnesium sulfate for the prevention of seizures in women with gestational hypertension or preeclampsia without severe features. Two small randomized trials (total n=357) allocated women with preeclampsia without severe features to either placebo or magnesium sulfate and reported no cases of eclampsia among women allocated to placebo and no significant differences in the proportion of women that progressed to severe preeclampsia (120, 121). However, given the small sample size, the results of these studies cannot be used for clinical guidance (122, 123).

The rate of seizures in preeclampsia with severe features without magnesium sulfate prophylaxis is four times higher than in those without severe features (4 in 200 versus 1 in 200). It has been calculated that 129 women need to be treated to prevent one case of eclampsia in asymptomatic cases, whereas in symptomatic cases (severe headache, blurred vision, photophobia, hyperreflexia, epigastric pain), the number needed to treat is 36 (124). The evidence regarding the benefit-to-risk ratio of magnesium sulfate prophylaxis is less supportive of routine use in preeclampsia without severe features (122). The clinical decision of whether to use magnesium sulfate for seizure prophylaxis in patients with preeclampsia without severe features should be determined by the physician or institution, considering patient values or preferences, and the unique risk-benefit trade-off of each strategy. Although the benefit-to-risk ratio for routine prophylaxis is less compelling for patients in high resource settings, it is recommended that magnesium sulfate should be used for the prevention and treatment of seizures in women with gestational hypertension with severe features and preeclampsia with severe features or eclampsia (124, 125).

Magnesium sulfate is more effective than phenytoin, diazepam, or nimodipine (a calcium-channel blocker used in clinical neurology to reduce cerebral vasospasm) in reducing eclampsia and should be considered the drug of choice in the prevention of eclampsia in the intrapartum and postpartum periods (119, 126, 127). Benzodiazepines and phenytoin are justified only in the context of antiepileptic treatment or when magnesium sulfate is contraindicated or unavailable (myasthenia gravis, hypocalcemia, moderate-to-severe renal failure, cardiac ischemia, heart block, or myocarditis).

There are still sparse data regarding the ideal dosage of magnesium sulfate. Even the therapeutic range of 4.8–9.6 mg/dL (4–8 mEq/L) quoted in the literature is questionable (128, 129). Although there is a relationship between toxicity and plasma concentration of magnesium, with higher infusion rates increasing the potential for toxicity, the accurate magnesium concentration clinically effective in prevention of eclampsia has not been established. Seizures occur even with magnesium at a therapeutic level, whereas several trials using infusion rates of 1 g/hour, frequently associated with subtherapeutic magnesium levels, were able to significantly reduce the rate of eclampsia or recurrent convulsions (44, 130). Further complicating aspects are that steady magnesium levels are reached more slowly during the antepartum period than postpartum period. Larger volume of distribution and higher BMI also affect the dosage and duration needed to reach adequate circulating levels. It has been reported in patients with a high BMI (especially greater than 35) that the antepartum level of magnesium may remain subtherapeutic for as long as 18 hours after infusion initiation when an intravenous loading dose of 4.5 g followed by 1.8 g/hour is used (131). However, infusion rates in excess of 2 g/hour have been associated with increased perinatal mortality in a systematic review of randomized studies of magnesium sulfate used for tocolysis (132). These data may be considered supportive for the regimen generally preferred in the United States (intravenous [IV] administration of a 4–6 g loading dose over 20–30 minutes, followed by a maintenance dose of 1–2 g/hour). For women requiring cesarean delivery (before onset of labor), the infusion should ideally begin before surgery and continue during surgery, as well as for 24 hours afterwards. For women who deliver vaginally, the infusion should continue for 24 hours after delivery. In case of difficulties with establishing venous access, magnesium sulfate can be administered by intramuscular (IM) injection, 10 g initially as a loading dose (5 g IM in each buttock), followed by 5 g every 4 hours. The medication can be mixed with 1 mL of xylocaine 2% solution because the intramuscular administration is painful. The rate of adverse effects is also higher with the intramuscular administration (44). The adverse effects of magnesium sulfate (respiratory depression and cardiac arrest) come largely from its action as a smooth muscle relaxant. Deep tendon reflexes are lost at a serum magnesium level of 9 mg/dL (7 mEq/L), respiratory depression occurs at 12 mg/dL (10 mEq/L), and cardiac arrest at 30 mg/dL (25 mEq/L). Accordingly, provided deep tendon reflexes are present, more serious toxicity is avoided. (Table 2) Because magnesium sulfate is excreted almost exclusively in the urine, measuring urine output should be part of the clinical monitoring, in addition to monitoring of respiration status and tendon reflexes. If renal function is impaired, serum magnesium levels will increase quickly, which places the patient at risk of significant adverse effects. In patients with mild renal failure (serum creatinine 1.0–1.5 mg/dL) or oliguria (less than 30 mL urine output per hour for more than 4 hours), the loading dose of 4–6 g should be followed by

