18. Barton JR, Riely CA, Adamec TA, Shanklin DR, Khoury AD, Sibai BM. Hepatic histopathologic condition does not correlate with laboratory abnormalities in HELLP syndrome (hemolysis, elevated liver enzymes, and low platelet count). Am J Obstet Gynecol 1992; 167:1538–43. (Level III)

19. Sperling JD, Dahlke JD, Huber WJ, Sibai BM. The role of headache in the classification and management of hypertensive disorders in pregnancy. Obstet Gynecol 2015;126: 297–302. (Level III)

20. Thangaratinam S, Gallos ID, Meah N, Usman S, Ismail KM, Khan KS. How accurate are maternal symptoms in predicting impending complications in women with pre- eclampsia? A systematic review and meta-analysis. TIPPS (Tests in Prediction of Preeclampsia's Severity) Review Group. Acta Obstet Gynecol Scand 2011;90:564–73. (Systematic Review and Meta-Analysis)

21. Report of the National High Blood Pressure Education Program Working Group on High Blood Pressure in Pregnancy. Am J Obstet Gynecol 2000;183:S1–22. (Level III)

22. von Dadelszen P, Payne B, Li J, Ansermino JM, Broughton Pipkin F, Cote AM, et al. Prediction of adverse maternal outcomes in pre-eclampsia: development and validation of the fullPIERS model. PIERS Study Group. Lancet 2011;377:219–27. (Level II-2)

23. Kuo VS, Koumantakis G, Gallery ED. Proteinuria and its assessment in normal and hypertensive pregnancy. Am J Obstet Gynecol 1992;167:723–8. (Level II-3)

24. Morris RK, Riley RD, Doug M, Deeks JJ, Kilby MD. Diagnostic accuracy of spot urinary protein and albumin to creatinine ratios for detection of significant proteinuria or adverse pregnancy outcome in patients with suspected pre-eclampsia: systematic review and meta-analysis. BMJ 2012;345:e4342. (Systematic Review and Meta-Analysis)

25. Phelan LK, Brown MA, Davis GK, Mangos G. A prospective study of the impact of automated dipstick urinalysis on the diagnosis of preeclampsia. Hypertens Pregnancy 2004;23:135–42. (Level II-3)

26. North RA, Taylor RS, Schellenberg JC. Evaluation of a definition of pre-eclampsia. Br J Obstet Gynaecol 1999;106:767–73 (Level II-2)

27. Bernstein PS, Martin JN Jr, Barton JR, Shields LE, Dru- zin ML, Scavone BM, et al. National Partnership for Maternal Safety: consensus bundle on severe hypertension during pregnancy and the postpartum period. Obstet Gynecol 2017;130:347–57. (Level III)

28. Pettit F, Brown MA. The management of pre-eclampsia: what we think we know. Eur J Obstet Gynecol Reprod Biol 2012;160:6–12. (Level III)

29. Sibai BM, Stella CL. Diagnosis and management of atypical preeclampsia-eclampsia. Am J Obstet Gynecol 2009; 200:481.e1–7. (Level III)

30. Magee LA, von Dadelszen P, Bohun CM, Rey E, El- Zibdeh M, Stalker S, et al. Serious perinatal complications of non-proteinuric hypertension: an international, multicentre, retrospective cohort study. J Obstet Gynaecol Can 2003;25:372–82. (Level II-3)

31. Thornton CE, Makris A, Ogle RF, Tooher JM, Hennessy A. Role of proteinuria in defining pre-eclampsia: clinical outcomes for women and babies. Clin Exp Pharmacol Physiol 2010;37:466–70. (Level II-3)

32. Williams D. Long-term complications of preeclampsia. Semin Nephrol 2011;31:111–22. (Level III)

33. Barton JR, Sibai BM. Diagnosis and management of hemolysis, elevated liver enzymes, and low platelets syndrome. Clin Perinatol 2004;31:807–33, vii. (Level III)

34. Martin JN Jr, Blake PG, Perry KG Jr, McCaul JF, Hess LW, Martin RW. The natural history of HELLP syndrome: patterns of disease progression and regression. Am J Obstet Gynecol 1991;164:1500–9; discussion 1509–13. (Level II-3)

35. Sibai BM. The HELLP syndrome (hemolysis, elevated liver enzymes, and low platelets): much ado about nothing? Am J Obstet Gynecol 1990;162:311–6. (Level III)

36. Martin JN Jr, Rinehart BK, May WL, Magann EF, Terrone DA, Blake PG. The spectrum of severe pre-eclampsia: comparative analysis by HELLP (hemolysis, elevated liver enzyme levels, and low platelet count) syndrome classification. Am J Obstet Gynecol 1999;180: 1373–84. (Level II-3)

37. Tomsen TR. HELLP syndrome (hemolysis, elevated liver enzymes, and low platelets) presenting as generalized malaise. Am J Obstet Gynecol 1995;172:1876–8; discussion 1878–80. (Level III)

38. Brown CE, Cunningham FG, Pritchard JA. Convulsions in hypertensive, proteinuric primiparas more than 24 hours after delivery. Eclampsia or some other cause? J Reprod Med 1987;32:499–503. (Level III)

39. Zeeman GG. Neurologic complications of pre-eclampsia. Semin Perinatol 2009;33:166–72. (Level III)

40. Sibai BM. Diagnosis, prevention, and management of eclampsia. Obstet Gynecol 2005;105:402–10. (Level III)

41. Cooray SD, Edmonds SM, Tong S, Samarasekera SP, Whitehead CL. Characterization of symptoms immediately preceding eclampsia. Obstet Gynecol 2011;118: 995–9. (Level III)

42. Noraihan MN, Sharda P, Jammal AB. Report of 50 cases of eclampsia. J Obstet Gynaecol Res 2005;31:302–9. (Level III)

43. Belfort MA, Saade GR, Grunewald C, Dildy GA, Abedejos P, Herd JA, et al. Association of cerebral perfusion pressure with headache in women with pre-eclampsia. Br J Obstet Gynaecol 1999;106:814–21. (Level II-3)

44. Altman D, Carroli G, Duley L, Farrell B, Moodley J, Neilson J, et al. Do women with preeclampsia, and their babies, benefit from magnesium sulphate? The Magpie Trial: a randomised placebo-controlled trial. Magpie Trial Collaboration Group. Lancet 2002;359:1877–90. (Level I)

45. Coetzee EJ, Dommisse J, Anthony J. A randomised controlled trial of intravenous magnesium sulphate versus placebo in the management of women with severe pre- eclampsia. Br J Obstet Gynaecol 1998;105:300–3. (Level I)

46. Douglas KA, Redman CW. Eclampsia in the United Kingdom. BMJ 1994;309:1395–400. (Level II-3)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

47. Cunningham FG, Fernandez CO, Hernandez C. Blindness associated with preeclampsia and eclampsia. Am J Obstet Gynecol 1995;172:1291–8. (Level III)

48. Hinchey J, Chaves C, Appignani B, Breen J, Pao L, Wang A, et al. A reversible posterior leukoencephalopathy syn- drome. N Engl J Med 1996;334:494–500. (Level III)

49. Wagner SJ, Acquah LA, Lindell EP, Craici IM, Wingo MT, Rose CH, et al. Posterior reversible encephalopathy syndrome and eclampsia: pressing the case for more aggressive blood pressure control. Mayo Clin Proc 2011;86:851–6. (Level II-2)

50. Singhal AB, Bernstein RA. Postpartum angiopathy and other cerebral vasoconstriction syndromes. Neurocrit Care 2005;3:91–7. (Level III)

51. Redman CW, Sargent IL. Latest advances in understanding preeclampsia. Science 2005;308:1592–4. (Level III)

52. von Dadelszen P, Magee LA, Roberts JM. Subclassification of preeclampsia. Hypertens Pregnancy 2003;22:143–8. (Level III)

53. Dekker GA, Sibai BM. Etiology and pathogenesis of pre- eclampsia: current concepts. Am J Obstet Gynecol 1998; 179:1359–75. (Level III)

54. Crocker IP, Cooper S, Ong SC, Baker PN. Differences in apoptotic susceptibility of cytotrophoblasts and syncytio- trophoblasts in normal pregnancy to those complicated with preeclampsia and intrauterine growth restriction. Am J Pathol 2003;162:637–43. (Level III)

55. Leung DN, Smith SC, To KF, Sahota DS, Baker PN. Increased placental apoptosis in pregnancies complicated by preeclampsia. Am J Obstet Gynecol 2001;184:1249–50. (Level III)

56. Sargent IL, Germain SJ, Sacks GP, Kumar S, Redman CW. Trophoblast deportation and the maternal inflammatory response in pre-eclampsia. J Reprod Immunol 2003; 59: 153–60. (Level III)

57. Chua S, Wilkins T, Sargent I, Redman C. Trophoblast deportation in pre-eclamptic pregnancy. Br J Obstet Gy- naecol 1991;98:973–9. (Level III)

58. Levine RJ, Lam C, Qian C, Yu KF, Maynard SE, Sachs BP, et al. Soluble endoglin and other circulating antiangiogenic factors in preeclampsia. CPEP Study Group [published erra- tum appears in N Engl J Med 2006;355: 1840]. N Engl J Med 2006;355:992–1005. (Level II-3)

59. Chaiworapongsa T, Espinoza J, Gotsch F, Kim YM, Kim GJ, Goncalves LF, et al. The maternal plasma solu- ble vascular endothelial growth factor receptor-1 concen- tration is elevated in SGA and the magnitude of the increase relates to Doppler abnormalities in the maternal and fetal circulation. J Matern Fetal Neonatal Med 2008; 21:25–40. (Level II-3)

60. Crispi F, Dominguez C, Llurba E, Martin-Gallan P, Ca- bero L, Gratacos E. Placental angiogenic growth factors and uterine artery Doppler findings for charac- terization of different subsets in preeclampsia and in isolated intrauterine growth restriction. Am J Obstet Gynecol 2006;195: 201–7. (Level II-3)

61. Nagamatsu T, Fujii T, Kusumi M, Zou L, Yamashita T, Osuga Y, et al. Cytotrophoblasts up-regulate soluble fms- like tyrosine kinase-1 expression under reduced oxygen: an implication for the placental vascular development and the pathophysiology of preeclampsia. Endocrinology 2004;145:4838–45. (Level III)

62. Nevo O, Soleymanlou N, Wu Y, Xu J, Kingdom J, Many A, et al. Increased expression of sFlt-1 in in vivo and in vitro models of human placental hypoxia is mediated by HIF-1. Am J Physiol Regul Integr Comp Physiol 2006;291:R1085–93. (Level III)

63. Espinoza J. Uteroplacental ischemia in early- and late- onset pre-eclampsia: a role for the fetus? Ultrasound Ob- stet Gynecol 2012;40:373–82. (Level III)

64. Pritchard JA, Cunningham FG, Pritchard SA. The Park- land Memorial Hospital protocol for treatment of eclamp- sia: evaluation of 245 cases. Am J Obstet Gynecol 1984; 148:951–63. (Level III)

65. Hankins GD, Wendel GD Jr, Cunningham FG, Leveno KJ. Longitudinal evaluation of hemodynamic changes in eclampsia. Am J Obstet Gynecol 1984;150:506–12. (Level III)

66. Burrows RF, Kelton JG. Thrombocytopenia at delivery: a prospective survey of 6715 deliveries. Am J Obstet Gynecol 1990;162:731–4. (Level II-3)

67. Giles C, Inglis TC. Thrombocytopenia and macrothrom- bocytosis in gestational hypertension. Br J Obstet Gynae- col 1981;88:1115–9. (Level II-3)

68. Sibai BM, Anderson GD, McCubbin JH. Eclampsia II. Clinical significance of laboratory findings. Obstet Gyne- col 1982;59:153–7. (Level III)

69. Gant NF, Cunningham FG. Management of preeclampsia. Semin Perinatol 1994;18:94–102. (Level III)

70. Leduc L, Wheeler JM, Kirshon B, Mitchell P, Cotton DB. Coagulation profile in severe preeclampsia. Obstet Gyne- col 1992;79:14–8. (Level III)

71. Spargo B, McCartney CP, Winemiller R. Glomerular cap- illary endotheliosis in toxemia of pregnancy. Arch Pathol 1959;68:593–9. (Level III)

72. Hennessy A, Makris A. Preeclamptic nephropathy. Nephrology (Carlton) 2011;16:134–43. (Level III)

73. Svenningsen P, Friis UG, Versland JB, Buhl KB, Moller Frederiksen B, Andersen H, et al. Mechanisms of renal NaCl retention in proteinuric disease. Acta Physiol (Oxf) 2013;207:536–45. (Level III)

74. Sagen N, Haram K, Nilsen ST. Serum urate as a pre- dictor of fetal outcome in severe pre-eclampsia. Acta Obstet Gynecol Scand 1984;63:71–5. (Level III)

75. Espinoza J, Romero R, Mee Kim Y, Kusanovic JP, Has- san S, Erez O, et al. Normal and abnormal trans- formation of the spiral arteries during pregnancy. J Perinat Med 2006;34:447–58. (Level III)

76. Pijnenborg R, Vercruysse L, Hanssens M. The uterine spiral arteries in human pregnancy: facts and controver- sies. Placenta 2006;27:939–58. (Level III)

77. Moldenhauer JS, Stanek J, Warshak C, Khoury J, Sibai B. The frequency and severity of placental findings in women with preeclampsia are gestational age dependent. Am J Obstet Gynecol 2003;189:1173–7. (Level II-3)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

78. Ogge G, Chaiworapongsa T, Romero R, Hussein Y, Kusanovic JP, Yeo L, et al. Placental lesions associated with maternal underperfusion are more frequent in early-onset than in late-onset preeclampsia. J Perinat Med 2011;39: 641–52. (Level II-2)

79. Espinoza J. Recent biomarkers for the identification of patients at risk for preeclampsia: the role of uteroplacental ischemia. Expert Opin Med Diagn 2012;6:121–30. (Level III)

80. Bolin M, Wiberg-Itzel E, Wikstrom AK, Goop M, Larsson A, Olovsson M, et al. Angiopoietin-1/angiopoietin-2 ratio for prediction of preeclampsia. Am J Hypertens 2009;22:891–5. (Level II-2)

81. Kusanovic JP, Romero R, Chaiworapongsa T, Erez O, Mittal P, Vaisbuch E, et al. A prospective cohort study of the value of maternal plasma concentrations of angiogenic and anti-angiogenic factors in early pregnancy and midtrimester in the identification of patients destined to develop preeclampsia. J Matern Fetal Neonatal Med 2009;22:1021–38. (Level II-2)

82. Poon LC, Kametas NA, Maiz N, Akolekar R, Nicolaides KH. First-trimester prediction of hypertensive disorders in pregnancy. Hypertension 2009;53:812–8. (Level II-2)

83. Espinoza J, Romero R, Nien JK, Gomez R, Kusanovic JP, Goncalves LF, et al. Identification of patients at risk for early onset and/or severe preeclampsia with the use of uterine artery Doppler velocimetry and placental growth factor [published erratum appears in Am J Obstet Gynecol 2007;196: 614]. Am J Obstet Gynecol 2007;196:326.13. (Level II-2)

84. Harrington K, Cooper D, Lees C, Hecher K, Campbell S. Doppler ultrasound of the uterine arteries: the importance of bilateral notching in the prediction of pre-eclampsia, placental abruption or delivery of a small-for-gestational-age baby. Ultrasound Obstet Gynecol 1996;7:182–8. (Level II-3)

85. Albaiges G, Missfelder-Lobos H, Lees C, Parra M, Nicolaides KH. One-stage screening for pregnancy complications by color Doppler assessment of the uterine arteries at 23 weeks' gestation. Obstet Gynecol 2000;96: 559–64. (Level II-3)

86. Papageorghiou AT, Yu CK, Cicero S, Bower S, Nicolaides KH. Second-trimester uterine artery Doppler screening in unselected populations: a review. J Matern Fetal Neonatal Med 2002;12:78–88. (Level III)

87. Papageorghiou AT, Yu CK, Bindra R, Pandis G, Nicolaides KH. Multicenter screening for pre-eclampsia and fetal growth restriction by transvaginal uterine artery Doppler at 23 weeks of gestation. Fetal Medicine Foundation Second Trimester Screening Group. Ultrasound Obstet Gynecol 2001;18:441–9. (Level II-3)

88. Cnossen JS, Morris RK, Ter Riet G, Mol BW, van der Post JA, Coomarasamy A, et al. Use of uterine artery Doppler ultrasonography to predict preeclampsia and intrauterine growth restriction: a systematic review and bivariable meta-analysis. CMAJ 2008;178:701–11. (Systematic Review and Meta-Analysis)

89. Rolnik DL, Wright D, Poon LC, O'Gorman N, Syngelaki A, de Paco Matallana C, et al. Aspirin versus placebo in pregnancies at high risk for preterm preeclampsia. N Engl J Med 2017;377:613–22. (Level I)

90. Rumbold A, Duley L, Crowther CA, Haslam RR. Antioxidants for preventing pre-eclampsia. Cochrane Database of Systematic Reviews 2008, Issue 1. Art. No.: CD004227. (Systematic Review and Meta-Analysis)

91. Zhou SJ, Yelland L, McPhee AJ, Quinlivan J, Gibson RA, Makrides M. Fish-oil supplementation in pregnancy does not reduce the risk of gestational diabetes or preeclampsia. Am J Clin Nutr 2012;95:1378–84. (Level I)

92. Meher S, Duley L. Garlic for preventing pre-eclampsia and its complications. Cochrane Database of Systematic Reviews 2006, Issue 3. Art. No.: CD006065 (Systematic Review)

93. Bodnar LM, Catoy JM, Simhan HN, Holick MF, Powers RW, Roberts JM. Maternal vitamin D deficiency increases the risk of preeclampsia. J Clin Endocrinol Metab 2007;92:3517–22. (Level II-2)

94. Wen SW, White RR, Rybak N, Gaudet LM, Robson S, Hague W, et al. Effect of high dose folic acid supplementation in pregnancy on preeclampsia (FACT): double blind, phase III, randomised controlled, international, multicentre trial. FACT Collaborating Group. BMJ 2018;362:k3478. (Level I)

95. Duley L, Henderson-Smart David J. Reduced salt intake compared to normal dietary salt, or high intake, in pregnancy. Cochrane Database of Systematic Reviews 1999, Issue 3. Art. No.: CD001687. (Level III)

96. Hofmeyr GJ, Lawrie TA, Atallah AN, Torloni MR. Calcium supplementation during pregnancy for preventing hypertensive disorders and related problems. Cochrane Database of Systematic Reviews 2018, Issue 10. Art. No.: CD001059. DOI: 10.1002/14651858.CD001059.pub5. (Systematic Review)

97. Meher S, Abalos E, Carroli G. Bed rest with or without hospitalisation for hypertension during pregnancy. Cochrane Database of Systematic Reviews 2005, Issue 4. Art. No.: CD003514. (Systematic Review and Meta-Analysis)

98. Benigni A, Gregorini G, Frusca T, Chiabrando C, Ballerini S, Valcamonico A, et al. Effect of low-dose aspirin on fetal and maternal generation of thromboxane by platelets in women at risk for pregnancy-induced hypertension. N Engl J Med 1989;321:357–62. (Level I)

99. Schiff E, Peleg E, Goldenberg M, Rosenthal T, Ruppin E, Tamarkin M, et al. The use of aspirin to prevent pregnancy-induced hypertension and lower the ratio of thromboxane A2 to prostacyclin in relatively high risk pregnancies. N Engl J Med 1989;321:351–6. (Level I)

100. Roberge S, Nicolaides K, Demers S, Hyett J, Chaillet N, Bujold E. The role of aspirin dose on the prevention of preeclampsia and fetal growth restriction: systematic review and meta-analysis. Am J Obstet Gynecol 2017; 216:110–20.e6. (Systematic Review and Meta-Analysis)

101. Meher S, Duley L, Hunter K, Askie L. Antiplatelet therapy before or after 16 weeks' gestation for preventing preeclampsia: an individual participant data meta-analysis. Am J Obstet Gynecol 2017;216:121–8.e2. (Systematic Review and Meta-Analysis)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

102. Alqudah A, McKinley MC, McNally R, Graham U, Watson CJ, Lyons TJ, et al. Risk of pre-eclampsia in women taking metformin: a systematic review and meta-analysis. Diabet Med 2018;35:160–72. (Systematic Review and Meta-Analysis)

103. George EM, Granger JP. Mechanisms and potential therapies for preeclampsia. Curr Hypertens Rep 2011;13:269–75. (Level III)

104. Samangaya RA, Mires G, Shennan A, Skillern L, Howe D, McLeod A, et al. A randomised, double-blinded, placebo-controlled study of the phosphodiesterase type 5 inhibitor sildenafil for the treatment of preeclampsia. Hypertens Pregnancy 2009;28:369–82. (Level I)

105. Trapani A Jr, Goncalves LF, Trapani TF, Vieira S, Pires M, Pires MM. Perinatal and hemodynamic evaluation of sildenafil citrate for preeclampsia treatment: a randomized controlled trial. Obstet Gynecol 2016; 128:253–9. (Level I)

106. Sibai BM. Management of late preterm and early-term pregnancies complicated by mild gestational hypertension/pre-eclampsia. Semin Perinatol 2011;35:292–6. (Level III)

107. Koopmans CM, Bijlenga D, Groen H, Vijgen SM, Aarnoudse JG, Bekedam DJ, et al. Induction of labour versus expectant monitoring for gestational hypertension or mild pre-eclampsia after 36 weeks' gestation (HYPI-TAT): a multicentre, open-label randomised controlled trial. HY- PITAT study group. Lancet 2009;374:979–88. (Level I)

108. Schiff E, Friedman SA, Kao L, Sibai BM. The importance of urinary protein excretion during conservative management of severe preeclampsia. Am J Obstet Gynecol 1996; 175:1313–6. (Level II)

109. Newman MG, Robichaux AG, Stedman CM, Jaekle RK, Fontenot MT, Dotson T, et al. Perinatal outcomes in pre-eclampsia that is complicated by massive proteinuria. Am J Obstet Gynecol 2003;188:264–8. (Level II-3)

110. Odendaal HJ, Pattinson RC, Bam R, Grove D, Kotze TJ. Aggressive or expectant management for patients with severe preeclampsia between 28–34 weeks' gestation: a randomized controlled trial. Obstet Gynecol 1990;76: 1070–5. (Level I)

111. Sibai BM, Mercer BM, Schiff E, Friedman SA. Aggressive versus expectant management of severe preeclampsia at 28 to 32 weeks' gestation: a randomized controlled trial. Am J Obstet Gynecol 1994;171:818–22. (Level I)

112. Churchill D, Duley L, Thornton JG, Jones L. Interventionist versus expectant care for severe pre-eclampsia between 24 and 34 weeks' gestation. Cochrane Database of Systematic Reviews 2013, Issue 7. Art. No.: CD003106. (Systematic Review and Meta-Analysis)

113. Magee LA, Yong PJ, Espinosa V, Cote AM, Chen I, von Dadelszen P. Expectant management of severe pre-eclampsia remote from term: a structured systematic review. Hypertens Pregnancy 2009;28:312–47. (Systematic Review)

114. Vigil-De Gracia P, Reyes Tejada O, Calle Minaca A, Tellez G, Chon VY, Herrarte E, et al. Expectant management of severe preeclampsia remote from term: the MEXPRE Latin Study, a randomized, multicenter clinical trial. Am J Obstet Gynecol 2013;209:425.e1–8. (Level I)

115. Balogun OA, Sibai BM. Counseling, management, and outcome in women with severe preeclampsia at 23 to 28 weeks' gestation. Clin Obstet Gynecol 2017;60:183–9. (Level III)

116. Levels of maternal care. Obstetric Care Consensus No. 9. American College of Obstetricians and Gynecologists. Obstet Gynecol 2019;134:e41–55. (Level III)

117. Garovic VD. Hypertension in pregnancy: diagnosis and treatment. Mayo Clin Proc 2000;75:1071–6. (Level III)

118. Pickering TG, Hall JE, Appel LJ, Falkner BE, Graves J, Hill MN, et al. Recommendations for blood pressure measurement in humans and experimental animals: part 1: blood pressure measurement in humans: a statement for professionals from the Subcommittee of Professional and Public Education of the American Heart Association Council on High Blood Pressure Research. Circulation 2005;111:697–716. (Level III)

119. Duley L, Gülmezoglu AM, Henderson-Smart DJ, Chou D. Magnesium sulphate and other anticonvulsants for women with pre-eclampsia. Cochrane Database of Systematic Reviews 2010, Issue 11. Art. No.: CD000025. (Systematic Review and Meta-Analysis)

120. Witlin AG, Friedman SA, Egerman RS, Frangieh AY, Sibai BM. Cerebrovascular disorders complicating pregnancy—beyond eclampsia. Am J Obstet Gynecol 1997; 176:1139–45; discussion 1145–8. (Level III)

121. Livingston JC, Livingston LW, Ramsey R, Mabie BC, Sibai BM. Magnesium sulfate in women with mild preeclampsia: a randomized controlled trial. Obstet Gynecol 2003;101:217–20. (Level I)

122. Cahill AG, Macones GA, Odibo AO, Stamilio DM. Magnesium for seizure prophylaxis in patients with mild preeclampsia. Obstet Gynecol 2007;110:601–7. (Level III)

123. Sibai BM. Magnesium sulfate prophylaxis in preeclampsia: lessons learned from recent trials. Am J Obstet Gynecol 2004;190:1520–6. (Level III)

124. Schrier RW. Body fluid volume regulation in health and disease: a unifying hypothesis. Ann Intern Med 1990;113: 155–9. (Level III)

125. Chien PF, Khan KS, Arnott N. Magnesium sulphate in the treatment of eclampsia and pre-eclampsia: an overview of the evidence from randomised trials. Br J Obstet Gynaecol 1996;103:1085–91. (Meta-Analysis)

126. Duley L, Henderson-Smart DJ, Walker GJA, Chou D. Magnesium sulphate versus diazepam for eclampsia. Cochrane Database of Systematic Reviews 2010, Issue 12. Art. No.: CD000127. (Systematic Review and Meta-Analysis)

127. Belfort MA, Anthony J, Saade GR, Allen JC Jr. A comparison of magnesium sulfate and nimodipine for the prevention of eclampsia. Nimodipine Study Group. N Engl J Med 2003;348:304–11. (Level I)

128. Lu JF, Nightingale CH. Magnesium sulfate in eclampsia and preeclampsia: pharmacokinetic principles. Clin Pharmacokinet 2000;38:305–14. (Level III)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

129. Okusanya BO, Oladapo OT, Long Q, Lumbiganon P, Carroli G, Qureshi Z, et al. Clinical pharmacokinetic properties of magnesium sulphate in women with pre-eclampsia and eclampsia. BJOG 2016;123:356–66. (Systematic Review)

130. Which anticonvulsant for women with eclampsia? Evidence from the Collaborative Eclampsia Trial [published erratum appears in Lancet 1995;346:258]. Lancet 1995; 345:1455–63. (Level I)

131. Dayicioglu V, Sahinoglu Z, Kol E, Kucukbas M. The use of standard dose of magnesium sulphate in prophylaxis of eclamptic seizures: do body mass index alterations have any effect on success? Hypertens Pregnancy 2003;22: 257–65. (Level II-3)

132. Crowther CA, Brown J, McKinlay CJD, Middleton P. Magnesium sulphate for preventing preterm birth in threatened preterm labour. Cochrane Database of Systematic Reviews 2014, Issue 8. Art. No.: CD001060. (Systematic Review)

133. Alexander JM, McIntire DD, Leveno KJ, Cunningham FG. Selective magnesium sulfate prophylaxis for the prevention of eclampsia in women with gestational hypertension. Obstet Gynecol 2006;108:826–32. (Level II-3)

134. Duley L. Magnesium sulphate regimens for women with eclampsia: messages from the Collaborative Eclampsia Trial. Br J Obstet Gynaecol 1996;103:103–5. (Level III)

135. Duley L, Meher S, Jones L. Drugs for treatment of very high blood pressure during pregnancy. Cochrane Database of Systematic Reviews 2013, Issue 7. Art. No.: CD001449. (Systematic Review and Meta-Analysis)

136. Emergent therapy for acute-onset, severe hypertension during pregnancy and the postpartum period. ACOG Committee Opinion No. 767. American College of Obstetricians and Gynecologists. Obstet Gynecol 2019;133: e174–80. (Level III)

137. Alanis MC, Robinson CJ, Hulsey TC, Ebeling M, Johnson DD. Early-onset severe preeclampsia: induction of labor vs elective cesarean delivery and neonatal outcomes. Am J Obstet Gynecol 2008;199:262.e1–6. (Level II-3)

138. Blackwell SC, Redman ME, Tomlinson M, Landwehr JB Jr, Tuynman M, Gonik B, et al. Labor induction for the preterm severe pre-eclamptic patient: is it worth the effort? J Matern Fetal Med 2001;10:305–11. (Level II-3)

139. Sibai BM. Evaluation and management of severe preeclampsia before 34 weeks' gestation. Publications Committee, Society for Maternal–Fetal Medicine. Am J Obstet Gynecol 2011;205:191–8. (Level III)

140. Alexander JM, Bloom SL, McIntire DD, Leveno KJ. Severe preeclampsia and the very low birth weight infant: is induction of labor harmful? Obstet Gynecol 1999;93: 485–8. (Level II-3)

141. Nassar AH, Adra AM, Chakhtoura N, Gomez-Marin O, Beydoun S. Severe preeclampsia remote from term: labor induction or elective cesarean delivery? Am J Obstet Gynecol 1998;179:1210–3. (Level II-3)

142. Hogg B, Hauth JC, Caritis SN, Sibai BM, Lindheimer M, Van Dorsten JP, et al. Safety of labor epidural anesthesia for women with severe hypertensive disease. National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network. Am J Obstet Gynecol 1999;181:1096–101. (Level II-2)

143. Aya AG, Vialles N, Tanoubi I, Mangin R, Ferrer JM, Robert C, et al. Spinal anesthesia-induced hypotension: a risk comparison between patients with severe preeclampsia and healthy women undergoing preterm cesarean delivery. Anesth Analg 2005;101:869–75. (Level II-2)

144. Visalyaputra S, Rodanant O, Somboonviboon W, Tantivitayatan K, Thienthong S, Saengchote W. Spinal versus epidural anesthesia for cesarean delivery in severe preeclampsia: a prospective randomized, multicenter study. Anesth Analg 2005;101:862–8. (Level I)

145. Hawkins JL, Koonin LM, Palmer SK, Gibbs CP. Anesthesia-related deaths during obstetric delivery in the United States, 1979-1990. Anesthesiology 1997;86:277–84. (Level III)

146. Huang CJ, Fan YC, Tsai PS. Differential impacts of modes of anaesthesia on the risk of stroke among preeclamptic women who undergo Caesarean delivery: a population-based study. Br J Anaesth 2010;105:818–26. (Level II-3)

147. Vandermeulen EP, Van Aken H, Vermylen J. Anticoagulants and spinal-epidural anesthesia. Anesth Analg 1994; 79:1165–77. (Level III)

148. Lee LO, Bateman BT, Kheterpal S, Klumpner TT, Housey M, Aziz MF, et al. Risk of epidural hematoma after neuraxial techniques in thrombocytopenic parturients: a report from the Multicenter Perioperative Outcomes Group. Multicenter Perioperative Outcomes Group Investigators. Anesthesiology 2017;126:1053–63. (Systematic Review)

149. van Veen JJ, Nokes TJ, Makris M. The risk of spinal haematoma following neuraxial anaesthesia or lumbar puncture in thrombocytopenic individuals. Br J Haematol 2010;148:15–25. (Level III)

150. Taber EB, Tan L, Chao CR, Beall MH, Ross MG. Pharmacokinetics of ionized versus total magnesium in subjects with preterm labor and preeclampsia. Am J Obstet Gynecol 2002;186:1017–21. (Level III)

151. Al-Safi Z, Imudia AN, Filetti LC, Hobson DT, Bahado-Singh RO, Awonuga AO. Delayed postpartum preeclampsia and eclampsia: demographics, clinical course, and complications. Obstet Gynecol 2011;118: 1102–7. (Level II-3)

152. Chames MC, Livingston JC, Ivester TS, Barton JR, Sibai BM. Late postpartum eclampsia: a preventable disease? Am J Obstet Gynecol 2002;186:1174–7. (Level III)

153. Filetti LC, Imudia AN, Al-Safi Z, Hobson DT, Awonuga AO, Bahado-Singh RO. New onset delayed postpartum preeclampsia: different disorders? J Matern Fetal Neonatal Med 2012;25:957–60. (Level II-3)

154. Matthys LA, Coppage KH, Lambers DS, Barton JR, Sibai BM. Delayed postpartum preeclampsia: an experience of 151 cases. Am J Obstet Gynecol 2004;190:1464–6. (Level II-3)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

155. Blue NR, Murray-Krezan C, Drake-Lavelle S, Weinberg D, Holbrook BD, Katukuri VR, et al. Effect of ibuprofen vs acetaminophen on postpartum hypertension in preeclampsia with severe features: a double-masked, randomized controlled trial. Am J Obstet Gynecol 2018;218:616.e1–8. (Level I)

156. Viteri OA, England JA, Alrais MA, Lash KA, Villegas MI, Ashimi Balogun OA, et al. Association of nonsteroidal antiinflammatory drugs and postpartum hypertension in women with preeclampsia with severe features. Obstet Gynecol 2017;130:830–5. (Level II-3)

157. Wasden SW, Ragsdale ES, Chasen ST, Skupski DW. Impact of non-steroidal anti-inflammatory drugs on hypertensive disorders of pregnancy. Pregnancy Hypertens 2014;4:259–63. (Level II-3)

158. Anastasio HB, Campbell LE, Buermeyer A, Saccone G, Moreno S, Cruz Y, et al. Nonsteroidal antiinflammatory drug administration and postpartum blood pressure in women with hypertensive disorders of pregnancy. Obstet Gynecol 2018;132:1471–6. (Level II–2)

159. Duley L, Henderson-Smart DJ, Chou D. Magnesium sulphate versus phenytoin for eclampsia. Cochrane Database of Systematic Reviews 2010, Issue 10. Art. No.: CD000128. (Systematic Review and Meta-Analysis)

160. Duley L, Gülmezoglu AM, Chou D. Magnesium sulphate versus lytic cocktail for eclampsia. Cochrane Database of Systematic Reviews 2010, Issue 9. Art. No.: CD002960. (Systematic Review and Meta-Analysis)

161. Dunn R, Lee W, Cotton DB. Evaluation by computerized axial tomography of eclamptic women with seizures refractory to magnesium sulfate therapy. Am J Obstet Gynecol 1986;155:267–8. (Level III)

162. Sibai BM. Diagnosis, controversies, and management of the syndrome of hemolysis, elevated liver enzymes, and low platelet count. Obstet Gynecol 2004;103:981–91. (Level III)

163. Woudstra DM, Chandra S, Hofmeyr GJ, Dowswell T. Corticosteroids for HELLP (hemolysis, elevated liver enzymes, low platelets) syndrome in pregnancy. Cochrane Database of Systematic Reviews 2010, Issue 9. Art. No.: CD008148. (Systematic Review and Meta-Analysis)

164. Neiger R, Contag SA, Coustan DR. The resolution of preeclampsia-related thrombocytopenia. Obstet Gynecol 1991;77:692–5. (Level III)

165. Sibai BM, Ramadan MK. Acute renal failure in pregnancies complicated by hemolysis, elevated liver enzymes, and low platelets. Am J Obstet Gynecol 1993;168:1682–7; discussion 1687–90. (Level III)

166. Behrens I, Basit S, Melbye M, Lykke JA, Wohlfahrt J, Bundgaard H, et al. Risk of post-pregnancy hypertension in women with a history of hypertensive disorders of pregnancy: nationwide cohort study. BMJ 2017;358:j3078. (Level II–2)

167. Stuart JJ, Tanz LJ, Missmer SA, Rimm EB, Spiegelman D, James-Todd TM, et al. Hypertensive disorders of pregnancy and maternal cardiovascular disease risk factor development: an observational cohort study. Ann Intern Med 2018;169:224–32. (Level II–2)

168. Brown MC, Best KE, Pearce MS, Waugh J, Robson SC, Bell R. Cardiovascular disease risk in women with preeclampsia: systematic review and meta-analysis. Eur J Epidemiol 2013;28:1–19. (Systematic Review and Meta-Analysis)

169. McDonald SD, Malinowski A, Zhou Q, Yusuf S, Devereaux PJ. Cardiovascular sequelae of preeclampsia/eclampsia: a systematic review and meta-analyses. Am Heart J 2008;156:918–30. (Systematic Review and Meta-Analysis)

170. Funai EF, Paltiel OB, Malaspina D, Friedlander Y, Deutsch L, Harlap S. Risk factors for pre-eclampsia in nulliparous and parous women: the Jerusalem perinatal study. Paediatr Perinat Epidemiol 2005;19:59–68. (Level II–2)

171. Ray JG, Vermeulen MJ, Schull MJ, Redelmeier DA. Cardiovascular health after maternal placental syndromes (CHAMPS): population-based retrospective cohort study. Lancet 2005;366:1797–803. (Level II–3)

172. Grandi SM, Vallee-Pouliot K, Reynier P, Eberg M, Platt RW, Arel R, et al. Hypertensive disorders in pregnancy and the risk of subsequent cardiovascular disease. Paediatr Perinat Epidemiol 2017;31:412–21. (Level II–3)

173. Powe CE, Levine RJ, Karumanchi SA. Preeclampsia, a disease of the maternal endothelium: the role of antiangiogenic factors and implications for later cardiovascular disease. Circulation 2011;123:2856–69. (Level III)

174. Romundstad PR, Magnussen EB, Smith GD, Vatten LJ. Hypertension in pregnancy and later cardiovascular risk: common antecedents? Circulation 2010;122:579–84. (Level II–2)

175. Ahmed R, Dunford J, Mehran R, Robson S, Kunadian V. Pre-eclampsia and future cardiovascular risk among women: a review. J Am Coll Cardiol 2014;63:1815–22. (Level III)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

The MEDLINE database, the Cochrane Library, and the American College of Obstetricians and Gynecologists' own internal resources and documents were used to locate relevant articles published between January 1985–June 2018. Studies were reviewed and evaluated for quality according to the method outlined by the U.S. Preventive Services Task Force:

I   Evidence obtained from at least one properly designed randomized controlled trial.

