# Exhibit G

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>        Defendant. | Case No. 1:22-cv-329-BLW |

## DECLARATION OF LISA NEWMAN

Pursuant to 28 U.S.C. § 1746, I, Lisa Newman, hereby declare:

1. I am an attorney in the U.S. Department of Justice, Civil Division, Federal Programs Branch. I am assigned to represent the United States in the above-captioned case. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as Government counsel in this case.

2. I submit this declaration in support of the United States' Motion for a Preliminary Injunction.

3. Filed herewith as United States' Exhibits 1-3 are true and correct copies of the following documents that I downloaded from the indicated websites:

| Exhibit No. | Exhibit Name |
|---|---|
| 1 | Centers for Medicare & Medicaid Service (CMS) Form 855, *available at* https://perma.cc/84T6-S2DP (last visited Aug. 8, 2022) |
| 2 | Centers for Medicare & Medicaid Service (CMS) Form 1561, *available at* https://perma.cc/5EPE-YLRE (last visited Aug. 8, 2022) |

| 3 | Idaho Dep't of Health & Welfare, *2010-2020 Idaho Resident Births*, *VS Natality – Data Results, 2010-2020*, *available at* https://www.gethealthy.dhw.idaho.gov/idaho-births-vital-statistics (last visited Aug. 8, 2022) |
|---|---|

I swear under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2022, in Washington, D.C.

/s/ *Lisa Newman*
Lisa Newman

*Counsel for the United States*