# NEWMAN DECLARATION: EXHIBIT B

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED
OMB No. 0938-0832

## HEALTH INSURANCE BENEFIT AGREEMENT

(Agreement with Provider Pursuant to Section 1866 of the Social Security Act,
as Amended and Title 42 Code of Federal Regulations (CFR)
Chapter IV, Part 489)

### AGREEMENT

between

THE SECRETARY OF HEALTH AND HUMAN SERVICES

and

_____

doing business as (D/B/A) _____

In order to receive payment under title XVIII of the Social Security Act,_____
_____

D/B/A _____ as the provider of services, agrees to
conform to the provisions of section of 1866 of the Social Security Act and applicable provisions in 42 CFR.

This agreement, upon submission by the provider of services of acceptable assurance  of compliance with title VI of the Civil Rights
Act of 1964, section 504 of the Rehabilitation Act of 1973 as amended, and upon acceptance by the Secretary of Health and Human
Services, shall be binding on the provider of services and the Secretary.

In the event of a transfer of ownership, this agreement is automatically assigned to the new owner subject to the conditions specified
in this agreement and 42 CFR 489, to include existing plans of correction and the duration of this agreement, if the agreement is time
limited.

ATTENTION: Read the following provision of Federal law carefully before signing.

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies,
conceals or covers up by any trick, scheme or device a material fact, or make any false, fictitious or fraudulent statement or
representation, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent
statement or entry, shall be fined not more than $10,000 or imprisoned not more than 5 years or both (18 U.S.C. section 1001).

Name _____    Title _____

Date _____

ACCEPTED FOR THE PROVIDER OF SERVICES BY:

NAME *(signature)*

| TITLE | DATE |
|---|---|

ACCEPTED BY THE SECRETARY OF HEALTH AND HUMAN SERVICES BY:

NAME *(signature)*

| TITLE | DATE |
|---|---|

ACCEPTED FOR THE SUCCESSOR PROVIDER OF SERVICES BY:

NAME *(signature)*

| TITLE | DATE |
|---|---|

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The
valid OMB control number for this information collection is 0938-0832. The time required to complete this information collection is estimated to average 5 minutes per
response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any
comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to CMS, Attn: PRA Reports Clearance Officer, 7500 Security
Boulevard, Baltimore, Maryland 21244-1850.

# NEWMAN DECLARATION: EXHIBIT C

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| Category<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | Year<br>Use this filter to select year<br>2020 | Location<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2020 All Idaho Resident Births:  21,540
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 572<br>2.7% | 9,086<br>42.8% | 5,662<br>26.7% | 5,922<br>27.9% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE

| 0-14 | 8 |
| 15-17 | 196 |
| 18-19 | 713 |
| 20-24 | 4,918 |
| 25-29 | 7,021 |
| 30-34 | 5,504 |
| 35-39 | 2,613 |
| 40+ | 566 |

MARITAL STATUS

| Married | 15,561 |
| Not Married | 5,949 |

ETHNICITY

| Non-Hispanic | 17,771 |
| Hispanic | 3,685 |

RACE

| White | 19,076 |
| Black | 360 |
| AIAN | 318 |
| API | 493 |
| Other Race | 1,145 |

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

PHD 1 — 2,631
PHD 2 — 1,103
PHD 7 — 3,683
PHD 4 — 5,426
PHD 3 — 4,001
PHD 5 — 2,491
PHD 6 — 2,205

© 2022 Mapbox © OpenStreetMap



IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| Category<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | Year<br>Use this filter to select year<br>2019 | Location<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2019 All Idaho Resident Births:  22,066
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 595<br>2.7% | 9,354<br>43.0% | 5,849<br>26.9% | 5,971<br>27.4% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

AGE
- 0-14: 8
- 15-17: 188
- 18-19: 729
- 20-24: 5,140
- 25-29: 7,180
- 30-34: 5,572
- 35-39: 2,708
- 40+: 541

MARITAL STATUS
- Married: 16,063
- Not Married: 5,968

ETHNICITY
- Non-Hispanic: 18,279
- Hispanic: 3,703

RACE
- White: 19,489
- Black: 374
- AIAN: 342
- API: 490
- Other Race: 1,251

Number of Births

PHD 1: 2,681
PHD 2: 1,136
PHD 7: 3,850
PHD 4: 5,515
PHD 3: 3,804
PHD 5: 2,734
PHD 6: 2,346

© 2022 Mapbox © OpenStreetMap

IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| **Category**<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | **Year**<br>Use this filter to select year<br>2018 | **Location**<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2018 All Idaho Resident Births:  21,406
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 617<br>2.9% | 9,366<br>44.4% | 5,542<br>26.2% | 5,589<br>26.5% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE
- 0-14: 4
- 15-17: 211
- 18-19: 760
- 20-24: 5,104
- 25-29: 6,975
- 30-34: 5,338
- 35-39: 2,538
- 40+: 469

