UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>Defendant. | Case No. 1:22-cv-00329-BLW<br><br>**AMENDED ORDER** |

**IT IS HEREBY ORDERED that** the following recitation of deadlines and procedures will govern the filing by *amicus curiae* in this litigation:

1. **Applicability**: This Order governs *amicus curiae* filings during the Court's consideration of the United States' motion for a preliminary injunction.

ORDER - 1

2. **When Permitted**: An *amicus curiae* may file an *amicus curiae* brief only upon leave of Court, which may be granted after the submission of a motion for leave to file.

3. **Motion for Leave to File**: A motion for leave to file an *amicus* brief shall concisely state the nature of the movant's interest; identify the party or parties supported, if any; and set forth the reasons why an *amicus* brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case. The motion shall state the position of each party as to the filing of such a brief. The prospective *amicus curiae* must submit a proposed order consistent with Idaho Local District Civil Rules.

4. **Timing**: An *amicus curiae* supporting the United States of America must file its brief, accompanied by a motion for filing, ***no later than August 15, 2022***. An *amicus curiae* supporting the State of Idaho must file its brief, accompanied by a motion for filing, ***no later than 12:00 MDT on August 19, 2022***. An *amicus curiae* that does not support either party must file its brief no later than ***no later than 12:00 MDT on August 19, 2022***.

5. **Contents and Form**: An *amicus* brief must comply with the requirements set forth in Federal Rule of Appellate Procedure 29(a)(4) and District of Idaho Local Civil Rule 7.1. and shall not exceed 20 pages.

ORDER - 2

6. **Oral Argument**: An *amicus curiae* may participate in oral argument only with the Court's permission.

7. **Pro Hac Vice Admission:** An attorney requesting to appear pro hac vice pursuant to District of Idaho Local Civil Rule 83.4(e) on behalf of an *amicus curiae* will **not** be required "to designate an active member of the bar of this Court as Local Counsel with the authority to act as attorney of record for all purposes, and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case." Dist. Loc. R. Civ. 83.4(e). Such Local Counsel requirement is **waived.** All other requirements for pro hac vice admission in this Court, as set forth in Local Civil Rule 83.4(e), otherwise apply.

8. **Docketing Clerk**: If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED: August 9, 2022

B. Lynn Winmill
U.S. District Court Judge

ORDER - 3