LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISV #3586
Chief of Civil Litigation

MEGAN A. LARRONDO, ISB #10597
INGRID C. BATEY, ISB #10022
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
megan.larrondo@ag.idaho.gov
ingrid.batey@ag.idaho.gov

*Attorneys for Defendant State of Idaho*

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>  Defendant. | Case No. 1:22-cv-329<br><br>**DEFENDANT STATE OF IDAHO'S NON-OPPOSITION TO IDAHO LEGISLATURE'S MOTION TO INTERVENE (DKT. 15)** |

Defendant State of Idaho, by and through its undersigned counsel, pursuant to Dist. Idaho Loc. Rule 7.1(a)(5), hereby notify the Court and opposing counsel of its non-opposition to Idaho Legislature's Motion to Intervene (Dkt. 15).

/ / /

DATED this 10th day of August, 2022.

          STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL

By: /s/ Megan A. Larrondo
     MEGAN A. LARRONDO
     Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division, Federal Programs Branch
anna.l.deffebach@usdoj.gov

LISA NEWMAN
DOJ-Civ
Civil Division, Federal Programs Branch
lisa.n.newman@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ
Civil Division, Federal Programs Branch
julie.strausharris@usdoj.gov

BRIAN D. NETTER
DOJ
Civil Division
brian.netter@usdoj.gov

         /s/ Megan A. Larrondo
     MEGAN A. LARRONDO
     Deputy Attorney General