<u>VIDEO STATUS CONFERENCE</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: August 15, 2022
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Gearhart
Case No. 1:22-cv-329                      Reporter: Tammy Hohenleitner
Place: Video                              Time: 9:32 – 10:08 a.m.

<u>UNITED STATES OF AMERICA v. STATE OF IDAHO</u>

Counsel for Plaintiff: Daniel Schwei, Lisa Newman, and Anna Deffebach

Counsel for Defendant: Brian Church, Joan Callahan, and Steven Olsen

Counsel for Intervenor Defendant: Monte Stewart and Daniel Bower

The Court initially met with counsel off the record, to discuss the length and content of the upcoming motion hearing regarding Plaintiff's Motion for Preliminary Injunction.

The Court went on the record to discuss the requirements for an evidentiary hearing. Counsel shall submit a two-page letter brief regarding their position by today at 5:00 p.m.