5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA )
        Plaintiff ) Case No. 1:22-cv-00329
v. )
THE STATE OF IDAHO ) APPLICATION FOR ADMISSION
) PRO HAC VICE
        Defendant )
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Jay Alan Sekulow, hereby applies for admission pro hac vice to appear and participate in this case on behalf of amicus curiae, American Center for Law & Justice.

The applicant hereby attests as follows:

1. Applicant resides in Brentwood, TN, and practices at the following address and phone number 201 Maryland Ave., NE, Washington, DC 20002, 202-546-8890

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Georgia Supreme Court   GA Bar No. 634900 | October 15, 1986 |
| United States Supreme Court | November 1989 |
| United States Court of Appeals for the First Circuit | February 1, 2000 |
| See Appendix for complete listing | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. N/A per Amended Court Order in case 1:22-cv-00329 (Aug. 9, 2022)., a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 15 day of August, 2022.

*Jay Alan Sekulow* (signature)
Applicant                                           Designee

Signed under penalty of perjury.

# APPENDIX

**JAY ALAN SEKULOW**
**COURT ADMISSIONS**

| COURT | DATE ADMITTED |
|---|---|
| State Bar of Georgia | June 5, 1980 |
| United States Supreme Court | November 1989 |
| United States Court of Appeals for the First Circuit | February 1, 2000 |
| United States Court of Appeals for the Second Circuit | April 1, 1988 |
| United States Court of Appeals for the Fourth Circuit | October 30, 1987 |
| United States Court of Appeals for the Fifth Circuit | January 5, 1989 |
| United States Court of Appeals for the Sixth Circuit | October 10, 1989 |
| United States Court of Appeals for the Seventh Circuit | October 28, 1989 |
| United States Court of Appeals for the Ninth Circuit | August 18, 1987 |
| United States Court of Appeals for the Tenth Circuit | July 13, 1988 |
| United States Court of Appeals for the Eleventh Circuit | November 23, 1993 |
| United States District Court for the Northern District of Georgia | April 19, 1982 |
| United States District Court for the Northern District of California | June 13, 1998 |
| State of Georgia Court of Appeals | January 12, 1990 |
| State of Georgia Supreme Court | October 15, 1986 |
| District of Columbia Bar | February 3, 2006 |
| District Court of D.C. | August 2, 2010 |