Rob Bonta
 *Attorney General*
 *State of California*
Renu R. George
 *Senior Assistant Attorney General*
Karli Eisenberg
 *Supervising Deputy Attorney General*
David Houska
Brenda Ayon Verduzco
Hayley Penan
 *Deputy Attorneys General*
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 210-7785

Letitia James
 *Attorney General*
 *State of New York*
Barbara D. Underwood
 *Solicitor General*
Ester Murdukhayeva
 *Deputy Solicitor General*
Laura Etlinger*
 *Assistant Solicitor General*
 *of Counsel*
N.Y. State Bar No. 2725190
The Capitol
Albany, NY 12224
(518) 776-2028
(518) 915-7723 (fax)
Laura.Etlinger@ag.ny.gov
*Admission pro hac vice pending

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

        *Plaintiff*,

        v.

THE STATE OF IDAHO,

        *Defendant*.

No. 1:22-cv-00329-BLW

**UNOPPOSED MOTION OF THE STATES OF CALIFORNIA, NEW YORK, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, AND WASHINGTON, AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

The States of California, New York, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, and Washington, and the District of Columbia respectfully move this Court for leave to file the attached brief as amici curie in support of plaintiff's motion for a preliminary injunction against the enforcement of defendant Idaho's near total ban on abortion to the extent the ban conflicts with the Emergency Medical Treatment and Labor Act (EMTALA), 42 U.S.C. § 1395dd. For the reasons described below, Amici's proposed brief contains relevant material that may aid the Court in resolving the issues raised by plaintiffs' motion. Counsel for the parties to this appeal have been consulted regarding this motion. Plaintiff the United States consents and defendant the State of Idaho takes no position with respect to the filing of this amicus brief.

Amici States have a substantial interest in this case. Amici are subject to EMTALA as health care providers to millions of residents and also serve as regulators of health care. Amici thus have a strong interest in clear guidance regarding their obligations under EMTALA. In addition, Amici have a strong interest in protecting the rights of their residents who may need emergency medical care while present as students, workers, or visitors in Idaho. And some Amici States, including Oregon and Washington, border Idaho and would experience additional pressures on their already overwhelmed hospital systems if patients in Idaho are denied necessary emergency abortion care, forcing them to travel or be transferred to hospitals in nearby States to receive the emergency care they need.

The attached brief explains that both the federal government and courts throughout the country have always interpreted EMTALA to apply to patients experiencing emergency medical conditions relating to pregnancy and to require the provision of abortion care when needed to

2

stabilize such patients. The brief describes relevant agency interpretations and agency enforcement actions involving such situations. The brief also reviews numerous court decisions that demonstrate that EMTALA's scope has long been understood as encompassing pregnancy-related emergency medical conditions for which abortion is an appropriate stabilizing treatment. In addition, Amici provide data and provider information that underscores that hospitals in their States have long understood that abortion care is part of emergency care.

As Amici also describe in their brief, their experience as health care providers and regulators confirms there are many situations in which emergency abortion care is necessary to avoid serious harmful outcomes, including when a patient presents with an ectopic pregnancy, preeclampsia, complications from abortion including self-induced abortion, and other medical conditions for which immediate medical attention is needed. Amici's experience underscores that individual patients and the public in general will suffer irreparable harm if patients do not receive the emergency abortion care they need. Amici's brief highlights examples of harms that have occurred when patients did not receive the timely care they needed. And the brief notes the spillover effect on other States, including Amici States like Oregon and Washington that border Idaho, if patients in Idaho are forced to travel to receive the emergency abortion care they need. The information from Amici's experiences, which is not available in the briefing from either party, is relevant to weighing the equities and determining whether an injunction serves the public interest.

## CONCLUSION

The Court should grant amici curiae leave to file the attached brief in support of plaintiff's preliminary injunction motion.

Dated:   New York, New York
         August 15, 2022

                                                          Respectfully submitted,

ROB BONTA                                                 LETITIA JAMES
  *Attorney General*                                        *Attorney General*
  *State of California*                                     *State of New York*
Renu R. George
  *Senior Assistant Attorney General*                      /s/ Laura Etlinger*
Karli Eisenberg                                           LAURA ETLINGER
  *Supervising Deputy Attorney General*                    *Assistant Solicitor General*
David Houska                                              Bar No. 2725190
Brenda Ayon Verduzco
Hayley Penan
  *Deputy Attorneys General*

California Department of Law                              Barbara D. Underwood
1300 I Street                                               *Solicitor General*
P.O. Box 944255                                           Ester Murdukhayeva
Sacramento, CA 94244-2550                                   *Deputy Solicitor General*
(916) 210-7785                                            Laura Etlinger
                                                            *Assistant Solicitor General*
                                                                 *of Counsel*

                                                          Office of the Attorney General
                                                          The Capitol
                                                          Albany, NY 12224
*Counsel listing continues on next page.*                 (518) 776-2028
                                                          (518) 915-7723 (fax)
                                                          Laura.Etlinger@ag.ny.gov

                                                          *Admission pro hac vice pending

4

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway
Denver, CO 80203

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

HOLLY T. SHIKADA
  *Attorney General*
  *State of Hawaiʻi*
425 Queen Street
Honolulu, HI 96813

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
100 West Randolph Street
Chicago, IL 60601

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

HECTOR BALDERAS
  *Attorney General*
  *State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504

BRIAN E. FROSH
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202

MAURA HEALEY
  *Attorney General*
  *Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 North Carson Street
Carson City, NV 89701

MATTHEW J. PLATKIN
  *Acting Attorney General*
  *State of New Jersey*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>*Attorney General*<br>*State of Oregon*<br>1162 Court Street NE<br>Salem, OR 97301 | ROBERT W. FERGUSON<br>*Attorney General*<br>*State of Washington*<br>P.O. Box 40100<br>Olympia, WA 98504 |
| JOSH SHAPIRO<br>*Attorney General*<br>*Commonwealth of Pennsylvania*<br>Strawberry Square<br>Harrisburg, PA 17120 | KARL A. RACINE<br>*Attorney General*<br>*District of Columbia*<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001 |

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROB BONTA<br>  *Attorney General*<br>  *State of California*<br>Renu R. George<br>  *Senior Assistant Attorney General*<br>Karli Eisenberg<br>  *Supervising Deputy Attorney General*<br>David Houska<br>Brenda Ayon Verduzco<br>Hayley Penan<br>  *Deputy Attorneys General*<br><br>California Department of Law<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 210-7785<br><br><br><br>*Counsel listing continues on next page.* | LETITIA JAMES<br>  *Attorney General*<br>  *State of New York*<br><br>  /s/ Laura Etlinger*<br>LAURA ETLINGER<br>  *Assistant Solicitor General*<br>Bar No. 2725190<br><br><br>Barbara D. Underwood<br>  *Solicitor General*<br>Ester Murdukhayeva<br>  *Deputy Solicitor General*<br>Laura Etlinger<br>  *Assistant Solicitor General*<br>    *of Counsel*<br><br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224<br>(518) 776-2028<br>(518) 915-7723 (fax)<br>Laura.Etlinger@ag.ny.gov<br><br>*Admission pro hac vice pending |