

**STATE OF IDAHO**

OFFICE OF THE ATTORNEY GENERAL

LAWRENCE G. WASDEN

August 15, 2022

Honorable Judge B. Lynn Winmill
c/o Stephen W. Kenyon, Clerk
United States District Court for the District of Idaho
James A. McClure Federal Building
550 W. Fort Street
Boise, ID  83724

      Re:    U.S. v. the State of Idaho – Case No. 1:22-cv-00329-BLW
             Letter brief of Defendant, the State of Idaho

Dear Mr. Kenyon:

In the minute entry following this morning's status conference, the Court noted that it "went on the record to discuss the requirements for an evidentiary hearing" and stated in the minute entry that "Counsel shall submit a two-page letter brief regarding their position by today at 5:00 p.m." Dkt. 30.

This litigation and the United States' pending motion for a preliminary injunction presents a question of whether the Emergency Medical Treatment and Labor Act preempts Idaho Code § 18-622. The State of Idaho is not looking to relitigate policy issues recently settled in *Dobbs v. Jackson Women's Health Organization*. The State of Idaho can zealously advocate its position without the need for an evidentiary hearing, but the State takes no position on how other parties would best advocate their respective positions.

                                    Respectfully,

                                    */s/ Brian V. Church*

                                    BRIAN V. CHURCH
                                    Deputy Attorney General
                                    Civil Litigation Division