5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br>v.<br>THE STATE OF IDAHO, Defendant. | Case No. 1:22-cv-329<br><br>APPLICATION FOR ADMISSION PRO HAC VICE<br><br>Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Shannon Rose Selden, hereby applies for admission pro hac vice to appear and participate in this case on behalf of the Amici listed in Appendix A.

The applicant hereby attests as follows:

1. Applicant resides in New York City, and practices at the following address and phone number Debevoise & Plimpton LLP, 919 3rd Avenue, New York, NY 10022, (212) 909-6082

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Fifth Circuit | 12/17/2013 |
| New York | 9/18/2002 |
| New York - US District - Southern | 3/15/2006 |
| Other admissions as listed on Appendix B | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number: Local Counsel requirement waived by order of this Court dated 8/9/22, ECF 19, ¶ 7.

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 15 day of August, 2022.

/s/ Shannon Rose Selden
Applicant                                                                 Designee

Signed under penalty of perjury.

**Appendix A**

<u>List of Amici</u>

American College of Emergency Physicians

Idaho Chapter of the American College of Emergency Physicians

American College of Obstetricians and Gynecologists

American Medical Association

Society for Maternal-Fetal Medicine

National Medical Association

National Hispanic Medical Association

American Academy of Pediatrics

American Academy of Family Physicians

American Public Health Association

**Appendix B**

<u>Shannon Rose Selden - Additional Court Admissions</u>

Second Circuit – 1/21/2010, renewed on 7/22/2020

Sixth Circuit – 12/7/2017

U.S. Supreme Court – 10/5/2015