**JAY ALAN SEKULOW**,* GA Bar No. 634900
**JORDAN A. SEKULOW**,* DC Bar No. 991680
**STUART J. ROTH**,* DC Bar No. 475937
**LAURA B. HERNANDEZ**,* VA Bar No. 29853
**OLIVIA F. SUMMERS**,* VA Bar No. 86919
American Center for Law & Justice
201 Maryland Avenue
Washington, D.C. 20002
Tel: 202-546-8890
Fax: 202-546-9309
sekulow@aclj.org

*Counsel for Amicus Curiae, American Center for Law & Justice*
*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **THE STATE OF IDAHO**, <br><br> *Defendant*. | Case No. 1:22-cv-329-BLW <br><br> **[PROPOSED] ORDER GRANTING CONSENTED MOTION BY AMERICAN CENTER FOR LAW & JUSTICE FOR LEAVE TO FILE *AMICUS BRIEF* IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

On August 17, 2022, the American Center for Law & Justice filed a Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendants' Response to Plaintiff's Motion for a Preliminary Injunction. Having considered the papers and pleadings on file, the Court GRANTS the Motion and ORDERS that the amicus curiae brief submitted by the American Center for Law & Justice be filed.

IT IS SO ORDERED

Dated: _____, 2022          _____

HONORABLE B. LYNN WINMILL
JUDGE, UNITED STATES
DISTRICT COURT, DISTRICT OF IDAHO
SOUTHERN DIVISION