UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00329-BLW |
| THE STATE OF IDAHO, | ) ) ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF INDIANA AND 16 OTHER STATES AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT**

The States of Indiana, Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming respectfully move to file an *amicus* brief in support of Defendant State of Idaho. In support of that motion, the States declare as follows:

1. *Amici* States have a strong interest in defending their own abortion laws. In the wake of *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228 (2022), many States, like Idaho, prohibit abortion at all stages of pregnancy, with exceptions for the saving the life of the mother or preventing severe and irreversible harm to the mother. The *Amici* States have an interest in the rejection of the United States' untenable position that EMTALA preempts the law at issue here.

1

2. *Amici* States also have a strong interest in countering the United States' argument that it may seek a federal court injunction against a State any time it thinks a state law violates the conditions of a federal grant issued to a non-state entity. Such power would permit the Executive Branch to challenge all manner of state police-power regulations and fundamentally transform the relationships among citizens, their States, and the United States.

3. Idaho's brief primarily focuses on whether the United States has shown that there is no set of circumstances under which the Idaho law is valid (as required for a facial challenge) and whether the Idaho abortion law conflicts with EMTALA. ECF No. 66, State of Idaho's Response to the United States' Motion for a Preliminary Injunction 9–17. *Amici* States' brief, however, addresses *other* dimensions of the case, including (1) whether the Supremacy Clause creates a cause of action (mentioned but not discussed by Idaho), (2) whether conditions on federal grants constitute "law" that can preempt generally applicable state laws, and (3) whether Congress may pay private entities to violate state law. *Id.* at 7–8. The States' brief will help the Court consider these complex issues of federalism, which supply independent reasons to deny the Motion for Preliminary Injunction.

4. Counsel for the United States, Daniel Schwei; counsel for Idaho, Megan Larrondo; and counsel for the Intervenors, Daniel Bower, have each indicated that their clients do not oppose this motion.

## CONCLUSION

The Court should grant the States leave to file their *amicus* brief.

                Respectfully submitted,

                THEODORE E. ROKITA
                Indiana Attorney General

By: */s/ Thomas M. Fisher*
     Thomas M. Fisher*
     Solicitor General
     *Admitted *pro hac vice*

     Office of the Indiana Attorney General
     IGC-South, Fifth Floor
     302 West Washington Street
     Indianapolis, Indiana 46204-2770
     Telephone: (317) 232-6255
     Fax: (317) 232-7979
     Email: Tom.Fisher@atg.in.gov

## ADDITIONAL COUNSEL

STEVE MARSHALL
Attorney General
State of Alabama

LESLIE RUTLEDGE
Attorney General
State of Arkansas

DANIEL CAMERON
Attorney General
Commonwealth of Kentucky

JEFF LANDRY
Attorney General
State of Louisiana

LYNN FITCH
Attorney General
State of Mississippi

AUSTIN KNUDSEN
Attorney General
State of Montana

DOUG PETERSON
Attorney General
State of Nebraska

DREW WRIGLEY
Attorney General
State of North Dakota

JOHN M. O'CONNOR
Attorney General
State of Oklahoma

ALAN WILSON
Attorney General
State of South Carolina

MARK VARGO
Attorney General
State of South Dakota

HERBERT H. SLATERY III
Attorney General
State of Tennessee

KEN PAXTON
Attorney General
State of Texas

SEAN REYES
Attorney General
State of Utah

PATRICK MORRISEY
Attorney General
State of West Virginia

BRIDGET HILL
Attorney General
State of Wyoming

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Idaho by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                             */s/ Thomas M. Fisher*
                                                                             Thomas M. Fisher*
                                                                             Solicitor General
                                                                             *Admitted *pro hac vice*

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov