UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00329-BLW |
| ) | |
| THE STATE OF IDAHO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Amici States, having filed their Unopposed Motion for Leave to File Brief of Indiana and 16 Other States as *Amici Curiae* in Support of Defendant, and the Court having read the motion and being duly advised, finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that the Brief of Indiana and 16 Other States as *Amici Curiae* in Support of Defendant is accepted for filing.

_____       _____
Date                                                         Judge, United States District Court

To:   All ECF-registered counsel of record

1