LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

| | |
|---|---|
| MEGAN A. LARRONDO, ISB #10597 | JOAN E. CALLAHAN, ISB #9241 |
| BRIAN V. CHURCH, ISB #9391 | NAYLOR & HALES, P.C. |
| ALAN W. FOUTZ, ISB #11533 | Special Deputy Attorney General |
| INGRID C. BATEY, ISB #10022 | 950 W. Bannock Street, Ste. 610 |
| Deputy Attorneys General | Boise, ID 83702 |
| CLAY R. SMITH, ISB #6385 | Telephone No. (208) 383-9511 |
| Special Deputy Attorney General | Facsimile No. (208) 383-9516 |
| 954 W. Jefferson Street, 2nd Floor | joan@naylorhales.com |
| P.O. Box 83720 | |
| Boise, ID 83720-0010 | |
| Telephone: (208) 334-2400 | |
| Facsimile: (208) 854-8073 | |
| megan.larrondo@ag.idaho.gov | |
| brian.church@ag.idaho.gov | |

*Attorneys for Defendant State of Idaho*

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cv-329 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| THE STATE OF IDAHO, | |
| Defendant. | |

      NOTICE IS HEREBY GIVEN that Special Deputy Attorney General Clay R. Smith appears as an attorney of record for Defendant the State of Idaho.

/ / /

NOTICE OF APPEARANCE - 1

DATED this 19th day of August, 2022.

        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ Brian V. Church
           STEVEN L. OLSEN
           MEGAN A. LARRONDO
           BRIAN V. CHURCH
           ALAN W. FOUTZ
           INGRID C. BATEY
           Deputy Attorneys General

           CLAY R. SMITH
           JOAN E. CALLAHAN
           Special Deputy Attorneys General

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN DAVID NETTER
DOJ-Civ
Civil Division
brian.netter@usdoj.gov

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ
Civil Division, Federal Programs Branch
julie.strausharris@usdoj.gov

LISA NEWMAN
DOJ-Civ
Civil Division, Federal Programs Branch
lisa.n.newman@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division, Federal Programs Branch
anna.l.deffebach@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

EMILY NESTLER
DOJ-Civ
emily.b.nestler@usdoj.gov

*Attorneys for Plaintiff United States of America*

LAURA ETLINGER
New York State Office
of the Attorney General
laura.Etlinger@ag.ny.gov

DANIEL W. BOWER
Morris Bower & Haws PLLC
dbower@morrisbowerhaws.com

MONTE NEIL STEWART
Attorney at Law
monteneilstewart@gmail.com

*Attorneys for Intervenors-Defendants*

JAY ALAN SEKULOW
sekulow@aclj.org

JORDAN A. SEKULOW
jordansekulow@aclj.org

STUART J. ROTH
Stuartroth1@gmail.com

OLIVIA F. SUMMERS
osummers@aclj.org

LAURA B. HERNANDEZ
lhernandez@aclj.org

*Attorneys for Amicus Curiae American Center for Law & Justice*

WENDY OLSON
Stoel Rives LLP
wendy.olson@stoel.com

JACOB M. ROTH
Jones Day
jroth@jonesday.com

AMANDA K. RICE
Jones Day
arice@jonesday.com

NOTICE OF APPEARANCE - 3

*Attorney for Amici States*
*California, New York, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.*

THOMAS M. FISHER
Office of the Indiana Attorney General
tom.fisher@atg.in.gov

*Attorney for Amicus States Indiana, Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming*

*Attorneys for Amici Curiae*
*The American Hospital Association and the Association of American Medical Colleges*

SHANNON ROSE SELDEN
Debevoise & Plimpton LLP
srselden@debevoise.com

ADAM B. AUKLAND-PECK
Debevoise & Plimpton LLP
Aaukland-peck@debevoise.com

LEAH S. MARTIN
Debevoise & Plimpton LLP
lmartin@debevoise.com

JEFFREY B. DUBNER
Democracy Forward Foundation
jdubner@democracyforward.org

JOHN T. LEWIS
Democracy Forward Foundation
jlewis@democracyforward.org

MAHER MAHMOOD
Democracy Forward Foundation
mmahmood@democracyforward.org

*Attorneys for Amici Curiae American College of Emergency Physicians, Idaho Chapter of the American College of Emergency Physicians, American College of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Association, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Association, and American Medical Association*

NOTICE OF APPEARANCE - 4

   AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant via email:

   CHARLOTTE H. TAYLOR
   Jones Day
   ctaylor@jonesday.com

                 /s/ *Brian V. Church*
                 BRIAN V. CHURCH
                 Deputy Attorney General

NOTICE OF APPEARANCE - 5