MOTION HEARING

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Date: August 22, 2022
Judge B. Lynn Winmill            Deputy Clerk: Jamie Gearhart
Case No. 1:22-cv-329             Reporter: Tammy Hohenleitner
Place: Boise                     Time: 9:02 – 10:50 a.m.

UNITED STATES OF AMERICA v. STATE OF IDAHO

Counsel for Plaintiff: Brian Netter

Counsel for Defendant: Brian Church, Joan Callahan, and Clay Smith

Counsel for Intervenor: Monte Stewart and Daniel Bower

The Court conducted a hearing regarding Plaintiff's Motion for a Preliminary Injunction (Dkt. 17).

The Court intends to issue a written decision by Wednesday, August 24, 2022.