Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone: (208) 345-3333
Facsimile: (208) 345-4461
dbower@morrisbowerhaws.com

Monte Neil Stewart, ISB #8129
11000 Cherwell Court
Las Vegas, Nevada 89144
monteneilstewart@gmail.com

*Attorneys for Intervenor-Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>       Defendant,<br><br>and<br><br>SCOTT BEDKE, in his official capacity as Speaker of the House of Representatives of the State of Idaho; CHUCK WINDER, in his capacity as President Pro Tempore of the Idaho State Senate; and the SIXTY-SIXTH IDAHO LEGISLATURE,<br><br>       Intervenor-Defendants. | Case No. 1:22-cv-00329-BLW<br><br>**IDAHO LEGISLATURE'S OBJECTION TO THE GOVERNMENT'S PROPOSED ORDER** |

As referenced in today's hearing, the Speaker of the Idaho House of Representatives Scott Bedke, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Sixth Idaho Legislature (collectively the "Legislature"), without making any concession or waiving any argument (see below), has identified the over-reach of the United States' Proposed Order, Dkt. 17-2, and corrected it with "red-line" edits that limit the injunctive relief to the scope of EMTALA when properly read and applied in light of the Government's own theory. Hence, this filing, including its exhibits, constitutes the Legislature's Objection to the United States' Proposed Order.

Attached Exhibit 1 reflects those "red-line" edits (albeit in blue).

Attached Exhibit 2 is the same as Exhibit 1 after all edits have been accepted and are no longer shown in blue.

Attached Exhibit 3 contains relevant portions of EMTALA.

By making this filing, the Legislature does not make any concession contrary to or waive any argument in support of its position that this Court cannot, under the governing legal and equitable principles and in light of the admissible, credible evidence before the Court, enter any injunction at all.

Dated this 22nd day of August, 2022.

                                                  Morris Bower & Haws PLLC

                                                  By:  */s/ Daniel W. Bower*
                                                          Daniel W. Bower

                                                   */s/ Monte Neil Stewart*
                                                 Monte Neil Stewart

                                                 *Attorneys for Intervenor-Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2022, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brian David Netter
DOJ-Civ
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Email: brian.netter@usdoj.gov

*Attorneys for Plaintiff*

Daniel Schwei
DOJ-Civ
Federal Programs Branch
1100 L St NW, Ste 11532
Washington, DC 20530
Email: daniel.s.schwei@usdoj.gov

*Attorneys for Plaintiff*

Julie Straus Harris
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Email: julie.strausharris@usdoj.gov

*Attorneys for Plaintiff*

Lisa Newman
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Email: lisa.n.newman@usdoj.gov

*Attorneys for Plaintiff*

Anna Lynn Deffebach
DOJ-Civ
Civil Division- Federal Programs Branch
1100 L ST NW
Ste Lst 12104
Washington, DC 20005
Email: anna.l.deffebach@usdoj.gov

*Attorneys for Plaintiff*

Christopher A. Eiswerth
DOJ-Civ
Federal Programs Branch
1100 L Street, NW
Ste 12310
Washington, DC 20005
Email: christopher.a.eiswerth@usdoj.gov

*Attorneys for Plaintiff*

Emily Nestler
DOJ-Civ
1100 L Street
Washington, DC 20005
Email: emily.b.nestler@usdoj.gov

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian V Church<br>Dayton Patrick Reed<br>Ingrid C Batey<br>Megan Ann Larrondo<br>Steven Lamar Olsen<br>Office of the Attorney General<br>954 W. Jefferson St., 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83702-0010<br>Email: brian.church@ag.idaho.gov<br>         dayton.reed@ag.idaho.gov<br>         ingrid.batey@ag.idaho.gov<br>         megan.larrondo@ag.idaho.gov<br>         steven.olsen@ag.idaho.gov<br><br>*Attorneys for Defendant* | Joan Elizabeth Callahan<br>NAYLOR & HALES, P.C.<br>950 W. Bannock Street<br>Boise, ID 83702<br>Email: jec@naylorhales.com<br><br><br><br><br><br><br><br><br><br><br>*Attorneys for Defendant* |
| Wendy J. Olson<br>STOEL RIVES LLP<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702-7705<br>Email: wendy.olson@stoel.com | Jacob M. Roth *(pro hac vice)*<br>Charlotte H. Taylor *(pro hac vice)*<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Email: ctaylor@jonesday.com<br>         yroth@jonesday.com |
| *Amicus The American Hospital Association and The Association of American Medical Colleges* | Amanda K. Rice *(pro hac vice)*<br>JONES DAY<br>150 West Jefferson, Suite 2100<br>Detroit, MI 48226-4438<br>Email: arice@jonesday.com<br><br>*Amicus The American Hospital Association and The Association of American Medical Colleges* |

IDAHO LEGISLATURE'S OBJECTION TO THE GOVERNMENT'S PROPOSED ORDER - 4

Laura Etlinger *(pro hac vice)*
NYS Office of The Attorney General Division
of Appeals and Opinions
The Capitol
Albany, NY 12224
Email: laura.etlinger@ag.ny.gov

*Amicus States of New York, California, Connecticut, Colorado, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, Washington D.C.*

| | |
|---|---|
| Jay Alan Sekulow *(pro hac vice)*<br>Jordan A. Sekulow *(pro hac vice)*<br>Stuart Roth *(pro hac vice)*<br>AMERICAN CENTER FOR LAW & JUSTICE<br>201 Maryland Ave. NE<br>Washington, DC 20002<br>Email: sekulow@aclj.org<br>         jordansekulow@aclj.org<br>         stuartroth1@gmail.com<br><br>*Amicus American Center for Law & Justice* | Laura Hernandez *(pro hac vice)*<br>Olivia F. Summers *(pro hac vice)*<br>AMERICAN CENTER FOR LAW & JUSTICE<br>1000 Regent University Dr.<br>Virginia Beach, VA 23464<br>Email: lhernandez@aclj.org<br>         osummers@aclj.org<br><br><br>*Amicus American Center for Law & Justice* |

| | |
|---|---|
| Shannon Rose Selden *(pro hac vice)* <br> Leah S. Martin *(pro hac vice)* <br> Adam B. Aukland-Peck *(pro hac vice)* <br> DEBEVOISE & PLIMPTON LLP <br> 919 Third Ave. <br> New York, NY 10022 <br> Email: srselden@debevoise.com <br> lmartin@debevoise.com <br> aauklandpeck@debevoise.com | Jeffrey B. Dubner *(PHV forthcoming)* <br> Skye L. Perryman *(PHV forthcoming)* <br> John T. Lewis *(PHV forthcoming)* <br> Maher Mahmood *(PHV forthcoming)* <br> DEMOCRACY FORWARD FOUNDATION <br> 655 15th St. NW, Ste 800 <br> Washington, D.C. 20005 <br> Email: jdubner@democracyforward.org <br> sperryman@democracyforward.org <br> jlewis@democracyforward.org <br> mmahmood@democracyforward.org |
| *Amicus American College of Emergency Room Physicians, Idaho Chapter of the American College of Emergency Physicians, American College of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Association, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Association, American Medical Association* | *Amicus American College of Emergency Room Physicians, Idaho Chapter of the American College of Emergency Physicians, American College of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Association, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Association, American Medical Association* |

    */s/ Daniel W. Bower*
Daniel W. Bower

IDAHO LEGISLATURE'S OBJECTION TO THE GOVERNMENT'S PROPOSED ORDER - 6