BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIAN D. NETTER
Deputy Assistant Attorney General
JOSHUA REVESZ
Counsel, Office of the Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
**DANIEL SCHWEI (N.Y. Bar No. 4901336)**
Special Counsel
JULIE STRAUS HARRIS
Senior Trial Counsel
LISA NEWMAN
ANNA DEFFEBACH
EMILY NESTLER
CHRISTOPHER A. EISWERTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
lisa.n.newman@usdoj.gov

*Counsel for Plaintiff*
United States of America

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>                Defendant. | Case No. 1:22-cv-329-BLW<br><br>**NOTICE OF FACTUAL CLARIFICATION** |

       The United States respectfully submits this Notice of Factual Clarification, and the accompanying Second Supplemental Declaration of Dr. Lee A. Fleisher, M.D., to avoid any ambiguity

in the factual record presently before this Court. The United States also submits, however, that this factual clarification is not material to the issues before the Court.

Earlier in this case, Dr. Fleisher submitted a declaration that, among other things, reported the number of claims that were made to Medicaid and the Children's Health Insurance Program (CHIP) for ectopic pregnancies within the State of Idaho for the years 2018 through 2021. *See* Dkt. No. 17-3, ¶ 36. Those numbers were 98 for 2018; 72 for 2019; 103 for 2020; and 108 for 2021. *Id.*

As explained in more detail in Dr. Fleisher's accompanying declaration, upon further examination of this data, HHS determined that those numbers were accurate with respect to claims submitted, but did not reflect the actual number of individual ectopic pregnancies, because sometimes a single ectopic pregnancy can involve multiple claims from different providers involved in rendering care (*e.g.*, one claim from the hospital, and a separate claim from the physician performing the procedure). HHS has now de-duplicated the numbers, to identify the actual number of ectopic pregnancies in each year (as opposed to the number of claims associated with those ectopic pregnancies). Based on the de-duplicated data, HHS reports that the number of discrete ectopic pregnancies reflected in Medicaid/CHIP claims data are as follows: 66 in 2018; 48 in 2019; 76 in 2020; and 73 in 2021. *See* 2d Suppl. Fleisher Decl. ¶¶ 2-4.

The United States does not believe that this minor change in numbers is material to any of the past proceedings in this case, or to any of the issues currently before the Court. The United States wishes to ensure that the factual record in this case is as precise as possible, however, and therefore submits this Notice and accompanying declaration for purposes of avoiding any potential ambiguity associated with the previously submitted information.

| | |
|---|---|
| Dated: September 15, 2022 | Respectfully submitted, |
| SAMUEL R. BAGENSTOS<br>General Counsel | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| PAUL R. RODRÍGUEZ<br>Deputy General Counsel | BRIAN D. NETTER<br>Deputy Assistant Attorney General |
| DAVID HOSKINS<br>Supervisory Litigation Attorney | JOSHUA REVESZ<br>Counsel, Office of the Assistant Attorney General |
| JESSICA BOWMAN<br>MELISSA HART<br>Attorneys<br>U.S. Department of Health & Human Servs.<br>200 Independence Ave., SW<br>Washington, DC  20201 | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>/s/ *Daniel Schwei*<br>DANIEL SCHWEI (N.Y. Bar No. 4901336)<br>Special Counsel<br>JULIE STRAUS HARRIS<br>Senior Trial Counsel<br>LISA NEWMAN<br>ANNA DEFFEBACH<br>EMILY NESTLER<br>CHRISTOPHER A. EISWERTH<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 305-8693<br>daniel.s.schwei@usdoj.gov<br><br>*Counsel for Plaintiff* |

3