# Eiswerth, Christopher A. (CIV)

| | |
|---|---|
| **From:** | Daniel Bower <dbower@morrisbowerhaws.com> |
| **Sent:** | Wednesday, September 14, 2022 2:02 PM |
| **To:** | Eiswerth, Christopher A. (CIV); brian.church@ag.idaho.gov; monteneilstewart@gmail.com; Megan Larrondo; Steven Olsen |
| **Cc:** | Schwei, Daniel S. (CIV); Straus Harris, Julie (CIV); Nestler, Emily B. (CIV) |
| **Subject:** | [EXTERNAL] RE: United States v. Idaho - motion to reconsider |

Chris and counsel,

The Legislature opposes the delaying proposal now under discussion. That is because (i) the preliminary injunction now in place is injuring by its overbreadth interests of great importance to Idaho and (ii) the Attorney General's Office has not indicated what additional argument it believes it can make to further the matter now before the Court.

The DOJ's response to our pending Motion for Reconsideration is due September 28, 2022. We will oppose any motion to delay that date and, if such a motion is made, will file a counter-motion to expedite. Further, we reserve the right to file, at any time and for any reason, a motion to expedite the DOJ's response and any other filings relating to our pending Motion, as well as any hearing on that Motion and/or the Court's resolution of it.

Best regards,

Daniel W. Bower
## Morris Bower & Haws PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Phone (208) 345-3333 |Fax (208) 345-4461 |
dbower@morrisbowerhaws.com | www.morrisbowerhaws.com



---

**From:** Eiswerth, Christopher A. (CIV) <Christopher.A.Eiswerth@usdoj.gov>
**Sent:** Monday, September 12, 2022 2:55 PM
**To:** brian.church@ag.idaho.gov; monteneilstewart@gmail.com; Daniel Bower <dbower@morrisbowerhaws.com>; Megan Larrondo <megan.larrondo@ag.idaho.gov>; Steven Olsen <steven.olsen@ag.idaho.gov>
**Cc:** Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov>; Straus Harris, Julie (CIV) <Julie.StrausHarris@usdoj.gov>; Nestler, Emily B. (CIV) <Emily.B.Nestler@usdoj.gov>
**Subject:** RE: United States v. Idaho - motion to reconsider

Counsel, if you could let me know your position on the below, I would appreciate it.

Best regards,

1

Chris

**Christopher A. Eiswerth**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
202.305.0568

---

**From:** Eiswerth, Christopher A. (CIV)
**Sent:** Friday, September 9, 2022 4:07 PM
**To:** brian.church@ag.idaho.gov; monteneilstewart@gmail.com; dbower@morrisbowerhaws.com; Megan Larrondo <megan.larrondo@ag.idaho.gov>; Steven Olsen <steven.olsen@ag.idaho.gov>
**Cc:** Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov>
**Subject:** RE: United States v. Idaho - motion to reconsider

Counsel,

We agree that it may be beneficial for the Court to consider the Legislature's motion and the State's forthcoming motion together, and for the United States to file a consolidated response. To that end, we intend to propose to the Court that the United States will file a combined response 21 days after the State files its motion. Although we believe we would be entitled to file a 40-page brief since we would be responding to two motions, we intend to present our opposition as succinctly as possible—likely closer to 30 pages. Given that we have not yet seen the State's motion, however, we would reserve the right to file up to 40 pages.

Please let us know your position on this anticipated motion.

Best regards,

Chris

**Christopher A. Eiswerth**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
202.305.0568

---

**From:** Brian Church <brian.church@ag.idaho.gov>
**Sent:** Friday, September 9, 2022 1:45 PM
**To:** Netter, Brian (CIV) <Brian.Netter@usdoj.gov>; Schwei, Daniel S. (CIV) <Daniel.S.Schwei@usdoj.gov>; Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>; Monte Stewart <monteneilstewart@gmail.com>; Daniel W. Bower <dbower@morrisbowerhaws.com>
**Cc:** Megan Larrondo <Megan.Larrondo@ag.idaho.gov>; Steven Olsen <steven.olsen@ag.idaho.gov>
**Subject:** [EXTERNAL] United States v. Idaho - motion to reconsider

    Re:   *United States v. Idaho*
           1:22-cv-00329-BLW (D. Idaho)

Counsel:

As a matter of professional courtesy, I wanted to advise the United States that the State of Idaho also intends to file a motion to reconsider the district court's preliminary injunction order. The State will file

that motion on or before September 21. The State sees value in having its motion, and the motion filed by the Legislature Wednesday night, decided at the same time.

Brian
--



Brian V. Church | Deputy Attorney General
Civil Litigation Division
Office of the Attorney General | State of Idaho
O: (208) 334-2400

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.