LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

MEGAN A. LARRONDO, ISB #10597
BRIAN V. CHURCH, ISB #9391
ALAN W. FOUTZ, ISB #11533
INGRID C. BATEY, ISB #10022
Deputy Attorneys General
CLAY R. SMITH, ISB #6385
Special Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
megan.larrondo@ag.idaho.gov
brian.church@ag.idaho.gov

JOAN E. CALLAHAN, ISB #9241
NAYLOR & HALES, P.C.
Special Deputy Attorney General
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
joan@naylorhales.com

*Attorneys for Defendant State of Idaho*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>                    Defendant. | Case No. 1:22-cv-329<br><br>**STATE OF IDAHO'S PARTIAL NON-OPPOSITION TO UNITED STATES' MOTION TO EXTEND BRIEFING SCHEDULE REGARDING MOTIONS FOR RECONSIDERATION (Dkt. 99)** |

The State of Idaho files this partial non-opposition to the United States' Motion to Extend

Briefing Schedule Regarding Motions for Reconsideration. The State does not oppose the United

States' request to respond to the Idaho Legislature's motion for reconsideration (Dkt. 97) at the

same time the United States files its response to the State of Idaho's forthcoming motion for

STATE OF IDAHO'S PARTIAL NON-OPPOSITION TO UNITED STATES' MOTION TO
EXTEND BRIEFING SCHEDULE REGARDING MOTIONS FOR RECONSIDERATION
(Dkt. 99) - 1

reconsideration, which will be filed on or before September 21, 2022. The State of Idaho understands such response would be filed in accordance with the timing of Local Civil Rule 7.1.

However, with respect to the United States' request that it be granted 40 pages to provide a combined response, the State of Idaho suggests that the Court defer ruling on this request or deny this request but grant the United States leave to reassert such request. The State of Idaho suggests the better approach would be for the United States to review both the Idaho Legislature's and State of Idaho's motions for reconsideration, and then reassert how many pages it believes it needs after seeing the motions. The State anticipates overlap between the arguments advanced by the State and those advanced by the Legislature.

DATED this 16th day of September, 2022.

OFFICE OF THE ATTORNEY GENERAL

By:   */s/ Brian V. Church*
         BRIAN V. CHURCH
         Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN DAVID NETTER
DOJ-Civ
Civil Division
brian.netter@usdoj.gov

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ
Civil Division, Federal Programs Branch
julie.strausharris@usdoj.gov

LISA NEWMAN
DOJ-Civ
Civil Division, Federal Programs Branch
lisa.n.newman@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division, Federal Programs Branch
anna.l.deffebach@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

EMILY NESTLER
DOJ-Civ
emily.b.nestler@usdoj.gov

*Attorneys for Plaintiff United States of America*

LAURA ETLINGER
New York State Office
of the Attorney General
laura.Etlinger@ag.ny.gov

*Attorney for Amici States*
*California, New York, Colorado, Connecticut,*
*Delaware, Hawaii, Illinois, Maine, Maryland,*

DANIEL W. BOWER
Morris Bower & Haws PLLC
dbower@morrisbowerhaws.com

MONTE NEIL STEWART
Attorney at Law
monteneilstewart@gmail.com

*Attorneys for Intervenors-Defendants*

JAY ALAN SEKULOW
sekulow@aclj.org

JORDAN A. SEKULOW
jordansekulow@aclj.org

STUART J. ROTH
Stuartroth1@gmail.com

OLIVIA F. SUMMERS
osummers@aclj.org

LAURA B. HERNANDEZ
lhernandez@aclj.org

*Attorneys for Amicus Curiae*
*American Center for Law & Justice*

WENDY OLSON
Stoel Rives LLP
wendy.olson@stoel.com

JACOB M. ROTH
Jones Day
jroth@jonesday.com

AMANDA K. RICE
Jones Day
arice@jonesday.com

*Attorneys for Amici Curiae*

*Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.*

*The American Hospital Association and the Association of American Medical Colleges*

SHANNON ROSE SELDEN
Debevoise & Plimpton LLP
srselden@debevoise.com

ADAM B. AUKLAND-PECK
Debevoise & Plimpton LLP
Aaukland-peck@debevoise.com

LEAH S. MARTIN
Debevoise & Plimpton LLP
lmartin@debevoise.com

*Attorneys for Amici Curiae American College of Emergency Physicians, Idaho Chapter of the American College of Emergency Physicians, American college of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Association, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Association, and American Medical Association*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant via email:

CHARLOTTE H. TAYLOR
Jones Day
ctaylor@jonesday.com

_/s/ Brian V. Church_
BRIAN V. CHURCH
Deputy Attorney General

STATE OF IDAHO'S PARTIAL NON-OPPOSITION TO UNITED STATES' MOTION TO EXTEND BRIEFING SCHEDULE REGARDING MOTIONS FOR RECONSIDERATION (Dkt. 99) - 4