UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>        Defendant,<br><br>SCOTT BEDKE; CHUCK WINDER; the SIXTY-SIXTH LEGISLATURE,<br><br>        Intervenor-Defendants. | Case No. 1:22-cv-329-BLW<br><br>**ORDER** |

Upon consideration of the United States' Motion to Extend Briefing Schedule Regarding Motions for Reconsideration, and finding good cause, IT IS ORDERED that the United States' motion is GRANTED.

It is FURTHER ORDERED that the United States shall file a consolidated opposition to the Legislature's Motion for Reconsideration (Dkt. 97) and the State of Idaho's forthcoming motion for reconsideration, which shall not exceed 30 pages and shall be due no later than 21 days after the State of Idaho files its motion for

reconsideration.

DATED: September 22, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

1