# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>    Defendant,<br><br>and<br><br>SCOTT BEDKE, in his official capacity as Speaker of the House of Representatives of the State of Idaho; CHUCK WINDER, in his capacity as President Pro Tempore of the Idaho State Senate; and the SIXTY-SIXTH IDAHO LEGISLATURE,<br><br>    Intervenor-Defendants. | Case No. 1:22-cv-329-BLW |

# IDAHO LEGISLATURE'S
# RENEWED MOTION TO INTERVENE
_____

Monte Neil Stewart, ISB No. 8129
11000 Cherwell Court
Las Vegas, Nevada 89144
Telephone: (208)514-6360
monteneilstewart@gmail.com

Daniel W. Bower, ISB No. 7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone: (208) 345-3333
dbower@morrisbowerhaws.com

*Attorneys for Intervenor-Defendants*

The Speaker of the Idaho House of Representatives Scott Bedke, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Sixth Idaho Legislature (collectively the "Legislature") respectfully move to renew its previous Idaho Legislature's Motion to Intervene (Dkt. 15) in this civil action as intervenor-defendants pursuant to Federal Rule of Civil Procedure 24(a)(2), as interpreted and applied by *Berger v. N.C. State Conf. of the NAACP*, --U.S.--, 142 S. Ct. 2191 (2022) and as invited by this Court's August 13, 2022 Memorandum Decision and Order (Dkt. 27).

This Motion is further supported by Idaho Legislature's Memorandum of Law Supporting its Renewed Motion to Intervene.

Dated this 4th day of October, 2022.

          */s/ Daniel W. Bower*
          Daniel W. Bower
          MORRIS BOWER & HAWS, PLLC

          */s/ Monte Neil Stewart*
          Monte Neil Stewart

          *Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| BRIAN DAVID NETTER<br>DOJ-Civ<br>Civil Division<br>brian.netter@usdoj.gov | Brian V Church<br>Clay R. Smith<br>Dayton Patrick Reed<br>Ingrid C Batey<br>Megan Ann Larrondo<br>Steven Lamar Olsen<br>Alan Wayne Foutz<br>Office of the Attorney General<br>brian.church@ag.idaho.gov<br>crsmith73@outlook.com<br>dayton.reed@ag.idaho.gov<br>ingrid.batey@ag.idaho.gov<br>megan.larrondo@ag.idaho.gov<br>steven.olsen@ag.idaho.gov<br>alan.foutz@ag.idaho.gov |
| DANIEL SCHWEI<br>DOJ-Civ<br>Federal Programs Branch<br>daniel.s.schwei@usdoj.gov | |
| JULIE STRAUS HARRIS<br>DOJ-Civ Civil Division,<br>Federal Programs Branch<br>julie.strausharris@usdoj.gov | |
| LISA NEWMAN<br>DOJ-Civ Civil Division,<br>Federal Programs Branch<br>lisa.n.newman@usdoj.gov | JOAN E. CALLAHAN<br>NAYLOR & HALES, P.C.<br>Special Deputy Attorney General<br>jec@naylorhales.com |
| ANNA LYNN DEFFEBACH<br>DOJ-Civ<br>Civil Division,<br>Federal Programs Branch<br>anna.l.deffebach@usdoj.gov | *Attorneys for Defendant*<br><br>JAY ALAN SEKULOW<br>sekulow@aclj.org<br>JORDAN A. SEKULOW<br>jordansekulow@aclj.org |
| CHRISTOPHER A. EISWERTH<br>DOJ-Civ<br>Federal Programs Branch<br>christopher.a.eiswerth@usdoj.gov | STUART J. ROTH<br>Stuartroth1@gmail.com<br>OLIVIA F. SUMMERS<br>osummers@aclj.org |
| EMILY NESTLER DOJ-Civ<br>emily.b.nestler@usdoj.gov | LAURA B. HERNANDEZ<br>lhernandez@aclj.org |
| *Attorneys for Plaintiff United States of America* | *Attorneys for Amicus Curiae American Center for Law & Justice* |

3

LAURA ETLINGER
New York State Office
of the Attorney General
laura.etlinger@ag.ny.gov

*Attorney for Amici States*
*California, New York, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.*

THOMAS MOLNAR FISHER
Office of IN Attorney General
Solicitor General
tom.fisher@atg.in.gov

*Attorney for Amici States*
*Indiana, Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Montana, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, Wyoming, Nebraska*

WENDY OLSON
Stoel Rives LLP
wendy.olson@stoel.com

JACOB M. ROTH
AMANDA K. RICE
CHARLOTTE H. TAYLOR
Jones Day
jroth@jonesday.com
arice@jonesday.com
ctaylor@jonesday.com

*Attorneys for Amici Curiae*
*The American Hospital Association and the Association of American Medical Colleges*

SHANNON ROSE SELDEN
ADAM B. AUKLAND-PECK
LEAH S. MARTIN
Debevoise & Plimpton LLP
srselden@debevoise.com
Aaukland-peck@debevoise.com
lmartin@debevoise.com

JEFFREY B. DUBNER
JOHN LEWIS
MAHER MAHMOOD
Democracy Forward
jdubner@democracyforward.org
jlewis@democracyforward.org
mmahmood@democracyforward.org

*Attorneys for Amici Curiae American College of Emergency Physicians; Idaho Chapter of the American College of Emergency Physicians; American College of Obstetricians and Gynecologists; Society for Maternal-Fetal Medicine; National Medical Association; National Hispanic Medical Association; American Academy of Pediatrics; American Academy of Family Physicians; American Public Health Association; and American Medical Association*

   /s/ Daniel W. Bower
Daniel W. Bower

4