LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

BRIAN V. CHURCH, ISB #9391
ALAN W. FOUTZ, ISB #11533
INGRID C. BATEY, ISB #10022
Deputy Attorneys General
CLAY R. SMITH, ISB #6385
Special Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
brian.church@ag.idaho.gov

JOAN E. CALLAHAN, ISB #9241
NAYLOR & HALES, P.C.
Special Deputy Attorney General
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone: (208) 383-9511
Facsimile: (208) 383-9516
joan@naylorhales.com

*Attorneys for Defendant State of Idaho*

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>    Defendant. | Case No. 1:22-cv-329<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　NOTICE IS GIVEN that Deputy Attorney General Dayton P. Reed, co-counsel for Defendant State of Idaho, withdraws as an attorney of record for Defendant State of Idaho in the above-captioned matter and requests that his name be removed as attorney of record. Deputy Attorneys General Brian V. Church, Alan Foutz, Ingrid Batey and Special Deputy Attorneys General Clay R. Smith and Joan E. Callahan will continue as counsel of record for Defendants.

NOTICE OF WITHDRAWAL OF COUNSEL - 1

DATED: December 13, 2022.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By    */s/ Dayton P. Reed*
    DAYTON P. REED
    Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN DAVID NETTER
DOJ-Civ
Civil Division
brian.netter@usdoj.gov

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ
Civil Division, Federal Programs Branch
julie.strausharris@usdoj.gov

LISA NEWMAN
DOJ-Civ
Civil Division, Federal Programs Branch
lisa.n.newman@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division, Federal Programs Branch
anna.l.deffebach@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

EMILY NESTLER
DOJ-Civ
emily.b.nestler@usdoj.gov

DANIEL W. BOWER
Morris Bower & Haws PLLC
dbower@morrisbowerhaws.com

MONTE NEIL STEWART
Attorney at Law
monteneilstewart@gmail.com

*Attorneys for Intervenors-Defendants*

JAY ALAN SEKULOW
sekulow@aclj.org

JORDAN A. SEKULOW
jordansekulow@aclj.org

STUART J. ROTH
Stuartroth1@gmail.com

OLIVIA F. SUMMERS
osummers@aclj.org

LAURA B. HERNANDEZ
lhernandez@aclj.org

*Attorneys for Amicus Curiae
American Center for Law & Justice*

WENDY OLSON
Stoel Rives LLP
wendy.olson@stoel.com

NOTICE OF WITHDRAWAL OF COUNSEL - 2

| | |
|---|---|
| *Attorneys for Plaintiff United States of America* | JACOB M. ROTH<br>Jones Day<br>jroth@jonesday.com |
| LAURA ETLINGER<br>New York State Office<br>of the Attorney General<br>laura.Etlinger@ag.ny.gov | AMANDA K. RICE<br>Jones Day<br>arice@jonesday.com |
| *Attorney for Amici States*<br>*California, New York, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.* | CHARLOTTE H. TAYLOR<br>Jones Day<br>ctaylor@jonesday.com<br>*Attorneys for Amici Curiae*<br>*The American Hospital Association and the Association of American Medical Colleges* |
| | SHANNON ROSE SELDEN<br>Debevoise & Plimpton LLP<br>srselden@debevoise.com |
| | ADAM B. AUKLAND-PECK<br>Debevoise & Plimpton LLP<br>Aaukland-peck@debevoise.com |
| | LEAH S. MARTIN<br>Debevoise & Plimpton LLP<br>lmartin@debevoise.com |
| | *Attorneys for Amici Curiae American College of Emergency Physicians, Idaho Chapter of the American College of Emergency Physicians, American college of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Association, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Association, and American Medical Association* |

           */s/ Dayton P. Reed*
           Dayton P. Reed

NOTICE OF WITHDRAWAL OF COUNSEL - 3