Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone:  (208) 345-3333
dbower@morrisbowerhaws.com

Monte Neil Stewart, ISB #8129
11000 Cherwell Court
Las Vegas, Nevada 89144
monteneilstewart@gmail.com

*Attorneys for Intervenor-Defendant Idaho Legislature*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>    Defendant,<br><br>and<br><br>MIKE MOYLE, in his official capacity as Speaker of the House of Representatives of the State of Idaho; CHUCK WINDER, in his capacity as President Pro Tempore of the Idaho State Senate; and the SIXTY-SEVENTH IDAHO LEGISLATURE,<br><br>    Intervenor-Defendants. | Case No. 1:22-cv-00329-BLW<br><br>**NOTICE OF AUTOMATIC SUBSTITUTION OF CERTAIN INTERVENOR-DEFENDANTS** |

The Speaker of the Idaho House of Representatives Mike Moyle, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Seventh Idaho Legislature (collectively "Legislature"), Intervenor-Defendants in this civil action, give notice that, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, (i) Speaker of the Idaho House of Representatives Mike Moyle is automatically substituted into this action in place of former Speaker of the Idaho House of Representatives Scott Bedke and (ii) the Sixty-Seventh Idaho Legislature is automatically substituted into this action in place of the now-adjourned and terminated Sixty-Sixth Idaho Legislature.

As noted, these automatic substitutions result from Rule 25(d), which provides:

> An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.

Date: January 24, 2023                    Respectfully submitted,

MORRIS BOWER & HAWS PLLC


By:  /s/ Daniel W. Bower
        Daniel W. Bower


 /s/ Monte Neil Stewart
Monte Neil Stewart

*Attorneys for Intervenor-Defendant Idaho Legislature*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

BRIAN DAVID NETTER
DOJ-Civ
Civil Division
brian.netter@usdoj.gov

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ Civil Division,
Federal Programs Branch
julie.strausharris@usdoj.gov

LISA NEWMAN
DOJ-Civ Civil Division,
Federal Programs Branch
lisa.n.newman@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division,
Federal Programs Branch
anna.l.deffebach@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

EMILY NESTLER
DOJ-Civ
emily.b.nestler@usdoj.gov

*Attorneys for Plaintiff United States of America*

Raul Labrador
raul.labrador@ag.idaho.gov
David Dewhirst
david.dewhirst@ag.idaho.gov
Theo Wold
theo.wold@ag.idaho.gov
Brian Church
brian.church@ag.idaho.gov
Steven Lamar Olsen
steven.olsen@ag.idaho.gov
Alan Wayne Foutz
alan.foutz@ag.idaho.gov
Office of the Attorney General

JOAN E. CALLAHAN
NAYLOR & HALES, P.C.
Special Deputy Attorney General
jec@naylorhales.com

*Attorneys for Defendant*

JAY ALAN SEKULOW
sekulow@aclj.org
JORDAN A. SEKULOW
jordansekulow@aclj.org
STUART J. ROTH
Stuartroth1@gmail.com
OLIVIA F. SUMMERS
osummers@aclj.org
LAURA B. HERNANDEZ
lhernandez@aclj.org

*Attorneys for Amicus Curiae
American Center for Law & Justice*

LAURA ETLINGER
New York State Office
of the Attorney General
laura.etlinger@ag.ny.gov

*Attorney for Amici States*
*California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.*

THOMAS MOLNAR FISHER
Office of IN Attorney General
Solicitor General
tom.fisher@atg.in.gov

*Attorney for Amici States*
*Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, Wyoming*

WENDY OLSON
Stoel Rives LLP
wendy.olson@stoel.com

JACOB M. ROTH
AMANDA K. RICE
CHARLOTTE H. TAYLOR
Jones Day
jroth@jonesday.com
arice@jonesday.com
ctaylor@jonesday.com

*Attorneys for Amici Curiae*
*The American Hospital Association and the Association of American Medical Colleges*

SHANNON ROSE SELDEN
ADAM B. AUKLAND-PECK
LEAH S. MARTIN
Debevoise & Plimpton LLP
srselden@debevoise.com
Aaukland-peck@debevoise.com
lmartin@debevoise.com

JEFFREY B. DUBNER
JOHN LEWIS
MAHER MAHMOOD
Democracy Forward
jdubner@democracyforward.org
jlewis@democracyforward.org
mmahmood@democracyforward.org

*Attorneys for Amici Curiae*
*American Academy of Family Physicians; American Academy of Pediatrics; American College of Emergency Physicians; American College of Obstetricians and Gynecologists; American Medical Association; American Public Health Association; Idaho Chapter of the American College of Emergency Physicians; National Hispanic Medical Association; National Medical Association; and Society for Maternal-Fetal Medicine*

                            */s/ Daniel W. Bower*
                            Daniel W. Bower