RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #3586
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
P.O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendant State of Idaho*

### UNITED STATES DISTRICT COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF IDAHO, <br><br> Defendant. | Case No. 1:22-cv-00329-BLW <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that the State of Idaho, Appellant, hereby appeals to the United States Court of Appeals for the Ninth Circuit. The State of Idaho appeals the district court's May 4, 2023 Memorandum Decision and Order [135] denying the State of Idaho's motion to reconsider the district court's August 24, 2022 Memorandum Decision and Order [95] granting a preliminary injunction.

1

**FORM 1 INFORMATION**

- Date case was first filed in U.S. District Court:     August 2, 2022
- Date of judgment or order being appealed: May 4, 2023 and August 24, 2022
- Docket entry number of judgment or order appealed from: 135 (Memorandum Decision and Order), 95 (Memorandum Decision and Order)
- Docketing fee of $505 paid to the U.S. District Court for the District of Idaho.
- Appellant: State of Idaho
    - This is not a cross-appeal
    - There is a pending appeal in this case. Its case number is 23-35153. The caption for this appeal is: UNITED STATES OF AMERICA, Plaintiff-Appellee, v. STATE OF IDAHO, Defendant-Appellee, v. MIKE MOYLE, Speaker of the Idaho House of Representatives, et al., Movants-Appellants.
- A representation statement follows on the next page.

DATED: June 28, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *Lincoln Davis Wilson*
           LINCOLN DAVIS WILSON
           Chief of Civil Litigation
           and Constitutional Defense

# REPRESENTATION STATEMENT

## I.   Counsel for Appellant (State of Idaho)

LINCOLN DAVIS WILSON
Chief of Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

BRIAN V. CHURCH
Deputy Attorney General
brian.church@ag.idaho.gov

Idaho Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010
(208) 334-2400

## II.   Counsel for Appellees (United States of America)

BRIAN DAVID NETTER
DOJ-Civ
Civil Division
brian.netter@usdoj.gov

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ
Civil Division, Federal Programs Branch
julie.strausharris@usdoj.gov

LISA NEWMAN
DOJ-Civ
Civil Division, Federal Programs Branch
lisa.n.newman@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division, Federal Programs Branch
anna.l.deffebach@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

EMILY NESTLER
DOJ-Civ
emily.b.nestler@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 993-5182

III.  **Counsel for Limited Intervenors (Mike Moyle, Speaker of the Idaho House of Representatives; Chuck Winder, President Pro Tempore of the Idaho Senate; the Sixty-Seventh Idaho Legislature)**

DANIEL W. BOWER
Morris Bower & Haws PLLC
dbower@morrisbowerhaws.com

MONTE NEIL STEWART
Attorney at Law
monteneilstewart@gmail.com

Morris Bower & Haws PLLC
1305 12th Ave. Rd.
Nampa, ID 83686
(208) 345-3333

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

BRIAN DAVID NETTER
DOJ-Civ
Civil Division
brian.netter@usdoj.gov

DANIEL SCHWEI
DOJ-Civ
Federal Programs Branch
daniel.s.schwei@usdoj.gov

JULIE STRAUS HARRIS
DOJ-Civ
Civil Division, Federal Programs Branch
julie.strausharris@usdoj.gov

LISA NEWMAN
DOJ-Civ
Civil Division, Federal Programs Branch
lisa.n.newman@usdoj.gov

ANNA LYNN DEFFEBACH
DOJ-Civ
Civil Division, Federal Programs Branch
anna.l.deffebach@usdoj.gov

CHRISTOPHER A. EISWERTH
DOJ-Civ
Federal Programs Branch
christopher.a.eiswerth@usdoj.gov

EMILY NESTLER
DOJ-Civ
emily.b.nestler@usdoj.gov

*Attorneys for Plaintiff United States of America*

LAURA ETLINGER
New York State Office
of the Attorney General
laura.Etlinger@ag.ny.gov

DANIEL W. BOWER
Morris Bower & Haws PLLC
dbower@morrisbowerhaws.com

MONTE NEIL STEWART
Attorney at Law
monteneilstewart@gmail.com

*Attorneys for Intervenors-Defendants*

JAY ALAN SEKULOW
sekulow@aclj.org

JORDAN A. SEKULOW
jordansekulow@aclj.org

STUART J. ROTH
Stuartroth1@gmail.com

OLIVIA F. SUMMERS
osummers@aclj.org

LAURA B. HERNANDEZ
lhernandez@aclj.org

*Attorneys for Amicus Curiae American Center for Law & Justice*

WENDY OLSON
Stoel Rives LLP
wendy.olson@stoel.com

JACOB M. ROTH
Jones Day
jroth@jonesday.com

AMANDA K. RICE
Jones Day
arice@jonesday.com

*Attorney for Amici States
California, New York, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.*

CHARLOTTE H. TAYLOR
Jones Day
ctaylor@jonesday.com
*Attorneys for Amici Curiae
The American Hospital Association and the
Association of American Medical Colleges*

SHANNON ROSE SELDEN
Debevoise & Plimpton LLP
srselden@debevoise.com

ADAM B. AUKLAND-PECK
Debevoise & Plimpton LLP
Aaukland-peck@debevoise.com

LEAH S. MARTIN
Debevoise & Plimpton LLP
lmartin@debevoise.com

*Attorneys for Amici Curiae American College of Emergency Physicians, Idaho Chapter of the American College of Emergency Physicians, American college of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Association, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Association, and American Medical Association*

　/s/ *Lincoln Davis Wilson*
　LINCOLN DAVIS WILSON

6