Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone: (208) 345-3333
dbower@morrisbowerhaws.com

Monte Neil Stewart, ISB #8129
11000 Cherwell Court
Las Vegas, Nevada 89144
monteneilstewart@gmail.com

*Attorneys for Defendant-Intervenor Idaho Legislature*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>    Defendant. | Case No. 1:22-cv-00329-BLW<br><br>**IDAHO LEGISLATURE'S MOTION TO STAY PRELIMINARY INJUNCTION [Dkt. 95] PENDING APPEAL** |

    The Speaker of the Idaho House of Representatives Mike Moyle, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Seventh Legislature respectfully move this Court for a stay of its orders dated August 24, 2022 (Dkt. 95) and May 4, 2023, pending disposition of an appeal to the United States Court of Appeals for the Ninth Circuit

1

and proceedings, if any, before the Supreme Court of the United States. This motion is supported by a supporting memorandum filed contemporaneously herewith.

Dated this 3rd day of July, 2023.

                                                      MORRIS BOWER & HAWS PLLC

                                                     By: */s/ Daniel W. Bower*
                                                            Daniel W. Bower

                                                     */s/ Monte Neil Stewart*
                                                     Monte Neil Stewart

                                                     *Attorneys for Intervenors-Defendants*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 3rd day of July, 2023, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brian David Netter<br>DOJ-Civ<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: brian.netter@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Daniel Schwei<br>DOJ-Civ<br>Federal Programs Branch<br>1100 L Street, N.W., Ste. 11532<br>Washington, D.C. 20530 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: daniel.s.schwei@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Julie Straus Harris<br>DOJ-Civ<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email:<br>julie.strausharris@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Lisa Newman<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: lisa.n.newman@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Anna Lynn Deffebach | ☐ U.S. Mail |

| | |
|---|---|
| DOJ-Civ<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W., Ste. 12104<br>Washington, D.C. 20005 | ☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email:<br>anna.l.deffebach@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Christopher A. Eiswerth<br>DOJ-Civ<br>Federal Programs Branch<br>1100 L Street, N.W., Ste. 12310<br>Washington, D.C. 20005 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email:<br>christopher.a.eiswerth@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Emily Nestler<br>DOJ-Civ<br>1100 L Street<br>Washington, D.C. 20005 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: emily.b.nestler@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Lawrence G. Wasden<br>Attorney General<br><br>Steven L. Olsen<br>Chief of Civil Litigation<br>Megan A. Larrondo<br>Dayton P. Reed<br>Ingrid C. Batey<br>Deputy Attorneys General<br>954 W. Jefferson Street, 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720-0010 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile: (208) 334-2400<br>☒ ECF Email: steven.olsen@ag.idaho.gov<br><br>megan.larrondo@ag.idaho.gov<br>dayton.reed@ag.idaho.gov<br>ingrid.batey@ag.idaho.gov |

*Attorneys for Defendant*

                                                */s/ Daniel W. Bower*
                                                Daniel W. Bower