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 2. Serum Magnesium Concentration and Toxicities**

| Serum Magnesium Concentration | | | |
|---|---|---|---|
| mmol/L | mEq/L | mg/dL | Effect |
| 2–3.5 | 4–7 | 5–9 | Therapeutic range |
| >3.5 | >7 | >9 | Loss of patellar reflexes |
| >5 | >10 | >12 | Respiratory paralysis |
| >12.5 | >25 | >30 | Cardiac arrest |

Data from Duley L. Magnesium sulphate regimens for women with eclampsia: messages from the Collaborative Eclampsia Trial. Br J Obstet Gynaecol 1996;103:103–5 and Lu JF, Nightingale CH. Magnesium sulfate in eclampsia and pre-eclampsia: pharmacokinetic principles. Clin Pharmacokinet 2000;38:305–14.

a maintenance dose of only 1 gm/hour. Using a lower loading dose, such as 4 g, may be associated with subtherapeutic levels for at least 4 hours after loading (133). In cases with renal dysfunction, laboratory determination of serum magnesium levels every 4 hours becomes necessary. If the serum level exceeds 9.6 mg/dL (8 mEq/L), the infusion should be stopped and serum magnesium levels should be determined at 2-hour intervals. The infusion can be restarted at a lower rate when the serum level decreases to less than 8.4 mg/dL (7 mEq/L) (133). The serum concentration of magnesium is related to the occurrence of adverse effects and toxicities (see Table 2) (128, 134). Patients at risk of impending respiratory depression may require tracheal intubation and emergency correction with calcium gluconate 10% solution, 10 mL IV over 3 minutes, along with furosemide intravenously to accelerate the rate of urinary excretion.

## Antihypertensive Approach: Drugs and Thresholds for Treatment

The objectives of treating severe hypertension are to prevent congestive heart failure, myocardial ischemia, renal injury or failure, and ischemic or hemorrhagic stroke. Antihypertensive treatment should be initiated expeditiously for acute-onset severe hypertension (systolic blood pressure of 160 mm Hg or more or diastolic blood pressure of 110 mm Hg or more, or both) that is confirmed as persistent (15 minutes or more). The available literature suggests that antihypertensive agents should be administered within 30–60 minutes. However, it is recommended to administer antihypertensive therapy as soon as reasonably possible after the criteria for acute-onset severe hypertension are met. Intravenous hydralazine or labetalol and oral nifedipine are the three agents most commonly used for this purpose (see Table 3). A recent Cochrane systematic review that involved 3,573

women found no significant differences regarding either efficacy or safety between hydralazine and labetalol or between hydralazine and calcium channel blockers (135). Thus, any of these agents can be used to treat acute severe hypertension in pregnancy (135, 136). Although parenteral antihypertensive therapy may be needed initially for acute control of blood pressure, oral medications can be used as expectant management is continued. Oral labetalol and calcium channel blockers have been commonly used. One approach is to begin an initial regimen of labetalol at 200 mg orally every 12 hours and increase the dose up to 800 mg orally every 8–12 hours as needed (maximum total 2,400 mg/d). If the maximum dose is inadequate to achieve the desired blood pressure goal, or the dosage is limited by adverse effect, then short-acting oral nifedipine can be added gradually.