II-1   Evidence obtained from well-designed controlled trials without randomization.

II-2   Evidence obtained from well-designed cohort or case–control analytic studies, preferably from more than one center or research group.

II-3   Evidence obtained from multiple time series with or without the intervention. Dramatic results in uncontrolled experiments also could be regarded as this type of evidence.

III   Opinions of respected authorities, based on clinical experience, descriptive studies, or reports of expert committees.

Based on the highest level of evidence found in the data, recommendations are provided and graded according to the following categories:

Level A—Recommendations are based on good and consistent scientific evidence.

Level B—Recommendations are based on limited or inconsistent scientific evidence.

Level C—Recommendations are based primarily on consensus and expert opinion.

Published online on May 21, 2020.

Copyright 2020 by the American College of Obstetricians and Gynecologists. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, posted on the internet, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

**American College of Obstetricians and Gynecologists**
**409 12th Street SW, Washington, DC 20024-2188**

Gestational hypertension and preeclampsia. ACOG Practice Bulletin No. 222. American College of Obstetricians and Gynecologists. Obstet Gynecol 2020;135:e237–60.

*This information is designed as an educational resource to aid clinicians in providing obstetric and gynecologic care, and use of this information is voluntary. This information should not be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. It is not intended to substitute for the independent professional judgment of the treating clinician. Variations in practice may be warranted when, in the reasonable judgment of the treating clinician, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology. The American College of Obstetricians and Gynecologists reviews its publications regularly; however, its publications may not reflect the most recent evidence. Any updates to this document can be found on acog.org or by calling the ACOG Resource Center.*

*While ACOG makes every effort to present accurate and reliable information, this publication is provided "as is" without any warranty of accuracy, reliability, or otherwise, either express or implied. ACOG does not guarantee, warrant, or endorse the products or services of any firm, organization, or person. Neither ACOG nor its officers, directors, members, employees, or agents will be liable for any loss, damage, or claim with respect to any liabilities, including direct, special, indirect, or consequential damages, incurred in connection with this publication or reliance on the information presented.*

*All ACOG committee members and authors have submitted a conflict of interest disclosure statement related to this published product. Any potential conflicts have been considered and managed in accordance with ACOG's Conflict of Interest Disclosure Policy. The ACOG policies can be found on acog.org. For products jointly developed with other organizations, conflict of interest disclosures by representatives of the other organizations are addressed by those organizations. The American College of Obstetricians and Gynecologists has neither solicited nor accepted any commercial involvement in the development of the content of this published product.*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

# FLEISHER DECLARATION: EXHIBIT D



The American College of
Obstetricians and Gynecologists
WOMEN'S HEALTH CARE PHYSICIANS

# ACOG PRACTICE BULLETIN

**Clinical Management Guidelines for Obstetrician–Gynecologists**

Number 212

**Presidential Task Force on Pregnancy and Heart Disease**
**Committee on Practice Bulletins—Obstetrics.** This Practice Bulletin was developed by the American College of Obstetricians and Gynecologists' Committee on Practice Bulletins–Obstetrics in collaboration with the Presidential Task Force on Pregnancy and Heart Disease members Lisa M. Hollier, MD, James N. Martin Jr., MD, Heidi Connolly, MD, Mark Turrentine, MD, Afshan Hameed, MD, Katherine W. Arendt, MD, Octavia Cannon, DO, Lastascia Coleman, ARNP, CNM, Uri Elkayam, MD, Anthony Gregg, MD, MBA, Alison Haddock, MD, Stacy M. Higgins, MD, FACP, Sue Kendig, JD, Robyn Liu, MD, MPH, FAAFP, Stephanie R. Martin, DO, Dennis McNamara, MD, Wanda Nicholson, MD, Patrick S. Ramsey, MD, MSPH, Laura Riley, MD, Elizabeth Rochin, PhD, RN, NE-BC, Stacey E. Rosen, MD, Rachel G. Sinkey, MD, Graeme Smith, MD, PhD, Calondra Tibbs, MPH, Eleni Z. Tsigas, Rachel Villanueva, MD, Janet Wei, MD, and Carolyn Zelop, MD.

# Pregnancy and Heart Disease

*Maternal heart disease has emerged as a major threat to safe motherhood and women's long-term cardiovascular health. In the United States, disease and dysfunction of the heart and vascular system as "cardiovascular disease" is now the leading cause of death in pregnant women and women in the postpartum period (1, 2) accounting for 4.23 deaths per 100,000 live births, a rate almost twice that of the United Kingdom (3, 4). The most recent data indicate that cardiovascular diseases constitute 26.5% of U.S. pregnancy-related deaths (5). Of further concern are the disparities in cardiovascular disease outcomes, with higher rates of morbidity and mortality among nonwhite and lower-income women. Contributing factors include barriers to prepregnancy cardiovascular disease assessment, missed opportunities to identify cardiovascular disease risk factors during prenatal care, gaps in high-risk intrapartum care, and delays in recognition of cardiovascular disease symptoms during the puerperium. The purpose of this document is to 1) describe the prevalence and effect of heart disease among pregnant and postpartum women; 2) provide guidance for early antepartum and postpartum risk factor identification and modification; 3) outline common cardiovascular disorders that cause morbidity and mortality during pregnancy and the puerperium; 4) describe recommendations for care for pregnant and postpartum women with preexisting or new-onset acquired heart disease; and 5) present a comprehensive interpregnancy care plan for women with heart disease.*

## Background

### Emerging Trends in Cardiovascular Disease

Cardiovascular disease affects approximately 1–4% of the nearly 4 million pregnancies in the United States each year. The incidence of pregnancy in women with congenital heart disease and acquired heart disease is on the rise (6). In developed countries, maternal morbidity and mortality secondary to congenital heart disease have remained relatively stable at 11% and 0.5% (7), respectively; however, the United States experienced a significant linear increase in maternal congenital heart disease (6.4 to 9.0 per 10,000 delivery hospitalizations) from 2000 to 2010 (8), and maternal deaths due to acquired heart disease remain high. From 2002 to 2011, 22.2% of maternal deaths in Illinois were due to cardiovascular disease, 97.1% of which were related to acquired heart disease (9). This rising trend in maternal deaths related to cardiovascular disease appears to be due to acquired heart disease (10).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

The most common presentations of maternal acquired heart disease during pregnancy and the postpartum periods are heart failure, myocardial infarction, arrhythmia, or aortic dissection (11, 12). Diagnosis can be challenging because the overlap of cardiovascular symptoms with those of normal pregnancy may lead to delays in diagnosis and subsequent care (10). If cardiovascular disease were to be considered in the differential diagnosis by treating health care providers, it is estimated that a quarter or more of maternal deaths could be prevented (10, 13, 14). A recent study of maternal cardiovascular mortality in Illinois found that 28.1% of maternal cardiac deaths were potentially deemed preventable due to health care provider issues, patient features (eg, nonadherence, obesity) (9), and health care system factors related to access. In the United Kingdom, a 2015 report on maternal mortality concluded that substandard health care accounted for more than 50% of cardiac deaths, half of which were considered avoidable (15).

### Risk Factors for Cardiovascular Disease Across the Maternity Care Continuum

There are four key risk factors linked to cardiovascular disease-related maternal mortality:

1. Race/Ethnicity: Non-Hispanic black women have a 3.4 times higher risk of dying from cardiovascular disease-related pregnancy complications compared with non-Hispanic white women independent of other variables (5). Between 2011 and 2013, there were 43.5 pregnancy-related deaths per 100,000 live births for non-Hispanic black women compared with 11.0 and 12.7 pregnancy-related deaths per 100,000 live births for Hispanic and non-Hispanic white women, respectively (5). This disparity can be explained in part by exposure to structural, institutional, and systemic barriers that contribute to a higher rate of comorbidities.

2. Age: Age older than 40 years increases the risk of heart disease-related maternal death 30 times the risk for women younger than 20 years (16, 17).

3. Hypertension: Hypertensive disorders affect up to 10% of pregnancies and can lead to maternal morbidity and mortality. Severe and early-onset hypertension during pregnancy put women at an increased risk of cardiac compromise during or following delivery (18–20). In pregnancies complicated by hypertension, the incidence of myocardial infarction and heart failure is 13-fold and 8-fold higher, respectively, than in healthy pregnancies (18).

4. Obesity: Prepregnancy obesity increases maternal death risk due to a cardiac cause (21), especially if associated with moderate-to-severe obstructive sleep apnea (22). In the United Kingdom from 2006 to 2008, 60% of maternal deaths in which the body mass index (BMI, calculated as weight in kilograms divided by height in meters squared) was known were in overweight or obese women (15).

The presence of one or more of these risk factors should raise the threshold for suspicion that a patient is at-risk for maternal heart disease and pregnancy-related morbidity and mortality (23).

### Social Determinants of Disparities in Cardiovascular Disease in Health and Health Care

Increased rates of cardiovascular disease-related complications among women of color are explained, in part, by racial and ethnic bias in the provision of health care and health system processes (24). Patient, physician, and health system-level factors can affect outcomes. Physician implicit and explicit bias and overt racism often can result in missed diagnoses or inappropriate treatment. Health system barriers to efficient triage based on symptom severity, language barriers, and differences in cultural humility are important factors that must be investigated to understand fully the pervasiveness of disparities that women of color face when encountering the health care system (25). Moreover, women of color may have experienced injustice in health care processes, leading to mistrust of the medical system. These factors contribute to a disproportionately higher rate of pregnancy-associated complications among women of color which, in turn, places these women not only at a greater risk of cardiovascular events in the postpartum period but also increase their lifetime risk of cardiovascular disease. Thus, it is important to improve education for these women and their trusted lay sources of information by emphasizing the value of medical care and the importance of healthy dietary habits and regular exercise. Non-Hispanic black women are more likely to develop gestational diabetes mellitus, preeclampsia, and have a preterm delivery or low-birth-weight infant compared with non-Hispanic white women (23, 26). These health disparities often are amplified by missed opportunities to identify cardiovascular disease risk factors before pregnancy and limited access to cardiac-related care algorithms during intrapartum and postpartum care (23, 27). Additionally, the higher rate of obesity among racial and ethnic nonwhite groups independently contributes to disparities in the development of adverse pregnancy outcomes leading to long-term risk of cardiovascular disease. A higher prevalence of postpartum weight retention and persistence of high-glucose levels among women with gestational diabetes mellitus places them at increased risk of cardiovascular disease (28, 29).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

## Physiologic Changes in Pregnancy That Affect Cardiovascular Stress

Pregnancy is a natural stress test because the cardiovascular system undergoes structural and hemodynamic adaptations to sustain a high-volume load. An understanding of these physiologic changes is essential for health care providers.

### Hemodynamic Changes

*Antepartum.* Because of increases in estrogen and progesterone and the activation of the renin-angiotensin-aldosterone system, pregnancy causes a continuous increase in cardiac output and plasma volume and a decrease in maternal systemic vascular resistance (30). Blood pressure initially decreases but increases in the third trimester (31, 32) (Table 1). Uterine mechanical compression of the inferior vena cava can occur during the second and third trimesters, potentially reducing venous return to the right ventricle, causing a postural hypotensive syndrome (33) and exacerbating lower-extremity edema. These changes are amplified in women with multiple gestations.

*Intrapartum and Postpartum.* During labor and after delivery, there are dramatic changes in cardiac output, heart rate, blood pressure, and plasma volume (34, 35).

Although heart rate and blood pressure normally decrease within 48 hours postpartum, blood pressure may increase again between days 3–6 due to fluid shifts (36) (Table 1). During this period, clinicians should monitor patients for hypertensive complications and those related to fluid overload (37). Increased hydrostatic pressure and decreased colloid osmotic pressure render women with cardiovascular disease susceptible to pulmonary edema at the time of delivery and immediately postpartum, particularly in women with severe cardiovascular disease and excessive intravenous fluid administration or preeclampsia, or both. Increased maternal plasma atrial natriuretic peptide levels in the first week postpartum allow for postpartum diuresis (38). Maternal hemodynamics generally return to a prepregnancy state 3–6 months after delivery.

### Structural Changes

The heart ventricles adapt to the plasma volume increase during pregnancy. Left ventricular end diastolic volume increases by approximately 10% (39) and left and right ventricular mass increase by approximately 50% and 40%, respectively (40). Reports of ejection fraction during pregnancy are varied. Ejection fractions in some women show no change, (39) although others decrease

**Table 1.** Cardiovascular Changes in a Normal Pregnancy*

| | First Trimester | Second Trimester | Third Trimester | Stage 1 Labor | Stage 2 Labor | Early Postpartum | 3–6 months Postpartum |
|---|---|---|---|---|---|---|---|
| Cardiac output | ↑5–10% | ↑↑35–45% | | ↑30% | ↑↑50% | ↑↑↑60–80% immediately, then rapidly decreases within the first hour | Return to prepregnancy values |
| Heart rate | ↑3–5% | ↑10–15% | ↑15–20% | During uterine contractions: ↑40–50% | | ↓5–10% within 24 hours; continues to decrease throughout the first 6 weeks | Return to prepregnancy values |
| Blood pressure | ↓10% | ↓5% | ↑5% | During uterine contractions: ↑SBP 15–25% ↑DBP 10–15% | | ↓SBP 5–10% within 48 hours; may increase again between days 3–6 due to fluid shifts | Return to prepregnancy values |
| Plasma volume | ↑ | ↑↑40–50% | | ↑ | ↑↑ | ↑↑↑500 mL due to autotransfusion | Return to prepregnancy values |

Abbreviations: SBP, systolic blood pressure; DBP, diastolic blood pressure.

*Hemodynamic changes that occur during pregnancy, labor, and postpartum (compared with prepregnancy) should be understood to identify early interventions (such as blood pressure control and diuresis) that may be needed to prevent clinical deterioration in a woman with cardiovascular disease.

Data from Kuhn JC, Falk RS, Langesaeter E. Haemodynamic changes during labour: continuous minimally invasive monitoring in 20 healthy parturients. Int J Obstet Anesth 2017;31:74–83; Ouzounian JG, Elkayam U. Physiologic changes during normal pregnancy and delivery. Cardiol Clin 2012;30:317–29; Sanghavi M, Rutherford JD. Cardiovascular physiology of pregnancy. Circulation 2014;130:1003–8; Shen M, Tan H, Zhou S, Smith GN, Walker MC, Wen SW. Trajectory of blood pressure change during pregnancy and the role of pre-gravid blood pressure: a functional data analysis approach. Sci Rep 2017;7:6227; Sohnchen N, Melzer K, Tejada BM, Jastrow-Meyer N, Othenin-Girard V, Irion O, et al. Maternal heart rate changes during labour. Eur J Obstet Gynecol Reprod Biol 2011;158:173–8; and Walters BN, Walters T. Hypertension in the puerperium [letter]. Lancet 1987;2:330.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

(41, 42). Importantly, approximately 20% of women have diastolic dysfunction at term, which may be associated with dyspnea on exertion (41, 43). Structural changes of the maternal heart return to baseline before 1 year postpartum.

## Hematologic, Coagulation, and Metabolic Changes

Hematologic, coagulation, and metabolic changes in pregnancy are important contributors to cardiovascular risk. Although intensified erythropoiesis in pregnancy increases red blood cell mass by 20–30%, this increase is proportionally lower than the increase in plasma volume, resulting in physiologic anemia from hemodilution. Because severe anemia may be associated with heart failure and myocardial ischemia, hemoglobin or hematocrit levels should be checked each trimester in women with cardiovascular disease. Pregnancy is associated with physiologic and anatomic changes that increase the risk of thromboembolism, including hypercoagulability, venous stasis, decreased venous outflow, compression of the inferior vena cava and pelvic veins by the enlarging uterus, and decreased mobility (44). Pregnancy also alters the levels of coagulation factors normally responsible for hemostasis. The overall effect of these changes is an amplified thrombogenic state with an increased risk of thromboembolism. Certain disorders, such as antiphospholipid antibody syndrome and high-risk thrombophilia and smoking, further increase the risk of thrombosis and embolism during pregnancy. From a metabolic standpoint, pregnancy is a catabolic state that leads to insulin resistance and an atherogenic lipid profile with elevated serum fatty acids.

## Signs and Symptoms of Heart Disease

Normal pregnancy and postpartum symptoms and signs can overlap with findings reflective of underlying heart disease (Table 2). Health care providers should become familiar with the signs and symptoms of cardiovascular disease as an important step toward improving maternal outcomes.

# Clinical Considerations and Recommendations

▶ **What are the prerequisites of pregnancy preparation and prepregnancy counseling for patients with known heart disease?**

Whenever possible, optimization of maternal health status should be attempted and achieved before pregnancy. Risk to a woman's heart and cardiovascular system engendered by pregnancy depends upon the specific type of heart disease and clinical status of the patient. Women with known cardiovascular disease (Table 3) should be evaluated by a cardiologist ideally before pregnancy or as early as possible during the pregnancy for an accurate diagnosis and assessment of the effect pregnancy will have on the underlying cardiovascular disease, to assess the potential risks to the woman and fetus, and to optimize the underlying cardiac condition. A detailed history, including family history and any current cardiovascular symptoms, physical examination, and review of medical records, including prior cardiovascular testing and interventions, should be obtained (45–48). A comprehensive cardiovascular family history should include inquiry about structural, vascular, or rhythm disorders and sudden unexpected death. Clues to a familial cardiac condition may include prior cardiac surgery, myocardial infarction, stroke, aortic dissection, and sudden death. Upon confirmation of family history of cardiovascular disease, health care providers should ask whether genetic testing has been performed. A known gene mutation, such as *MYH7* for cardiomyopathy, may have implications for a patient's individual risk of developing cardiomyopathy and may alert the patient and care team to plan postpartum surveillance and to screen offspring (49).

Patients with moderate and high-risk cardiovascular disease should be managed during pregnancy, delivery, and the postpartum period in medical centers with a multidisciplinary Pregnancy Heart Team (Table 4) that includes obstetric providers, maternal–fetal medicine subspecialists, cardiologists, and an anesthesiologist at a minimum. Ad hoc members may include cardiac surgeons, interventional cardiologists, cardiac imaging specialists, electrophysiologists, pulmonary hypertension and heart failure specialists, adult congenital cardiologists, emergency physicians, intensivists, neonatologists, geneticists, mental health specialists, primary care physicians, other medical specialists, advanced practice providers and specialized nurses, midwives, or pharmacists. The members of the Pregnancy Heart Team (Table 4) should work together to assess and counsel the patient regarding the individualized risks of her underlying cardiac condition should she become pregnant, the potential risk of transmission of congenital heart or genetic disease to the child, and the need for increased medical surveillance during the antepartum, parturition, and postpartum phases of pregnancy (Table 3).

A triad of cardiovascular risk screening, patient education, and multidisciplinary team planning has been suggested to optimize outcomes in women with known cardiovascular disease (50). It is imperative to

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 2.** How to Differentiate Common Signs and Symptoms of Normal Pregnancy Versus Those That Are Abnormal and Indicative of Underlying Cardiac Disease

| | ROUTINE CARE | CAUTION*† | STOP†‡ |
|---|---|---|---|
| | Reassurance | Nonemergent Evaluation | Prompt Evaluation Pregnancy Heart Team |
| **History of CVD** | None | None | Yes |
| **Self-reported symptoms** | None or mild | Yes | Yes |
| Shortness of breath | No interference with activities of daily living; with heavy exertion only | With moderate exertion, new-onset asthma, persistent cough, or moderate or severe OSA§ | At rest; paroxysmal nocturnal dyspnea or orthopnea; bilateral chest infiltrates on CXR or refractory pneumonia |
| Chest pain | Reflux related that resolves with treatment | Atypical | At rest or with minimal exertion |
| Palpitations | Few seconds, self-limited | Brief, self-limited episodes; no lightheadedness or syncope | Associated with near syncope |
| Syncope | Dizziness only with prolonged standing or dehydration | Vasovagal | Exertional or unprovoked |
| Fatigue | Mild | Mild or moderate | Extreme |
| **Vital signs** | Normal | | |
| HR (beats per minute) | <90 | 90–119 | ≥120 |
| Systolic BP (mm Hg) | 120–139 | 140–159 | ≥160 (or symptomatic low BP) |
| RR (per minute) | 12–15 | 16–25 | ≥25 |
| Oxygen saturation | >97% | 95–97% | <95% (unless chronic) |
| **Physical examination** | Normal | | |
| JVP | Not visible | Not visible | Visible >2 cm above clavicle |
| Heart | S3, barely audible soft systolic murmur | S3, systolic murmur | Loud systolic murmur, diastolic murmur, S4 |
| Lungs | Clear | Clear | Wheezing, crackles, effusion |
| Edema | Mild | Moderate | Marked |

Abbreviations: BP, blood pressure; CVD, cardiovascular disease; CXR, chest x-ray; HR, heart rate; JVP, jugular venous pressure; OSA, obstructive sleep apnea; RR, respiratory rate.

*If unclear, any combination of factors in the yellow column that add up to 4 or more should prompt further evaluation.

†Data in this column from Afshan B. Hameed, Christine H. Morton, and Allana Moore. Improving Health Care Response to Cardiovascular Disease in Pregnancy and Postpartum. Developed under contract #11-10006 with the California Department of Public Health, Maternal, Child and Adolescent Health Division. Published by the California Department of Public Health, 2017. Available at https://www.cmqcc.org/resources-toolkits/toolkits/improving-health-care-response-cardiovascular-disease-pregnancy-and.

‡History of CVD or signs and symptoms in the red column should lead to urgent evaluation by the Pregnancy Heart Team.

§Should raise concern about heart failure and should promptly be evaluated.

Modified from Thorne S. Pregnancy and native heart valve disease. Heart 2016;102:1410–7.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 3.** Modified World Health Organization Pregnancy Risk Classification for Women With Preexisting Cardiovascular Disease

| Modified WHO Pregnancy Risk Classification (Risk of Pregnancy by medical condition) Suggested follow-up* | Specific Cardiac Lesions | Pregnancy Care Delivery Location |
|---|---|---|
| **mWHO Risk Class I**<br><br>No detectable increased risk of maternal mortality and no or mild increase in morbidity<br><br>(2–5% risk of maternal cardiac event rate)<br><br>Follow-up: Cardiology evaluation once or twice during pregnancy | • Uncomplicated, small, or mild<br>  ○ Pulmonary stenosis<br>  ○ Patient ductus arteriosus<br>  ○ Mitral valve prolapse<br>• Successfully repaired simple lesions (atrial or ventricular septal defect, patent ductus arteriosus, anomalous pulmonary venous drainage)<br>• Atrial or ventricular ectopic beats, isolated | • Prepregnancy/pregnancy counseling<br>• Care at local hospital<br>• Delivery at local hospital* |
| **mWHO Risk Class II**<br><br>Small increased risk of maternal mortality or moderate increase in morbidity<br><br>(6–10% maternal cardiac event rate)<br><br>Follow-up: Cardiology, every trimester | • Unoperated atrial or ventricular septal defect<br>• Repaired Tetralogy of Fallot or aortic coarctation<br>• Most arrhythmias (supraventricular arrhythmias)<br>• Turner syndrome without congenital cardiac disease | • Prepregnancy/pregnancy counseling<br>• Pregnancy Heart Team* consultation/counseling<br>• Care at local hospital<br>• Delivery at local hospital* |
| **mWHO Risk Classes II and III**<br><br>Intermediate increased risk of maternal mortality or moderate to severe increase in morbidity<br><br>(11–19% maternal cardiac event rate)<br><br>Follow-up: Cardiology, every trimester | • Mild left ventricular impairment (EF >45%)<br>• Hypertrophic cardiomyopathy<br>• Native or bioprosthetic valve disease not considered mWHO Risk Class I or IV (mild mitral stenosis, moderate aortic stenosis)<br>• Marfan or other HTAD syndrome without aortic dilation<br>• Aorta <45 mm in bicuspid aortic valve pathology<br>• Repaired coarctation without residua (non-Turner)<br>• Atrioventricular septal defect | • Prepregnancy/pregnancy counseling<br>• Pregnancy heart team* consultation/counseling<br>• Care at an appropriate level hospital (critical members of the Pregnancy Heart Team* available depending on cardiac disease)<br>• Delivery at an appropriate level hospital*† |
| **Pre-mWHO Risk Class III**<br><br>Significantly increased risk of maternal mortality or severe morbidity<br><br>(20–27% maternal cardiac event rate)<br><br>Follow-up: Cardiology, every 1–2 months | • Moderate left ventricular impairment (EF 30–45%)<br>• Previous peripartum cardiomyopathy without any residual left ventricular impairment<br>• Mechanical valve<br>• Systemic right ventricle with good or mildly decreased ventricular function<br>• Uncomplicated Fontan circulation,<br>• Unrepaired cyanotic heart disease<br>• Other complex heart disease<br>• Moderate mitral stenosis<br>• Severe asymptomatic aortic stenosis<br>• Moderate aortic dilation (40–45 mm in Marfan syndrome or other HTAD; 45–50 mm in bicuspid aortic valve; Turner syndrome ASI 20–25 mm/m²; Tetralogy of Fallot <50 mm)<br>• Ventricular tachycardia | • Prepregnancy/pregnancy counseling<br>• Pregnancy Heart Team* consultation/counseling<br>• Care at an appropriate level hospital†<br>• Delivery at an appropriate level hospital*† |

*(continued)*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 3.** Modified World Health Organization Pregnancy Risk Classification for Women With Preexisting Cardiovascular Disease (*continued*)

| Modified WHO Pregnancy Risk Classification (Risk of Pregnancy by medical condition) Suggested follow-up[*] | Specific Cardiac Lesions | Pregnancy Care Delivery Location |
|---|---|---|
| **mWHO Risk Class IV**<br><br>Pregnancy contraindicated<br><br>Discuss induced abortion<br><br>Extremely high risk of maternal mortality or severe morbidity<br><br>(>27% maternal cardiac event rate)<br><br>Follow-up: Cardiology follow-up every month (minimum) | • Pulmonary arterial hypertension<br>• Severe systemic ventricular dysfunction (EF <30%, NYHA III-IV)<br>• Previous peripartum cardiomyopathy with any residual left ventricular dysfunction<br>• Severe mitral stenosis<br>• Severe symptomatic aortic stenosis<br>• Systemic right ventricle with moderate to severely decreased ventricular function<br>• Severe aortic dilation (>45 mm in Marfan syndrome or other HTAD; >50 mm in bicuspid aortic valve; Turner syndrome ASI >25 mm/m²; Tetralogy of Fallot >50 mm)<br>• Vascular Ehlers-Danlos<br>• Severe (re)coarctation<br>• Fontan circulation with any complication | • Pregnancy Heart Team[*] consultation/ counseling<br>• Care at an appropriate level hospital[†] (critical members of the Pregnancy Heart Team available depending on cardiac disease)<br>• Delivery at an appropriate level hospital[*‡] |

Abbreviations: ASI, aortic size index; EF, ejection fraction; HTAD, hereditary thoracic aortic disease; mWHO, modified World Health Organization; NYHA, New York Heart Association.

[*]Pregnant women with a positive cardiac history or findings, or both, should receive prenatal, intrapartum, and postpartum care in a hospital setting that represents an appropriate maternal level of care that is at Level II or higher depending upon the specific cardiac lesion(s) that are present. "The goal of regionalized maternal care is for pregnant women at high risk to receive care in facilities that are prepared to provide the required level of specialized care, thereby reducing maternal morbidity and mortality in the United States." (Levels of maternal care. Obstetric Care Consensus No. 2. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;125:502–15).

[†]**mWHO Risk Class III.** Critical members of the Pregnancy Heart Team available depending on cardiac disease. For example: A mechanical valve patient requires care at a center with cardiologist/maternal–fetal medicine team who monitor and adjust anticoagulation weekly, delivery at a center with obstetric anesthesia, and advance cardiac care options including access to emergency cardiac surgery should acute prosthetic valve thrombosis necessitate emergency intervention.

[‡]**mWHO Risk Class IV.** For example, a severe pulmonary hypertension patient requires care and delivery at a center with maternal–fetal medicine, obstetric and cardiac anesthesia, a pulmonary hypertension specialist, and advanced heart failure care options, such as ventricular assist device and extracorporeal membrane oxygenator management.

Adapted from Thorne S, MacGregor A, Nelson-Piercy C. Risks of contraception and pregnancy in heart disease. Heart 2006;92:1520–5.

identify cardiac conditions associated with significantly increased maternal mortality or severe morbidity. Pregnancy is not recommended for women in modified World Health Organization (WHO) pregnancy risk category IV (Table 3) (51–53). Discussion of cardiovascular disease with the woman should include the possibilities that 1) pregnancy can contribute to a decline in cardiac status that may not return to baseline after the pregnancy; 2) maternal morbidity or mortality is possible; and 3) fetal risk of congenital heart or genetic conditions, fetal growth restriction, preterm birth, intrauterine fetal demise, and perinatal mortality is higher when compared with risk when cardiovascular disease is not present (54–56).