MARITAL STATUS
- Married: 15,617
- Not Married: 5,758

ETHNICITY
- Non-Hispanic: 17,796
- Hispanic: 3,548

RACE
- White: 18,879
- Black: 318
- AIAN: 315
- API: 479
- Other Race: 1,349

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

- PHD 1: 2,546
- PHD 2: 1,095
- PHD 7: 3,780
- PHD 4: 5,432
- PHD 3: 3,674
- PHD 5: 2,625
- PHD 6: 2,254

© 2022 Mapbox © OpenStreetMap



IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| Category Use this filter to select category Maternal Pre-Pregnancy BMI | Year Use this filter to select year 2017 | Location Use this filter to select Idaho (All) or PHD All |
|---|---|---|

### 2017 All Idaho Resident Births:  22,159
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 682 3.1% | 9,885 45.0% | 5,674 25.9% | 5,704 26.0% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE

| | |
|---|---|
| 0-14 | 10 |
| 15-17 | 216 |
| 18-19 | 889 |
| 20-24 | 5,387 |
| 25-29 | 7,278 |
| 30-34 | 5,428 |
| 35-39 | 2,466 |
| 40+ | 483 |

MARITAL STATUS

| | |
|---|---|
| Married | 15,928 |
| Not Married | 6,204 |

ETHNICITY

| | |
|---|---|
| Non-Hispanic | 18,485 |
| Hispanic | 3,596 |

RACE

| | |
|---|---|
| White | 19,524 |
| Black | 332 |
| AIAN | 378 |
| API | 471 |
| Other Race | 1,375 |

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

PHD 1 2,594
PHD 2 1,178
PHD 7 3,950
PHD 4 5,456
PHD 3 3,845
PHD 5 2,772
PHD 6 2,364

© 2022 Mapbox © OpenStreetMap

IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| Category<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | Year<br>Use this filter to select year<br>2016 | Location<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2016 All Idaho Resident Births:  22,462
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 707<br>3.2% | 10,525<br>47.3% | 5,536<br>24.9% | 5,492<br>24.7% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE
- 0-14: 7
- 15-17: 279
- 18-19: 890
- 20-24: 5,578
- 25-29: 7,168
- 30-34: 5,690
- 35-39: 2,327
- 40+: 522

MARITAL STATUS
- Married: 16,254
- Not Married: 6,184

ETHNICITY
- Non-Hispanic: 18,767
- Hispanic: 3,613

RACE
- White: 20,046
- Black: 296
- AIAN: 390
- API: 479
- Other Race: 1,140

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

- PHD 1: 2,600
- PHD 2: 1,175
- PHD 3: 3,911
- PHD 4: 5,625
- PHD 5: 2,821
- PHD 6: 2,445
- PHD 7: 3,885

© 2022 Mapbox © OpenStreetMap



IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

### Birth, Infant and Demographic Data

| Category<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | Year<br>Use this filter to select year<br>2015 | Location<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2015 All Idaho Resident Births:  22,832
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 733<br>3.2% | 10,755<br>47.4% | 5,734<br>25.2% | 5,489<br>24.2% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



Idaho Resident Public Health Districts (PHD)
Hover pointer over map for PHD data

© 2022 Mapbox © OpenStreetMap

IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

### Birth, Infant and Demographic Data

| Category<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | Year<br>Use this filter to select year<br>2014 | Location<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2014 All Idaho Resident Births:  22,888
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 817<br>3.6% | 11,055<br>48.4% | 5,643<br>24.7% | 5,317<br>23.3% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| Category Use this filter to select category Maternal Pre-Pregnancy BMI | Year Use this filter to select year 2013 | Location Use this filter to select Idaho (All) or PHD All |
|---|---|---|

### 2013 All Idaho Resident Births:  22,348
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 764 3.4% | 10,874 48.8% | 5,585 25.1% | 5,047 22.7% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE
- 0-14: 11
- 15-17: 311
- 18-19: 1,115
- 20-24: 5,853
- 25-29: 7,282
- 30-34: 5,190
- 35-39: 2,111
- 40+: 469