## Monitoring for Disease Progression

Because the clinical course of gestational hypertension or preeclampsia without severe features can evolve during labor, all women with gestational hypertension or preeclampsia without severe features who are in labor must be monitored for early detection of progression to severe disease. This should include monitoring of blood pressure and symptoms during labor and delivery as well as immediately after delivery. Magnesium sulfate therapy should be initiated if there is progression to preeclampsia with severe features. The evidence regarding the benefit-to-risk ratio of magnesium sulfate prophylaxis is less supportive of routine use in preeclampsia without severe features (122). The clinical decision of whether to use magnesium sulfate for seizure prophylaxis in patients with preeclampsia without severe features should be determined by the physician or institution, considering patient values or preferences and the unique risk-benefit trade-off of each strategy.

## Mode of Delivery

The mode of delivery in women with gestational hypertension or preeclampsia (with or without severe features) should be determined by routine obstetric considerations. Vaginal delivery often can be accomplished, but with labor induction in preeclampsia with severe features this is less likely with decreasing gestational age at diagnosis. The likelihood of cesarean delivery at less than 28 weeks of gestation could be as high as 97%, and at 28–32 weeks of gestation as high as 65% (137–139). For gestational hypertension or preeclampsia without severe features, vaginal delivery is preferred (137–139). Retrospective studies comparing induction of labor with cesarean delivery in women with preeclampsia with severe features remote from term concluded that induction of labor was reasonable and was not harmful to low-birth-weight infants (140, 141). The decision to perform cesarean delivery should be

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 3.** Antihypertensive Agents Used for Urgent Blood Pressure Control in Pregnancy

| Drug | Dose | Comments | Onset of Action |
|---|---|---|---|
| Labetalol | 10–20 mg IV, then 20–80 mg every 10–30 minutes to a maximum cumulative dosage of 300 mg; or constant infusion 1–2 mg/min IV | Tachycardia is less common with fewer adverse effects. | 1–2 minutes |
| | | Avoid in women with asthma, preexisting myocardial disease, decompensated cardiac function, and heart block and bradycardia. | |
| Hydralazine | 5 mg IV or IM, then 5–10 mg IV every 20–40 minutes to a maximum cumulative dosage of 20 mg; or constant infusion of 0.5–10 mg/hr | Higher or frequent dosage associated with maternal hypotension, headaches, and abnormal fetal heart rate tracings; may be more common than other agents. | 10–20 minutes |
| Nifedipine (immediate release) | 10–20 mg orally, repeat in 20 minutes if needed; then 10–20 mg every 2–6 hours; maximum daily dose is 180 mg | May observe reflex tachycardia and headaches | 5–10 minutes |

Abbreviations: IM, intramuscularly; IV, intravenously.

individualized, based on anticipated probability of vaginal delivery and on the nature and progression of preeclampsia disease state.

## Anesthesia Considerations

With improved techniques over the past decades, regional anesthesia has become the preferred technique for women with preeclampsia with severe features and eclampsia for labor and delivery. A secondary analysis of women with preeclampsia with severe features in a randomized trial of low-dose aspirin reported that epidural anesthesia was not associated with an increased rate of cesarean delivery, pulmonary edema, or renal failure (142). Also, in a prospective study, the incidence and severity of hypotension did not appear to be increased with spinal anesthesia for cesarean delivery in women with preeclampsia with severe features (n=65) compared with women without preeclampsia (143).