Approximately one third of cardiac patients will require medication during pregnancy (57), and special emphasis should be placed on agents to be avoided, and when feasible, switching to safer alternatives before pregnancy (see Table 5). Certain medications, such as angiotensin-converting enzyme inhibitors, angiotensin receptor blockers, and aldosterone antagonists should be avoided if possible because of the risk of potential fetal adverse effects (58). However, there may be cardiac conditions that are controlled only by medications or interventions that have potential teratogenic effects that must be used during pregnancy despite known risk to the fetus, such as warfarin in a patient with a mechanical valve prosthesis (57). In these circumstances, the

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 4.** The Pregnancy Heart Team

| | Modified WHO Pregnancy Risk Classification I | Modified WHO Pregnancy Risk Classification II | Modified WHO Pregnancy Risk Classifications III and IV |
|---|---|---|---|
| Pregnancy Heart Team Members | Obstetrician, family medicine practitioner, internist<br><br>Cardiologist consultation | Obstetrician, family medicine practitioner, internist<br><br>Maternal−fetal medicine subspecialist<br><br>Cardiologist consultation | Obstetrician, family medicine practitioner, maternal−fetal medicine subspecialist, internist, obstetric anesthesiologist, cardiology sub-specialists in adult congenital/aortopathy[*], heart rhythm[*], heart failure[*], pulmonary hypertension[*], and cardiac imaging[*]<br>Interventional cardiologist[*]<br>Cardiac surgeon[*]<br>Neonatologist[*]<br>Geneticist[*]<br>Mental health specialist[*]<br>Pharmacist[*] |

Abbreviation: WHO, World Health Organization.

[*]Ad Hoc members of a Pregnancy Heart Team

specialists who constitute the Pregnancy Heart Team (Table 4) should review the risks, benefits, and alternative therapeutic options with the patient and document in the medical record a summary of what is discussed and recommended. Patients should be encouraged not to stop any medications until they have reviewed management options with their care team.

Although the goal of prepregnancy counseling is to identify and modify risks to improve pregnancy outcome, the individual's choices will be conditional upon her values and preferences, and patient autonomy must be ensured. A collaborative discussion with shared decision making should take place between the Pregnancy Heart Team (Table 4), the patient, and her family. A personalized approach estimating the maternal and fetal hazards related to the patient's specific cardiac disorder and the patient's pregnancy plans can provide anticipatory guidance to help support her decision making. For some patients, the pre-pregnancy evaluation may suggest a pregnancy risk that is unacceptable (Table 3). For those women, reproductive alternatives, such as surrogacy or adoption, and effective contraceptive methods should be discussed (58).

▶ *Why is risk assessment indicated, what types are recommended, and which patients should be referred to centers with a high level of care?*

A key area of competence and expertise for obstetric care providers is the ability to differentiate between common symptoms of pregnancy and those suggestive of cardiovascular disease. Maternal mortality reviews indicate that most women who die from cardiovascular disease had either undiagnosed cardiovascular disease or new-onset cardiovascular disease of pregnancy, specifically peripartum cardiomyopathy. Therefore, all women should be assessed for cardiovascular disease in the antepartum and postpartum periods using the California Improving Health Care Response to Cardiovascular Disease in Pregnancy and Postpartum toolkit algorithm (Fig. 1). Use of this algorithm could have identified individuals as high risk requiring further cardiac evaluation and referral in 88% of maternal deaths (50). Patients with concerning symptoms or signs of cardiovascular disease should undergo consultation with a Pregnancy Heart Team (Table 4).

## Risk Assessment of the Pregnant or Postpartum Patient With Known Cardiovascular Disease

Risk assessment can be accomplished using one of the several available risk stratification models, such as the Canadian Cardiac Disease in Pregnancy risk index (CARPREG II) (a comprehensive scoring system that incorporates general cardiac factors, specific cardiac lesions, and process of care factors), the Zwangerschap bij Aangeboren HARtAfwijkingen (ZAHARA) (a weighted risk score for congenital heart disease patients), and the modified World Health Organization (WHO) classification of maternal cardiovascular risk (54–56, 59). Among these, the modified WHO

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 5.** Cardiac Medications With Potential Pregnancy and Lactation Influence

| Drug | Teratogenic | Fetal Effects | Breastfeeding |
|---|---|---|---|
| *Inotropic Agents* | | | |
| Dopamine | No | No adverse fetal effects | Probably compatible, may inhibit prolactin release |
| Dobutamine | No | No adverse fetal effects | Probably compatible |
| Epinephrine | No | No adverse fetal effects when used acutely | Probably compatible |
| *Vasodilators* | | | |
| Nitroprusside | No | Potential for fetal cyanide toxicity with high doses | Possibly hazardous |
| Hydralazine | No | Relatively safe for the fetus | Probably compatible |
| Nitroglycerin | No | No adverse fetal effects. Observe for risks of methemoglobinemia | Possibly hazardous |
| Ephedrine sulfate | No | No adverse fetal effects when used acutely | Possibly hazardous with chronic use |
| *Angiotensin Converting Enzyme Inhibitors and Angiotensin Receptor Blockers* | Yes | Contraindicated. Associated with fetal renal failure, growth restriction, malformations and death | Probably compatible. No published information |
| *Beta-blockers* | | | |
| Propranolol | No | May increase risk of growth restriction | Probably compatible |
| Labetalol | No | No adverse fetal effects | Probably compatible |
| Atenolol | No | May increase risk of growth restriction | Probably compatible. Limited information |
| Metoprolol | No | May increase risk of growth restriction | Probably compatible |
| Esmolol | No | May cause beta blockage in fetus | Probably compatible. No published information |
| Carvedilol | Limited Information | May increase risk of growth restriction | Probably compatible. No published information |
| *Calcium Channel Blockers* | | | |
| Verapamil | No | No adverse fetal effects | Probably compatible |
| Nifedipine | No | No adverse fetal effects | Probably compatible |
| Diltiazem | No | No adverse fetal effects | Probably compatible. Limited information |
| Amlodipine | No | No adverse fetal effects. Limited human information, animal data suggest risk | Probably compatible. Limited information |
| *Antiarrhythmic Agents* | | | |
| Lidocaine | No | No adverse fetal effects | Probably compatible |
| Procainamide | No. Limited human information | Limited human information | Probably compatible. Limited information |
| Phenytoin | Yes | Potential for early hemorrhagic disease of the newborn | Probably compatible |

*(continued)*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 5.** Cardiac Medications With Potential Pregnancy and Lactation Influence (*continued*)

| Drug | Teratogenic | Fetal Effects | Breastfeeding |
|---|---|---|---|
| Amiodarone | No | May be associated with fetal thyroid toxicity | Hazardous |
| Flecainide | Yes | Limited human information | Probably compatible |
|  | Limited human information |  | Limited information |
| Sotalol | No | Human data suggest fetal risk | Possibly hazardous |
|  | Limited human information |  |  |
| ***AV Node Blocking Agents*** |  |  |  |
| Adenosine | No Information | No adverse fetal effects | Probably compatible |
|  |  |  | No published information |
| Digoxin | No | No adverse fetal effects | Probably Compatible |
| ***Anticoagulants and Anti-Thrombotics*** |  |  |  |
| Warfarin | Yes | Risk of fetal hemorrhage | Probably compatible |
| Low-molecular-weight heparin | No | No adverse fetal effects | Probably compatible |
|  |  | Does not cross placenta |  |
| Unfractionated heparin | No | No adverse fetal effects | Probably compatible |
|  |  | Does not cross placenta |  |
| Clopidogrel | No | Limited human information | Probably compatible |
|  | Limited human information |  | No published information |
| ***Direct Factor Xa Inhibitors (rivaroxaban or apixaban)*** |  |  |  |
|  | No | Product labeling warns about abnormal bleeding risk | Possibly hazardous |
|  |  | Crosses placenta | No published information |
| ***Diuretics*** |  |  |  |
| Hydrochlorothiazide | No | No adverse fetal effects | Probably compatible |
| Furosemide | No | No adverse fetal effects | Probably compatible |
|  |  |  | No published information |

\* For additional information on an individual medication's risk with breastfeeding, see https://toxnet.nlm.nih.gov/lactmed.htm.

Data from Hale TW. Hale's medications and mothers' milk: a manual of lactational pharmacology. 18th ed. New York (NY): Springer; 2019 and Briggs GG, Freeman RK, Towers CV, Forinash AB. Drugs in pregnancy and lactation. 11th ed. Philadelphia (PA): Wolters Kluwer; 2017.

risk assessment model is most widely accepted and validated in pregnant women with known cardiovascular disease (Table 3). The modified WHO pregnancy risk classification stratifies cardiovascular disease into 5 groups and informs the health care provider of the frequency of cardiology evaluation recommended. All pregnant and postpartum women with known or suspected cardiovascular disease should proceed with further evaluation by a Pregnancy Heart Team (Table 4) consisting of a cardiologist and maternal–fetal medicine subspecialist, or both, and other subspecialists as necessary. The goal is to establish a multidisciplinary comprehensive plan of care for the pregnancy, delivery, and postpartum periods. A mechanism for local, regional, and high-level facility referral should be in place for all labor and delivery units, particularly those with limited resources, in the event the need for consultation or emergency transfer arises. Referral to a hospital setting that represents an appropriate maternal level of care dependent upon the specific cardiac lesion (Table 3) is recommended for all pregnant patients with moderate- to high-risk cardiac conditions (modified WHO risk classes III and IV) because outcomes are

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

significantly better for women in these facilities (8, 60). Complex congenital heart disease patients should be managed, to the extent possible, at advanced care centers with congenital heart disease expertise.

▶ **What are the indicated tests and how should these tests be interpreted for the pregnant patient with possible heart disease?**

Testing of maternal cardiac status is warranted during pregnancy or postpartum in women who present with symptoms such as shortness of breath, chest pain, or palpitations and known cardiovascular disease whether symptomatic or asymptomatic, or both. Factors linked to cardiovascular disease, such as family history and underlying medical conditions, play an important role in assessing the risk of cardiovascular disease (Fig. 1). The type of testing and urgency of evaluation depends on the underlying cardiac condition and symptoms at the time of presentation (Table 2; Fig. 1).

### Natriuretic Peptides

Brain natriuretic peptide (BNP) and N-terminal pro-brain natriuretic peptide (NT-proBNP) are natriuretic peptides (referred to collectively as BNP in this document). Elevated levels can be suggestive of heart failure. Although BNP reference ranges vary among laboratories, assays, age, gender, and BMI, in general a BNP level of greater than 100 pg/mL and an NT-proBNP level greater than 450 pg/mL suggest the diagnosis of heart failure in nonpregnant patients (61). Brain natriuretic peptide levels in healthy women increase twofold during pregnancy (62) with a further increase early after delivery, (63) but values remain within normal range. Levels of BNP increase significantly in pregnant women with shortness of breath related to heart failure from left ventricular systolic dysfunction, (64) diastolic dysfunction, (65) and hypertensive disorders, including preeclampsia. (66)

Natriuretic peptides should be measured in the presence of new clinical symptoms or suggestive signs of heart failure to prevent delayed diagnosis. It may be helpful to obtain a baseline BNP level during pregnancy in women at high risk of or with known heart disease, such as dilated cardiomyopathy and congenital heart disease (Fig. 1). Serial determinations of BNP levels throughout each trimester and in the early postpartum period may assist in clinical decision making. Normal or low BNP levels are useful in excluding cardiac decompensation during pregnancy (67–69), and increasing BNP levels from the second trimester of pregnancy appear to predict adverse events (67, 70).

### Cardiac Troponin I, Troponin T, and "High-Sensitivity" Troponin

Cardiac troponin I, troponin T, and "high-sensitivity" troponin are specific and sensitive biomarkers of myocardial injury (71). The diagnosis of acute coronary syndrome associated with pregnancy is similar to that in the general adult population, including comparable symptoms, electrocardiogram abnormalities, and elevations in biomarkers such as troponin (72). All pregnant and postpartum patients with chest pain should undergo standard troponin testing and an electrocardiogram to evaluate for acute coronary syndrome. Cardiology consultation should be obtained as clinically indicated. It should be noted that troponin I may be mildly elevated in the early postpartum period (73) in women with preeclampsia with severe features and in other noncardiac conditions, such as acute pulmonary embolisms or chronic renal disease (74).

### Electrocardiogram

An electrocardiogram should be performed in pregnant women presenting with chest pain, shortness of breath, or palpitations to assess for features of ischemia, infarction, or arrhythmias. Normal pregnancy-related physiologic changes in maternal heart rate and chest wall shape cause benign nonpathologic electrocardiogram changes (75). Nonspecific ST-wave and T-wave abnormalities are found in up to 14% of pregnancies, usually occur in the left precordial leads, resolve after delivery, and may recur with subsequent pregnancies. Any rhythm abnormalities noted on electrocardiogram should prompt further evaluation.

### Chest Radiograph

A chest radiograph with abdominal shield (76) should be considered as an important early test in pregnant or postpartum women presenting with shortness of breath to evaluate cardiac or pulmonary etiology.

### Echocardiogram

An echocardiogram should be performed in pregnant or postpartum women with known or suspected congenital heart disease (including presumed corrected cardiac malformations), valvular and aortic disease, cardiomyopathies, and those with a history of exposure to cardiotoxic chemotherapy (eg, doxorubicin hydrochloride). Women with pulmonary hypertension or unexplained oxygen desaturation should have an echocardiogram before pregnancy, when pregnancy is confirmed, and during and after pregnancy. If there is doubt about the etiology as well as presence and severity of pulmonary hypertension, cardiac catheterization should be performed (52). The frequency of clinical and echocardiographic follow-up during pregnancy and postpartum is individualized. Cardiac chamber enlargement,

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.



**Figure 1.** Cardiovascular Disease Assessment in Pregnant and Postpartum Women. *The NYHA Functional Classification is available at http://www.heart.org/HEARTORG/Conditions/HeartFailure/AboutHeartFailure/Classes-of-Heart-Failure_UCM_306328_ Article.jsp. Abbreviations: BMI, body mass index; BNP, brain natriuretic peptide; BP, blood pressure; CBC, complete blood count; CVD, cardiovascular disease; CXR, chest x-ray; EKG, electrocardiogram; HR, heart rate; MFM, maternal–fetal medicine; TSH, thyroid stimulating hormone; NYHA, New York Heart Association; RR, respiratory rate. (Modified from California Department of Public Health, 2017; supported by Title V funds. Developed in partnership with California Maternal Quality Care Collaborative Cardiovascular Disease in Pregnancy and Postpartum Taskforce. Visit www.CMQCC.org for details.)

concentric cardiac remodeling, diastolic dysfunction, valvular annular dilatation with regurgitation, and small asymptomatic pericardial effusion are frequent normal echocardiogram findings during late gestation. (41, 77–79)

### Exercise Stress Test

An exercise stress test is an important predictor of a woman's ability to tolerate pregnancy. An exercise stress test provides an objective assessment of maternal functional capacity and facilitates the identification of exercise-induced arrhythmias (52). An exercise stress test should be performed in patients with known heart disease who plan pregnancy (80). International guidelines recommend submaximal exercise testing (80% of predicted maximal heart rate) in asymptomatic patients with suspected heart disease if already pregnant (80).

### Computed Tomography

Computed tomography should be performed in pregnant or postpartum women presenting with chest pain when pulmonary embolism or acute aortic dissection is suspected. Iodinated contrast materials are not teratogenic or carcinogenic but cross the placenta and can produce transient depressive effects on the developing fetal thyroid gland. It is recommended that contrast agents be used only when absolutely required to obtain additional diagnostic information that will affect care. Less than 1% of iodinated contrast administered to a lactating woman is excreted into breast milk and absorbed through the infant's gastrointestinal tract. Therefore, breastfeeding can be continued without interruption after administration of iodinated contrast (81).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

## Magnetic Resonance Imaging

Magnetic resonance imaging is used rarely in the urgent or emergent evaluation of cardiovascular concerns during pregnancy because imaging is less available and is more time consuming than computerized tomography. However, it is the preferred imaging modality in pregnant women to assess aortic dimension and for assessment of ventricular function and wall motion when echocardiography is nondiagnostic. When elective cross-sectional imaging is needed during pregnancy, a discussion with a cardiac imaging specialist to assist with choosing the most appropriate study and protocol is recommended to evaluate the patient optimally. There are no reported adverse maternal or fetal effects from magnetic resonance imaging during pregnancy (82). Reference values for cardiac magnetic resonance imaging indices during normal pregnancy and the postpartum state have been reported (40). Gadolinium, the contrast agent used for magnetic resonance imaging, should be limited in pregnant patients. It may be used as a contrast agent only if it significantly improves diagnostic performance and is expected to improve fetal or maternal outcome. Breastfeeding should not be interrupted after gadolinium contrast is administered (81).

## Holter Monitor or Prolonged Cardiac Monitoring Device

A Holter monitor (24-hour to 48-hour ambulatory electrocardiogram monitoring) or a prolonged cardiac monitoring device (such as wireless patch cardiac monitor) is helpful for assessing symptoms of palpitations, lightheadedness, and syncope during pregnancy (83).

## D-dimer

D-dimer is not recommended as part of routine evaluation of cardiac disease in pregnancy or the postpartum period (44).

▶ **Which types of preexisting maternal cardiac disease have the greatest effect on pregnancy and the postpartum period?**

Evidence of underlying or overt cardiovascular disease can present initially either during pregnancy or in the first days, weeks, and months postpartum. Women with any high-risk cardiovascular disease, such as pulmonary hypertension, congenital heart disease, noncongenital valvular disease, dilated hypertrophic or peripartum cardiomyopathy, aortic disorders, or coronary artery disease should be monitored during pregnancy and the postpartum period by a cardiologist with expertise in the management of such patients or a Pregnancy Heart Team (Table 4) if institutionally available. A plan for management during pregnancy, labor, and postpartum should be decided and recorded in the medical and prenatal records.

## Pulmonary Arterial Hypertension

*Pulmonary arterial hypertension* is defined as a mean pulmonary arterial pressure more than 25 mm Hg at rest. It can be either idiopathic or caused by various disorders. Pulmonary arterial hypertension carries an increased risk of maternal mortality, reported to range from 9% to 28% (84–86). Despite improved prognosis in women with pulmonary arterial hypertension, low-risk patients might not be identified easily. Therefore, all women with severe pulmonary arterial hypertension should be advised against pregnancy. Health professionals caring for women with pulmonary arterial hypertension should ensure that women who are at risk of pregnancy understand these hazards and receive effective contraception. Induced abortion should be discussed if pregnancy occurs (80, 87). If a woman with severe pulmonary hypertension elects to proceed with or continue pregnancy, medical therapy for pulmonary hypertension can be initiated or modified during pregnancy (Table 5).

## Congenital Heart Disease

Congenital heart disease encompasses multiple cardiac structural lesions. Many patients with congenital heart disease require additional specialized care while pregnant. Regular follow-up is required, the frequency of which depends on the type of the disease and the patient response to pregnancy (Table 3). Patients with high-risk lesions, such as those associated with pulmonary hypertension (eg, Eisenmenger syndrome), severe left-sided heart obstruction, severe ventricular dysfunction, cyanosis, failing Fontan circulation, and lesions associated with complex arrhythmias are counseled to avoid pregnancy or to proceed with surgical correction before pregnancy to allow for a lower-risk future pregnancy. The implications of maternal congenital heart disease on the fetus, including potential inheritance, should be discussed. In addition, certain genetic disorders are associated with congenital heart disease (eg, Noonan syndrome, Down syndrome, Holt-Oram syndrome, 22q11 microdeletion) and, therefore, prepregnancy genetic consultation and testing is recommended. Congenital heart disease in the woman should prompt fetal echocardiography, and conversely, identification of congenital heart disease in a fetus or neonate may prompt screening for parental congenital heart disease.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

## Noncongenital Valvular Disease

Noncongenital valvular disease, (examples include rheumatic valvular disease, mitral valve prolapse, bioprosthetic valve prosthesis, or valve disease related to infective endocarditis), requires specialized evaluation. A transthoracic echocardiogram and an exercise stress test generally are recommended for patients with moderate-to-severe valve disease (such as valve stenosis or severe regurgitation), associated ventricular dysfunction, or pulmonary hypertension. Women with asymptomatic valve disease should be monitored by a cardiologist and may require additional testing or care during pregnancy. The frequency of monitoring necessary is indicated in the patient's modified WHO classification (Table 3). Ideally, symptomatic severe valve disease should be treated before pregnancy.

## Mechanical Valve Prostheses

During pregnancy, mechanical valve prostheses and some cardiac lesions require therapeutic anticoagulation, which carries an increased risk for the woman and fetus. A detailed discussion about anticoagulation options and risks, frequency, and type of monitoring is best performed and documented before pregnancy. Regular monitoring and medication adjustment to confirm therapeutic levels is required (80, 88, 89). All pregnant patients with mechanical and bioprosthetic valves should be maintained on daily low-dose (81 mg) aspirin during pregnancy (90). Endocarditis prophylaxis should be administered around the time of delivery in high-risk patients (see "Intrapartum Management Principles") (88, 91).

## Preexisting Dilated Cardiomyopathy

Prepregnancy assessment will include a baseline BNP level, transthoracic echocardiogram to assess ejection fraction, and hemodynamics, as well as an exercise stress test to assess functional capacity. The cause of the cardiomyopathy should be evaluated. Prepregnancy genetic consultation is recommended for patients with familial dilated cardiomyopathy. Cardiomyopathy related to prior unrecognized peripartum cardiomyopathy also should be considered. Women with preexisting dilated cardiomyopathy have a high rate (25–40%) of major adverse cardiovascular events, mainly heart failure, during pregnancy (92, 93). Patients should be counseled to avoid pregnancy or consider induced abortion if they have severe heart disease, including an ejection fraction less than 30% or class III/IV heart failure, severe valvular stenosis, Marfan syndrome with aortic diameter more than 45 mm, bicuspid aortic valve with aortic diameter more than 50 mm, or pulmonary arterial hypertension

(Table 3) (80). Furthermore, women with ejection fractions between 30% and 45% also should be counseled regarding an increased risk of adverse cardiac events during pregnancy, such as heart failure or arrhythmia (94). Once pregnancy occurs, medication changes (Table 5) and follow-up frequency are dependent on cardiac and functional status.

## Hypertrophic Cardiomyopathy

Hypertrophic cardiomyopathy is the most common genetic cardiac disease, with a prevalence of 2%. An analysis of pregnancy outcomes in such patients reported that cardiovascular complications are common and can be predicted by prepregnancy status, facilitating prepregnancy counseling and targeted antenatal care (95). Prepregnancy cardiovascular and genetic consultations are recommended for patients with hypertrophic cardiomyopathy.

## Aortic Aneurysmal Disease and Dissection

Aortic aneurysmal disease and dissection in women of childbearing age generally are triggered genetically and are familial, syndromic, congenital, or inflammatory. Before pregnancy, a thorough cardiovascular specialty consultation to assess the cause, size, and location of the aneurysm is recommended. This consultation should include imaging with echocardiography and either computerized tomography or magnetic resonance imaging to evaluate the entire aorta. Although most dissections in young patients occur in the ascending aorta, the descending thoracic or abdominal aorta also can be affected. The cause, location, and size of the aortic aneurysm will influence counseling before and management during pregnancy. For example, all patients with vascular Ehlers-Danlos syndrome are advised to avoid pregnancy. The risk of aortic dissection associated with these conditions is increased during pregnancy and postpartum because of hormonal and hemodynamic changes on the aorta. No aortic dimension guarantees a safe pregnancy in a patient with aortopathy. The aortic size threshold for intervention before pregnancy depends on the cause of aortic aneurysmal disease (Table 6) (6, 80, 96). Even after ascending aorta replacement, aortic dissection can affect the remaining native aorta, so patients with prior operative intervention also should be monitored closely. During pregnancy, patients with aortic aneurysmal disease often are treated with beta-blocker therapy and should be seen regularly with repeat aortic imaging. The frequency of follow-up and imaging depends on the underlying disorder and aortic aneurysm location and dimension (Table 6). Surgical or percutaneous intervention for aortic aneurysm or dissection during

**Practice Bulletin** *Pregnancy and Heart Disease* **e333**

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

pregnancy or postpartum rarely is needed and should occur only for an aortic emergency. Type and timing of invasive maternal interventions and the preferred mode of delivery should be made by the Pregnancy Heart Team (Table 4).

## Atrial Arrhythmias

Atrial arrhythmias that cause palpitations are a common indication for cardiac evaluation during pregnancy. Any pregnant woman who presents with an arrhythmia should undergo evaluation to assess the cause and the possibility of underlying structural heart disease. The most common arrhythmias during pregnancy are premature atrial beats and paroxysmal supraventricular tachycardia, usually atrioventricular-nodal reentrant tachycardia that can be successfully treated with medication. Atrial fibrillation and flutter during pregnancy often occur in women with structural heart disease. Management is individualized depending on the effect of the arrhythmia and the presence of underlying cardiac disease (55).

## Ventricular Arrhythmias

Ventricular arrhythmias are rarely encountered during pregnancy. If detected, a search for a cause and underlying structural heart disease is appropriate. The most common type of ventricular tachycardia that occurs in the absence of structural heart disease is right ventricular outflow tract ventricular tachycardia. This form of ventricular tachycardia initially may be identified during pregnancy because it is catecholamine sensitive, and it often can be treated successfully with beta-blockers or verapamil. Women with the long QT syndrome are at risk of ventricular tachycardia, especially in the postpartum period. Treatment with beta-blocker therapy throughout pregnancy and postpartum is appropriate. Acute treatment of sustained ventricular arrhythmias in pregnant women is similar to that in nonpregnant women. In women with structural heart disease and ventricular tachycardia, the risk versus benefit of antiarrhythmic drug therapy, an implantable cardioverter-defibrillator, and ablation should be reviewed with a Pregnancy Heart Team (Table 4) in conjunction with an electrophysiologist with expertise in managing patients with arrhythmias during pregnancy (80, 97).

▶ **How should women at high risk of peripartum cardiomyopathy be identified, assessed, and managed?**

Peripartum cardiomyopathy occurs in 25–100 per 100,000 live births in the United States (98). It is characterized as a nonischemic cardiomyopathy presenting late in pregnancy or the first few months postpartum (99, 100) with a decrease in the left ventricular ejection fraction to less than 45% and no previous history of

**Table 6.** Management Strategies in Pregnant Women With Aortopathy

| Marfan Syndrome | Surveillance Frequency | Suggested Mode of Delivery |
|---|---|---|
| Normal-sized aorta | Each trimester | Vaginal |
| Dilated ascending aorta <40 mm | 4–6 weeks | Vaginal |
| Ascending aorta 40–45 mm | 4 weeks | Cesarean |
| Ascending aorta >45 mm | Prophylactic aortic surgery before or during pregnancy for rapid growth | Cesarean |

| Bicuspid Aortic Valve | Surveillance Frequency | Suggested Mode of Delivery |
|---|---|---|
| Ascending aorta <45 mm | 4–6 weeks | Vaginal |
| Ascending aorta 45–50 mm | 4 weeks | Cesarean |
| Ascending aorta >50 mm | Aortic surgery before or during pregnancy for rapid growth | Cesarean |

Modified from Elkayam U, Goland S, Pieper PG, Silversides CK. High-risk cardiac disease in pregnancy: part II. J Am Coll Cardiol 2016;68:502–16.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

cardiac disease. The etiology remains uncertain. Although an autoimmune pathogenesis has been postulated (101), recent work has focused on vascular (102) and genetic etiologies (103).

Most women eventually recover myocardial function. For the remainder, chronic cardiomyopathy and heart failure persist. The overall rate of death or cardiac transplantation for women presenting with peripartum cardiomyopathy is 5–10% by 1 year postpartum (104, 105). Peripartum cardiomyopathy disproportionately affects non-Hispanic black women as evidenced by an increased incidence (106) and a lower rate of complete myocardial recovery (104, 107–110). Other risk factors for peripartum cardiomyopathy include increased maternal age, multifetal pregnancies, gestational hypertension, and preeclampsia. Women with a history of peripartum cardiomyopathy have a risk as high as 20% of experiencing a recurrence during subsequent pregnancies (111–113).

Pregnant or postpartum women who present with shortness of breath, chest discomfort, palpitations, arrhythmias, or fluid retention should be evaluated for peripartum cardiomyopathy. An echocardiogram is generally the most important diagnostic test. This evaluation also applies to women who are thought to have a hypertensive disorder of pregnancy. Consultation with a cardiologist is recommended to assist in management of peripartum cardiomyopathy, and referral to an appropriate level facility should be considered to allow multidisciplinary care by a Pregnancy Heart Team (Table 4). Medical management of peripartum cardiomyopathy follows the same general principles as management of heart failure with a reduced ejection fraction. Treatment with bromocriptine to improve myocardial recovery in peripartum cardiomyopathy remains investigational and requires further study (98, 114, 115). Breastfeeding should not be discouraged in women with peripartum cardiomyopathy because there are no data to suggest it negatively affects maternal cardiac status.

For women with peripartum cardiomyopathy who are pregnant at the time of peripartum cardiomyopathy diagnosis, timing and mode of delivery should be individualized, weighing the maternal risks of continuing pregnancy against the perinatal morbidity and mortality associated with preterm birth, and documented by a Pregnancy Heart Team (Table 4). Women presenting with shock (hypotension, tachycardia, or end-organ compromise) should be transferred to an appropriate level facility for consideration of a ventricular assist device support and transplant options. Vaginal delivery is a reasonable consideration for many women with peripartum cardiomyopathy because vaginal delivery results in less maternal morbidity and improved neonatal outcomes (116).

Predicted outcomes of women with peripartum cardiomyopathy can be stratified by the severity of left ventricular dysfunction at presentation because women with a lower left ventricular ejection fraction have poorer outcomes (117). In the North American Registry Investigations of Pregnancy-Associated Cardiomyopathy (104), women with an initial ejection fraction less than 30% had less myocardial recovery and higher rates of left ventricular assist device implantation, cardiac transplantation, and death. In contrast, nearly 90% of women with an initial ejection fraction of more than 30% had complete myocardial recovery.

▶ *How should acute coronary events, including maternal cardiac arrest, be managed during pregnancy?*

## Acute Myocardial Infarction and Acute Coronary Syndrome

Ischemic heart disease complicates 8 per 100,000 hospitalizations for pregnancy and postpartum care (118). Maternal death occurs in 5–11% of affected patients with the highest risk in the peripartum period, a rate that is 3–4 times more than that of nonpregnant age-matched women (17, 119).

Acute coronary syndrome implies suspicion of myocardial oxygen deprivation culminating in myocardial injury and necrosis. The spectrum of myocardial ischemia includes stable angina, unstable angina, and myocardial infarction. Increased cardiac output, enhanced stroke volume, and hypercoagulability favor the development or unmasking of underlying coronary artery disease. Risk factors for acute coronary syndrome during pregnancy (120) include traditional and pregnancy-specific features (see Box 1).

---

**Box 1. Risk Factors for Acute Coronary Syndrome During Pregnancy**

- Maternal age more than 30 years
- Non-Hispanic black race
- Elevated body mass index
- Diabetes mellitus
- Tobacco use
- Hyperlipidemia
- Strong family history of cardiovascular disease
- Hypertensive disorders of pregnancy
- History of coronary artery dissection
- Blood transfusion
- Peripartum infection

---

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

Acute coronary syndrome can be caused by coronary atherosclerosis, dissection, embolism, spasm, arteritis, and coronary artery occlusion related to aortic dissection. The differential diagnosis also should include takotsubo (stress) cardiomyopathy (119, 120). Coronary artery dissection is the most common cause of pregnancy-associated acute coronary syndrome and, although it can happen at any time during pregnancy, typically occurs in the early postpartum period (119, 121, 122). Coronary angiography remains the standard for diagnosis in patients with ST-segment elevation myocardial infarction. The noninvasive approach, however, is preferred in stable patients with preserved global left ventricular function because of the risk of complications, such as iatrogenic coronary dissection associated with coronary angiography and other interventions (119, 122, 123).

Every pregnant or postpartum patient with chest pain or cardiac symptoms should have consideration of acute coronary syndrome. Patients who have an acute coronary syndrome can present with typical (chest pain or shortness of breath) or atypical (vomiting, reflux, or diaphoresis) symptoms that mimic physiological changes of pregnancy or a pregnancy-related condition such as preeclampsia, or both. Some patients present with hemodynamic compromise, arrhythmia, or cardiogenic shock. Elevated troponins have sensitivity and specificity for myocardial damage. Electrocardiographic changes revealing ST-segment elevations or depression are pathological and suggest acute myocardial infarction or ischemia. The differential diagnosis includes pericarditis, pulmonary embolism, and electrolyte abnormalities.

Acute coronary syndrome during pregnancy is best managed by a medical team such as a Pregnancy Heart Team (Table 4). Management of the maternal condition should receive priority. While maternal evaluation and initial therapy are proceeding, an unstable patient should be placed in a left lateral tilt ranging from 30–90 degrees. Fetal monitoring and corticosteroids to enhance fetal lung maturation are recommended for appropriate gestational ages. Initial medical management usually includes oxygen supplementation, nitrates, aspirin, intravenous unfractionated heparin, and beta-blocker therapy. If symptoms persist, coronary angiography is the preferred test and should be performed without delay. The type of intervention should be individualized based on the etiology of acute coronary syndrome, patient characteristics, and facilities available at the presenting medical center. The goal is to restore coronary blood flow promptly to accomplish tissue reperfusion, which is best accomplished by percutaneous coronary intervention if the cause is atherosclerotic coronary disease. The results of percutaneous coronary intervention in women with coronary dissection are, however, suboptimal and associated with high risk of propagation of the existing dissection. For this reason, a conservative approach is recommended in stable patients with coronary artery dissection (123).

When a patient with acute myocardial infarction presents to a medical center that does not have interventional cardiac catheterization facilities, options include emergent transfer to a center that has these capabilities or emergent thrombolysis in patients with ST-elevation myocardial infarction, or both, with subsequent planned transfer. Complications of maternal acute coronary syndrome include heart failure, cardiogenic shock, ventricular arrhythmias, recurrent myocardial infarction, and death. Data regarding timing and mode of delivery are limited.