MARITAL STATUS
- Married: 16,308
- Not Married: 6,040

ETHNICITY
- Non-Hispanic: 18,880
- Hispanic: 3,420

RACE
- White: 20,029
- Black: 199
- AIAN: 380
- API: 460
- Other Race: 1,197

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

- PHD 1: 2,473
- PHD 2: 1,157
- PHD 7: 3,852
- PHD 4: 5,594
- PHD 3: 3,846
- PHD 5: 2,845
- PHD 6: 2,581

© 2022 Mapbox © OpenStreetMap

IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| Category<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | Year<br>Use this filter to select year<br>2012 | Location<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2012 All Idaho Resident Births:  22,941
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 770<br>3.4% | 11,263<br>49.3% | 5,663<br>24.8% | 5,172<br>22.6% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



**AGE**

| 0-14 | 9 |
| 15-17 | 391 |
| 18-19 | 1,176 |
| 20-24 | 6,269 |
| 25-29 | 7,309 |
| 30-34 | 5,312 |
| 35-39 | 2,002 |
| 40+ | 470 |

**MARITAL STATUS**

| Married | 16,674 |
| Not Married | 6,267 |

**ETHNICITY**

| Non-Hispanic | 19,388 |
| Hispanic | 3,491 |

**RACE**

| White | 20,522 |
| Black | 196 |
| AIAN | 438 |
| API | 446 |
| Other Race | 1,245 |

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

PHD 1  2,499
PHD 2  1,252
PHD 7  4,055
PHD 4  5,644
PHD 3  3,907
PHD 5  2,881
PHD 6  2,703

© 2022 Mapbox © OpenStreetMap


IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

### Birth, Infant and Demographic Data

| Category Use this filter to select category Maternal Pre-Pregnancy BMI | Year Use this filter to select year 2011 | Location Use this filter to select Idaho (All) or PHD All |
|---|---|---|

### 2011 All Idaho Resident Births:  22,311
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 745 3.3% | 11,137 50.1% | 5,522 24.8% | 4,837 21.7% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE
| 0-14 | 15 |
| 15-17 | 385 |
| 18-19 | 1,199 |
| 20-24 | 6,112 |
| 25-29 | 7,139 |
| 30-34 | 5,100 |
| 35-39 | 1,917 |
| 40+ | 442 |

MARITAL STATUS
| Married | 16,413 |
| Not Married | 5,898 |

ETHNICITY
| Non-Hispanic | 18,794 |
| Hispanic | 3,467 |

RACE
| White | 19,983 |
| Black | 203 |
| AIAN | 373 |
| API | 423 |
| Other Race | 1,260 |

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

PHD 1 2,368
PHD 2 1,144
PHD 7 3,917
PHD 4 5,760
PHD 3 3,778
PHD 5 2,754
PHD 6 2,590

© 2022 Mapbox © OpenStreetMap


IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH

# Idaho Vital Statistics Natality Dashboard

| VS Natality - Introduction | VS Natality - Data Results, 2010-2020 | VS Natality - Rate Trends, 2010-2020 | VS Natality - Age Rate Trends, 2010-2020 | VS Natality - Technical Notes |
|---|---|---|---|---|

## Birth, Infant and Demographic Data

| **Category**<br>Use this filter to select category<br>Maternal Pre-Pregnancy BMI | **Year**<br>Use this filter to select year<br>2010 | **Location**<br>Use this filter to select Idaho (All) or PHD<br>All |
|---|---|---|

### 2010 All Idaho Resident Births:  23,202
### Maternal Pre-Pregnancy BMI

| Underweight | Normal weight | Overweight | Obese |
|---|---|---|---|
| 826<br>3.6% | 11,256<br>48.7% | 5,852<br>25.3% | 5,167<br>22.4% |

Directions for using table filter:  click on category value in table above to filter value into bar graph and Idaho PHD map data below; click on category value in table a second time to de-activate filter.



AGE
- 0-14: 13
- 15-17: 505
- 18-19: 1,359
- 20-24: 6,331
- 25-29: 7,569
- 30-34: 5,050
- 35-39: 1,937
- 40+: 438

MARITAL STATUS
- Married: 17,059
- Not Married: 6,143

ETHNICITY
- Non-Hispanic: 19,528
- Hispanic: 3,637

RACE
- White: 20,836
- Black: 175
- AIAN: 407
- API: 429
- Other Race: 1,288

Number of Births

**Idaho Resident Public Health Districts (PHD)**
Hover pointer over map for PHD data

PHD 1: 2,478
PHD 2: 1,166
PHD 7: 4,067
PHD 4: 5,663
PHD 3: 3,937
PHD 5: 3,018
PHD 6: 2,873

© 2022 Mapbox © OpenStreetMap



IDAHO DEPARTMENT OF
HEALTH & WELFARE
DIVISION OF PUBLIC HEALTH