When the use of spinal or epidural anesthesia in women with preeclampsia with severe features was compared in a randomized trial (144), the incidence of hypotension was higher in the spinal group (51% versus 23%) but was easily treated and of short duration (less than 1 minute). General anesthesia carries more risk to pregnant women than regional anesthesia does because of the risk of aspiration, failed intubation because of pharyngolaryngeal edema, and stroke secondary to

increased systemic and intracranial pressures during intubation and extubation (145, 146). However, neuraxial anesthesia and analgesia are contraindicated in the presence of a coagulopathy because of the potential for hemorrhagic complications (147). Thrombocytopenia also increases the risk of epidural hematoma. There is no consensus in regard to the safe lower-limit for platelet count and neuraxial anesthesia. The literature offers only limited and retrospective data to address this issue, but a recent retrospective cohort study of 84,471 obstetric patients from 19 institutions combined with a systematic review of the medical literature support the assertion that the risk of epidural hematoma from neuraxial anesthetics in a parturient patient with a platelet count of more than 70 × $10^9$/L is exceptionally low (less than 0.2%) (148). Extrapolating this expanded data to previous recommendations (149) would suggest that epidural or spinal anesthesia is considered acceptable, and the risk of epidural hematoma is exceptionally low, in patients with platelet counts of 70 × $10^9$/L or more provided that the platelet level is stable, there is no other acquired or congenital coagulopathy, the platelet function is normal, and the patient is not on any antiplatelet or anticoagulant therapy (148, 149).

Magnesium sulfate has significant anesthetic implications because it prolongs the duration of nondepolarizing muscle relaxants. However, women with preeclampsia who require cesarean delivery should

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

continue magnesium sulfate infusion during the delivery. This recommendation is based on the observation that magnesium sulfate half-life is 5 hours and that discontinuation of the infusion of magnesium sulfate before cesarean delivery would only minimally reduce magnesium concentration at the time of delivery while possibly increasing the risk of seizure (150). Women with preeclampsia with severe features undergoing cesarean delivery remain at risk of developing eclampsia. The induction of general anesthesia and the stress of delivery may even reduce the seizure threshold and increase the likelihood of eclampsia in the immediate postpartum period if the infusion of magnesium sulfate is stopped during delivery.

## Postpartum Hypertension and Postpartum Headache

Postpartum hypertension and preeclampsia are either persistent or exacerbated hypertension in women with previous hypertensive disorders of pregnancy or a new-onset condition. It is important to increase the awareness among health care providers and to empower patients to seek medical advice if symptoms that precede eclampsia, hypertensive encephalopathy, pulmonary edema, or stroke are noted in the postpartum period. Most women who present with eclampsia and stroke in the postpartum period have these symptoms for hours or days before presentation (151–154). Some common medications and substances used in the postpartum period may potentially aggravate hypertension through three major mechanisms: volume retention, sympathomimetic activation, and direct vasoconstriction. Of particular interest are nonsteroidal antiinflammatory drugs (NSAIDs), which are frequently prescribed as postpartum analgesics. These medications decrease prostaglandins leading to a lack of vasodilation and increased sodium retention. Nonsteroidal anti-inflammatory medications should continue to be used preferentially over opioid analgesics; however, women with chronic hypertension may theoretically require intensification of blood pressure monitoring and regimen adjustments when on these medications. Overall, data support the safe use of NSAIDs in postpartum patients with blood pressure issues. In a randomized trial comparing use of ibuprofen to acetaminophen in postpartum patients with preeclampsia with severe features, ibuprofen did not lengthen the duration of severe-range blood pressures (155). In a cohort of 399 patients with preeclampsia with severe features, there was no association of NSAID use with postpartum blood pressure elevations (156). Further, another cohort study of postpartum patients on magnesium for seizure prophylaxis for preeclampsia did not show differences in blood pressure, antihypertensive requirements, or other adverse events for patients managed with NSAIDs in the postpartum period (157, 158).

▶ *What is the optimal treatment for eclampsia?*

The initial steps in the management of a woman with eclampsia are basic supportive measures such as calling for help, prevention of maternal injury, placement in lateral decubitus position, prevention of aspiration, administration of oxygen, and monitoring vital signs including oxygen saturation. Only subsequently is attention directed to the administration of magnesium sulfate. Most eclamptic seizures are self-limited. Magnesium sulfate is not necessary to arrest the seizure but to prevent recurrent convulsions.