## Maternal Cardiac Arrest

Although maternal cardiac arrest occurs infrequently, the health care provider should be prepared to manage this situation in any health care facility (124). Maternal cardiac arrest etiologies include pregnancy-related and nonpregnancy-related conditions. The American Heart Association recommends the use of an alphabetical categorization for the differential diagnosis of maternal cardiac arrest that underscores the importance of a broad-based approach (125) (see Box 2).

Among the various etiologies for maternal cardiac arrest in patients admitted for delivery, hemorrhage is the most common (38.1%), followed by amniotic fluid embolism (13.3%) (126). Approximately 10% of pregnant or postpartum women with acute coronary syndrome and 4% with venous thromboembolism experience a maternal cardiac arrest (126).

An obstetric care provider is among the members of a multidisciplinary team that should be assembled immediately with the announcement of a facility alert "maternal code" (125). A health care facility that deals with obstetric patients should have 24-hour access to an experienced maternal code team. Management of cardiac arrest in the pregnant or postpartum patient requires familiarity with the physiologic adaptations of pregnancy that affect the execution of interventions dictated by basic and advanced cardiac life support. There are six key concepts to emphasize for the pregnant cardiac arrest patient:

1. Increased oxygen demand coupled with alteration in pharyngeal/laryngeal landmarks and a greater tendency toward aspiration upon loss of consciousness necessitate prioritization of bag mask ventilation with 100 percent oxygen and early intubation with a small endotracheal tube by an experienced health care provider (6–7 mm) (125).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

2. Aortocaval compression by a uterus larger than 20 weeks of gestation should be reduced with a one-handed or two-handed manual left uterine displacement maneuver very early in the resuscitation process while the patient remains in the full supine position on a backboard to maximize cardiac compression efforts (127, 128).

3. Simultaneous concurrent interventions are recommended in contrast to a sequential approach used in nonpregnant populations (128) (See Fig. 2).

4. Preparations for fetal delivery should be initiated in parallel with maternal resuscitative efforts.

5. Perform high-quality chest compressions on a backboard at a rate of 100–120 per minute using the same landmarks over the mid-lower sternum as left lateral uterine displacement is accomplished.

6. Oxygenation remains a primary goal using a ratio of 30:2 chest compressions/ventilation efforts initially supplied by bag mask ventilation with 100% oxygen.

Otherwise intervention is similar to management of cardiac arrest in the nonpregnant state. Defibrillation pads are placed to enable rhythm analysis. Use of an automated external defibrillator may facilitate rhythm analysis when rescuers are less acquainted with this task. Use of an automated external defibrillator, however, does not obviate the requirement for resuscitation skill training (128). Although there is only a theoretical risk of electrocution from defibrillation, fetal monitors should be removed to allow maternal status to guide resuscitation interventions. Prompt biphasic defibrillation should be performed for appropriate shockable rhythms with reassessment of rhythm/pulse every 2 minutes, taking care to minimize interruptions in chest compressions. Although there can be a reluctance to use medications during pregnancy, the gravity of maternal cardiac arrest is such that medications should be used in resuscitation. Epinephrine is the vasopressor of choice and should be administered by intravenous or intraosseous access above the diaphragm. A timekeeper should keep the resuscitation team aware of the time that has transpired since cardiac arrest (125).

## Perimortem Cesarean Delivery/ Resuscitative Hysterotomy

When initial interventions are unsuccessful, the American Heart Association recommends timely consideration of perimortem cesarean delivery or resuscitative hysterotomy (129) when the uterus is sized 20 weeks of gestation or more. Because achieving the shortest time from cardiac arrest to delivery clearly enhances maternal and neonatal outcomes, efforts should be made to facilitate delivery as

---

**Box 2. Alphabetical Categorization for the Differential Diagnosis of Maternal Cardiac Arrest**

- A (anesthetic complications, accidents)
- B (bleeding)
- C (cardiovascular disorders)
- D (drugs such as magnesium sulfate)
- E (embolism including venous thromboembolism and amniotic fluid embolism)
- F (fever including sepsis)
- G (general including metabolic and electrolyte)
- H (hypertensive disorders including stroke)

---

rapidly as possible from cardiac arrest, with the target to deliver within a 4–5-minute window. When return of spontaneous circulation is very unlikely, or arrest is unwitnessed, postponing delivery 4–5 minutes is not necessary (128, 130). Preparations to undertake resuscitative hysterotomy should begin immediately during the first minute of maternal cardiac arrest or apparent rapidly declining maternal cardiac function. Health care providers should be aware that there is no obvious threshold for either death or damage at 4 minutes. Instead there is a progressive decrease in the likelihood of injury-free survival for the woman and fetus with lengthening time since cardiac arrest (131). Survival curves for women and newborns have shown 50% injury-free survival rates with perimortem cesarean as late as 25 minutes after maternal cardiac arrest (131); therefore, delivery may be of benefit even if it does not occur within 4 minutes.

Ideally, perimortem cesarean delivery should occur at the site of the arrest because transport compromises cardiopulmonary resuscitation and also leads to further time delay (124). Initiation of perimortem cesarean delivery requires a scalpel, which usually is contained in the code cart's perimortem cesarean delivery kit (125). A vertical skin incision may be fastest to accomplish and provides more options for further exploratory surgery. If return of cardiac function has not occurred with perimortem cesarean delivery, alternatively open-chest direct cardiac massage can be attempted (128). Cardiopulmonary bypass and extracorporeal membrane oxygenation have been successfully employed for etiologies requiring time-limited cardiopulmonary support, such as local anesthetic drug toxicity, acute cardiac decompensation related peripartum cardiomyopathy, and acute respiratory distress syndrome (128).

The infrequency of maternal cardiac arrest underscores the need for regular team training and practice of

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.



**Figure 2.** Maternal Resuscitation Algorithm. Abbreviations: IO, Intraosseous; IV, intravenous. *High-quality chest compressions on a backboard are performed at a rate of 100–120 per minute. †Prioritization of bag mask ventilation with 100 percent oxygen. Oxygenation remains a primary goal using a ratio of 30:2 (chest compressions/ventilation efforts). (Modified from Zelop CM, Einav S, Mhyre JM, Martin S. Cardiac arrest during pregnancy: ongoing clinical conundrum. Am J Obstet Gynecol 2018;219:52–61.)

resuscitation skills and scenarios through simulation training (128).

▶ *What are the general approaches to pregnancy management antepartum, intrapartum, and postpartum for the patient with cardiovascular disease?*

## Antepartum Management Principles

Pregnant women with cardiac disease should give birth at a hospital with the appropriate maternal level of care (60). The resources needed to minimize maternal and fetal complications should be anticipated, outlined, and documented before delivery. A comprehensive plan of care for the pregnancy, delivery, and postpartum periods should be available readily in the medical record and easily accessible to all health care providers involved with the woman's care. Women with complex congenital or noncongenital heart disease should be treated by a Pregnancy Heart Team (Table 4) (52, 80, 132) and should undergo comprehensive cardiac diagnostic evaluation as directed by the team and the diagnosis. In women with congenital heart disease, screening fetal echocardiogram is indicated at 18–22 weeks of gestation because the risk of congenital heart defect in the fetus is estimated at 4–10% (133, 134). Fetal growth assessment

by either serial clinical examination or ultrasonography should be considered because fetal growth restriction occurs in many types of maternal congenital and acquired cardiac lesions (133, 135).

Women with chronic medical conditions, such as pregestational diabetes or chronic hypertension, can develop cardiac and other vascular complications of their disease (46, 47). Daily low-dose aspirin prophylaxis is recommended in women at high risk of preeclampsia and should be initiated between 12–28 weeks of gestation and continued until delivery. Similar prophylaxis should be considered for women with more than one of several moderate risk factors for preeclampsia (136). The precise blood pressure level at which antihypertensive therapy is indicated during pregnancy in women with cardiovascular disease continues to be debated. The use of blood pressure-lowering medications is recommended for secondary prevention of recurrent cardiovascular disease events in nonpregnant patients with clinical cardiovascular disease (defined as coronary heart disease, congestive heart failure, and stroke) and an average systolic blood pressure of 130 mm Hg or higher or an average diastolic blood pressure of 80 mm Hg or higher (137). Few clinical trials on this topic have been conducted in pregnancy and the evidence is limited (47). Prompt treatment of severe hypertension (systolic blood pressure more than 160 mm Hg and diastolic blood pressure more than

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

110 mm Hg) is recommended to prevent complications (47, 138). Left ventricular hypertrophy with impairment of diastolic function may develop in the setting of long-term hypertension. This scenario may place the pregnant woman at risk of cardiogenic pulmonary edema due to the baseline volume increase in pregnancy and after intravenous fluid boluses. Pulmonary edema in the patient with preeclampsia may be cardiogenic or noncardiogenic in origin or a combination of both. Echocardiography can help differentiate between the two entities. An echocardiogram should be performed in any pregnant or postpartum patient with pulmonary edema possibly due to peripartum cardiomyopathy or preeclampsia.

In general, regular physical activity during pregnancy and postpartum improves or maintains physical fitness, helps with weight management, reduces the risk of gestational diabetes in obese women, and enhances psychologic well-being. During pregnancy complicated by cardiac disease, the woman should be carefully evaluated by a Pregnancy Heart Team (Table 4) before recommendations are made regarding physical activity participation (139) to ensure that a patient does not have a cardiac reason to avoid exercise.

### Intrapartum Management Principles

A detailed delivery plan should be determined between 20–30 weeks of gestation and recorded in the medical record. An individualized plan through shared decision making with the patient and the Pregnancy Heart Team (Table 4) is recommended. This strategy should include management of induction, delivery, and postpartum concerns and a surveillance plan. Women with stable cardiac disease can undergo a vaginal delivery at 39 weeks of gestation, with cesarean delivery reserved for obstetric indications (140). Some patients with very high-risk cardiac conditions may not be able to tolerate the fluctuations in cardiac output or Valsalva efforts that occur during vaginal delivery. For many of these patients, regional anesthesia during labor may provide sufficient pain relief (thereby minimizing catecholamine release and resultant cardiac output fluctuations) to render a vaginal delivery feasible. A Pregnancy Heart Team (Table 4) should determine which patients are not candidates for vaginal delivery or require assisted second stage of labor during pregnancy. In the absence of spontaneous onset of labor or indicated delivery before term, scheduled induction of labor for pregnant women with cardiac disease between 39–40 weeks of gestation may be considered with input from the Pregnancy Heart Team.

Anticoagulation must be carefully reviewed and managed by the Pregnancy Heart Team during pregnancy and adjusted appropriately at the time of neuraxial anesthesia and delivery. For women who are receiving prophylactic low-molecular-weight heparin, discontinuation is recommended at least 12 hours before scheduled induction of labor or cesarean delivery. A 24-hour interval is recommended for patients on an adjusted-dose regimen (44, 141, 142). For unfractionated heparin doses of 7,500 units subcutaneously twice a day or more, a 12-hour interval as well as evaluation of coagulation status with laboratory testing are recommended. Women receiving anticoagulation therapy may be converted from warfarin or low-molecular-weight heparin to the shorter half-life unfractionated heparin in anticipation of delivery, depending upon the institution's protocol. An alternative may be to stop anticoagulation and induce labor within 24 hours, if clinically appropriate. If conversion to unfractionated heparin is planned, timing should be based upon the likelihood of spontaneous labor with the goal of minimizing the time without anticoagulation coverage. This approach is especially important in a patient with a mechanical valve prosthesis (44, 88, 119).

The most common intrapartum cardiac complications include pulmonary edema or arrhythmias (54, 59, 133). These patients require a high level of surveillance and care. For women with a history of arrhythmias and for those who develop an arrhythmia during pregnancy, intrapartum cardiac monitoring is recommended. (52). Pulmonary edema usually can be prevented by maintaining a meticulous fluid balance. Expert consensus is that antibiotic prophylaxis administered at the time of delivery is reasonable for the subset of patients at increased risk of developing infective endocarditis, such as those with a history of previous infective endocarditis, and for patients at high risk of experiencing an adverse outcome from infective endocarditis (88, 91).

### Obstetric Anesthesia Principles

Cardiac disease patients may require an elevated level of monitoring and anesthetic care for all obstetric procedures (eg, dilation and curettage or evacuation or cerclage) as well as vaginal or cesarean delivery. Consultation with an anesthesiologist should be performed antepartum for anesthetic, cardiac, and obstetric risk assessment and planning.

Under the direction of an anesthesiologist, cardiac disease patients undergoing vaginal delivery should be offered epidural labor analgesia, and cardiac disease patients undergoing cesarean delivery should have neuraxial anesthesia, if possible. Cardiovascular events (usually arrhythmia) are significantly decreased with epidural use (143). Exceptions for neuraxial anesthesia include the usual anesthetic contraindications and patients receiving pharmacologic anticoagulation as noted above (141, 142, 144). Consideration also should be

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

given to modifying neuraxial anesthesia management for patients at risk of cardiovascular decompensation related to reduction of systemic vascular resistance. Such patients include those with left ventricular outflow tract obstruction or cyanotic congenital heart disease.

## Immediate Postpartum Management Principles

The postpartum period is a time of heightened risk of cardiovascular disease-related maternal morbidity and mortality (80) as evidenced by a threefold increase in the rate of postpartum hospitalizations for chronic heart disease in the past decade (14). Among cardiovascular disease-related mortality, peripartum cardiomyopathy (25–100 per 100,000 live births) is identified as the leading (23%) cause of late postpartum death (10, 144). Aortic dissection and acute coronary syndromes typically are diagnosed in the early postpartum period and are associated with a high risk of maternal mortality (15, 145–147). The incidence of acute coronary syndrome is estimated at 2.7–8.1 per 100,000 deliveries, a rate known to be threefold to fourfold higher during the pregnancy and postpartum periods compared with nonpregnant women matched for age (15, 17, 118, 119, 148). Cardiac disease is particularly linked to late maternal death as long as 1 year postpartum (10).

Women with cardiac disease are at high risk of immediate complications during the early puerperium (first 7 days after delivery) and as long as 6 months postpartum (26). This risk is compounded by the common concurrence of immediate postpartum obstetric complications, such as hypertensive disorders, hemorrhage, and infection. An elevated level of care or a prolonged period of monitoring may be necessary, particularly for patients at risk of cardiogenic pulmonary edema and arrhythmias or in the setting of concurrent obstetric or surgical complications. Consideration should be given to careful and frequent monitoring of the signs and symptoms of cardiovascular disease (Table 2) using pulse oximetry, lung auscultation, the recording of fluid balance, and for the development of shortness of breath or cough. Cardiovascular testing may be appropriate and individualized to presenting features. Early consultation with a cardiologist and possible transfer of the patient to a facility with a higher level of care should be expedited if maternal complications related either to known disease or to new-onset, acquired maternal heart disease develop at any time during the course of care.

Each facility should review the available venous thromboembolism risk assessment protocols and adopt and implement one of them in a systematic way to reduce the incidence of venous thromboembolism in the postpartum period (44). Cesarean delivery, particularly when complicated by postpartum hemorrhage or infection, as well as medical factors or pregnancy complications, increases the risk of venous thromboembolism. Although current evidence is insufficient to recommend universal adoption of pharmacologic prophylaxis for venous thromboembolism after cesarean delivery, for selected high-risk patients in whom significant risk factors persist after delivery, prophylaxis may be considered (44). If thromboprophylaxis is considered, evidence suggests that in women with a BMI of 35 or more, weight-based dosage (0.5 mg/kg enoxaparin every 12 hours) compared with fixed dosage will achieve significantly higher anti-Xa concentrations within the adequate prophylaxis range ($P<.01$) (149, 150). However, the optimal dose, route, and duration of thromboprophylaxis need further evaluation. In the absence of clear, randomized controlled trial evidence, practitioners can rely on consensus-derived clinical practice guidelines or recommendations from national and international societies (44).

## Pharmacologic Considerations

Health care providers should be aware of cardiac medications with obstetric implications (Table 5) as well as obstetric medications with cardiac implications (Table 7). Obstetrician–gynecologists and other health care providers should consult lactation pharmacology resources for current information on individual medications because inappropriate advice often can lead women to discontinue breastfeeding unnecessarily (151).

▶ **How should in-hospital postpartum care be altered for women with or at risk of cardiovascular disease?**

## Postpartum Considerations After Delivery Hospitalization

Complications are frequently encountered in the days, weeks, and months after delivery in women with known cardiovascular disease and in those with latent cardiovascular disease. Women with multiple risk factors for cardiovascular disease (See Box 3) may be particularly at risk of manifesting symptoms for the first time during their postpartum course. A postpartum follow-up visit (early postpartum visit) with either the primary care provider or cardiologist is recommended within 7–10 days of delivery for women with hypertensive disorders or 7–14 days of delivery for women with heart disease/cardiovascular disorders. Ideally, future pregnancy intentions and commensurate contraceptive needs should be discussed before delivery or hospital discharge and reassessed at each postpartum visit.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Table 7.** Obstetric Medications With Cardiac Influences

| Drug | Cardiovascular Side Effects | Cardiac Conditions Contraindicated | Special Considerations |
|------|------|------|------|
| Corticosteroids (Betamethasone or Dexamethasone) | Fluid retention<br>Electrolyte disturbance<br>Hypertension | Use with caution in patients with heart failure or hypertension | Recent history of myocardial infarction; risk of left ventricular free wall rupture |
| Hydroxyprogesterone | Fluid retention<br>Electrolyte disturbance<br>Hypertension | Use with caution in patients with cardiac dysfunction | |
| Prostaglandin (PGE$_2$) | None reported | | |
| Misoprostol | Rare | | |
| Oxytocin | Arrhythmias<br>Hypotension | | Titrate carefully and avoid rapid intravenous bolus |
| Magnesium Sulfate | Hypotension<br>Vasodilation<br>Syncope | Caution in patients with heart block | Titrate carefully in hypertrophic obstructive cardiomyopathy and stenotic valvular lesions especially aortic stenosis |
| Terbutaline | Tachycardia<br>Hypotension<br>Arrhythmias<br>Myocardial ischemia | Hypertrophic obstructive cardiomyopathy<br>Patients at risk of arrhythmias or ischemia<br>Stenotic valvular lesions especially mitral stenosis | Do not use beyond 48–72 hours |
| Methylergonovine | Coronary artery vasospasm<br>Hypertension<br>Arrhythmias | Coronary artery disease or risk for ischemia<br>Aortopathies | Do not give intravenously |
| Carboprost Tromethamine | Hypertension<br>Palpitations<br>Tachycardia<br>Vasodepressor syncope<br>Pulmonary hypertension | Pulmonary hypertension<br>Cyanotic congenital heart disease<br>Pulmonary edema | Can cause bronchospasm<br>Do not give intravenously |
| Tranexamic Acid | | | Use with caution in uncorrected cardiovascular disease due to thrombosis |

Data from Facts & Comparisons. St. Louis (MO): Wolters Kluwer Health, Inc; 2019. Available at: http://fco.factsandcomparisons.com/lco/action/home. Retrieved January 22, 2019.

Optimal care for women with known cardiovascular disease during this critical period requires a team-based approach, such as with a Pregnancy Heart Team (23, 47, 138), and a cardiovascular disease risk assessment by a maternal care provider (Fig. 1). Mortality reviews indicate that cardiovascular disease signs and symptoms are not recognized readily by the patient, family, or the health care provider and that there are delays in access to health care related to transportation or other financial barriers (10). All postpartum women with cardiovascular disease and those identified as at high risk of cardiovascular disease should be educated on their individual risk. They should be instructed when and how to seek medical care and be provided with phone numbers and a printed or electronic copy of their discharge summary, including an explanation of signs and symptoms that should

Practice Bulletin *Pregnancy and Heart Disease* **e341**

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

prompt timely assessment. These women benefit from an early outpatient visit within 7–14 days after delivery to facilitate overall assessment of well-being and symptoms or functional status, or both. To facilitate patient adherence to appointments, it is important to address barriers to care, such as socioeconomic variability, insurance status, access to health care, and physical distance to the nearest hospital.

Contraceptive options, including immediate postpartum placement of long-acting reversible contraceptive methods, should be discussed in the prenatal period, and plans to execute should be implemented before hospital discharge to minimize the risk of short-interval recurrent pregnancy.

Breastfeeding has important short-term and long-term health benefits for the woman. Cardiac patients should be encouraged to breastfeed during the postpartum hospital stay and in the outpatient setting because most medications are considered safe (Table 5) (152). Breastfeeding has favorable effects not only on hypertension through positive effects on the maternal vasculature but fosters a favorable lipid and hormonal milieu along with improved mother-infant bonding (153). Women whose cumulative lifetime duration of breastfeeding is 6–12 months are 10% less likely to develop cardiovascular disease (154).

It is important to emphasize that the overwhelming majority of cardiovascular disease mortality occurs beyond the conventional postpartum period, including the first 42 days after delivery (10). Thus, a long-term care plan is crucial. Women identified as high risk (Fig. 1) should be evaluated at 3 months in a comprehensive cardiovascular postpartum visit. Payment models that provide health care coverage for the 3-month visit for these high-risk patients should be developed. This 3-month comprehensive cardiovascular postpartum visit with the Pregnancy Heart Team, the obstetrician–gynecologist, or other primary care provider should be individualized to each patient and should include a history of pertinent symptoms, a physical examination, an assessment of height and weight (BMI), waist circumference, heart rate, respiratory rate, blood pressure, and oxygen saturation. Laboratory testing, including fasting blood glucose or hemoglobin $A_{1c}$, and a complete lipid profile should be considered. Patients should have a yearly follow-up with their primary care physician. Health care providers should establish and maintain an ongoing partnership with a cardiologist or primary care physician, or both, who will be available for future care. Bundled payments for maternity care should be expanded to include this intensive classification (as many as three visits in the first 3 months postpartum) for a more individualized approach to these women. Ongoing collaborative care of the woman with cardiovascular disease or at risk of future cardiovascular disease is essential to reducing morbidity and mortality, optimizing the woman's health in preparation for future

pregnancies, and promoting long-term cardiovascular health (26, 139).

▶ *What are the contraceptive options and considerations for women with heart or cardiovascular disease, or both?*

## Contraception Considerations

Decisions regarding the most appropriate contraceptive option for a woman require discussion of her future pregnancy desires and personal preferences, as well as critical assessment of the patient's underlying disease and the relative risks and benefits of the contraceptive option considered. The Centers for Disease Control and Prevention and the World Health Organization have established a four-tier scale related to medical eligibility criteria for contraceptive use that provides clinicians an assessment of the relative risks and benefits of contraceptive methods in various medical settings (155–157). Clinicians can access this detailed clinical guidance at https://www.cdc.gov/reproductivehealth/contraception/pdf/summary-chart-us-medical-eligibility-criteria_508tagged.pdf. See also the American College of Obstetricians and Gynecologists' For More Information web page.

Intrauterine devices are the recommended nonpermanent option for women with high-risk cardiovascular conditions (155, 158). Intrauterine devices are highly effective and reliable long-acting reversible contraception. Multiple intrauterine device options (copper and progestin containing) are available based on patient preference, contraindications, and desire for future fertility. Annual failure rates with intrauterine devices use are less than 1%, and duration of action ranges from 3 to 10 years depending on the device used. Intrauterine device placement can be undertaken in the clinician's office and poses minimal risk for women with underlying cardiac disease (155, 158). Although expulsion rates are increased (10–27%) with placement at the time of delivery, immediate postpartum intrauterine device placement after delivery of the placenta is also a consideration for women with high-risk cardiac disease to ensure there is no gap in contraceptive protection (159). Women should be counseled about the increased expulsion risk as well as signs and symptoms of expulsion (159).

Progestin-only contraceptives (oral, depot medroxyprogesterone acetate injection, or implant) are potentially effective alternatives for women with cardiac disease. The progestin-only pill is limited primarily to use in the immediate postpartum period in lactating women. This option, however, has lower efficacy (more than 9% failure rate) for pregnancy prevention (155, 160, 161). Intramuscular depot medroxyprogesterone acetate is a highly

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

---

### Box 3. Risk Factors for Maternal Cardiovascular Disease

- Non-Hispanic black race
- Older age (more than 40 years)
- Obesity
- Hypertensive disorders of pregnancy (pre-eclampsia, eclampsia, or hemolysis, elevated liver enzymes, and low platelet count syndrome)
- Chronic disease (chronic hypertension or pre-gestational diabetes mellitus)
- Obstructive sleep apnea (moderate to severe)
- History of preterm delivery
- Strong family history of heart disease
- Exposure to cardiotoxic drugs

---

effective contraceptive modality and appears to be a safe option for women with valvular heart disease, cardiomyopathy, and well-controlled hypertension (155, 162). For women receiving therapeutic anticoagulation, depot medroxyprogesterone acetate injections theoretically can increase risk of hematoma formation. Reversible bone loss, diminution of protective high-density lipoprotein, and increased triglycerides have been noted secondary to the hypoestrogenic effect of depot medroxyprogesterone acetate (163, 164). The progestin implant is highly efficacious and appears to be a safe option for most women with hypertension or known cardiac disease. Use in women with current or previous ischemic heart disease or cerebrovascular accident is limited secondary to increased concern for thrombosis (155). There also may be risk of hematoma formation at the time of insertion or removal, or both, in women who are anticoagulated.

Combined hormonal contraception (eg, oral, ring, or patch), although effective, may pose significant risk for women depending on the patient's underlying cardiac condition because of the estrogen component. The use of combined hormonal contraception in women with poorly controlled hypertension, aged more than 35 years, who are smokers, or who have migraine with aura, is associated with increased risks for exacerbation of high blood pressure, cardiovascular events, such as stroke and acute myocardial infarction, and thromboembolic events (155, 161, 162, 165–169). For women with valvular heart disease, especially those with complicated valvular pathology, combined hormonal contraception may increase the risk of arterial thrombosis and other adverse cardiovascular consequences. Use of combined hormonal contraception in the setting of cardiomyopathy can be associated with fluid retention, which can exacerbate heart failure (170). Because of these concerns, alternative contraceptive options should be con-

sidered in women with prothrombogenic states, uncontrolled hypertension, ischemic heart disease, and complicated valvular heart disease (155).

Barrier, fertility awareness-based, and other nonhormonal methods used to lessen the risk of fertilization, although safe, have high risk of contraceptive failure. Therefore, these methods are suboptimal for women who do not desire further childbearing or who have significant cardiovascular disease in which pregnancy is ill-advised or contraindicated. Estimated annual failure rates vary according to the method used. The fertility-awareness method has a failure rate of 24%; withdrawal, 22%; spermicide use, 28%; male condom, 18%; female condom, 21%; sponge, 12–24%; and diaphragm, 12% (155, 160, 171).

Emergency contraception is available for women with contraindications to use of combined hormonal contraception (155, 161). The presence of cardiovascular disease is not a contraindication to the use of emergency contraception (155, 161). Progestin-only emergency contraceptive methods are generally better tolerated and are more efficacious than combined regimens and may be preferred in the setting of cardiovascular disease. Insertion of a copper intrauterine device is an effective method of emergency contraception when inserted within 5 days after unprotected intercourse. The copper intrauterine device provides ongoing contraception and should be made available to patients at high risk of pregnancy morbidity and mortality (158).

Permanent sterilization is one of the most effective contraceptive options for reproductive-aged women who have completed childbearing, especially for women with high-risk cardiac conditions or cardiovascular disease. Paternal vasectomy is a highly effective approach for male sterilization with low complications and failure rates of less than 1% (155, 172, 173). Limitations of vasectomy include the potential for pregnancy in the setting of a nonmonogamous relationship or a sexual relationship with a new partner. Female sterilization may be performed by several approaches (eg, laparoscopy, minilaparotomy, and in combination with cesarean delivery) (172). Although laparoscopy is an effective and safe approach for sterilization, the need for general anesthesia and pneumoperitoneum (with resultant increased intraperitoneal pressure) can alter cardiac and pulmonary function and thereby impose challenges for women with certain critical cardiac abnormalities (174, 175). Low-pressure laparoscopy does not appear to mitigate these operative physiologic effects (176). Minilaparotomy with tubal ligation can be performed under regional anesthesia and may minimize intraoperative risks in women with cardiac disease (172).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

▶ *What are the long-term considerations and implications after pregnancy for women with cardiovascular disease?*

There are immediate and long-term continuity of care considerations for women with congenital or acquired heart and cardiovascular disease. Specific and immediate considerations include the following:

- Ensure proper cardiology follow-up is initiated during pregnancy or postpartum.
- Acknowledge the effect of a chronic diagnosis and possible need for long-term medication use. Consider 3-month prescriptions (or longer) if clinically appropriate (177).
- Refer patients with cardiovascular disease to lactation services when breastfeeding presents challenges, which often arise because of preterm delivery (178).
- Be mindful of the mental health implications of cardiovascular disease during the postpartum period and beyond. Preterm birth also is associated with maternal depression, anxiety, and posttraumatic stress disorder (179). Of note, most medications used to treat these disorders are compatible with breastfeeding, even in conjunction with cardiac medications. Mobilize all available resources to support the patient and her family during this time as indicated.
- Discuss future pregnancy intentions and provide a commensurate form of contraception.
- Screen patients routinely at postpartum follow-up visits for depressive symptoms and evidence of posttraumatic stress disorder and refer to social services or psychologic services, or both, as indicated (179).

These are priorities early in the puerperium because many women lose health insurance beyond the first 42 days postpartum. These steps are especially relevant in the postpartum period when women with cardiovascular disease are focused on newborn care and are less likely to prioritize their own health.

### Continuity of Care Considerations for Women With Cardiovascular Disease Risk Factors

Acute (gestational hypertension, preeclampsia) and chronic hypertensive disorders of pregnancy are important identifiers of patients at risk of cardiovascular disease (23). Gestational hypertension and preeclampsia increase the risk of future cardiovascular disease by severalfold, and the risk is even higher in women with recurrent pre-eclampsia, preterm birth at less than 37 weeks of gestation, or intrauterine growth restriction (29, 180–186). Not only do women with hypertensive disorders of pregnancy have a substantially higher risk of future cardiovascular disease, they also have a threefold to fourfold increase in the risk of chronic hypertension, a 4.2-fold increase in the risk of heart failure, an 81% increase in the risk of stroke, a 5-fold to 12-fold increased risk of developing end-stage renal disease, and double the risk of atrial arrhythmias, coronary heart disease, and mortality when compared with women with uncomplicated pregnancies (184, 187). Exposure to severe maternal preeclampsia is an independent risk factor for long-term cardiovascular morbidity in offspring born at term (188).

The presence of gestational complications reliably identifies women with underlying, often unrecognized, cardiovascular risk factors (189, 190). Because approximately 20% of women have one or more of these complications (191), risk screening is recommended (192) within the first year postpartum (191). Cardiovascular assessment and follow-up at 3 months postpartum is recommended for women with the following conditions:

- Hypertension, chronic/essential or hypertensive disorder of pregnancy (ie, gestational hypertension, preeclampsia, eclampsia, hemolysis, elevated liver enzymes, and low platelet syndrome, chronic hypertension [with or without superimposed preeclampsia])
- Gestational diabetes mellitus
- Intrauterine fetal growth restriction (particularly less than the 5th percentile for gestational age or less than 2,500 g at term)
- Idiopathic preterm birth
- Placental abruption
- Obesity/excessive pregnancy weight gain/postpartum weight retention
- Sleep disorders/moderate-to-severe obstructive sleep apnea (193–197)
- Maternal age older than 40 years

Cardiovascular risk screening within 3 months postpartum includes a detailed medical history (including history of cardiovascular disease), postpartum medication monitoring (such as antihypertensive medication), a physical examination, and basic biochemical testing (see Box 4).

After cardiovascular screening is complete, women should be counseled with regard to their identified risk factors. The goal of targeted cardiovascular risk assessment and patient education is to promote patient self-awareness and self-initiation of preventive actions. The American Heart Association's Life's Simple 7 describes

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

---

**Box 4. Postpartum Cardiovascular Risk Screening**

**Medical history**

- Smoking (number of cigarettes per day, number of years smoked)
- Physical activity (times per week, duration)
- Breast feeding (how long)
- History of hypertension, diabetes, or cardiovascular disease
- First degree family history of cardiovascular disease, hypertension, or diabetes

**Physical examination**

- Resting blood pressure and heart rate
- Body mass index and waist circumference

**Biochemical testing**

- Cholesterol/lipid profile
- Fasting glucose (or oral glucose tolerance testing if patient had gestational diabetes)
- Urine protein assessment (protein:creatinine ratio)

**Nutrition assessment**

---

seven steps to achieve a healthy lifestyle (198). Tests for borderline or elevated blood pressure or lipid abnormalities, or both, should be repeated after 6–12 months of lifestyle modification and, if persistently elevated, initiation of pharmacologic treatment should be considered.

### Ongoing Postpartum Care After the 3-Month Cardiovascular Assessment Visit

Continuing follow-up as indicated after the 3-month comprehensive cardiovascular postpartum evaluation provides the opportunity for counseling, planning, and intervention to optimize underlying medical conditions to improve future pregnancy outcomes and cardiovascular health. If not already managed, contraceptive needs can be considered, managed, or modified as needed. In addition to the usual prepregnancy topics such as folic acid usage, restoration to prepregnancy weight should be emphasized because not achieving it increases the risk of future pregnancy complications (199). Weight management strategies include referral to a registered dietitian, peer support, improved access to opportunities for physical activity, and programs that provide child care at no or low cost. Women with pregnancy complications, such as preeclampsia and gestational diabetes, should be counseled regarding the risks of future cardiovascular disease and overt diabetes,

respectively. In any future pregnancy, patients with a history of prior preeclampsia should be considered for low-dose aspirin prophylaxis (136). For those who have previous gestational diabetes mellitus, early screening in the next pregnancy is recommended (200). Finally, given the benefits for the infant and the cardiometabolic benefits for the woman (201), breastfeeding should be recommended, and community support identified, to increase breastfeeding success after future pregnancies. During the postpartum period, health care providers may include a primary care provider and various other specialists, and communication across the clinical team should continue. However, because coordinated care can be challenging among many different specialists and subspecialists (202), the patient must be educated about her individualized cardiovascular risk, and a recommended plan of care for future pregnancies should be developed in collaboration with cardiology colleagues. During postpartum care, opportunities should be developed to expand shared decision making whereby clinicians can understand their patients' goals, values, and preferences for health care and to facilitate a mutually suitable evaluation and management plan for future pregnancies (202).