During eclamptic seizures, there are usually prolonged fetal heart rate decelerations, even fetal bradycardia, and sometimes an increase in uterine contractility and baseline tone. After a seizure, because of maternal hypoxia and hypercarbia, the fetal heart rate tracing may show recurrent decelerations, tachycardia, and reduced variability. However, only after maternal hemodynamic stabilization should one proceed with delivery. Furthermore, maternal resuscitation is usually followed by normalization of the fetal tracing.

Cochrane reviews, including data originating from developing countries, indicate a significant reduction in recurrent seizures and eclampsia-related maternal mortality with the use of magnesium sulfate. Magnesium sulfate administered intramuscularly or intravenously is superior to phenytoin, diazepam, or lytic cocktail (usually chlorpromazine, promethazine, and pethidine) and also is associated with less maternal and neonatal morbidity (126, 159, 160). Thus, these data support the use of magnesium sulfate as the drug of choice to prevent recurrent seizures in women with eclampsia. In the rare cases of an extremely agitated patient, IV clonazepam 1 mg, diazepam 10 mg, or midazolam may be used for sedation to facilitate the placement of the IV lines and Foley catheter, and the collection of blood specimens. These drugs should be used cautiously and only if absolutely necessary because they inhibit laryngeal reflexes, increasing the risk of aspiration and also may depress the central respiratory centers leading to apnea.

Women with eclampsia should be delivered in a timely fashion. However, eclampsia by itself is not an indication for cesarean delivery. Once the patient is stabilized, the method of delivery should depend, in part, on factors such as gestational age, fetal presentation, and the findings of the cervical examination. A high rate of failure may be anticipated with induction or augmentation in pregnancies less than 30 weeks of gestation if the

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

patient is not in active labor and the Bishop score is unfavorable. In these cases, it may be preferable to opt for cesarean delivery without further delay. However, patients that adequately progress in labor could be allowed to continue labor even after an eclamptic seizure.

It has been proposed that when convulsions recur, a further 2–4 grams of magnesium sulfate could be administered IV over 5 minutes (130). In cases refractory to magnesium sulfate (still seizing at 20 minutes after the bolus or more than two recurrences), a health care provider can use sodium amobarbital (250 mg IV in 3 minutes), thiopental, or phenytoin (1,250 mg IV at a rate of 50 mg/minute). Endotracheal intubation and assisted ventilation in the intensive care unit are appropriate in these circumstances. Head imaging should also be considered because most of cases refractory to magnesium sulfate therapy may prove to have abnormal findings on brain imaging (161).

▶ *What is the management of acute complications for preeclampsia with HELLP?*

The clinical course of HELLP syndrome often is characterized by progressive and sometimes sudden deterioration in maternal and fetal condition. Considering the serious nature of this entity, with increased rates of maternal morbidity and mortality, many authors have concluded that women with HELLP syndrome should be delivered regardless of their gestational age. Because the management of patients with HELLP syndrome requires the availability of neonatal and obstetric intensive care units and personnel with special expertise, patients with HELLP syndrome who are remote from term should receive care at a tertiary care center (116, 162).

It has been hypothesized that the antiinflammatory and immunosuppressive effects of corticosteroids may modify some of the proinflammatory features of preeclampsia with severe features and favorably affect the clinical course. Several randomized controlled trials of high-dose corticosteroid treatment for antepartum or postpartum stabilization of HELLP syndrome have been conducted. The use of corticoids in the management of HELLP syndrome compared with placebo or no treatment was reviewed in a Cochrane Database Systematic Review, which included 11 randomized trials (550 women) (163). There was no difference in the risk of maternal death, severe maternal morbidity, or perinatal or infant death. The only effect of treatment on individual outcomes was improved platelet count (standardized mean difference [SMD] 0.67; 95% CI, 0.24−1.10). The authors concluded that the evidence is insufficient to support the use of corticosteroids for attenuation of the disease process in HELLP syndrome (163).