## For More Information

The American College of Obstetricians and Gynecologists has identified additional resources on topics related to this document that may be helpful for ob-gyns, other health care providers, and patients. You may view these resources at www.acog.org/More-Info/PregnancyAndHeartDisease.

These resources are for information only and are not meant to be comprehensive. Referral to these resources does not imply the American College of Obstetricians and Gynecologists' endorsement of the organization, the organization's website, or the content of the resource. The resources may change without notice.

## Summary of Recommendations and Conclusions

*The following recommendations and conclusions are based on limited or inconsistent scientific evidence (Level B):*

▶ Referral to a hospital setting that represents an appropriate maternal level of care dependent upon the specific cardiac lesion is recommended for all pregnant patients with moderate- to high-risk cardiac conditions (modified WHO risk classes III and IV) because outcomes are significantly better for women in these facilities.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

- It may be helpful to obtain a baseline BNP level during pregnancy in women at high risk of or with known heart disease, such as dilated cardiomyopathy and congenital heart disease.

- All pregnant and postpartum patients with chest pain should undergo standard troponin testing and an electrocardiogram to evaluate for acute coronary syndrome.

- Patients should be counseled to avoid pregnancy or consider induced abortion if they have severe heart disease, including an ejection fraction less than 30% or class III/IV heart failure, severe valvular stenosis, Marfan syndrome with aortic diameter more than 45 mm, bicuspid aortic valve with aortic diameter more than 50 mm, or pulmonary arterial hypertension.

***The following recommendations and conclusions are based primarily on consensus and expert opinion (Level C):***

- Health care providers should become familiar with the signs and symptoms of cardiovascular disease as an important step toward improving maternal outcomes.

- Women with known cardiovascular disease should be evaluated by a cardiologist ideally before pregnancy or as early as possible during the pregnancy for an accurate diagnosis and assessment of the effect pregnancy will have on the underlying cardiovascular disease, to assess the potential risks to the woman and fetus, and to optimize the underlying cardiac condition.

- Patients with moderate and high-risk cardiovascular disease should be managed during pregnancy, delivery, and the postpartum period in medical centers with a multidisciplinary Pregnancy Heart Team that includes obstetric providers, maternal–fetal medicine subspecialists, cardiologists, and an anesthesiologist at a minimum.

- Discussion of cardiovascular disease with the woman should include the possibilities that 1) pregnancy can contribute to a decline in cardiac status that may not return to baseline after the pregnancy; 2) maternal morbidity or mortality is possible; and 3) fetal risk of congenital heart or genetic conditions, fetal growth restriction, preterm birth, intrauterine fetal demise, and perinatal mortality is higher when compared with risk when cardiovascular disease is not present.

- A personalized approach estimating the maternal and fetal hazards related to the patient's specific cardiac disorder and the patient's pregnancy plans can provide anticipatory guidance to help support her decision making. For some patients, the prepregnancy evaluation may suggest a pregnancy risk that

is unacceptable. For those women, reproductive alternatives, such as surrogacy or adoption, and effective contraception methods should be discussed.

- All women should be assessed for cardiovascular disease in the antepartum and postpartum periods using the California Improving Health Care Response to Cardiovascular Disease in Pregnancy and Postpartum toolkit algorithm.

- All pregnant and postpartum women with known or suspected cardiovascular disease should proceed with further evaluation by a Pregnancy Heart Team consisting of a cardiologist and maternal–fetal medicine subspecialist, or both, and other subspecialists as necessary.

- Testing of maternal cardiac status is warranted during pregnancy or postpartum in women who present with symptoms such as shortness of breath, chest pain, or palpitations and known cardiovascular disease whether symptomatic or asymptomatic, or both.

- An echocardiogram should be performed in pregnant or postpartum women with known or suspected congenital heart disease (including presumed corrected cardiac malformations), valvular and aortic disease, cardiomyopathies, and those with a history of exposure to cardiotoxic chemotherapy (eg, doxorubicin hydrochloride).

- Congenital heart disease in the woman should prompt fetal echocardiography, and conversely, identification of congenital heart disease in a fetus or neonate may prompt screening for parental congenital heart disease.

- Women with asymptomatic valve disease should be monitored by a cardiologist and may require additional testing or care during pregnancy. The frequency of monitoring necessary is indicated in the patient's modified WHO classification.

- Any pregnant woman who presents with an arrhythmia should undergo evaluation to assess the cause and the possibility of underlying structural heart disease.

- Pregnant or postpartum women who present with shortness of breath, chest discomfort, palpitations, arrhythmias, or fluid retention should be evaluated for peripartum cardiomyopathy. An echocardiogram is generally the most important diagnostic test.

- Every pregnant or postpartum patient with chest pain or cardiac symptoms should have consideration of acute coronary syndrome.

- Although maternal cardiac arrest occurs infrequently, the health care provider should be prepared to manage this situation in any health care facility.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

- ► The infrequency of maternal cardiac arrest underscores the need for regular team training and practice of resuscitation skills and scenarios through simulation training.

- ► Women with complex congenital or noncongenital heart disease should be treated by a Pregnancy Heart Team.

- ► Women with stable cardiac disease can undergo a vaginal delivery at 39 weeks of gestation, with cesarean delivery reserved for obstetric indications.

- ► Health care providers should be aware of cardiac medications with obstetric implications as well as obstetric medications with cardiac implications.

- ► A postpartum follow-up visit (early postpartum visit) with either the primary care provider or cardiologist is recommended within 7–10 days of delivery for women with hypertensive disorders or 7–14 days of delivery for women with heart disease/cardiovascular disorders.

- ► All postpartum women with cardiovascular disease and those identified as at high risk of cardiovascular disease should be educated on their individual risk.

- ► Decisions regarding the most appropriate contraceptive option for a woman require discussion of her future pregnancy desires and personal preferences, as well as critical assessment of the patient's underlying disease and the relative risks and benefits of the contraceptive option considered.

- ► Intrauterine devices are the recommended nonpermanent option for women with high-risk cardiovascular conditions.

# References

1. Benjamin EJ, Virani SS, Callaway CW, Chamberlain AM, Chang AR, Cheng S, et al. Heart disease and stroke statistics—2018 update: a report from the American Heart Association. American Heart Association Council on Epidemiology and Prevention Statistics Committee and Stroke Statistics Subcommittee [published erratum appears in Circulation. 2018;137:e493]. Circulation 2018; 137:e67–e492. (Level III)

2. McAloon CJ, Boylan LM, Hamborg T, Stallard N, Osman F, Lim PB, et al. The changing face of cardiovascular disease 2000-2012: an analysis of the World Health Organisation global health estimates data. Int J Cardiol 2016; 224:256–64. (Level II-3)

3. Creanga AA, Berg CJ, Syverson C, Seed K, Bruce FC, Callaghan WM. Pregnancy-related mortality in the United States, 2006-2010. Obstet Gynecol 2015;125:5–12. (Level II-3)

4. Knight M, Bunch K, Tuffnell D, Jayakody H, Shakespeare J, Kotnis R, et al, editors. Saving lives, improving mothers' care—lessons learned to inform maternity care from the UK and Ireland. Confidential Enquiries into Maternal Deaths and Morbidity 2014-16. Oxford (UK): National Perinatal Epidemiology Unit, University of Oxford; 2018. (Level III)

5. Creanga AA, Syverson C, Seed K, Callaghan WM. Pregnancy-related mortality in the United States, 2011-2013. Obstet Gynecol 2017;130:366–73. (Level II-3)

6. Elkayam U, Goland S, Pieper PG, Silverside CK. High-risk cardiac disease in pregnancy: part I. J Am Coll Cardiol 2016;68:396–410. (Level III) (Elkayam 2016A)

7. Thompson JL, Kuklina EV, Bateman BT, Callaghan WM, James AH, Grotegut CA. Medical and obstetric outcomes among pregnant women with congenital heart disease. Obstet Gynecol 2015;126:346–54. (Level II-3)

8. Roos-Hesselink JW, Ruys TP, Stein JI, Thilen U, Webb GD, Niwa K, et al. Outcome of pregnancy in patients with structural or ischaemic heart disease: results of a registry of the European Society of Cardiology. ROPAC Investigators. Eur Heart J 2013;34:657–65. (Level II-3)

9. Briller J, Koch AR, Geller SE. Maternal cardiovascular mortality in Illinois, 2002-2011. Obstet Gynecol 2017; 129:819–26. (Level II-3)

10. Hameed AB, Lawton ES, McCain CL, Morton CH, Mitchell C, Main EK, et al. Pregnancy-related cardiovascular deaths in California: beyond peripartum cardiomyopathy. Am J Obstet Gynecol 2015;213:379.e1–10. (Level III)

11. Curry R, Swan L, Steer PJ. Cardiac disease in pregnancy. Curr Opin Obstet Gynecol 2009;21:508–13. (Level III)

12. Fett JD. Peripartum cardiomyopathy: challenges in diagnosis and management [published erratum appears in Expert Rev Cardiovasc Ther 2016;14:1205]. Expert Rev Cardiovasc Ther 2016;14:1035–41. (Level III)

13. Gunderson EP, Croen LA, Chiang V, Yoshida CK, Walton D, Go AS. Epidemiology of peripartum cardiomyopathy: incidence, predictors, and outcomes. Obstet Gynecol 2011;118:583–91. (Level II-2)

14. Kuklina E, Callaghan W. Chronic heart disease and severe obstetric morbidity among hospitalisations for pregnancy in the USA: 1995-2006. BJOG 2011;118:345–52. (Level II-3)

15. Cantwell R, Clutton-Brock T, Cooper G, Dawson A, Drife J, Garrod D, et al. Saving Mothers' Lives: reviewing maternal deaths to make motherhood safer: 2006-2008. The Eighth Report of the Confidential Enquiries into Maternal Deaths in the United Kingdom [published erratum appears in BJOG 2015 122:e1]. BJOG 2011; 118(suppl 1):1–203. (Level III)

16. Lewis G, editor. The Confidential Enquiry into Maternal and Child Health (CEMACH). Saving Mothers' Lives: reviewing maternal deaths to make motherhood safer—2003-2005. The Seventh Report on Confidential Enquiries into Maternal Deaths in the United Kingdom. London (UK): CEMACH; 2007. (Level III)

17. James AH, Jamison MG, Biswas MS, Brancazio LR, Swamy GK, Myers ER. Acute myocardial infarction in pregnancy: a United States population-based study. Circulation 2006;113:1564–71. (Level II-3)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

18. Melchiorre K, Sharma R, Thilaganathan B. Cardiovascular implications in preeclampsia: an overview. Circulation 2014;130:703–14. (Level III)

19. Castleman JS, Ganapathy R, Taki F, Lip GY, Steeds RP, Kotecha D. Echocardiographic structure and function in hypertensive disorders of pregnancy: a systematic review. Circ Cardiovasc Imaging 2016;9(9). (Systematic Review)

20. Kim MJ, Seo J, Cho KI, Yoon SJ, Choi JH, Shin MS. Echocardiographic assessment of structural and hemodynamic changes in hypertension-related pregnancy. J Cardiovasc Ultrasound 2016;24:28–34. (Level II-2)

21. Norman JE, Reynolds RM. The consequences of obesity and excess weight gain in pregnancy [published erratum appears in Proc Nutr Soc 2011;70:514]. Proc Nutr Soc 2011;70:450–6. (Level III)

22. Louis JM, Mogos MF, Salemi JL, Redline S, Salihu HM. Obstructive sleep apnea and severe maternal-infant morbidity/mortality in the United States, 1998-2009. Sleep 2014;37:843–9. (Level II-3)

23. Mosca L, Benjamin EJ, Berra K, Bezanson JL, Dolor RJ, Lloyd-Jones DM, et al. Effectiveness-based guidelines for the prevention of cardiovascular disease in women—2011 update: a guideline from the American Heart Association [published erratum appears in J Am Coll Cardiol 2012;59: 1663]. J Am Coll Cardiol 2011;57:1404–23. (Level III)

24. Racial and ethnic disparities in obstetrics and gynecology. Committee Opinion No. 649. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;126: e130–4. (Level III)

25. Institute of Medicine. Unequal treatment: confronting racial and ethnic disparities in health care. Washington, DC: National Academies Press; 2003. (Level III). Available at https://www.ncbi.nlm.nih.gov/pubmed/25032386.

26. Optimizing postpartum care. ACOG Committee Opinion No. 736. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;131:e140–50. (Level III)

27. Brown HL, Warner JJ, Gianos E, Gulati M, Hill AJ, Hollier LM, et al. Promoting risk identification and reduction of cardiovascular disease in women through collaboration with obstetricians and gynecologists: a Presidential Advisory from the American Heart Association and the American College of Obstetricians and Gynecologists. Circulation 2018;137:e843–52. (Level III)

28. Gunderson EP. Childbearing and obesity in women: weight before, during, and after pregnancy. Obstet Gynecol Clin North Am 2009;36:317–32, ix. (Level III)

29. Heida KY, Bots ML, de Groot CJ, van Dunne FM, Hammoud NM, Hoek A, et al. Cardiovascular risk management after reproductive and pregnancy-related disorders: a Dutch multidisciplinary evidence-based guideline. Eur J Prev Cardiol 2016;23:1863–79. (Level III)

30. Sanghavi M, Rutherford JD. Cardiovascular physiology of pregnancy. Circulation 2014;130:1003–8. (Level III)

31. Nama V, Antonios TF, Onwude J, Manyonda IT. Midtrimester blood pressure drop in normal pregnancy: myth or reality? J Hypertens 2011;29:763–8. (Level II-2)

32. Shen M, Tan H, Zhou S, Smith GN, Walker MC, Wen SW. Trajectory of blood pressure change during preg-

nancy and the role of pre-gravid blood pressure: a functional data analysis approach. Sci Rep 2017;7:6227. (Level II-2)

33. Kinsella SM, Lohmann G. Supine hypotensive syndrome. Obstet Gynecol 1994;83:774–88. (Level III)

34. Kuhn JC, Falk RS, Langesaeter E. Haemodynamic changes during labour: continuous minimally invasive monitoring in 20 healthy parturients. Int J Obstet Anesth 2017;31:74–83. (Level II-3)

35. Sohnchen N, Melzer K, Tejada BM, Jastrow-Meyer N, Othenin-Girard V, Irion O, et al. Maternal heart rate changes during labour. Eur J Obstet Gynecol Reprod Biol 2011;158:173–8. (Level II-3)

36. Walters BN, Walters T. Hypertension in the puerperium [letter]. Lancet 1987;2:330. (Level III)

37. Sibai BM. Etiology and management of postpartum hypertension-preeclampsia. Am J Obstet Gynecol 2012; 206:470–5. (Level III)

38. Castro LC, Hobel CJ, Gornbein J. Plasma levels of atrial natriuretic peptide in normal and hypertensive pregnancies: a meta-analysis. Am J Obstet Gynecol 1994;171: 1642–51. (Meta-Analysis)

39. Savu O, Jurcut R, Giusca S, van Mieghem T, Gussi I, Popescu BA, et al. Morphological and functional adaptation of the maternal heart during pregnancy. Circ Cardiovasc Imaging 2012;5:289–97. (Level II-2)

40. Ducas RA, Elliott JE, Melnyk SF, Premecz S, daSilva J, Cleverley K, et al. Cardiovascular magnetic resonance in pregnancy: insights from the cardiac hemodynamic imaging and remodeling in pregnancy (CHIRP) study. J Cardiovasc Magn Reson 2014;16:1. (Level II-2)

41. Melchiorre K, Sharma R, Khalil A, Thilaganathan B. Maternal cardiovascular function in normal pregnancy: evidence of maladaptation to chronic volume overload. Hypertension 2016;67:754–62. (Level II-3)

42. Robson SC, Hunter S, Boys RJ, Dunlop W. Serial study of factors influencing changes in cardiac output during human pregnancy. Am J Physiol 1989;256:H1060–5. (Level III)

43. Goland S, Perelman S, Asalih N, Shimoni S, Walfish O, Hallak M, et al. Shortness of breath during pregnancy: could a cardiac factor be involved? Clin Cardiol 2015; 38:598–603. (Level II-2)

44. Thromboembolism in pregnancy. ACOG Practice Bulletin No. 196. American College of Obstetricians and Gynecologists [published erratum appears in Obstet Gynecol 2018;132:1068]. Obstet Gynecol 2018;132:e1–17. (Level III)

45. Bariatric surgery and pregnancy. ACOG Practice Bulletin No. 105. American College of Obstetricians and Gynecologists. Obstet Gynecol 2009;113:1405–13. (Level III)

46. Pregestational diabetes mellitus. ACOG Practice Bulletin No. 201. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;132:e228–48. (Level III)

47. Chronic hypertension in pregnancy. ACOG Practice Bulletin No. 203. American College of Obstetricians and Gynecologists. Obstet Gynecol 2019;133:e26–e50. (Level III)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

48. Smoking cessation during pregnancy. Committee Opinion No. 721. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017;130:e200–4. (Level III)

49. Kalia SS, Adelman K, Bale SJ, Chung WK, Eng C, Evans JP, et al. Recommendations for reporting of secondary findings in clinical exome and genome sequencing, 2016 update (ACMG SF v2.0): a policy statement of the American College of Medical Genetics and Genomics [published erratum appears in Genet Med 2017;19:484]. Genet Med 2017;19:249–55. (Level III)

50. Wolfe DS, Hameed AB, Taub CC, Zaidi AN, Bortnick AE. Addressing maternal mortality: the pregnant cardiac patient. Am J Obstet Gynecol 2019;220(2):167.e1–167.e8. (Level III)

51. Simpson LL. Maternal cardiac disease: update for the clinician. Obstet Gynecol 2012;119:345–59. (Level III)

52. Canobbio MM, Warnes CA, Aboulhosn J, Connolly HM, Khanna A, Koos BJ, et al. Management of pregnancy in patients with complex congenital heart disease: a scientific statement for healthcare professionals from the American Heart Association. American Heart Association Council on Cardiovascular and Stroke Nursing, Council on Clinical Cardiology, Council on Cardiovascular Disease in the Young, Council on Functional Genomics and Translational Biology, and Council on Quality of Care and Outcomes Research. Circulation 2017;135:e50–87. (Level III)

53. Connolly HM. Managing congenital heart disease in the obstetric patient. Semin Perinatol 2018;42:39–48. (Level III)

54. Siu SC, Sermer M, Colman JM, Alvarez AN, Mercier LA, Morton BC, et al. Prospective multicenter study of pregnancy outcomes in women with heart disease. Cardiac Disease in Pregnancy (CARPREG) Investigators. Circulation 2001;104:515–21. (Level II-2)

55. Drenthen W, Boersma E, Balci A, Moons P, Roos-Hesselink JW, Mulder BJ, et al. Predictors of pregnancy complications in women with congenital heart disease. ZAHARA Investigators. Eur Heart J 2010;31:2124–32. (Level II-3)

56. Balci A, Sollie-Szarynska KM, van der Bijl AG, Ruys TP, Mulder BJ, Roos-Hesselink JW, et al. Prospective validation and assessment of cardiovascular and offspring risk models for pregnant women with congenital heart disease. ZAHARA-II investigators. Heart 2014;100:1373–81. (Level II-2)

57. Ruys TP, Maggioni A, Johnson MR, Sliwa K, Tavazzi L, Schwerzmann M, et al. Cardiac medication during pregnancy, data from the ROPAC. Int J Cardiol 2014;177:124–8. (Level II-2)

58. Simpson LL. Preconception considerations. Semin Perinatol 2014;38:236–9. (Level III)

59. Silversides CK, Grewal J, Mason J, Sermer M, Kiess M, Rychel V, et al. Pregnancy outcomes in women with heart disease: the CARPREG II study. J Am Coll Cardiol 2018;71:2419–30. (Level II-2)

60. Levels of maternal care. Obstetric Care Consensus No. 2. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;125:502–15. (Level III)

61. Januzzi JL Jr, Chen-Tournoux AA, Christenson RH, Doros G, Hollander JE, Levy PD, et al. N-terminal pro-B-type natriuretic peptide in the emergency department: the ICON-RELOADED Study. ICON-RELOADED Investigators. J Am Coll Cardiol 2018;71:1191–200. (Level II-1)

62. Hameed AB, Chan K, Ghamsary M, Elkayam U. Longitudinal changes in the B-type natriuretic peptide levels in normal pregnancy and postpartum. Clin Cardiol 2009;32:60. (Level II-2)

63. Mayama M, Yoshihara M, Uno K, Tano S, Takeda T, Ukai M, et al. Factors influencing brain natriuretic peptide levels in healthy pregnant women. Int J Cardiol 2017;228:749–53. (Level II-2)

64. McCullough PA, Nowak RM, McCord J, Hollander JE, Herrmann HC, Steg PG, et al. B-type natriuretic peptide and clinical judgment in emergency diagnosis of heart failure: analysis from Breathing Not Properly (BNP) Multinational Study. Circulation 2002;106:416–22. (Level II-2)

65. Kansal M, Hibbard JU, Briller J. Diastolic function in pregnant patients with cardiac symptoms. Hypertens Pregnancy 2012;31:367–74. (Level II-3)

66. Resnik JL, Hong C, Resnik R, Kazanegra R, Beede J, Bhalla V, et al. Evaluation of B-type natriuretic peptide (BNP) levels in normal and preeclamptic women. Am J Obstet Gynecol 2005;193:450–4. (Level II-2)

67. Kampman MA, Balci A, van Veldhuisen DJ, van Dijk AP, Roos-Hesselink JW, Sollie-Szarynska KM, et al. N-terminal pro-B-type natriuretic peptide predicts cardiovascular complications in pregnant women with congenital heart disease. ZAHARA II investigators. Eur Heart J 2014;35:708–15. (Level II-2)

68. Ker JA, Soma-Pillay P. NT-proBNP: When is it useful in obstetric medicine? Obstet Med 2018;11:3–5. (Level III)

69. Tanous D, Siu SC, Mason J, Greutmann M, Wald RM, Parker JD, et al. B-type natriuretic peptide in pregnant women with heart disease. J Am Coll Cardiol 2010;56:1247–53. (Level II-2)

70. Blatt A, Svirski R, Morawsky G, Uriel N, Neeman O, Sherman D, et al. Short and long-term outcome of pregnant women with preexisting dilated cardiomyopathy: an NTproBNP and echocardiography-guided study. Isr Med Assoc J 2010;12:613–6. (Level II-2)

71. Januzzi JL Jr, Bamberg F, Lee H, Truong QA, Nichols JH, Karakas M, et al. High-sensitivity troponin T concentrations in acute chest pain patients evaluated with cardiac computed tomography. Circulation 2010;121:1227–34. (Level II-3)

72. Shade GH Jr, Ross G, Bever FN, Uddin Z, Devireddy L, Gardin JM. Troponin I in the diagnosis of acute myocardial infarction in pregnancy, labor, and post partum. Am J Obstet Gynecol 2002;187:1719–20. (Level III)

73. Smith R, Silversides C, Downey K, Newton G, Macarthur A. Assessing the incidence of peripartum subclinical myocardial ischemia using the troponin T assay: an observational pilot study. Int J Obstet Anesth 2015;24:30–4. (Level II-2)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

74. Pergialiotis V, Prodromidou A, Frountzas M, Perrea DN, Papantoniou N. Maternal cardiac troponin levels in preeclampsia: a systematic review. J Matern Fetal Neonatal Med 2016;29:3386–90. (Systematic Review)

75. M S, S C, Brid SV. Electrocardiographic Qrs axis, Q wave and T-wave changes in 2nd and 3rd trimester of normal pregnancy. J Clin Diagn Res 2014;8:21. (Level II-2)

76. Worrell JA, Cullinan JA, Youree CC, Carroll FE, Lorenz CH. The plain chest radiograph and clinical management of pulmonary edema in pregnancy. J Reprod Med 1996; 41:629–32. (Level II-3)

77. Campos O, Andrade JL, Bocanegra J, Ambrose JA, Carvalho AC, Harada K, et al. Physiologic multivalvular regurgitation during pregnancy: a longitudinal Doppler echocardiographic study. Int J Cardiol 1993;40:265–72. (Level II-3)

78. Desai DK, Moodley J, Naidoo DP. Echocardiographic assessment of cardiovascular hemodynamics in normal pregnancy. Obstet Gynecol 2004;104:20–9. (Level II-2)

79. Chung E, Leinwand LA. Pregnancy as a cardiac stress model. Cardiovasc Res 2014;101:561–70. (Level III)

80. Regitz-Zagrosek V, Roos-Hesselink JW, Bauersachs J, Blomstrom-Lundqvist C, Cifkova R, De Bonis M, et al. 2018 ESC guidelines for the management of cardiovascular diseases during pregnancy. ESC Scientific Document Group. Eur Heart J 2018;39:3165–241. (Level III)

81. Guidelines for diagnostic imaging during pregnancy and lactation. Committee Opinion No. 723. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017; 130:e210–6. (Level III)

82. Strizek B, Jani JC, Mucyo E, De Keyzer F, Pauwels I, Ziane S, et al. Safety of MR imaging at 1.5 T in fetuses: a retrospective case–control study of birth weights and the effects of acoustic noise. Radiology 2015;275:530–7. (Level II-2)

83. Cruz MO, Hibbard JU, Alexander T, Briller J. Ambulatory arrhythmia monitoring in pregnant patients with palpitations. Am J Perinatol 2013;30:53–8. (Level II-2)

84. Pieper PG, Lameijer H, Hoendermis ES. Pregnancy and pulmonary hypertension. Best Pract Res Clin Obstet Gynaecol 2014;28:579–91. (Systematic Review)

85. Weiss BM, Zemp L, Seifert B, Hess OM. Outcome of pulmonary vascular disease in pregnancy: a systematic overview from 1978 through 1996. J Am Coll Cardiol 1998;31:1650–7. (Level III)

86. Bedard E, Dimopoulos K, Gatzoulis MA. Has there been any progress made on pregnancy outcomes among women with pulmonary arterial hypertension? Eur Heart J 2009;30:256–65. (Systematic Review)

87. Galie N, Humbert M, Vachiery JL, Gibbs S, Lang I, Torbicki A, et al. 2015 ESC/ERS guidelines for the diagnosis and treatment of pulmonary hypertension: The Joint Task Force for the Diagnosis and Treatment of Pulmonary Hypertension of the European Society of Cardiology (ESC) and the European Respiratory Society (ERS): Endorsed by: Association for European Paediatric and Congenital Cardiology (AEPC), International Society for Heart and Lung Transplantation (ISHLT). ESC Scientific

Document Group. Eur Heart J 2016;37:67–119. (Level III)

88. Nishimura RA, Otto CM, Bonow RO, Carabello BA, Erwin JP 3rd, Fleisher LA, et al. 2017 AHA/ACC focused update of the 2014 AHA/ACC guideline for the management of patients with valvular heart disease: a report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines. Circulation 2017;135:e1159–95. (Level III)

89. Steinberg ZL, Dominguez-Islas CP, Otto CM, Stout KK, Krieger EV. Maternal and fetal outcomes of anticoagulation in pregnant women with mechanical heart valves. J Am Coll Cardiol 2017;69:2681–91. (Meta-Analysis)

90. Carnicelli A. Anticoagulation for valvular heart disease. Washington, DC: American College of Cardiology; 2015. Available at https://www.acc.org/latest-in-cardiology/articles/2015/05/18/09/58/anticoagulation-for-valvular-heart-disease. (Level III)

91. Use of prophylactic antibiotics in labor and delivery. ACOG Practice Bulletin No. 199. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018; 132:e103–19. (Level III)

92. Lima FV, Parikh PB, Zhu J, Yang J, Stergiopoulos K. Association of cardiomyopathy with adverse cardiac events in pregnant women at the time of delivery. JACC Heart Fail 2015;3:257–66. (Level II-2)

93. Avila WS, Rossi EG, Ramires JA, Grinberg M, Bortolotto MR, Zugaib M, et al. Pregnancy in patients with heart disease: experience with 1,000 cases. Clin Cardiol 2003; 26:135–42. (Level II-2)

94. Grewal J, Siu SC, Ross HJ, Mason J, Balint OH, Sermer M, et al. Pregnancy outcomes in women with dilated cardiomyopathy. J Am Coll Cardiol 2009;55:45–52. (Level II-2)

95. Goland S, van Hagen IM, Elbaz-Greener G, Elkayam U, Shotan A, Merz WM, et al. Pregnancy in women with hypertrophic cardiomyopathy: data from the European Society of Cardiology initiated Registry of Pregnancy and Cardiac disease (ROPAC). Eur Heart J 2017;38: 2683–90. (Level II-2)

96. Elkayam U, Goland S, Pieper PG, Silversides CK. High-risk cardiac disease in pregnancy: part II. J Am Coll Cardiol 2016;68:502–16. (Level III) (Elkayam 2016B)

97. Vaidya VR, Arora S, Patel N, Badheka AO, Patel N, Agnihotri K, et al. Burden of arrhythmia in pregnancy. Circulation 2017;135:619–21. (Level II-3)

98. Arany Z, Elkayam U. Peripartum cardiomyopathy. Circulation 2016;133:1397–409. (Level III)

99. Pearson GD, Veille JC, Rahimtoola S, Hsia J, Oakley CM, Hosenpud JD, et al. Peripartum cardiomyopathy: National Heart, Lung, and Blood Institute and Office of Rare Diseases (National Institutes of Health) workshop recommendations and review. JAMA 2000;283:1183–8. (Level III)

100. Elkayam U, Akhter MW, Singh H, Khan S, Bitar F, Hameed A, et al. Pregnancy-associated cardiomyopathy: clinical characteristics and a comparison between early

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

and late presentation. Circulation 2005;111:2050–5. (Level II-2)

101. Sundstrom JB, Fett JD, Carraway RD, Ansari AA. Is peripartum cardiomyopathy an organ-specific autoimmune disease? Autoimmun Rev 2002;1:73–7. (Level III)

102. Patten IS, Rana S, Shahul S, Rowe GC, Jang C, Liu L, et al. Cardiac angiogenic imbalance leads to peripartum cardiomyopathy. Nature 2012;485:333–8. (Level III)

103. Ware JS, Li J, Mazaika E, Yasso CM, DeSouza T, Cappola TP, et al. Shared genetic predisposition in peripartum and dilated cardiomyopathies. IMAC-2 and IPAC Investigators. N Engl J Med 2016;374:233–41. (Level II-3)

104. McNamara DM, Elkayam U, Alharethi R, Damp J, Hsich E, Ewald G, et al. Clinical outcomes for peripartum cardiomyopathy in North America: results of the IPAC study (Investigations of Pregnancy-Associated Cardiomyopathy). IPAC Investigators. J Am Coll Cardiol 2015;66:905–14. (Level II-2)

105. Haghikia A, Podewski E, Libhaber E, Labidi S, Fischer D, Roentgen P, et al. Phenotyping and outcome on contemporary management in a German cohort of patients with peripartum cardiomyopathy. Basic Res Cardiol 2013;108:366. (Level II-2)

106. Blauwet LA, Cooper LT. Diagnosis and management of peripartum cardiomyopathy. Heart 2011;97:1970–81. (Level III)

107. Brar SS, Khan SS, Sandhu GK, Jorgensen MB, Parikh N, Hsu JW, et al. Incidence, mortality, and racial differences in peripartum cardiomyopathy. Am J Cardiol 2007;100:302–4. (Level II-2)

108. Gentry MB, Dias JK, Luis A, Patel R, Thornton J, Reed GL. African-American women have a higher risk for developing peripartum cardiomyopathy. J Am Coll Cardiol 2010;55:654–9. (Level II-2)

109. Goland S, Modi K, Hatamizadeh P, Elkayam U. Differences in clinical profile of African-American women with peripartum cardiomyopathy in the United States. J Card Fail 2013;19:214–8. (Level II-2)

110. Irizarry OC, Levine LD, Lewey J, Boyer T, Riis V, Elovitz MA, et al. Comparison of clinical characteristics and outcomes of peripartum cardiomyopathy between African American and non-African American women. JAMA Cardiol 2017;2:1256–60. (Level II-2)

111. Elkayam U, Tummala PP, Rao K, Akhter MW, Karaalp IS, Wani OR, et al. Maternal and fetal outcomes of subsequent pregnancies in women with peripartum cardiomyopathy [published erratum appears in N Engl J Med 2001;345:552]. N Engl J Med 2001;344:1567–71. (Level II-2)

112. Fett JD, Fristoe KL, Welsh SN. Risk of heart failure relapse in subsequent pregnancy among peripartum cardiomyopathy mothers. Int J Gynaecol Obstet 2010;109:34–6. (Level II-2)

113. Codsi E, Rose CH, Blauwet LA. Subsequent pregnancy outcomes in patients with peripartum cardiomyopathy. Obstet Gynecol 2018;131:322–7. (Level II-2)

114. Sliwa K, Hilfiker-Kleiner D, Petrie MC, Mebazaa A, Pieske B, Buchmann E, et al. Current state of knowledge on aetiology, diagnosis, management, and therapy of peripartum cardiomyopathy: a position statement from the Heart Failure Association of the European Society of Cardiology Working Group on peripartum cardiomyopathy. Eur J Heart Fail 2010;12:767–78. (Level III)