Very close monitoring is required in HELLP syndrome until delivery and in the postpartum period, with laboratory testing at least at 12-hour intervals. Aspartate aminotransferase levels more than 2,000 IU/L or LDH more than 3,000 IU/L suggest an increased mortality risk. In the natural history of HELLP syndrome there is an inverse relationship between the trends in platelet values and liver enzymes level. During the aggravation slope in the disease evolution, platelet count usually decreases at an average rate of approximately 40% per day, whereas the liver enzymes values tend to increase. The lowest observed platelet count occurs at a mean of 23 hours after delivery. The disease may achieve peak intensity during the first 2 days after delivery, including a downward trend in hematocrit. If the platelet count continues to drop and liver enzymes to increase after 4 days postpartum, the validity of the initial diagnosis of HELLP syndrome should be reassessed. With supportive care alone, 90% of patients with HELLP syndrome will have platelet count more than $100{,}000 \times 10^9$/L and reversed trend (decrease) in liver enzymes values within 7 days after delivery. Not infrequently, a rebound phenomenon in platelet count follows reaching values of $400{,}000$–$871{,}000 \times 10^9$/L (164). Women with HELLP syndrome are also at increased risk of pulmonary edema, acute respiratory distress syndrome and renal failure (165).

▶ *What are the risks of subsequent cardiovascular disease among women with hypertensive disorders of pregnancy and are there prevention strategies that modify this risk?*

Women with a history of preeclampsia continue to have an elevated risk of cardiovascular disease in subsequent years. Several systematic reviews and meta-analyses have linked preeclampsia with an increased risk of cardiovascular disease (hypertension, myocardial infarction, congestive heart failure), cerebrovascular events (stroke), peripheral arterial disease, and cardiovascular mortality later in life, with an estimated doubling of odds compared with women unaffected by preeclampsia (166–168). Meta-regression analysis reveals a graded relationship between the severity of preeclampsia or eclampsia and the risk of cardiovascular disease (mild: RR, 2.00; 95% CI, 1.83–2.19; moderate: RR, 2.99; 95% CI, 2.51–3.58; severe: RR, 5.36; 95% CI, 3.96–7.27, $P<.0001$) (169). The risk is even higher (4–8 times the risk for women with normal pregnancies) in women with recurrent preeclampsia (170) and women with early-onset preeclampsia or preeclampsia requiring preterm delivery (171). More recent evidence suggests that all hypertensive conditions in pregnancy are associated with later cardiovascular disease with an approximately doubling of the rate of incident cardiovascular disease and a five times higher rate of hypertension (172).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

The mechanisms that account for an increased risk of cardiovascular disease in women with a history of preeclampsia are not yet well understood, but endothelial dysfunction, which has been linked to atherosclerosis, persists in women with a history of preeclampsia many years after an affected pregnancy (173). A study of cardiovascular risk factors present before and after pregnancy suggested that nearly one half of the elevated risk of future hypertension after preeclampsia can be explained by prepregnancy risk factors (174). Yet, it may be possible that the stress incurred to the cardiovascular system during gestation triggers a biological response that would otherwise not have occurred despite any genetic predisposition or risk factors (172). It remains unclear if cardiovascular changes associated with preeclampsia during pregnancy causally lead to cardiovascular remodeling increasing the risk of cardiovascular disease later in life or if preeclampsia is a manifestation of an underlying increased risk of cardiovascular disease (for example, a common genetic–environmental risk factor(s) interaction [such as hyperlipidemia, obesity, diabetes mellitus, or renal disease] that predisposes women to develop preeclampsia during pregnancy and cardiovascular diseases later in life) (175). Preventive strategies to be considered by patients and health care providers may warrant closer long-term follow-up and lifestyle modifications to better manage risk factors for cardiovascular disease (eg, achieving healthful weight, exercise, diet, smoking cessation), for which women and their primary care providers may maintain ongoing care and vigilance.