115. Hilfiker-Kleiner D, Haghikia A, Berliner D, Vogel-Claussen J, Schwab J, Franke A, et al. Bromocriptine for the treatment of peripartum cardiomyopathy: a multicentre randomized study. Eur Heart J 2017;38:2671–9. (Level I)

116. Safe prevention of the primary cesarean delivery. Obstetric Care Consensus No. 1. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;123:693–711. (Level III)

117. Habli M, O'Brien T, Nowack E, Khoury S, Barton JR, Sibai B. Peripartum cardiomyopathy: prognostic factors for long-term maternal outcome. Am J Obstet Gynecol 2008;199:415.e1–5. (Level II-2)

118. Smilowitz NR, Gupta N, Guo Y, Zhong J, Weinberg CR, Reynolds HR, et al. Acute myocardial infarction during pregnancy and the puerperium in the United States. Mayo Clin Proc 2018;93:1404–14. (Level II-2)

119. Elkayam U, Jalnapurkar S, Barakkat MN, Khatri N, Kealey AJ, Mehra A, et al. Pregnancy-associated acute myocardial infarction: a review of contemporary experience in 150 cases between 2006 and 2011. Circulation 2014;129:1695–702. (Level III)

120. Firoz T, Magee LA. Acute myocardial infarction in the obstetric patient. Obstet Med 2012;5:50–7. (Level III)

121. Lee C, Saw J. Very early antepartum pregnancy-associated spontaneous coronary artery dissection case report. Cardiovasc Diagn Ther 2018;8:512–5. (Level III)

122. Tweet MS, Kok SN, Hayes SN. Spontaneous coronary artery dissection in women: what is known and what is yet to be understood. Clin Cardiol 2018;41:203–10. (Level III)

123. Havakuk O, Goland S, Mehra A, Elkayam U. Pregnancy and the risk of spontaneous coronary artery dissection: an analysis of 120 contemporary cases. Circ Cardiovasc Interv 2017;10:e004941. (Level III)

124. Lipman SS, Wong JY, Arafeh J, Cohen SE, Carvalho B. Transport decreases the quality of cardiopulmonary resuscitation during simulated maternal cardiac arrest. Anesth Analg 2013;116:162–7. (Level I)

125. Jeejeebhoy FM, Zelop CM, Lipman S, Carvalho B, Joglar J, Mhyre JM, et al. Cardiac arrest in pregnancy: a scientific statement from the American Heart Association. American Heart Association Emergency Cardiovascular Care Committee, Council on Cardiopulmonary, Critical Care, Perioperative and Resuscitation, Council on Cardiovascular Diseases in the Young, and Council on Clinical Cardiology. Circulation 2015;132:1747–73. (Level III)

126. Mhyre JM, Tsen LC, Einav S, Kuklina EV, Leffert LR, Bateman BT. Cardiac arrest during hospitalization for delivery in the United States, 1998-2011. Anesthesiology 2014;120:810–8. (Level II-3)

127. Kundra P, Khanna S, Habeebullah S, Ravishankar M. Manual displacement of the uterus during Caesarean section. Anaesthesia 2007;62:460–5. (Level I)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

128. Zelop CM, Einav S, Mhyre JM, Martin S. Cardiac arrest during pregnancy: ongoing clinical conundrum. Am J Obstet Gynecol 2018;219:52–61. (Level III)

129. Rose CH, Faksh A, Traynor KD, Cabrera D, Arendt KW, Brost BC. Challenging the 4- to 5-minute rule: from perimortem cesarean to resuscitative hysterotomy. Am J Obstet Gynecol 2015;213:653–6, 653.e1. (Level III)

130. Beckett VA, Knight M, Sharpe P. The CAPS Study: incidence, management and outcomes of cardiac arrest in pregnancy in the UK: a prospective, descriptive study. BJOG 2017;124:1374–81. (Level II-2)

131. Benson MD, Padovano A, Bourjeily G, Zhou Y. Maternal collapse: challenging the four-minute rule. EBioMedicine 2016;6:253–7. (Level III)

132. Stout KK, Daniels CJ, Aboulhosn JA, Bozkurt B, Broberg CS, Colman JM, et al. 2018 AHA/ACC guideline for the management of adults with congenital heart disease: executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines [preprint]. J Am Coll Cardiol 2018; DOI: 10.1016/j.jacc.2018.08.1028. (Level III)

133. Drenthen W, Pieper PG, Roos-Hesselink JW, van Lottum WA, Voors AA, Mulder BJ, et al. Outcome of pregnancy in women with congenital heart disease: a literature review. ZAHARA Investigators. J Am Coll Cardiol 2007;49:2303–11. (Systematic Review)

134. Peyvandi S, Ingall E, Woyciechowski S, Garbarini J, Mitchell LE, Goldmuntz E. Risk of congenital heart disease in relatives of probands with conotruncal cardiac defects: an evaluation of 1,620 families. Am J Med Genet A 2014;164A:1490–5. (Level II-2)

135. Cauldwell M, Steer P, Sterrenburg M, Wallace S, Malin G, Ulivi G, et al. Birth weight in pregnancies complicated by maternal heart disease [preprint]. Heart 2018; DOI: 10.1136/heartjnl-2018–313551. (Level II-2)

136. Low-dose aspirin use during pregnancy. ACOG Committee Opinion No. 743. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;132:e44–52. (Level III)

137. Whelton PK, Carey RM, Aronow WS, Casey DE Jr, Collins KJ, Dennison Himmelfarb C, et al. 2017 ACC/AHA/AAPA/ABC/ACPM/AGS/APhA/ASH/ASPC/NMA/PCNA guideline for the prevention, detection, evaluation, and management of high blood pressure in adults: a report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines [published erratum appears in J Am Coll Cardiol 2018; 71:2275–9]. J Am Coll Cardiol 2018;71:e127–248. (Level III)

138. Gestational hypertension and preeclampsia. ACOG Practice Bulletin No. 202. American College of Obstetricians and Gynecologists. Obstet Gynecol 2019;133:e1–25. (Level III)

139. Physical activity and exercise during pregnancy and the postpartum period. Committee Opinion No. 650. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;126:e135–42. (Level III)

140. Ruys TP, Roos-Hesselink JW, Pijuan-Domenech A, Vasario E, Gaisin IR, Iung B, et al. Is a planned caesarean section in women with cardiac disease beneficial? ROPAC investigators. Heart 2015;101:530–6. (Level II-2)

141. Horlocker TT, Vandermeulen E, Kopp SL, Gogarten W, Leffert LR, Benzon HT. Regional anesthesia in the patient receiving antithrombotic or thrombolytic therapy: American Society of Regional Anesthesia and Pain Medicine Evidence-Based Guidelines (Fourth Edition) [published erratum appears in Reg Anesth Pain Med 2018;43:566]. Reg Anesth Pain Med 2018;43:263–309. (Level III)

142. Leffert L, Butwick A, Carvalho B, Arendt K, Bates SM, Friedman A, et al. The Society for Obstetric Anesthesia and Perinatology Consensus Statement on the anesthetic management of pregnant and postpartum women receiving thromboprophylaxis or higher dose anticoagulants. Members of the SOAP VTE Taskforce. Anesth Analg 2018;126:928–44. (Level III)

143. Tanaka H, Kamiya C, Katsuragi S, Tanaka K, Yoshimatsu J, Ikeda T. Effect of epidural anesthesia in labor; pregnancy with cardiovascular disease. Taiwan J Obstet Gynecol 2018;57:190–3. (Level II-2)

144. Main EK, McCain CL, Morton CH, Holtby S, Lawton ES. Pregnancy-related mortality in California: causes, characteristics, and improvement opportunities. Obstet Gynecol 2015;125:938–47. (Level III)

145. Ruys TP, Cornette J, Roos-Hesselink JW. Pregnancy and delivery in cardiac disease. J Cardiol 2013;61:107–12. (Level III)

146. Khairy P, Ionescu-Ittu R, Mackie AS, Abrahamowicz M, Pilote L, Marelli AJ. Changing mortality in congenital heart disease. J Am Coll Cardiol 2010;56:1149–57. (Level II-2)

147. Kuklina EV, Callaghan WM. Cardiomyopathy and other myocardial disorders among hospitalizations for pregnancy in the United States: 2004-2006. Obstet Gynecol 2010;115:93–100. (Level II-3)

148. Roth A, Elkayam U. Acute myocardial infarction associated with pregnancy. J Am Coll Cardiol 2008;52:171–80. (Level III)

149. Overcash RT, Somers AT, LaCoursiere DY. Enoxaparin dosing after cesarean delivery in morbidly obese women. Obstet Gynecol 2015;125:1371–6. (Level II-1)

150. Stephenson ML, Serra AE, Neeper JM, Caballero DC, McNulty J. A randomized controlled trial of differing doses of postcesarean enoxaparin thromboprophylaxis in obese women. J Perinatol 2016;36:95–9. (Level I)

151. Optimizing support for breastfeeding as part of obstetric practice. ACOG Committee Opinion No. 756. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;132:e187–96. (Level III)

152. Kearney L, Wright P, Fhadil S, Thomas M. Postpartum cardiomyopathy and considerations for breastfeeding. Card Fail Rev 2018;4:112–8. (Level III)

153. Lupton SJ, Chiu CL, Lujic S, Hennessy A, Lind JM. Association between parity and breastfeeding with maternal high blood pressure. Am J Obstet Gynecol 2013;208:454.e1–7. (Level II-2)

154. Schwarz EB, Ray RM, Stuebe AM, Allison MA, Ness RB, Freiberg MS, et al. Duration of lactation and risk factors for maternal cardiovascular disease. Obstet Gynecol 2009;113:974–82. (Level II-2)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

155. Curtis KM, Tepper NK, Jatlaoui TC, Berry-Bibee E, Horton LG, Zapata LB, et al. U.S. medical eligibility criteria for contraceptive use, 2016. MMWR Recomm Rep 2016; 65(RR-3):1–104. (Level III)

156. World Health Organization. Medical eligibility criteria for contraceptive use. 5th ed. Geneva: WHO; 2015. (Level III)

157. Thorne S, Nelson-Piercy C, MacGregor A, Gibbs S, Crowhurst J, Panay N, et al. Pregnancy and contraception in heart disease and pulmonary arterial hypertension. J Fam Plann Reprod Health Care 2006;32:75–81. (Level III)

158. Long-acting reversible contraception: implants and intrauterine devices. Practice Bulletin No. 186. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017;130:e251–69. (Level III)

159. Immediate postpartum long-acting reversible contraception. Committee Opinion No. 670. American College of Obstetricians and Gynecologists. Obstet Gynecol 2016; 128:e32–7. (Level III)

160. Trussell J. Contraceptive failure in the United States. Contraception 2011;83:397–404. (Level III)

161. American College of Obstetricians and Gynecologists. Guidelines for women's health care: a resource manual. 4th ed. Washington, DC: American College of Obstetricians and Gynecologists; 2014. (Level III)

162. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case–control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception 1998;57:315–24. (Level II-2)

163. Depot medroxyprogesterone acetate and bone effects. Committee Opinion No. 602. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;123: 1398–402. (Level III)

164. Sonmezer M, Atabekoglu C, Cengiz B, Dokmeci F, Cengiz SD. Depot-medroxyprogesterone acetate in anticoagulated patients with previous hemorrhagic corpus luteum. Eur J Contracept Reprod Health Care 2005;10:9–14. (Level III)

165. Gillum LA, Mamidipudi SK, Johnston SC. Ischemic stroke risk with oral contraceptives: a meta-analysis. Jama 2000;284:72–8. (Meta-Analysis)

166. Khader YS, Rice J, John L, Abueita O. Oral contraceptives use and the risk of myocardial infarction: a meta-analysis. Contraception 2003;68:11–7. (Systematic Review and Meta-Analysis)

167. Tanis BC, van den Bosch MA, Kemmeren JM, Cats VM, Helmerhorst FM, Algra A, et al. Oral contraceptives and the risk of myocardial infarction. N Engl J Med 2001;345: 1787–93. (Level II-2)

168. Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case–control study. Contraception 2002;65:187–96. (Level II-2)

169. Lubianca JN, Moreira LB, Gus M, Fuchs FD. Stopping oral contraceptives: an effective blood pressure-lowering intervention in women with hypertension. J Hum Hypertens 2005;19:451–5. (Level II-2)

170. Tepper NK, Paulen ME, Marchbanks PA, Curtis KM. Safety of contraceptive use among women with peripartum cardiomyopathy: a systematic review. Contraception 2010;82:95–101. (Systematic Review)

171. World Health Organization Department of Reproductive Health and Research, (WHO/RHR), Johns Hopkins Bloomberg School of Public Health/Center for Communication Programs (CCP), Knowledge for Health Project. Family planning: a global handbook for providers (2018 update). 3rd ed. Baltimore (MD): CCP; Geneva: WHO; 2018. (Level III)

172. Benefits and risks of sterilization. Practice Bulletin No. 133. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:392–404. (Level III)

173. Amory JK. Male contraception. Fertil Steril 2016;106: 1303–9. (Level III)

174. Fried M, Krska Z, Danzig V. Does the laparoscopic approach significantly affect cardiac functions in laparoscopic surgery? Pilot study in non-obese and morbidly obese patients. Obes Surg 2001;11:293–6. (Level II-1)

175. Safran DB, Orlando R 3rd. Physiologic effects of pneumoperitoneum. Am J Surg 1994;167:281–6. (Level III)

176. Ozdemir-van Brunschot DM, van Laarhoven KC, Scheffer GJ, Pouwels S, Wever KE, Warle MC. What is the evidence for the use of low-pressure pneumoperitoneum? A systematic review. Surg Endosc 2016;30:2049–65. (Systematic Review & Meta-Analysis)

177. Martin A, Payne R, Wilson EC. Long-term costs and health consequences of issuing shorter duration prescriptions for patients with chronic health conditions in the English NHS. Appl Health Econ Health Policy 2018;16: 317–30. (Level III)

178. Callen J, Pinelli J. A review of the literature examining the benefits and challenges, incidence and duration, and barriers to breastfeeding in preterm infants. Adv Neonatal Care 2005;5:92. (Level III)

179. Lotterman JH, Lorenz JM, Bonanno GA. You can't take your baby home yet: a longitudinal study of psychological symptoms in mothers of infants hospitalized in the NICU. J Clin Psychol Med Settings 2019;26:116. (Level III)

180. Mongraw-Chaffin ML, Cirillo PM, Cohn BA. Preeclampsia and cardiovascular disease death: prospective evidence from the child health and development studies cohort. Hypertension 2010;56:166–71. (Level II-2)

181. Ray JG, Vermeulen MJ, Schull MJ, Redelmeier DA. Cardiovascular health after maternal placental syndromes (CHAMPS): population-based retrospective cohort study. Lancet 2005;366:1797–803. (Level II-2)

182. Riise HK, Sulo G, Tell GS, Igland J, Nygard O, Iversen AC, et al. Association between gestational hypertension and risk of cardiovascular disease among 617 589 Norwegian women. J Am Heart Assoc 2018;7:e008337. (Level II-2)

183. Wu P, Gulati M, Kwok CS, Wong CW, Narain A, O'Brien S, et al. Preterm delivery and future risk of maternal cardiovascular disease: a systematic review and meta-analysis. J Am

**Practice Bulletin** *Pregnancy and Heart Disease* **e353**

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

Heart Assoc 2018;7:e007809. (Systematic Review and Meta-Analysis)

184. Coutinho T, Lamai O, Nerenberg K. Hypertensive disorders of pregnancy and cardiovascular diseases: current knowledge and future directions. Curr Treat Options Cardiovasc Med 2018;20:56. (Level III)

185. Bellamy L, Casas JP, Hingorani AD, Williams DJ. Pre-eclampsia and risk of cardiovascular disease and cancer in later life: systematic review and meta-analysis. BMJ 2007;335:974. (Systematic Review and Meta-Analysis)

186. Brouwers L, van der Meiden-van Roest AJ, Savelkoul C, Vogelvang TE, Lely AT, Franx A, et al. Recurrence of pre-eclampsia and the risk of future hypertension and cardiovascular disease: a systematic review and meta-analysis. BJOG 2018;125:1642–54. (Systematic Review and Meta-Analysis)

187. Cunningham MW Jr, LaMarca B. Risk of cardiovascular disease, end-stage renal disease, and stroke in postpartum women and their fetuses after a hypertensive pregnancy. Am J Physiol Regul Integr Comp Physiol 2018;315: R521–8. (Level II)

188. Nahum Sacks K, Friger M, Shoham-Vardi I, Spiegel E, Sergienko R, Landau D, et al. Prenatal exposure to pre-eclampsia as an independent risk factor for long-term cardiovascular morbidity of the offspring. Pregnancy Hypertens 2018;13:181–6. (Level II-2)

189. Smith GN, Walker MC, Liu A, Wen SW, Swansburg M, Ramshaw H, et al. A history of preeclampsia identifies women who have underlying cardiovascular risk factors. Pre-Eclampsia New Emerging Team, (PE-NET). Am J Obstet Gynecol 2009;200:58.e1–8. (Level II-2)

190. Cusimano MC, Pudwell J, Roddy M, Cho CK, Smith GN. The maternal health clinic: an initiative for cardiovascular risk identification in women with pregnancy-related complications. Am J Obstet Gynecol 2014;210:438.e1–9. (Level II-2)

191. Smith GN, Pudwell J, Roddy M. The maternal health clinic: a new window of opportunity for early heart disease risk screening and intervention for women with pregnancy complications. J Obstet Gynaecol Can 2013;35: 831–9. (Level III)

192. Spaan J, Peeters L, Spaanderman M, Brown M. Cardiovascular risk management after a hypertensive disorder of pregnancy. Hypertension 2012;60:1368–73. (Level III)

193. Wang X, Ouyang Y, Wang Z, Zhao G, Liu L, Bi Y. Obstructive sleep apnea and risk of cardiovascular disease and all-cause mortality: a meta-analysis of prospective cohort studies. Int J Cardiol 2013;169:207–14. (Meta-Analysis)

194. Bourjeily G, Danilack VA, Bublitz MH, Lipkind H, Muri J, Caldwell D, et al. Obstructive sleep apnea in pregnancy is associated with adverse maternal outcomes: a national cohort. Sleep Med 2017;38:50–7. (Level II-2)

195. Bertisch SM, Pollock BD, Mittleman MA, Buysse DJ, Bazzano LA, Gottlieb DJ, et al. Insomnia with objective short sleep duration and risk of incident cardiovascular disease and all-cause mortality: Sleep Heart Health Study. Sleep 2018;41(6): zsy047. (Level II-2)

196. Liu L, Su G, Wang S, Zhu B. The prevalence of obstructive sleep apnea and its association with pregnancy-related health outcomes: a systematic review and meta-analysis [preprint]. Sleep Breath 2018; DOI: 10. 1007/s11325-018-1714-7. (Systematic Review and Meta-Analysis)

197. Khattak HK, Hayat F, Pamboukian SV, Hahn HS, Schwartz BP, Stein PK. Obstructive sleep apnea in heart failure: review of prevalence, treatment with continuous positive airway pressure, and prognosis. Tex Heart Inst J 2018;45:151–61. (Level III)

198. Lloyd-Jones DM, Hong Y, Labarthe D, Mozaffarian D, Appel LJ, Van Horn L, et al. Defining and setting national goals for cardiovascular health promotion and disease reduction: the American Heart Association's strategic Impact Goal through 2020 and beyond. American Heart Association Strategic Planning Task Force and Statistics Committee. Circulation 2010;121:586–613. (Level III)

199. Villamor E, Cnattingius S. Interpregnancy weight change and risk of adverse pregnancy outcomes: a population-based study. Lancet 2006;368:1164–70. (Level II-2)

200. Gestational diabetes mellitus. ACOG Practice Bulletin No. 190. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;131:e49–64. (Level III)

201. Stuebe AM, Schwarz EB. The risks and benefits of infant feeding practices for women and their children. J Perinatol 2010;30:155–62. (Level III)

202. Dawson AJ, Krastev Y, Parsonage WA, Peek M, Lust K, Sullivan EA. Experiences of women with cardiac disease in pregnancy: a systematic review and metasynthesis. BMJ Open 2018;8:022755. (Systematic Review and Meta-Analysis)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

The MEDLINE database, the Cochrane Library, and the American College of Obstetricians and Gynecologists' own internal resources and documents were used to conduct a literature search to locate relevant articles published between January 2010–February 2019. The search was restricted to articles published in the English language. Priority was given to articles reporting results of original research, although review articles and commentaries also were consulted. Abstracts of research presented at symposia and scientific conferences were not considered adequate for inclusion in this document. Guidelines published by organizations or institutions such as the National Institutes of Health and the American College of Obstetricians and Gynecologists were reviewed, and additional studies were located by reviewing bibliographies of identified articles. When reliable research was not available, expert opinions from obstetrician–gynecologists were used.

Studies were reviewed and evaluated for quality according to the method outlined by the U.S. Preventive Services Task Force:

I   Evidence obtained from at least one properly designed randomized controlled trial.

II-1   Evidence obtained from well-designed controlled trials without randomization.

II-2   Evidence obtained from well-designed cohort or case–control analytic studies, preferably from more than one center or research group.

II-3   Evidence obtained from multiple time series with or without the intervention. Dramatic results in uncontrolled experiments also could be regarded as this type of evidence.

III   Opinions of respected authorities, based on clinical experience, descriptive studies, or reports of expert committees.

Based on the highest level of evidence found in the data, recommendations are provided and graded according to the following categories:

Level A—Recommendations are based on good and consistent scientific evidence.

Level B—Recommendations are based on limited or inconsistent scientific evidence.

Level C—Recommendations are based primarily on consensus and expert opinion.

Published online on April 23, 2019.

Copyright 2019 by the American College of Obstetricians and Gynecologists. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, posted on the Internet, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Requests for authorization to make photocopies should be directed to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400.

**American College of Obstetricians and Gynecologists**
**409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920**

Pregnancy and heart disease. ACOG Practice Bulletin No. 212. American College of Obstetricians and Gynecologists. Obstet Gynecol 2019;133:e320–56.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

*This information is designed as an educational resource to aid clinicians in providing obstetric and gynecologic care, and use of this information is voluntary. This information should not be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. It is not intended to substitute for the independent professional judgment of the treating clinician. Variations in practice may be warranted when, in the reasonable judgment of the treating clinician, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology. The American College of Obstetricians and Gynecologists reviews its publications regularly; however, its publications may not reflect the most recent evidence. Any updates to this document can be found on www.acog.org or by calling the ACOG Resource Center.*

*While ACOG makes every effort to present accurate and reliable information, this publication is provided "as is" without any warranty of accuracy, reliability, or otherwise, either express or implied. ACOG does not guarantee, warrant, or endorse the products or services of any firm, organization, or person. Neither ACOG nor its officers, directors, members, employees, or agents will be liable for any loss, damage, or claim with respect to any liabilities, including direct, special, indirect, or consequential damages, incurred in connection with this publication or reliance on the information presented.*

*All ACOG committee members and authors have submitted a conflict of interest disclosure statement related to this published product. Any potential conflicts have been considered and managed in accordance with ACOG's Conflict of Interest Disclosure Policy. The ACOG policies can be found on acog.org. For products jointly developed with other organizations, conflict of interest disclosures by representatives of the other organizations are addressed by those organizations. The American College of Obstetricians and Gynecologists has neither solicited nor accepted any commercial involvement in the development of the content of this published product.*

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

# FLEISHER DECLARATION: EXHIBIT E



The American College of
Obstetricians and Gynecologists
WOMEN'S HEALTH CARE PHYSICIANS

# ACOG PRACTICE BULLETIN

## Clinical Management Guidelines for Obstetrician–Gynecologists

Number 217                                    *(Replaces Practice Bulletin Number 188, January 2018)*

**Committee on Practice Bulletins—Obstetrics.** This Practice Bulletin was developed by the American College of Obstetricians and Gynecologists' Committee on Practice Bulletins—Obstetrics in collaboration with Robert Ehsanipoor, MD and Christian M. Pettker, MD.

# Prelabor Rupture of Membranes

*Preterm birth occurs in approximately 10% of all births in the United States and is a major contributor to perinatal morbidity and mortality (1–3). Prelabor rupture of membranes (PROM) that occurs preterm complicates approximately 2–3% of all pregnancies in the United States, representing a significant proportion of preterm births, whereas term PROM occurs in approximately 8% of pregnancies (4–6). The optimal approach to assessment and treatment of women with term and preterm PROM remains challenging. Management decisions depend on gestational age and evaluation of the relative risks of delivery versus the risks (eg, infection, abruptio placentae, and umbilical cord accident) of expectant management when pregnancy is allowed to progress to a later gestational age. The purpose of this document is to review the current understanding of this condition and to provide management guidelines that have been validated by appropriately conducted outcome-based research when available. Additional guidelines on the basis of consensus and expert opinion also are presented. This Practice Bulletin is updated to include information about diagnosis of PROM, expectant management of PROM at term, and timing of delivery for patients with preterm PROM between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation.*

## Background

The definition of *prelabor rupture of membranes* is rupture of membranes before the onset of labor. Membrane rupture before labor that occurs before 37 weeks of gestation is referred to as "preterm prelabor rupture of membranes." Management of preterm and term PROM is influenced by gestational age and the presence of complicating factors such as clinical infection, abruptio placentae, labor, or abnormal fetal testing. An accurate assessment of gestational age and knowledge of the maternal, fetal, and neonatal risks are essential to appropriate evaluation, counseling, and care of patients with PROM.

### Etiology of Prelabor Rupture of Membranes

Membrane rupture may occur for a variety of reasons. Although membrane rupture at term can result from a normal physiologic weakening of the membranes combined with shearing forces created by uterine con-

tractions, preterm PROM can result from a wide array of pathologic mechanisms that act individually or in concert (7, 8). Intraamniotic infection has been shown to be commonly associated with preterm PROM, especially at earlier gestational ages (9, 10).

A history of preterm PROM is a major risk factor for preterm PROM or preterm labor in a subsequent pregnancy (11–13). Additional risk factors associated with preterm PROM are similar to those associated with spontaneous preterm birth and include short cervical length, second-trimester and third-trimester bleeding, low body mass index, low socioeconomic status, cigarette smoking, and illicit drug use (14–17). Although each of these risk factors is associated with preterm PROM, the condition often occurs in the absence of recognized risk factors or an obvious cause.

### Term Prelabor Rupture of Membranes

At term, PROM complicates approximately 8% of pregnancies and generally is followed by the prompt

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

onset of spontaneous labor and delivery (6). In a large randomized trial, one half of women with term PROM who were managed expectantly had an interval of membrane rupture to delivery of 33 hours, and 95% gave birth within 94–107 hours of membrane rupture with the use of oxytocin or prostaglandin when, during expectant management, induction was indicated or an endpoint of 4 days of expectant management was reached (18). The most significant maternal consequence of term PROM is intrauterine infection, the risk of which increases with the duration of membrane rupture.

## Preterm Prelabor Rupture of Membranes

Regardless of obstetric management or clinical presentation, birth within 1 week of membrane rupture occurs in at least one half of patients with preterm PROM (8). Latency after membrane rupture is inversely correlated with the gestational age at membrane rupture (19). Cessation of amniotic fluid leakage with restoration of normal amniotic fluid volume may infrequently occur in the setting of spontaneous preterm PROM but can be associated with favorable outcomes (20–22).

Among women with preterm PROM, clinically evident intraamniotic infection occurs in 15–35% of cases and postpartum infection occurs in approximately 15–25% of cases. The incidence of infection is higher at earlier gestational ages (9, 23–25). Abruptio placentae complicates 2–5% of pregnancies with preterm PROM (26, 27).

The most significant risks to the fetus after preterm PROM are complications of prematurity. Respiratory distress has been reported to be the most common complication of preterm birth (28, 29). Sepsis, intraventricular hemorrhage, and necrotizing enterocolitis also are associated with prematurity but are less common near term. Preterm PROM has been associated with an increased risk of neurodevelopmental impairment (30–32), and early gestational age at membrane rupture also has been associated with an increased risk of neonatal white matter damage (33). However, there are no data that suggest that immediate delivery after presentation with PROM will avert these risks. A large cohort study suggests that prolonged latency duration, when adjusted for gestational age, does not worsen neonatal prognosis with respect to survival, survival without morbidity, and early-onset sepsis (34).

## Periviable Prelabor Rupture of Membranes

Rupture of the membranes before viability occurs in less than 1% of pregnancies. The probability of neonatal death and morbidity associated with PROM decreases with longer latency and advancing gestational age (35, 36). In a review of periviable PROM occurring between 14 weeks of gestation and 24 weeks of gestation, perinatal deaths were more or less equally divided between stillbirths and neonatal deaths. Neonatal survival rates in patients expectantly managed for periviable PROM were much higher following membrane rupture after 22 weeks of gestation compared with membrane rupture before 22 weeks of gestation (57.7% versus 14.4%, respectively) (37). A second retrospective study of patients between 20 weeks of gestation and 24 weeks of gestation with periviable PROM who elected expectant management showed similar results, with neonatal survival of 22% of the newborns of patients with membrane rupture before 22 weeks of gestation and 58% for those with membrane rupture at 22 and 23 weeks of gestation (36). Most studies of second-trimester and periviable PROM are retrospective and include only expectantly managed cases. Thus, they likely overestimate survival rates because of selection bias. Survival data may vary by institution.

Significant maternal complications that occur after periviable PROM include intraamniotic infection, endometritis, abruptio placentae, and retained placenta (37). One center found that 14% of women with periviable PROM experienced significant maternal morbidity, including sepsis, transfusion, hemorrhage, infection, acute renal injury, and readmission (38). Although it occurs infrequently, life-threatening maternal infection may complicate expectant management of periviable PROM. Maternal sepsis is reported in approximately 1–5% of cases (36–38), and isolated maternal deaths due to infection have been reported in this setting.

Latency periods appear to be prolonged with second-trimester preterm PROM compared with PROM during later gestational ages. However, 40–50% of patients with periviable PROM will give birth within the first week and approximately 70–80% will give birth within 2–5 weeks after membrane rupture (36, 37, 39, 40).

The rate of pulmonary hypoplasia after preterm PROM before 24 weeks of gestation varies widely among reports and may be subject to variable reporting but is in the range of 2–20%. (35, 41–43). Pulmonary hypoplasia is associated with a high risk of mortality (37) but is rarely lethal when rupture of membranes occurs at or after 23–24 weeks of gestation (44), presumably because alveolar growth adequate to support postnatal development already has occurred. Early gestational age at membrane rupture and low residual amniotic fluid volume are the primary determinants of the incidence of pulmonary hypoplasia (46, 47). One retrospective cohort study demonstrated that persistent oligohydramnios in

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

cases of periviable PROM may correlate with lower survival rates and adverse neurodevelopmental outcomes (48). Prolonged oligohydramnios also can result in fetal deformations, including Potter-like facies (eg, low-set ears and epicanthal folds) and limb contractures or other positioning abnormalities. The reported frequency of skeletal deformations varies widely (1.5–38%) but many of these resolve with postnatal growth and physical therapy (37, 49).

# Clinical Considerations and Recommendations

### ▶ How is prelabor rupture of membranes diagnosed?

Most cases of PROM can be diagnosed on the basis of the patient's history and physical examination. Examination should be performed in a manner that minimizes the risk of introducing infection. Because digital cervical examinations increase the risk of infection and add little information to results available with speculum examination, they generally should be avoided unless the patient appears to be in active labor or delivery seems imminent (50, 51). Sterile speculum examination provides an opportunity to inspect for cervicitis and prolapse of the umbilical cord or fetal parts, assess cervical dilatation and effacement, and obtain cultures as appropriate.

The diagnosis of membrane rupture typically is confirmed by conventional clinical assessment, which includes the visualization of amniotic fluid passing from the cervical canal and pooling in the vagina, a simple pH test of vaginal fluid, or arborization (ferning) of dried vaginal fluid, which is identified under microscopic evaluation. The normal pH of vaginal secretions is generally 3.8–4.5 whereas amniotic fluid usually has a pH of 7.1–7.3. False-positive test results may occur in the presence of blood or semen, alkaline antiseptics, certain lubricants, trichomonas, or bacterial vaginosis. Alternatively, false-negative test results may occur with prolonged membrane rupture and minimal residual fluid.

In equivocal cases, additional tests may aid in the diagnosis. Ultrasonographic examination of amniotic fluid volume may be a useful adjunct but is not diagnostic. Fetal fibronectin is a sensitive but nonspecific test for ruptured membranes; a negative test result suggests intact membranes, but a positive test result is not diagnostic of PROM (52). Several commercially available tests for amniotic proteins are currently on the market, with reported high sensitivity for PROM (53, 54). However, false-positive test result rates of 19–30% have been reported in patients with clinically intact membranes and symptoms of labor (55, 56). These tests are appealing in light of the requirements of regulatory bodies related to Clinical Laboratory Improvement Amendments of 1988 quality standards on the point-of-care methods of clinical assessment such as Nitrazine and fern testing. The studies evaluating these protein tests are problematic because most of them use conventional clinical assessment (pooling, ferning, pH) as controls or gold standards for the diagnosis of rupture of membranes, calling into question their utility in equivocal cases (53, 54, 57, 58). Additionally, the U.S. Food and Drug Administration released a letter to health care providers in response to adverse events related to their use, including 13 fetal deaths and multiple reports of health complications in pregnant women. The U.S. Food and Drug Administration letter reminded health care providers that these tests should not be used without other clinical assessments because of concerns about "misuse, overreliance, and inaccurate interpretation of lab test results from rupture of membranes tests used to detect rupture of membranes in pregnant women. These can lead to serious adverse events, including fetal death, infection, and other health complications in pregnant women." (59) At most these test kits should be considered selectively relative to standard methods of diagnosis.