# Summary of Recommendations

### *The following recommendations are based on good and consistent scientific evidence (Level A):*

▶ Women with any of the high-risk factors for preeclampsia (previous pregnancy with preeclampsia, multifetal gestation, renal disease, autoimmune disease, type 1 or type 2 diabetes mellitus, and chronic hypertension) and those with more than one of the moderate-risk factors (first pregnancy, maternal age of 35 years or older, a body mass index of more than 30, family history of preeclampsia, sociodemographic characteristics, and personal history factors) should receive low-dose (81 mg/day) aspirin for preeclampsia prophylaxis, initiated between 12 weeks and 28 weeks of gestation (optimally before 16 weeks of gestation) and continuing until delivery.

▶ In women with gestational hypertension or preeclampsia without severe features at or beyond 37 0/7 weeks of gestation, delivery rather than expectant management upon diagnosis is recommended.

▶ Magnesium sulfate should be used for the prevention and treatment of seizures in women with gestational hypertension and preeclampsia with severe features or eclampsia.

▶ Nonsteroidal anti-inflammatory medications should continue to be used preferentially over opioid analgesics. Postpartum patients on magnesium for seizure prophylaxis for preeclampsia did not show differences in blood pressure, antihypertensive requirements, or other adverse events for patients managed with NSAIDs in the postpartum period.

### *The following recommendations are based on limited or inconsistent scientific evidence (Level B):*

▶ Delivery is recommended when gestational hypertension or preeclampsia with severe features is diagnosed at or beyond 34 0/7 weeks of gestation, after maternal stabilization or with labor or prelabor rupture of membranes. Delivery should not be delayed for the administration of steroids in the late preterm period.

▶ The expectant management of preeclampsia with severe features before 34 0/7 weeks of gestation is based on strict selection criteria of those appropriate candidates and is best accomplished in a setting with resources appropriate for maternal and neonatal care. Because expectant management is intended to provide neonatal benefit at the expense of maternal risk, expectant management is not advised when neonatal survival is not anticipated. During expectant management, delivery is recommended at any time in the case of deterioration of maternal or fetal condition.

▶ Antihypertensive treatment should be initiated expeditiously for acute-onset severe hypertension (systolic blood pressure of 160 mm Hg or more or diastolic blood pressure of 110 mm Hg or more, or both) that is confirmed as persistent (15 minutes or more). The available literature suggests that antihypertensive agents should be administered within 30–60 minutes. However, it is recommended to administer antihypertensive therapy as soon as reasonably possible after the criteria for acute-onset severe hypertension are met.

### *The following recommendations are based primarily on consensus and expert opinion (Level C):*

▶ It is recommended that women with gestational hypertension in the absence of proteinuria are

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

diagnosed with preeclampsia if they present with any of the following severe features: thrombocytopenia (platelet count less than 100,000 × 10⁹/L); impaired liver function as indicated by abnormally elevated blood concentrations of liver enzymes (to twice the upper limit of normal concentration); severe persistent right upper quadrant or epigastric pain and not accounted for by alternative diagnoses; renal insufficiency (serum creatinine concentration more than 1.1 mg/dL or a doubling of the serum creatinine concentration in the absence of other renal disease); pulmonary edema, or new-onset headache unresponsive to acetaminophen and not accounted for by alternative diagnoses, or visual disturbances.

▶ Women with gestational hypertension who present with severe-range blood pressures should be managed with the same approach as for women with severe preeclampsia.

▶ Among women with gestational hypertension or preeclampsia without severe features, expectant management up to 37 0/7 weeks of gestation is recommended, during which frequent fetal and maternal evaluation is recommended. Fetal monitoring consists of ultrasonography to determine fetal growth every 3–4 weeks of gestation, and amniotic fluid volume assessment at least once weekly. In addition, an antenatal test one-to-two times per week for patients with gestational hypertension or preeclampsia without severe features is recommended.

▶ Epidural or spinal anesthesia is considered acceptable, and the risk of epidural hematoma is exceptionally low, in patients with platelet counts 70 × 10⁹/L or more provided that the platelet level is stable, there is no other acquired or congenital coagulopathy, the platelet function is normal, and the patient is not on any antiplatelet or anticoagulant therapy.