If the diagnosis remains unclear after a full evaluation, and if the benefits of the procedure outweigh the risks, membrane rupture can be diagnosed with ultrasonographically guided transabdominal instillation of indigo carmine dye, followed by the passage of blue-dyed fluid into the vagina, which is documented by a stained tampon or pad that is removed 20–30 minutes later. It is important to note that maternal urine also will turn blue or blue-green and should not be confused with amniotic fluid. Recent shortages of indigo carmine dye have complicated the availability of this procedure, and alternatives, such as fluorescein, have been suggested (60).

### ▶ What does initial management involve once prelabor rupture of membranes has been confirmed?

In all patients with PROM, gestational age, fetal presentation, and fetal well-being (61) should be determined. The examination should evaluate for evidence of intrauterine infection and abruptio placentae. If results are not already available and if an indication for treatment is not already present, culture for group B streptococci (GBS) should be obtained when expectant management is being considered.

In patients with preterm PROM, an initial period of electronic fetal heart rate monitoring and uterine activity

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

monitoring offers the opportunity to identify abnormal fetal heart rate tracings and to evaluate for contractions (62). Management after confirmation of the diagnosis of PROM is dependent primarily on gestational age and is discussed in more detail in the following paragraphs. Abnormal fetal testing or evidence of intraamniotic infection are indications for delivery. Vaginal bleeding should raise concern for abruptio placentae, which should prompt consideration of delivery, with the decision based on fetal status, the amount of bleeding, and gestational age. In general, digital examination should be used sparingly and judiciously.

► **What is the optimal method of initial management for a patient with prelabor rupture of membranes at term?**

Gestational age and fetal position should be confirmed, and fetal heart rate monitoring should be used, to assess fetal status. Group B streptococcal prophylaxis should be given based on prior culture results or intrapartum risk factors if cultures have not been performed previously (63).

A meta-analysis of 23 randomized controlled trials (8,615 women) found that induction of labor reduced the time from rupture of membrane to birth and the rates of chorioamnionitis or endometritis, or both, and also reduced admission to the neonatal intensive care unit without increasing the rates of cesarean birth or operative vaginal delivery (6). The largest of these trials also found that women viewed induction of labor more positively than expectant management (18). Induction of labor with vaginal prostaglandins has been shown to be equally effective for labor induction compared with oxytocin but was associated with higher rates of chorioamnionitis (18). Infection also is a concern with mechanical methods of cervical ripening, such as the Foley catheter balloon, but there are insufficient data on which to base a firm recommendation for mechanical methods of cervical ripening in the setting of PROM. One trial comparing Foley catheter balloon with oxytocin to oxytocin alone in women with PROM demonstrated an increased risk with Foley balloon (8% compared with 0%, $P<.01$), though this was not seen in another similar trial (64, 65). A meta-analysis of four trials suggests that use of prophylactic antibiotics may reduce infection morbidity, but prompt induction of labor was not standard care in either study. Thus, there is insufficient evidence to justify the routine use of prophylactic antibiotics with PROM at term in the absence of an indication for GBS prophylaxis (66, 67).

Meta-analysis data indicate that patients with term PROM benefit from induction of labor compared with expectant management. Induction may help reduce

infection in the woman and neonate without increasing the risk for cesarean birth (6). For women with PROM at 37 0/7 weeks of gestation or more, if spontaneous labor does not occur near the time of presentation in those who do not have contraindication to labor, labor induction should be recommended, although the choice of expectant management for a short period of time may be appropriately offered. In the cases in which expectant management is chosen, given that nearly 80% and 95% of patients start labor spontaneously within 12 hours and 24 hours respectively, a period of 12–24 hours of expectant management is reasonable as long as the clinical and fetal conditions are reassuring, and the patient is adequately counseled regarding the risks of prolonged PROM and the limitations of available data. For women who are GBS positive, administration of antibiotics for GBS prophylaxis should not be delayed while awaiting labor, and immediate induction rather than expectant management is recommended (63). During induction of labor with oxytocin, a sufficient period of adequate contractions (at least 12–18 hours) should be allowed for the latent phase of labor to progress before diagnosing failed induction and moving to cesarean birth (68–72).

► **When is delivery recommended for the preterm fetus in the presence of prelabor rupture of membranes?**

Abnormal results from fetal testing, clinical intraamniotic infection, and significant abruptio placentae are clear indications for delivery. Otherwise, gestational age is a primary factor when considering delivery versus expectant management (Box 1).

However, the optimal gestational age for delivery is unclear and controversial. A meta-analysis of 12 randomized controlled trials, including 3,617 women, concluded there was evidence to guide clinical practice toward expectant management regarding the risks and benefits of expectant management versus delivery in the setting of preterm PROM (73). Although there was no difference in neonatal sepsis between women who gave birth immediately compared with those managed expectantly, immediate birth had higher risks for neonatal respiratory distress, need for ventilation, neonatal mortality, neonatal intensive care unit admission, and likelihood of cesarean birth. In patients with no contraindications to continuing the pregnancy, such as abnormal results from fetal testing or intrauterine infection, expectant management likely provides benefit for the woman and newborn. Patients with preterm PROM before 34 0/7 weeks of gestation should be managed expectantly if no maternal or fetal contraindications exist (73, 74).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

**Box 1. Management of Prelabor Rupture of Membranes by Gestational Age Categories in Patients With Normal Antenatal Testing**

**Term (37 0/7 weeks of gestation or more)**

- GBS prophylaxis as indicated
- Treat intraamniotic infection if present
- Proceed toward delivery (induction or cesarean as appropriate/indicated)

**Late Preterm (34 0/7–36 6/7 weeks of gestation)**

- Expectant management or proceed toward delivery (see text) (induction or cesarean as appropriate/indicated)
- Single-course of corticosteroids, if steroids not previously given, if proceeding with induction or delivery in no less than 24 hours and no more than 7 days, and no evidence of chorioamnionitis*
- GBS screening and prophylaxis as indicated
- Treat intraamniotic infection if present (and proceed toward delivery)

**Preterm (24 0/7–33 6/7 weeks of gestation)**

- Expectant management
- Antibiotics recommended to prolong latency if there are no contraindications
- Single-course of corticosteroids; insufficient evidence for or against rescue course
- Treat intraamniotic infection if present (and proceed to delivery)
- A vaginal–rectal swab for GBS culture should be obtained at the time of initial presentation and GBS prophylaxis administered as indicated.
- Magnesium sulfate for neuroprotection before anticipated delivery for pregnancies <32 0/7 weeks of gestation, if there are no contraindications[†]

**Periviable (Less than 23–24 weeks of gestation)[‡,§]**

- Patient counseling; consider neonatology and maternal–fetal medicine consultation
- Expectant management or induction of labor
- Antibiotics may be considered as early as 20 0/7 weeks of gestation
- GBS prophylaxis is not recommended before viability[‖]
- Corticosteroids are not recommended before viability[‖]
- Tocolysis is not recommended before viability[‖]
- Magnesium sulfate for neuroprotection is not recommended before viability[†,‖]

Abbreviation: GBS, group B streptococci.
*Do not delay delivery for steroids; steroids should not be administered for an imminent cesarean birth.
[†]Magnesium sulfate for neuroprotection in accordance with one of the larger studies.
[‡]The combination of birth weight, gestational age, and sex provide the best estimate of chances of survival and should be considered in individual cases.
[§]Periviable birth. Obstetric Care Consensus No. 6. American College of Obstetricians and Gynecologists. 2017;130:187–99.
[‖]May be considered for pregnant women as early as 23 0/7 weeks of gestation.

At 34 0/7 weeks of gestation and before 37 0/7 weeks of gestation, delivery has traditionally been recommended for all women with ruptured membranes. However, a recent large randomized trial of 1,839 women that evaluated immediate delivery (shortly after diagnosis and preferably within 24 hours) versus expectant management in patients with PROM between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation suggests benefits to expectant management (75). Expectant management was according to local practice at participating centers, with 73% of patients managed in a hospital setting. There was no significant difference in the primary outcome—neonatal sepsis—or in the secondary outcome of composite neonatal morbidity. Infants in the immediate delivery group had higher rates of respiratory distress (relative risk [RR], 1.6; 95% CI, 1.1–2.3) and mechanical ventilation (RR, 1.4; 95% CI, 1.0–1.8) and spent more days in intensive care (4 days versus 2 days). However, maternal adverse outcomes, such as hemorrhage and infection, were approximately twofold higher with expectant management, although the rate of cesarean birth was lower (RR, 1.4; 95% CI, 1.2–1.7). According to the authors, the findings suggest that if expectant management is chosen, it should include careful monitoring of symptoms and signs of

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

maternal infection, chorioamnionitis, and antepartum hemorrhage. This monitoring may be done best in a hospital setting. An individual participant data meta-analysis of three trials showed similar results, with no difference in composite adverse neonatal outcome or neonatal sepsis when comparing expectant management with immediate delivery. In addition, immediate delivery resulted in higher rates of respiratory distress syndrome, intensive care admission, and cesarean birth (76). Either expectant management or immediate delivery in patients with PROM between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation is a reasonable option, although the balance between benefit and risk, from both maternal and neonatal perspectives, should be carefully considered, and patients should be counseled clearly. Care should be individualized through shared decision making, and expectant management should not extend beyond 37 0/7 weeks of gestation. Latency antibiotics are not appropriate in this setting.

▶ *What general approaches are used in cases of preterm prelabor rupture of membranes managed expectantly?*

Expectant management of preterm PROM generally consists of hospital admission with periodic assessment for infection, abruptio placentae, umbilical cord compression, fetal well-being, and labor. There is no consensus on the optimal frequency of assessment, but an acceptable strategy would include periodic ultrasonographic monitoring of fetal growth and periodic fetal heart rate monitoring. A temperature elevation may indicate intrauterine infection. Prompt diagnosis of intraamniotic infection in preterm pregnancy requires a high index of suspicion because early signs and symptoms may be subtle. In the absence of fever, other clinical criteria, such as abdominal or fundal tenderness and maternal or fetal tachycardia, have variable sensitivity and specificity for diagnosing infection. Serial monitoring of leukocyte counts and other markers of inflammation have not been proved to be useful and are nonspecific when there is no clinical evidence of infection, especially if antenatal corticosteroids have been administered (77). Specific treatment considerations regarding tocolytics, corticosteroids, antibiotics, magnesium sulfate, and timing of delivery are discussed in detail below.

For cases of expectant management of periviable PROM, it is reasonable to evaluate and monitor such patients for a short period looking for signs of abnormalities as above. After a period of assessment in the hospital, outpatient management may be possible, as there is less concern for timely intervention for a periviable fetus. Expectant management of periviable PROM has significant maternal risks that are important to monitor carefully when choosing outpatient management. Such outpatient expectant management should involve frequent temperature evaluations, clear counseling on how to monitor for the signs and symptoms of abnormalities (eg, abdominal pain, vaginal bleeding, abnormal discharge), and frequent evaluations by a health care provider. Hospitalization often occurs around the time of viability when intervention for fetal indications is desired.

The use of 17-hydroxyprogesterone caproate to extend latency in cases of preterm PROM has been evaluated in two randomized trials. One trial involving 1,523 patients was stopped when a planned interim analysis suggested futility in continuing (78). There was no significant difference in interval to delivery or in composite adverse perinatal outcome, indicating that 17-hydroxyprogesterone caproate should not be used in patients with preterm PROM specifically for the purpose of extending latency. The second trial was stopped prematurely because of poor enrollment after 21 patients. This trial also did not find any benefit from 17-hydroxyprogesterone caproate (79). There are no data regarding the utility or safety of using vaginal progesterone in cases of preterm PROM. Given this lack of data and the theoretical risk of introducing infection with the administration of a daily vaginal drug in the presence of ruptured membranes, the use of vaginal progesterone is cases of preterm PROM is not recommended.

▶ *Should tocolytic agents be considered for patients with preterm prelabor rupture of membranes?*

The use of tocolytic agents in the setting of preterm PROM is controversial, and practice patterns among specialists vary widely (80). There are insufficient data to support or refute the use of tocolytic therapy in the setting of preterm PROM. A meta-analysis of eight trials evaluating the efficacy of tocolytic agents in preterm PROM is of limited use because women were only treated in two of the trials (81, 82) with latency antibiotics and corticosteroids, both of which have become part of standard management (83). The use of tocolytic therapy was associated with a longer latency period and a lower risk of delivery within 48 hours but also was associated with a higher risk of chorioamnionitis in pregnancies before 34 0/7 weeks of gestation. In summary, tocolytic agents may be associated with

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

a prolongation of pregnancy and an increased risk of chorioamnionitis without proven maternal or neonatal benefit, although their use has not been evaluated adequately with latency antibiotics and corticosteroids. In the setting of ruptured membranes with active labor, although tocolytic therapy has not been shown to prolong latency or improve neonatal outcomes, data are limited. Tocolytic agents can be considered in preterm PROM for steroid benefit to the neonate, especially at earlier gestational ages, or for maternal transport but should be used cautiously and avoided if there is evidence of infection or abruption. Tocolytic therapy is not recommended in the setting of preterm PROM between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation.

▶ **Should antenatal corticosteroids be administered to patients with preterm prelabor rupture of membranes?**

The use of antenatal corticosteroids after preterm PROM has been evaluated in a number of clinical trials and has been shown to reduce neonatal mortality, respiratory distress syndrome, intraventricular hemorrhage, and necrotizing enterocolitis (84–86). Current data suggest that antenatal corticosteroids are not associated with increased risks of maternal or neonatal infection regardless of gestational age. A single course of corticosteroids is recommended for pregnant women between 24 0/7 weeks of gestation and 33 6/7 weeks of gestation and may be considered for pregnant women who are at risk of preterm birth within 7 days, including for those with ruptured membranes, as early as 23 0/7 weeks of gestation (87–89). A Cochrane meta-analysis reinforces the beneficial effect of this therapy regardless of membrane status and concludes that a single course of antenatal corticosteroids should be considered routine for all preterm deliveries (84).

Recent data indicate that administration of betamethasone in the late preterm period between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation reduces respiratory morbidity in newborns (90). Although a subgroup analysis was not done, approximately 22% of study patients had preterm PROM. A single course of corticosteroids is recommended for pregnant women between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation at risk of preterm birth within 7 days and who have not received a previous course of antenatal corticosteroids if proceeding with induction or delivery in no less than 24 hours and no more than 7 days (89). Late preterm administration of antenatal corticosteroids is not indicated in women diagnosed with clinical chorioamnionitis. Furthermore, delivery should not be delayed, and

antenatal corticosteroids should not be used in the late preterm period (89).

There are no data that support the use of corticosteroids before viability, and administration of corticosteroids in this setting is not currently recommended. Weekly administration of corticosteroids has been associated with a reduction in birth weight and head circumference and is not recommended (91–93). Whether to administer a rescue course of corticosteroids with PROM at any gestational age is controversial, and there is insufficient evidence to make a recommendation for or against. A retrospective cohort study and a secondary analysis of a prospective cohort study suggest that corticosteroids do not increase the risk of chorioamnionitis (94, 95). If used as a rescue course, corticosteroids could be provided as early as 7 days from the prior dose, if indicated by the clinical scenario. A single repeat course of antenatal corticosteroids can be considered in women with preterm PROM who are less than 34 0/7 weeks of gestation, are at risk of preterm delivery within 7 days, and whose prior course of antenatal corticosteroids was administered more than 14 days previously. However, delivery should not be delayed to achieve a rescue course.

▶ **Should magnesium sulfate for fetal neuroprotection be administered to patients with preterm prelabor rupture of membranes?**

Randomized controlled trials have demonstrated that maternal administration of magnesium sulfate used for fetal neuroprotection when birth is anticipated before 32 0/7 weeks of gestation reduces the risk of cerebral palsy in surviving infants (RR, 0.71; 95% CI, 0.55–0.91) (96). In the largest of these trials, 85% of the women enrolled had preterm PROM between 24 weeks of gestation and 32 weeks of gestation (97). Magnesium sulfate administration for this indication does not appear to affect latency interval (98). The optimal treatment regimen for fetal neuroprotection remains unclear, and different regimens were used in different trials. With respect to the use of magnesium sulfate for fetal neuroprotection, hospitals should develop uniform and specific guidelines for their departments regarding inclusion criteria, treatment regimens, concurrent tocolytic therapy, and monitoring in accordance with one of the larger trials (97, 99, 100). Regardless of the treatment regimen used, women with preterm PROM before 32 0/7 weeks of gestation who are thought to be at risk of imminent delivery should be considered candidates for fetal neuroprotective treatment with magnesium sulfate (101).

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

▶ **Should antibiotics be administered to patients with preterm prelabor rupture of membranes?**

Administration of broad-spectrum antibiotics prolongs pregnancy, reduces maternal and neonatal infections, and reduces gestational age-dependent morbidity (23, 102, 103). The optimal antibiotic regimen is unclear because multiple regimens have demonstrated benefit. Based on available information, to reduce maternal and neonatal infections and gestational-age-dependent morbidity, a 7-day course of therapy of latency antibiotics with a combination of intravenous ampicillin and erythromycin followed by oral amoxicillin and erythromycin is recommended during expectant management of women with preterm PROM who are at less than 34 0/7 weeks of gestation (23, 102). The regimen used in the *Eunice Kennedy Shriver* National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network trial was intravenous ampicillin (2 g every 6 hours) and erythromycin (250 mg every 6 hours) for 48 hours followed by oral amoxicillin (250 mg every 8 hours) and erythromycin base (333 mg every 8 hours) (103). Some centers have replaced the use of erythromycin with azithromycin (such as a single oral dose of azithromycin 1 g) in situations in which erythromycin is not available or not tolerated, and this substitution is a suitable alternative (104, 105). One retrospective cohort study did not find a difference in latency or secondary outcomes such as neonatal survival, sepsis, or respiratory distress between the two medications (106). Another retrospective cohort study that also compared erythromycin and azithromycin likewise found no difference in latency (107). Further, there may be cost benefits to the use of azithromycin. (108) The use of amoxicillin–clavulanic acid has been associated with increased rates of necrotizing enterocolitis and it is not recommended (23, 102). Although there are no well-studied alternative regimens for women allergic to β-lactam antibiotics, it may be reasonable to consider another agent effective against GBS to replace the β-lactam agent. The choice of agent will be influenced by the severity of the reported allergic reaction and antibiotic susceptibility results of the GBS culture, if available (63). Patients with preterm PROM should be screened for GBS. Women with preterm PROM and a viable fetus who are candidates for intrapartum GBS prophylaxis should receive intrapartum GBS prophylaxis to prevent vertical transmission regardless of earlier antibiotic treatments (63, 109). Approaches for GBS prophylaxis should emphasize appropriate principles of antibiotic stewardship.

▶ **Should preterm prelabor rupture of membranes be managed with home care?**

Two small randomized controlled trials that compared hospitalization to home care of women with preterm PROM had insufficient power to demonstrate a meaningful difference in outcome because only 11–18% of the women were eligible for antepartum home care (110, 111). Because latency is frequently brief, infection may present suddenly, and the fetus is at increased risk of umbilical cord compression, hospitalization with surveillance of the woman and her fetus is recommended once viability has been reached. The outpatient management of preterm PROM with a viable fetus has not been studied sufficiently to establish safety and, therefore, is not recommended. Periviable PROM may be considered for home care after a period of assessment in the hospital, as discussed previously.

▶ **How should a patient with preterm prelabor rupture of membranes and a cervical cerclage be treated?**

There are no complete prospective studies with which to guide the care of women with preterm PROM who have a cervical cerclage. One randomized trial that was terminated early because of concern regarding lack of power during the interim analysis failed to determine differences in outcomes between removal and retention of cervical cerclage in preterm PROM (112). Results from retrospective studies have not been consistent, but generally have found that cerclage retention for more than 24 hours after preterm PROM is associated with pregnancy prolongation (113). Because of the non-randomized nature of the reports, it is unclear how factors, such as labor or infection, contributed to decisions for cerclage removal, which may have yielded biased results. In some, but not all studies, cerclage retention with preterm PROM has been associated with increased rates of neonatal mortality from sepsis, neonatal sepsis, respiratory distress syndrome, and maternal chorioamnionitis (113, 114). A firm recommendation regarding whether a cerclage should be removed after preterm PROM cannot be made, and either removal or retention is reasonable. Regardless, if a cerclage remains in place with preterm PROM, prolonged antibiotic prophylaxis beyond 7 days is not recommended.

▶ **What is the optimal management of a patient with preterm prelabor rupture of membranes and herpes simplex virus infection or human immunodeficiency virus?**

Neonatal herpes simplex virus (HSV) infection usually results from maternal–fetal transmission during delivery.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

The risk of vertical transmission with delivery in patients with subclinical shedding at the time of labor as a result of having acquired genital HSV in the third trimester is reported to be between 30% and 50%, compared with only 3% in cases of maternal symptomatic reactivation of HSV at the time of labor (115). The literature regarding expectant management of preterm PROM with active maternal HSV infection is limited to small case series and case reports (116, 117). All patients were treated with acyclovir, and cesarean birth was performed if lesions were present at the time of delivery. No cases of vertical transmission were reported.

There is no consensus on the gestational age at which the risk of prematurity in women with preterm PROM outweighs the potential risk of neonatal HSV infection. In the setting of PROM with recurrent active infection, expectant management is recommended before 34 0/7 weeks of gestation. Antiviral therapy should be initiated when expectant management is elected, and corticosteroids, antibiotics, and magnesium sulfate for neuroprotection should be provided as clinically indicated. The decision to use corticosteroids should be based on the balance between the risk of pulmonary immaturity and the risk of neonatal herpes. If active disease or prodromal symptoms are present at the onset of labor or when delivery is indicated, cesarean birth is recommended.

Optimal management of preterm PROM in the setting of primary HSV infection is less clear because of the increased risk of vertical transmission. Antiviral therapy is advocated, and if lesions are present at the time of delivery, cesarean birth is recommended. In general, cesarean birth is not recommended for women with a history of HSV infection but no active genital lesions or prodromal symptoms during labor (118). However, for women with a primary or nonprimary first-episode genital HSV infection during the third trimester of pregnancy, cesarean birth may be offered due to the possibility of prolonged viral shedding (119, 120).

The optimal management of the patient with human immunodeficiency virus (HIV) and preterm PROM also is uncertain because there are no adequate data from patients with prolonged rupture of membranes. Early observations showed that the duration of the interval between membrane rupture and labor correlated with risk of transmission to the newborn (121), but current data suggest that the duration the interval between membrane rupture and labor is not correlated with risk of vertical transmission in patients who receive highly active antiretroviral therapy, have a low viral load, and receive antepartum and intrapartum zidovudine (122, 123). Also, a series of 10 patients with preterm PROM who were managed expectantly while receiving antiretroviral therapy had no cases of HIV transmission to the newborn despite viral loads as high as 23,000 copies per mL. The latent periods ranged from 4 hours to 4 days in this series, and all had a cesarean birth (124).

The management of patients with HIV infection who have preterm PROM should be individualized with consideration of factors including gestational age, current antiretroviral regimen, and viral load. In cases involving a very early gestational age in which the patient is being treated with antiretroviral medications and the viral load is low, a period of expectant management is likely to be appropriate. In all cases, the patient should be managed in consultation with a physician with expertise in management of HIV in pregnancy. Furthermore, standard antepartum and intrapartum treatment guidelines should be followed, and management choices should be fully discussed with the patient (125).

▶ **How does care differ for patients with prelabor rupture of membranes that occurs before neonatal viability?**

Women presenting with PROM before neonatal viability should be counseled regarding the risks and benefits of expectant management versus immediate delivery. Counseling should include a realistic appraisal of neonatal outcomes (87). Immediate delivery (termination of pregnancy by induction of labor or dilation and evacuation) and expectant management should be offered. Physicians should provide patients with the most current and accurate information possible (87).

If the patient opts for expectant management and is clinically stable with no evidence of infection after evaluation, outpatient management and surveillance can be considered. Precautions should be reviewed with the patient, and the patient should come to the hospital if she develops symptoms of infection, labor, or abruptio placentae. Patients should monitor body temperatures. Typically, women with periviable PROM who have been cared for as outpatients are admitted to the hospital once the pregnancy has reached viability and the patient would accept interventions for delivery on behalf of the fetus.

Administration of antenatal corticosteroids and latency antibiotics for fetal maturation upon reaching viability is appropriate given that early delivery remains likely. Multiple ultrasonographic methods (such as thoracic measurements and ratios, flow velocities in pulmonary vessels, and three-dimensional estimations of lung volume) have been studied to evaluate pulmonary development in the antepartum period, but all are

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

of limited accuracy and cannot be considered sufficiently reliable for clinical management (47). Because most studies of antibiotic prophylaxis with preterm PROM enrolled patients only after 24 0/7 weeks of gestation, there are no adequate data to assess the risks and benefits of such treatment at earlier (periviable) gestational ages. However, it is reasonable to consider a course of broad-spectrum antibiotics for pregnancy prolongation in patients with periviable PROM who choose expectant management (87). There is no evidence to support the use of tocolytic agents in the setting of periviable PROM, and in this setting, it is not recommended.

▶ *What is the expected outcome of prelabor rupture of membranes after second-trimester amniocentesis?*

In studies of women undergoing second-trimester amniocentesis for prenatal diagnosis of genetic disorders, the risk of PROM is less than 1% (126–128). In contrast to patients with spontaneous PROM in the second trimester, reaccumulation of normal amniotic fluid volume and favorable outcomes are expected. In one series of 11 patients with periviable PROM after genetic amniocentesis, there was one periviable pregnancy loss, reaccumulation of normal amniotic fluid occurred within 1 month in 72% of patients, and the perinatal survival rate was 91% (126).

After appropriate counseling, patients with periviable PROM after genetic amniocentesis typically are managed expectantly as outpatients. Precautions regarding symptoms of chorioamnionitis and miscarriage should be given. Regular follow-up visits with ultrasonographic examinations to assess amniotic fluid volume are recommended.

▶ *How should a patient with a history of preterm prelabor of membranes be managed in future pregnancies?*

Patients with prior preterm PROM have an increased risk of recurrent PROM and preterm birth, and a detailed medical and obstetric history should be taken when patients have a history suggestive of these complications. However, there are few studies that examine interventions to prevent recurrent PROM. Women with prior preterm births should be counseled that short interpregnancy intervals, particularly those shorter than 6 months, may differentially and negatively affect subsequent pregnancy outcomes (129).

Patients with a history of preterm PROM were included in studies of progesterone supplementation for preterm birth recurrence reduction, but most studies did not report the specific proportion of women with PROM in the

study group or separately analyze results in those patients (130, 131). However, given the potential benefit of progesterone therapy, women with a single gestation and a prior spontaneous preterm birth (due to either labor with intact membranes or preterm PROM) should be offered progesterone supplementation as clinically indicated to reduce the risk of recurrent spontaneous preterm birth.

Although vaginal ultrasonographic measurement of the cervix is a safe and reliable means of evaluating the risk of preterm birth related to cervical length, there have been no well-designed trials of cervical surveillance in women with a history of preterm PROM. Similar to the progesterone studies, trials that evaluated cervical assessment, vaginal progesterone, and cerclage included women with prior preterm PROM, but their specific data were not reported (132, 133). Thus, as with women with spontaneous preterm births, consideration can be given to transvaginal cervical length screening. Cerclage placement is associated with significant decreases in preterm birth outcomes, offers perinatal benefits, and may be considered in women with the following combination of history and ultrasonographic findings: a current singleton pregnancy, prior spontaneous preterm birth at less than 34 weeks of gestation, and short cervical length (less than 25 mm) before 24 weeks of gestation (134). There are no data on which to base a recommendation regarding the optimal gestational age for initiating surveillance or frequency of monitoring.

# Summary of Recommendations and Conclusions

*The following recommendations are based on good and consistent scientific evidence (Level A):*

▶ Patients with preterm PROM before 34 0/7 weeks of gestation should be managed expectantly if no maternal or fetal contraindications exist.

▶ A single course of corticosteroids is recommended for pregnant women between 24 0/7 weeks of gestation and 33 6/7 weeks of gestation and may be considered for pregnant women who are at risk of preterm birth within 7 days, including for those with ruptured membranes, as early as 23 0/7 weeks of gestation.

▶ A single course of corticosteroids is recommended for pregnant women between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation at risk of preterm birth within 7 days and who have not received a previous course of antenatal corticosteroids if proceeding with induction or delivery in no less than 24 hours and no more than 7 days.

▶ Women with preterm PROM before 32 0/7 weeks of gestation who are thought to be at risk of imminent

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

delivery should be considered candidates for fetal neuroprotective treatment with magnesium sulfate.

▶ To reduce maternal and neonatal infections and gestational-age-dependent morbidity, a 7-day course of therapy of latency antibiotics with a combination of intravenous ampicillin and erythromycin followed by oral amoxicillin and erythromycin is recommended during expectant management of women with preterm PROM who are at less than 34 0/7 weeks of gestation. Some centers have replaced the use of erythromycin with azithromycin in situations in which erythromycin is not available or not tolerated, and this substitution is a suitable alternative.

▶ Women with preterm PROM and a viable fetus who are candidates for intrapartum GBS prophylaxis should receive intrapartum GBS prophylaxis to prevent vertical transmission regardless of earlier antibiotic treatments.

***The following recommendations and conclusions are based on limited and inconsistent scientific evidence (Level B):***

▶ For women with PROM at 37 0/7 weeks of gestation or more, if spontaneous labor does not occur near the time of presentation in those who do not have contraindication to labor, labor induction should be recommended, although the choice of expectant management for a short period of time may be appropriately offered.

▶ Either expectant management or immediate delivery in patients with PROM between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation is a reasonable option, although the balance between benefit and risk, from both maternal and neonatal perspectives, should be carefully considered, and patients should be counseled clearly. Care should be individualized through shared decision making, and expectant management should not extend beyond 37 0/7 weeks of gestation. Latency antibiotics are not appropriate in this setting.

▶ In the setting of ruptured membranes with active labor, although tocolytic therapy has not been shown to prolong latency or improve neonatal outcomes, data are limited. Tocolytic agents can be considered in preterm PROM for steroid benefit to the neonate, especially at earlier gestational ages, or for maternal transport but should be used cautiously and avoided if there is evidence of infection or abruption. Tocolytic therapy is not recommended in the setting of preterm PROM between 34 0/7 weeks of gestation and 36 6/7 weeks of gestation.

▶ Given the potential benefit of progesterone therapy, women with a single gestation and a prior spontaneous preterm birth (due to either labor with intact membranes or preterm PROM) should be offered progesterone supplementation as clinically indicated to reduce the risk of recurrent spontaneous preterm birth.

***The following conclusions are based primarily on consensus and expert opinion (Level C):***

▶ The diagnosis of membrane rupture typically is confirmed by conventional clinical assessment, which includes the visualization of amniotic fluid passing from the cervical canal and pooling in the vagina, a simple pH test of vaginal fluid, or arborization (ferning) of dried vaginal fluid, which is identified under microscopic evaluation.

▶ The outpatient management of preterm PROM with a viable fetus has not been studied sufficiently to establish safety and, therefore, is not recommended. Periviable PROM may be considered for home care after a period of assessment in the hospital.