# References

1. Steegers EA, von Dadelszen P, Duvekot JJ, Pijnenborg R. Pre-eclampsia. Lancet 2010;376:631–44. (Level III)

2. Khan KS, Wojdyla D, Say L, Gülmezoglu AM, Van Look PF. WHO analysis of causes of maternal death: a systematic review. Lancet 2006;367:1066–74. (Systematic Review)

3. Wallis AB, Saftlas AF, Hsia J, Atrash HK. Secular trends in the rates of preeclampsia, eclampsia, and gestational hypertension, United States, 1987-2004. Am J Hypertens 2008;21:521–6. (Level II-3)

4. Ananth CV, Keyes KM, Wapner RJ. Pre-eclampsia rates in the United States, 1980-2010: age-period-cohort analysis. BMJ 2013;347:f6564. (Level II-3)

5. Stevens W, Shih T, Incerti D, Ton TGN, Lee HC, Peneva D, et al. Short-term costs of preeclampsia to the United States health care system. Am J Obstet Gynecol 2017; 217:237–48.e16. (Level III)

6. Conde-Agudelo A, Belizan JM. Risk factors for pre-eclampsia in a large cohort of Latin American and Caribbean women. BJOG 2000;107:75–83. (Level II-3)

7. Sibai BM, Hauth J, Caritis S, Lindheimer MD, MacPherson C, Klebanoff M, et al. Hypertensive disorders in twin versus singleton gestations. National Institute of Child Health and Human Development Network of Maternal– Fetal Medicine Units. Am J Obstet Gynecol 2000;182: 938–42. (Level II-3)

8. Bartsch E, Medcalf KE, Park AL, Ray JG. Clinical risk factors for pre-eclampsia determined in early pregnancy: systematic review and meta-analysis of large cohort studies. High Risk of Preeclampsia Identification Group. BMJ 2016;353:i1753. (Systematic Review and Meta-Analysis)

9. Ostlund I, Haglund B, Hanson U. Gestational diabetes and preeclampsia. Eur J Obstet Gynecol Reprod Biol 2004;113:12–6. (Level II-3)

10. Alfirevic Z, Roberts D, Martlew V. How strong is the association between maternal thrombophilia and adverse pregnancy outcome? A systematic review. Eur J Obstet Gynecol Reprod Biol 2002;101:6–14. (Systematic Review)

11. Smyth A, Oliveira GH, Lahr BD, Bailey KR, Norby SM, Garovic VD. A systematic review and meta-analysis of pregnancy outcomes in patients with systemic lupus erythematosus and lupus nephritis. Clin J Am Soc Nephrol 2010;5:2060–8. (Systematic Review and Meta-analysis)

12. Zhang JJ, Ma XX, Hao L, Liu LJ, Lv JC, Zhang H. A systematic review and meta-analysis of outcomes of pregnancy in CKD and CKD outcomes in pregnancy. Clin J Am Soc Nephrol 2015;10:1964–78. (Systematic Review and Meta-Analysis)

13. Chesley LC, Cooper DW. Genetics of hypertension in pregnancy: possible single gene control of pre-eclampsia and eclampsia in the descendants of eclamptic women. Br J Obstet Gynaecol 1986;93:898–908. (Level III)

14. Morgan T, Craven C, Lalouel JM, Ward K. Angiotensinogen Thr235 variant is associated with abnormal physiologic change of the uterine spiral arteries in first-trimester decidua. Am J Obstet Gynecol 1999;180:95–102. (Level III)

15. Ward K, Hata A, Jeunemaitre X, Helin C, Nelson L, Namikawa C, et al. A molecular variant of angiotensinogen associated with preeclampsia. Nat Genet 1993;4:59–61. (Level III)

16. Williams PJ, Broughton Pipkin F. The genetics of pre-eclampsia and other hypertensive disorders of pregnancy. Best Pract Res Clin Obstet Gynaecol 2011;25:405–17. (Level III)

17. Homer CS, Brown MA, Mangos G, Davis GK. Non-proteinuric pre-eclampsia: a novel risk indicator in women with gestational hypertension. J Hypertens 2008;26:295–302. (Level II-3)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.