# References

1. Martin JA, Hamilton BE, Osterman MJ. Births in the United States, 2017. NCHS Data Brief No. 318. Hyattsville (MD): National Center for Health Statistics; 2018A. Available at: https://www.cdc.gov/nchs/data/databriefs/db318.pdf. Retrieved April 16, 2019. (Level III)

2. Martin JA, Hamilton BE, Osterman MJ, Driscoll AK, Drake P. Births: final data for 2017. Natl Vital Stat Rep 2018B;67(8):1–49. (Level II-3)

3. Matthews TJ, MacDorman MF, Thoma ME. Infant mortality statistics from the 2013 period linked birth/infant death data set. Natl Vital Stat Rep 2015;64:1–30. (Level II-3)

4. Mercer BM. Preterm premature rupture of the membranes: current approaches to evaluation and management. Obstet Gynecol Clin North Am 2005;32:411–28. (Level III)

5. Martin JA, Hamilton BE, Sutton PD, Ventura SJ, Menacker F, Munson ML. Births: final data for 2003. Natl Vital Stat Rep 2005;54(2):1–116. (Level II-3)

6. Middleton P, Shepherd E, Flenady V, McBain RD, Crowther CA. Planned early birth versus expectant management (waiting) for prelabour rupture of membranes at term (37 weeks or more). Cochrane Database of Systematic Review 2017, Issue 1. Art. No.: CD005302. (Systematic Review and Meta-Analysis)

7. Moore RM, Mansour JM, Redline RW, Mercer BM, Moore JJ. The physiology of fetal membrane rupture: insight gained from the determination of physical properties. Placenta 2006;27:1037–51. (Level III)

8. Mercer BM. Preterm premature rupture of the membranes. Obstet Gynecol 2003;101:178–93. (Level III)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

9. Garite TJ, Freeman RK. Chorioamnionitis in the preterm gestation. Obstet Gynecol 1982;59:539–45. (Level II-3)

10. Seo K, McGregor JA, French JI. Preterm birth is associated with increased risk of maternal and neonatal infection. Obstet Gynecol 1992;79:75–80. (Level II-2)

11. Mercer BM, Goldenberg RL, Moawad AH, Meis PJ, Iams JD, Das AF, et al. The preterm prediction study: effect of gestational age and cause of preterm birth on subsequent obstetric outcome. National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network. Am J Obstet Gynecol 1999;181:1216–21. (Level II-2)

12. Asrat T, Lewis DF, Garite TJ, Major CA, Nageotte MP, Towers CV, et al. Rate of recurrence of preterm premature rupture of membranes in consecutive pregnancies. Am J Obstet Gynecol 1991;165:1111–5. (Level II-2)

13. Lee T, Carpenter MW, Heber WW, Silver HM. Preterm premature rupture of membranes: risks of recurrent complications in the next pregnancy among a population-based sample of gravid women. Am J Obstet Gynecol 2003;188:209–13. (Level II-2)

14. Mercer BM, Goldenberg RL, Meis PJ, Moawad AH, Shellhaas C, Das A, et al. The Preterm Prediction Study: prediction of preterm premature rupture of membranes through clinical findings and ancillary testing. The National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network. Am J Obstet Gynecol 2000;183:738–45. (Level II-2)

15. Harger JH, Hsing AW, Tuomala RE, Gibbs RS, Mead PB, Eschenbach DA, et al. Risk factors for preterm premature rupture of fetal membranes: a multicenter case-control study. Am J Obstet Gynecol 1990;163:130–7. (Level II-2)

16. Berkowitz GS, Blackmore-Prince C, Lapinski RH, Savitz DA. Risk factors for preterm birth subtypes. Epidemiology 1998;9:279–85. (Level II-3)

17. Ferguson SE, Smith GN, Salenieks ME, Windrim R, Walker MC. Preterm premature rupture of membranes. Nutritional and socioeconomic factors. Obstet Gynecol 2002;100:1250–6. (Level II-2)

18. Hannah ME, Ohlsson A, Farine D, Hewson SA, Hodnett ED, Myhr TL, et al. Induction of labor compared with expectant management for prelabor rupture of the membranes at term. TERMPROM Study Group. N Engl J Med 1996;334:1005–10. (Level I)

19. Melamed N, Hadar E, Ben-Haroush A, Kaplan B, Yogev Y. Factors affecting the duration of the latency period in preterm premature rupture of membranes. J Matern Fetal Neonatal Med 2009;22:1051–6. (Level II-3)

20. Johnson JW, Egerman RS, Moorhead J. Cases with ruptured membranes that "reseal". Am J Obstet Gynecol 1990;163:2. (Level II-2)

21. Vermillion ST, Kooba AM, Soper DE. Amniotic fluid index values after preterm premature rupture of the membranes and subsequent perinatal infection. Am J Obstet Gynecol 2000;183:271–6. (Level II-2)

22. Hadi HA, Hodson CA, Strickland D. Premature rupture of the membranes between 20 and 25 weeks' gestation: role of amniotic fluid volume in perinatal outcome. Am J Obstet Gynecol 1994;170:1139–44. (Level II-2)

23. Kenyon S, Boulvain M, Neilson JP. Antibiotics for preterm rupture of membranes. Cochrane Database of Systematic Reviews 2013, Issue 12. Art. No.: CD001058. (Systematic Review and Meta-Analysis)

24. Beydoun SN, Yasin SY. Premature rupture of the membranes before 28 weeks: conservative management. Am J Obstet Gynecol 1986;155:471–9. (Level III)

25. Ramsey PS, Lieman JM, Brumfield CG, Carlo W. Chorioamnionitis increases neonatal morbidity in pregnancies complicated by preterm premature rupture of membranes. Am J Obstet Gynecol 2005;192:1162–6. (Level II-3)

26. Major CA, de Veciana M, Lewis DF, Morgan MA. Preterm premature rupture of membranes and abruptio placentae: is there an association between these pregnancy complications? Am J Obstet Gynecol 1995;172:672–6. (Level II-3)

27. Ananth CV, Oyelese Y, Srinivas N, Yeo L, Vintzileos AM. Preterm premature rupture of membranes, intrauterine infection, and oligohydramnios: risk factors for placental abruption. Obstet Gynecol 2004;104:71–7. (Level II-3)

28. Lemons JA, Bauer CR, Oh W, Korones SB, Papile LA, Stoll BJ, et al. Very low birth weight outcomes of the National Institute of Child Health and Human Development Neonatal Research Network, January 1995 through December 1996. NICHD Neonatal Research Network. Pediatrics 2001;107:E1. (Level II-3)

29. Stoll BJ, Hansen NI, Bell EF, Shankaran S, Laptook AR, Walsh MC, et al. Neonatal outcomes of extremely preterm infants from the NICHD Neonatal Research Network. Eunice Kennedy Shriver National Institute of Child Health and Human Development Neonatal Research Network. Pediatrics 2010;126:443–56. (Level II-3)

30. Spinillo A, Capuzzo E, Stronati M, Ometto A, Orcesi S, Fazzi E. Effect of preterm premature rupture of membranes on neurodevelopmental outcome: follow up at two years of age. Br J Obstet Gynaecol 1995;102:882–7. (Level II-2)

31. Yoon BH, Romero R, Park JS, Kim CJ, Kim SH, Choi JH, et al. Fetal exposure to an intra-amniotic inflammation and the development of cerebral palsy at the age of three years. Am J Obstet Gynecol 2000;182:675–81. (Level II-2)

32. Drassinower D, Friedman AM, Obican SG, Levin H, Gyamfi-Bannerman C. Prolonged latency of preterm prelabour rupture of membranes and neurodevelopmental outcomes: a secondary analysis. BJOG 2016;123:1629–35. (Level II-2)

33. Locatelli A, Ghidini A, Paterlini G, Patane L, Doria V, Zorloni C, et al. Gestational age at preterm premature rupture of membranes: a risk factor for neonatal white matter damage. Am J Obstet Gynecol 2005;193:947–51. (Level II-3)

34. Lorthe E, Ancel PY, Torchin H, Kaminski M, Langer B, Subtil D, et al. Impact of latency duration on the prognosis of preterm infants after preterm premature rupture of membranes at 24 to 32 weeks' gestation: a national population-based cohort study. J Pediatr 2017;182:47–52.e2. (Level II-2)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

35. Manuck TA, Eller AG, Esplin MS, Stoddard GJ, Varner MW, Silver RM. Outcomes of expectantly managed preterm premature rupture of membranes occurring before 24 weeks of gestation. Obstet Gynecol 2009;114:29–37. (Level II-3)

36. Kibel M, Asztalos E, Barrett J, Dunn MS, Tward C, Pittini A, et al. Outcomes of pregnancies complicated by preterm premature rupture of membranes between 20 and 24 weeks of gestation. Obstet Gynecol 2016;128:313–20. (Level II-2)

37. Waters TP, Mercer BM. The management of preterm premature rupture of the membranes near the limit of fetal viability. Am J Obstet Gynecol 2009;201:230–40. (Level III)

38. Dotters-Katz SK, Panzer A, Grace MR, Smid MC, Keku JA, Vladutiu CJ, et al. Maternal morbidity after previable prelabor rupture of membranes. Obstet Gynecol 2017; 129:101–6. (Level II-2)

39. Schucker JL, Mercer BM. Midtrimester premature rupture of the membranes. Semin Perinatol 1996;20:389–400. (Level III)

40. Muris C, Girard B, Creveuil C, Durin L, Herlicoviez M, Dreyfus M. Management of premature rupture of membranes before 25 weeks. Eur J Obstet Gynecol Reprod Biol 2007;131:163–8. (Level III)

41. Kieffer A, Pinto Cardoso G, Thill C, Verspyck E, Marret S. Outcome at two years of very preterm infants born after rupture of membranes before viability. Perinatal Network of Haute-Normandie. PLoS One 2016;11:e0166130. (Level II-2)

42. Sim WH, Araujo Junior E, Da Silva Costa F, Sheehan PM. Maternal and neonatal outcomes following expectant management of preterm prelabour rupture of membranes before viability. J Perinat Med 2017;45:29–44. (Systematic Review)

43. Kiver V, Boos V, Thomas A, Henrich W, Weichert A. Perinatal outcomes after previable preterm premature rupture of membranes before 24 weeks of gestation. J Perinat Med 2018;46:555–65. (Level II-3)

44. Farooqi A, Holmgren PA, Engberg S, Serenius F. Survival and 2-year outcome with expectant management of second-trimester rupture of membranes. Obstet Gynecol 1998;92:895–901. (Level II-3)

45. Winn HN, Chen M, Amon E, Leet TL, Shumway JB, Mostello D. Neonatal pulmonary hypoplasia and perinatal mortality in patients with midtrimester rupture of amniotic membranes—a critical analysis. Am J Obstet Gynecol 2000;182:1638–44. (Level II-2)

46. van Teeffelen AS, van der Ham DP, Oei SG, Porath MM, Willekes C, Mol BW. The accuracy of clinical parameters in the prediction of perinatal pulmonary hypoplasia secondary to midtrimester prelabour rupture of fetal membranes: a meta-analysis. Eur J Obstet Gynecol Reprod Biol 2010;148:3–12. (Systematic Review and Meta-Analysis)

47. van Teeffelen AS, Van Der Heijden J, Oei SG, Porath MM, Willekes C, Opmeer B, et al. Accuracy of imaging parameters in the prediction of lethal pulmonary hypoplasia secondary to mid-trimester prelabor rupture of fetal membranes: a systematic review and meta-analysis. Ultrasound Obstet Gynecol 2012;39:495–9. (Systematic Review and Meta-Analysis)

48. Lee JY, Ahn TG, Jun JK. Short-term and long-term postnatal outcomes of expectant management after previable preterm premature rupture of membranes with and without persistent oligohydramnios. Obstet Gynecol 2015; 126:947–53. (Level II-2)

49. Blott M, Greenough A. Neonatal outcome after prolonged rupture of the membranes starting in the second trimester. Arch Dis Child 1988;63:1146–50. PMID: 3196069. (Level III)

50. Alexander JM, Mercer BM, Miodovnik M, Thurnau GR, Goldenberg RL, Das AF, et al. The impact of digital cervical examination on expectantly managed preterm rupture of membranes. Am J Obstet Gynecol 2000;183: 1003–7. (Level II-2)

51. Munson LA, Graham A, Koos BJ, Valenzuela GJ. Is there a need for digital examination in patients with spontaneous rupture of the membranes? Am J Obstet Gynecol 1985;153:562–3. (Level III)

52. Eriksen NL, Parisi VM, Daoust S, Flamm B, Garite TJ, Cox SM. Fetal fibronectin: a method for detecting the presence of amniotic fluid. Obstet Gynecol 1992;80: 451–4. (Level II-2)

53. Lee SE, Park JS, Norwitz ER, Kim KW, Park HS, Jun JK. Measurement of placental alpha-microglobulin-1 in cervicovaginal discharge to diagnose rupture of membranes. Obstet Gynecol 2007;109:634–40. (Level II-3)

54. Cousins LM, Smok DP, Lovett SM, Poeltler DM. AmniSure placental alpha microglobulin-1 rapid immunoassay versus standard diagnostic methods for detection of rupture of membranes. Am J Perinatol 2005;22:317–20. Level II-3)

55. Lee SM, Lee J, Seong HS, Lee SE, Park JS, Romero R, et al. The clinical significance of a positive Amnisure test in women with term labor with intact membranes. J Matern Fetal Neonatal Med 2009;22:305–10. (Level II-3)

56. Lee SM, Romero R, Park JW, Kim SM, Park CW, Korzeniewski SJ, et al. The clinical significance of a positive Amnisure test in women with preterm labor and intact membranes. J Matern Fetal Neonatal Med 2012;25: 1690–8. (Level II-2)

57. Igbinosa I, Moore FA 3rd, Johnson C, Block JE. Comparison of rapid immunoassays for rupture of fetal membranes. BMC Pregnancy Childbirth 2017;17:128. (Level II-2)

58. Thomasino T, Levi C, Draper M, Neubert AG. Diagnosing rupture of membranes using combination monoclonal/polyclonal immunologic protein detection. J Reprod Med 2013;58:187–94. (Level II-2)

59. U.S. Food and Drug Administration. Risks associated with use of rupture of membranes tests—letter to health care providers. Silver Spring, MD: FDA; 2018. Available at: https://www.fda.gov/medical-devices/letters-health-care-providers/risks-associated-use-rupture-membranes-tests-letter-health-care-providers. Retrieved October 18, 2019. (Level III)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

60. Ireland KE, Rodriguez EI, Acosta OM, Ramsey PS. Intra-amniotic dye alternatives for the diagnosis of preterm prelabor rupture of membranes. Obstet Gynecol 2017; 129:1040–5. (Level III)

61. Antepartum fetal surveillance. Practice Bulletin No. 145. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;124:182–92. (Level III)

62. Smith CV, Greenspoon J, Phelan JP, Platt LD. Clinical utility of the nonstress test in the conservative management of women with preterm spontaneous premature rupture of the membranes. J Reprod Med 1987;32:1–4. (Level II-3)

63. Prevention of group B streptococcal early-onset disease in newborns. ACOG Committee Opinion No. 797. American College of Obstetricians and Gynecologists. Obstet Gynecol 2020;135:eXX–XX. (Level III)

64. Mackeen AD, Durie DE, Lin M, Huls CK, Qureshey E, Paglia MJ, et al. Foley plus oxytocin compared with oxytocin for induction after membrane rupture: a randomized controlled trial. Obstet Gynecol 2018;131:4–11. (Level I)

65. Amorosa JM, Stone J, Factor SH, Booker W, Newland M, Bianco A. A randomized trial of Foley Bulb for Labor Induction in Premature Rupture of Membranes in Nulliparas (FLIP). Am J Obstet Gynecol 2017;217:360.e1–7. (Level I)

66. Wojcieszek AM, Stock OM, Flenady V. Antibiotics for prelabour rupture of membranes at or near term. Cochrane Database of Systematic Reviews 2014, Issue 10. Art. No.: CD001807. (Systematic Review and Meta-Analysis)

67. Ovalle A, Martinez MA, Kakarieka E, Gomez R, Rubio R, Valderrama O, et al. Antibiotic administration in patients with preterm premature rupture of membranes reduces the rate of histological chorioamnionitis: a prospective, randomized, controlled study. J Matern Fetal Neonatal Med 2002;12:35–41. (Level I)

68. Safe prevention of the primary cesarean delivery. Obstetric Care Consensus No. 1. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;123:693–711. (Level III)

69. Rouse DJ, Weiner SJ, Bloom SL, Varner MW, Spong CY, Ramin SM, et al. Failed labor induction: toward an objective diagnosis. Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD) Maternal–Fetal Medicine Units Network (MFMU). Obstet Gynecol 2011;117:267–72. (Level III)

70. Rouse DJ, Owen J, Hauth JC. Criteria for failed labor induction: prospective evaluation of a standardized protocol. Obstet Gynecol 2000;96:671–7. (Level II-3)

71. Simon CE, Grobman WA. When has an induction failed? Obstet Gynecol 2005;105:705–9. (Level II-2)

72. Grobman WA, Bailit J, Lai Y, Reddy UM, Wapner RJ, Varner MW, et al. Defining failed induction of labor. Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Am J Obstet Gynecol 2018;218:122.e1–8. (Level II-3)

73. Bond DM, Middleton P, Levett KM, van der Ham DP, Crowther CA, Buchanan SL, et al. Planned early birth versus expectant management for women with preterm prelabour rupture of membranes prior to 37 weeks' gestation for improving pregnancy outcome. Cochrane Database of Systematic Reviews 2017, Issue 3. Art. No.: CD004735. (Systematic Review and Meta-Analysis)

74. Mercer BM, Crocker LG, Boe NM, Sibai BM. Induction versus expectant management in premature rupture of the membranes with mature amniotic fluid at 32 to 36 weeks: a randomized trial. Am J Obstet Gynecol 1993;169:775–82. (Level I)

75. Morris JM, Roberts CL, Bowen JR, Patterson JA, Bond DM, Algert CS, et al. Immediate delivery compared with expectant management after preterm pre-labour rupture of the membranes close to term (PPROMT trial): a randomised controlled trial. PPROMT Collaboration. Lancet 2016;387:444–52. (Level I)

76. Quist-Nelson J, de Ruigh AA, Seidler AL, van der Ham D. P., Willekes C, Berghella V, et al. Immediate delivery compared with expectant management in late preterm prelabor rupture of membranes: an individual participant data meta-analysis. Preterm Premature Rupture of Membranes Meta-analysis (PPROMM) Collaboration. Obstet Gynecol 2018;131:269–79. (Meta-Analysis)

77. Tita AT, Andrews WW. Diagnosis and management of clinical chorioamnionitis. Clin Perinatol 2010;37:339–54. (Level III)

78. Combs CA, Garite TJ, Maurel K, Abril D, Das A, Clewell W, et al. 17-hydroxyprogesterone caproate for preterm rupture of the membranes: a multicenter, randomized, double-blind, placebo-controlled trial. Obstetrix Collaborative Research Network. Am J Obstet Gynecol 2015;213: 364.e1–12. (Level I)

79. Langen ES, Sit A, Sherwin K, Lyell DJ, Blumenfeld YJ, El-Sayed YY. A double-blind, randomized, placebo-controlled trial of 17 alpha-hydroxyprogesterone caproate in the management of preterm premature rupture of membranes [published erratum appears in Am J Perinatol 2018;35:e1]. Am J Perinatol 2018;35:779–84. (Level I)

80. Fox NS, Gelber SE, Kalish RB, Chasen ST. Contemporary practice patterns and beliefs regarding tocolysis among U.S. maternal-fetal medicine specialists. Obstet Gynecol 2008;112:42–7. (Level III)

81. Dunlop PD, Crowley PA, Lamont RF, Hawkins DF. Preterm ruptured membranes, no contractions. J Obstet Gynaecol 1987;7:92–6. (Level II-1)

82. Ehsanipoor RM, Shrivastava VK, Lee RM, Chan K, Galyean AM, Garite TJ, et al. A randomized, double-masked trial of prophylactic indomethacin tocolysis versus placebo in women with premature rupture of membranes. Am J Perinatol 2011A;28:473–8. (Level I)

83. Mackeen AD, Seibel-Seamon J, Muhammad J, Baxter JK, Berghella V. Tocolytics for preterm premature rupture of membranes. Cochrane Database of Systematic Reviews 2014, Issue 2. Art. No.: CD007062. (Systematic Review and Meta-Analysis)

84. Roberts D, Brown J, Medley N, Dalziel SR. Antenatal corticosteroids for accelerating fetal lung maturation for women at risk of preterm birth. Cochrane Database of Systematic Reviews 2017, Issue 3. Art. No.: CD004454. (Systematic Review and Meta-Analysis)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

85. Vidaeff AC, Ramin SM. Antenatal corticosteroids after preterm premature rupture of membranes. Clin Obstet Gynecol 2011;54:337–43. (Level III)

86. Harding JE, Pang J, Knight DB, Liggins GC. Do antenatal corticosteroids help in the setting of preterm rupture of membranes? Am J Obstet Gynecol 2001;184:131–9. (Level II-2)

87. Periviable birth. Obstetric Care Consensus No. 6. American College of Obstetricians and Gynecologists. Obstet Gynecol 2017;130:e187–99. (Level III)

88. Costantine MM, Weiner SJ. Effects of antenatal exposure to magnesium sulfate on neuroprotection and mortality in preterm infants: a meta-analysis. Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network. Obstet Gynecol 2009;114:354–64. (Meta-Analysis)

89. Antenatal corticosteroid therapy for fetal maturation. Committee Opinion No. 713. American College of Obstetricians and Gynecologists [published erratum appears in Obstet Gynecol 2017;130:1159]. Obstet Gynecol 2017; 130:e102–9. (Level III)

90. Gyamfi-Bannerman C, Thom EA, Blackwell SC, Tita AT, Reddy UM, Saade GR, et al. Antenatal betamethasone for women at risk for late preterm delivery. NICHD Maternal–Fetal Medicine Units Network. N Engl J Med 2016;374:1311–20. (Level I)

91. Wapner RJ, Sorokin Y, Thom EA, Johnson F, Dudley DJ, Spong CY, et al. Single versus weekly courses of antenatal corticosteroids: evaluation of safety and efficacy. National Institute of Child Health and Human Development Maternal Fetal Medicine Units Network. Am J Obstet Gynecol 2006;195:633–42. (Level I)

92. Bloom SL, Sheffield JS, McIntire DD, Leveno KJ. Antenatal dexamethasone and decreased birth weight. Obstet Gynecol 2001;97:485–90. (Level II-3)

93. Thorp JA, Jones PG, Knox E, Clark RH. Does antenatal corticosteroid therapy affect birth weight and head circumference? Obstet Gynecol 2002;99:101–8. (Level II-3)

94. Brookfield KF, El-Sayed YY, Chao L, Berger V, Naqvi M, Butwick AJ. Antenatal corticosteroids for preterm premature rupture of membranes: single or repeat course? Am J Perinatol 2015;32:537–44. (Level II-2)

95. Gyamfi-Bannerman C, Son M. Preterm premature rupture of membranes and the rate of neonatal sepsis after two courses of antenatal corticosteroids. Obstet Gynecol 2014; 124:999–1003. (Level II-2)

96. Doyle LW, Crowther CA, Middleton P, Marret S, Rouse D. Magnesium sulphate for women at risk of preterm birth for neuroprotection of the fetus. Cochrane Database of Systematic 83. Reviews 2009, Issue 1. Art. No.: CD004661. (Systematic Review and Meta-Analysis)

97. Rouse DJ, Hirtz DG, Thom E, Varner MW, Spong CY, Mercer BM, et al. A randomized, controlled trial of magnesium sulfate for the prevention of cerebral palsy. Eunice Kennedy Shriver NICHD Maternal–Fetal Medicine Units Network. N Engl J Med 2008;359:895–905. (Level I)

98. Horton AL, Lai Y, Rouse DJ, Spong CY, Leveno KJ, Varner MW, et al. Effect of magnesium sulfate adminis-tration for neuroprotection on latency in women with preterm premature rupture of membranes. Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network. Am J Perinatol 2015;32:387–92. (Level I)

99. Marret S, Marpeau L, Zupan-Simunek V, Eurin D, Leveque C, Hellot MF, et al. Magnesium sulphate given before very-preterm birth to protect infant brain: the randomised controlled PREMAG trial*. PREMAG trial group. BJOG 2007;114:310–8. (Level I)

100. Crowther CA, Hiller JE, Doyle LW, Haslam RR. Effect of magnesium sulfate given for neuroprotection before preterm birth: a randomized controlled trial. Australasian Collaborative Trial of Magnesium Sulphate (ACTOMg SO4) Collaborative Group. JAMA 2003;290:2669–76. (Level I)

101. Magnesium sulfate use in obstetrics. Committee Opinion No. 652. American College of Obstetricians and Gynecologists. Obstet Gynecol 2016;127:e52–3. (Level III)

102. Kenyon SL, Taylor DJ, Tarnow-Mordi W. Broad-spectrum antibiotics for preterm, prelabour rupture of fetal membranes: the ORACLE I randomised trial. ORACLE Collaborative Group [published erratum appears in Lancet 2001; 358:156]. Lancet 2001;357:979–88. (Level I)

103. Mercer BM, Miodovnik M, Thurnau GR, Goldenberg RL, Das AF, Ramsey RD, et al. Antibiotic therapy for reduction of infant morbidity after preterm premature rupture of the membranes. A randomized controlled trial. National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network. JAMA 1997; 278:989–95. (Level I)

104. American Society of Health-System Pharmacists. Erythromycin lactobionate injection. In: Current drug shortages. Bethesda (MD): ASHP; 2019. Available at: https://www.ashp.org/Drug-Shortages/Current-Shortages/Drug-Shortage-Detail.aspx?id=247. Retrieved July 10, 2019. (Level III)

105. Navathe R, Schoen CN, Heidari P, Bachilova S, Ward A, Tepper J, et al. Azithromycin vs erythromycin for the management of preterm premature rupture of membranes. Am J Obstet Gynecol 2019;221:144.e1–8. (Level II-2)

106. Pierson RC, Gordon SS, Haas DM. A retrospective comparison of antibiotic regimens for preterm premature rupture of membranes. Obstet Gynecol 2014;124:515–9. (Level II-2)

107. Finneran MM, Appiagyei A, Templin M, Mertz H. Comparison of azithromycin versus erythromycin for prolongation of latency in pregnancies complicated by preterm premature rupture of membranes. Am J Perinatol 2017;34: 1102–7. (Level II-2)

108. Finneran MM, Smith DD, Buhimschi CS. Cost analysis of azithromycin versus erythromycin in pregnancies complicated by preterm premature rupture of membranes. Am J Perinatol 2019;36:105–10. (Cost-effectiveness Analysis)

109. Use of prophylactic antibiotics in labor and delivery. ACOG Practice Bulletin No. 199. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018; 132:e103–19. (Level III)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

110. Abou El Senoun G, Dowswell T, Mousa HA. Planned home versus hospital care for preterm prelabour rupture of the membranes (PPROM) prior to 37 weeks' gestation. Cochrane Database of Systematic Reviews 2014, Issue 4. Art. No.: CD008053. (Systematic Review and Meta-Analysis)

111. Carlan SJ, O'Brien WF, Parsons MT, Lense JJ. Preterm premature rupture of membranes: a randomized study of home versus hospital management. Obstet Gynecol 1993; 81:61–4. (Level I)

112. Galyean A, Garite TJ, Maurel K, Abril D, Adair CD, Browne P, et al. Removal versus retention of cerclage in preterm premature rupture of membranes: a randomized controlled trial. Obstetrix Perinatal Collaborative Research Network. Am J Obstet Gynecol 2014;211:399. e1–7. (Level I)

113. Giraldo-Isaza MA, Berghella V. Cervical cerclage and preterm PROM. Clin Obstet Gynecol 2011;54:313–20. (Level III)

114. Laskin M, Yinon Y, Whittle WL. Preterm premature rupture of membranes in the presence of cerclage: is the risk for intra-uterine infection and adverse neonatal outcome increased? J Matern Fetal Neonatal Med 2012;25:424–8. (Level I-2)

115. Brown ZA, Gardella C, Wald A, Morrow RA, Corey L. Genital herpes complicating pregnancy [published errata appear in Obstet Gynecol 2007;109:207; Obstet Gynecol 2006;107:428]. Obstet Gynecol 2005;106:845–56. (Level III)

116. Ehsanipoor RM, Major CA. Herpes simplex and HIV infections and preterm PROM. Clin Obstet Gynecol 2011B;54:330–6. (Level III)

117. Major CA, Towers CV, Lewis DF, Garite TJ. Expectant management of preterm premature rupture of membranes complicated by active recurrent genital herpes. Am J Obstet Gynecol 2003;188:1551–4; discussion 1554–5. (Level II-3)

118. Roberts SW, Cox SM, Dax J, Wendel GD Jr, Leveno KJ. Genital herpes during pregnancy: no lesions, no cesarean. Obstet Gynecol 1995;85:261–4. (Level II-2)

119. Brown ZA, Vontver LA, Benedetti J, Critchlow CW, Sells CJ, Berry S, et al. Effects on infants of a first episode of genital herpes during pregnancy. N Engl J Med 1987; 317:1246–51. (Level II-2)

120. Brown ZA, Wald A, Morrow RA, Selke S, Zeh J, Corey L. Effect of serologic status and cesarean delivery on transmission rates of herpes simplex virus from mother to infant. JAMA 2003;289:203–9. (Level II-2)

121. Landesman SH, Kalish LA, Burns DN, Minkoff H, Fox HE, Zorrilla C, et al. Obstetrical factors and the transmission of human immunodeficiency virus type 1 from mother to child. The Women and Infants Transmission Study. N Engl J Med 1996;334:1617–23. (Level II-2)

122. Cotter AM, Brookfield KF, Duthely LM, Gonzalez Quintero VH, Potter JE, O'Sullivan MJ. Duration of membrane rupture and risk of perinatal transmission of HIV-1 in the era of combination antiretroviral therapy. Am J Obstet Gynecol 2012;207:482.e1–5. (Level II-2)

123. Labor and delivery management of women with human immunodeficiency virus infection. ACOG Committee Opinion No. 751. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;132:e131–7. (Level III)

124. Alvarez JR, Bardeguez A, Iffy L, Apuzzio JJ. Preterm premature rupture of membranes in pregnancies complicated by human immunodeficiency virus infection: a single center's five-year experience. J Matern Fetal Neonatal Med 2007;20:853–7. (Level II-3)

125. Panel on Treatment of Pregnant Women with HIV Infection and Prevention of Perinatal Transmission. Recommendations for the use of antiretroviral drugs in pregnant women with HIV infection and interventions to reduce perinatal HIV transmission in the United States. Rockville (MD): Department of Health and Human Services; 2018. Available at: https://aidsinfo.nih.gov/content-files/lvguidelines/perinatalgl.pdf. Retrieved April 16, 2019. (Level III)

126. Borgida AF, Mills AA, Feldman DM, Rodis JF, Egan JF. Outcome of pregnancies complicated by ruptured membranes after genetic amniocentesis. Am J Obstet Gynecol 2000;183:937–9. (Level II-3)

127. Gold RB, Goyert GL, Schwartz DB, Evans MI, Seabolt LA. Conservative management of second-trimester postamniocentesis fluid leakage. Obstet Gynecol 1989;74: 745–7. (Level III)

128. Prenatal diagnostic testing for genetic disorders. Practice Bulletin No. 162. American College of Obstetricians and Gynecologists. Obstet Gynecol 2016;127:e108–22. (Level III)

129. Interpregnancy care. Obstetric Care Consensus No. 8. American College of Obstetricians and Gynecologists. Obstet Gynecol 2019;133:e51–72. (Level III)

130. Meis PJ, Klebanoff M, Thom E, Dombrowski MP, Sibai B, Moawad AH, et al. Prevention of recurrent preterm delivery by 17 alpha-hydroxyprogesterone caproate. National Institute of Child Health and Human Development Maternal–Fetal Medicine Units Network [published erratum appears in N Engl J Med 2003;349:1299]. N Engl J Med 2003;348:2379–85. (Level I)

131. Tita AT, Rouse DJ. Progesterone for preterm birth prevention: an evolving intervention. Am J Obstet Gynecol 2009;200:219–24. (Level III)

132. Hassan SS, Romero R, Vidyadhari D, Fusey S, Baxter JK, Khandelwal M, et al. Vaginal progesterone reduces the rate of preterm birth in women with a sonographic short cervix: a multicenter, randomized, double-blind, placebo-controlled trial. PREGNANT Trial. Ultrasound Obstet Gynecol 2011;38:18–31. (Level I)

133. Owen J, Hankins G, Iams JD, Berghella V, Sheffield JS, Perez-Delboy A, et al. Multicenter randomized trial of cerclage for preterm birth prevention in high-risk women with shortened midtrimester cervical length. Am J Obstet Gynecol 2009;201:375.e1–8. (Level I)

134. Berghella V, Rafael TJ, Szychowski JM, Rust OA, Owen J. Cerclage for short cervix on ultrasonography in women with singleton gestations and previous preterm birth: a meta-analysis. Obstet Gynecol 2011;117:663–71. (Systematic Review and Meta-Analysis)

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

The MEDLINE database, the Cochrane Library, and the American College of Obstetricians and Gynecologists' own internal resources and documents were used to conduct a literature search to locate relevant articles published between January 2000 and March 2019. The search was restricted to articles published in the English language. Priority was given to articles reporting results of original research, although review articles and commentaries also were consulted. Abstracts of research presented at symposia and scientific conferences were not considered adequate for inclusion in this document. Guidelines published by organizations or institutions such as the National Institutes of Health and the American College of Obstetricians and Gynecologists were reviewed, and additional studies were located by reviewing bibliographies of identified articles. When reliable research was not available, expert opinions from obstetrician–gynecologists were used.

Studies were reviewed and evaluated for quality according to the method outlined by the U.S. Preventive Services Task Force:

I  Evidence obtained from at least one properly designed randomized controlled trial.

II-1  Evidence obtained from well-designed controlled trials without randomization.

II-2  Evidence obtained from well-designed cohort or case–control analytic studies, preferably from more than one center or research group.

II-3  Evidence obtained from multiple time series with or without the intervention. Dramatic results in uncontrolled experiments also could be regarded as this type of evidence.

III  Opinions of respected authorities, based on clinical experience, descriptive studies, or reports of expert committees.

Based on the highest level of evidence found in the data, recommendations are provided and graded according to the following categories:

Level A—Recommendations are based on good and consistent scientific evidence.

Level B—Recommendations are based on limited or inconsistent scientific evidence.

Level C—Recommendations are based primarily on consensus and expert opinion.

Published online on February 20, 2020.

Copyright 2020 by the American College of Obstetricians and Gynecologists. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, posted on the internet, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

**American College of Obstetricians and Gynecologists**
**409 12th Street SW, Washington, DC 20024-2188**

Prelabor rupture of membranes. ACOG Practice Bulletin No. 217. American College of Obstetricians and Gynecologists. Obstet Gynecol 2020;135:e80–97.

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

*This information is designed as an educational resource to aid clinicians in providing obstetric and gynecologic care, and use of this information is voluntary. This information should not be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. It is not intended to substitute for the independent professional judgment of the treating clinician. Variations in practice may be warranted when, in the reasonable judgment of the treating clinician, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology. The American College of Obstetricians and Gynecologists reviews its publications regularly; however, its publications may not reflect the most recent evidence. Any updates to this document can be found on acog.org or by calling the ACOG Resource Center.*

*While ACOG makes every effort to present accurate and reliable information, this publication is provided "as is" without any warranty of accuracy, reliability, or otherwise, either express or implied. ACOG does not guarantee, warrant, or endorse the products or services of any firm, organization, or person. Neither ACOG nor its officers, directors, members, employees, or agents will be liable for any loss, damage, or claim with respect to any liabilities, including direct, special, indirect, or consequential damages, incurred in connection with this publication or reliance on the information presented.*

*All ACOG committee members and authors have submitted a conflict of interest disclosure statement related to this published product. Any potential conflicts have been considered and managed in accordance with ACOG's Conflict of Interest Disclosure Policy. The ACOG policies can be found on acog.org. For products jointly developed with other organizations, conflict of interest disclosures by representatives of the other organizations are addressed by those organizations. The American College of Obstetricians and Gynecologists has neither solicited nor accepted any commercial involvement in the development of the content of this published product.*

This document was created by an application that isn't licensed to use [novaPDF](novaPDF).
Purchase a license to generate PDF files without this notice.