RAÚL R. LABRADOR
ATTORNEY GENERAL
STATE OF IDAHO

Joan E. Callahan     [ISB No. 9241]
SPECIAL DEPUTY ATTORNEY GENERAL
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: joan@naylorhales.com

Co-Counsel for Defendant State of Idaho

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No: 1:22-cv-329-BLW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| STATE OF IDAHO | |
| Defendant. | |

PLEASE TAKE NOTICE that Joan E. Callahan, co-counsel for Defendant State of Idaho, withdraws as an attorney of record for Defendant and requests that her name be removed as attorney of record and from ECF notifications.

DATED this 6th day of July, 2023.

        NAYLOR & HALES, P.C.

        By:*/s/ Joan E. Callahan*
           JOAN E. CALLAHAN, Of the Firm
           Co-Counsel for Defendant State of Idaho

**NOTICE OF WITHDRAWAL OF COUNSEL - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Anna Lynn Deffebach | anna.l.deffebach@usdoj.gov |
| Brian David Netter | brian.netter@usdoj.gov |
| Christopher A. Eiswerth | christopher.a.eiswerth@usdoj.gov |
| Daniel Schwei | daniel.s.schwei@usdoj.gov |
| Emily Nestler | emily.b.nestler@usdoj.gov |
| Julie Straus Harris | julie.strausharris@usdoj.gov |
| Lisa Newman | lisa.n.newman@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Brian V. Church | brian.church@ag.idaho.gov |
| Lincoln Wilson | Lincoln.Wilson@ag.idaho.gov |
| Josh Turner | josh.turner@ag.idaho.gov |

*Attorneys for Defendant*

| | |
|---|---|
| Daniel W. Bower | dbower@morrisbowerhaws.com |
| Monte N Stewart | monteneilstewart@gmail.com |

*Attorneys for Intervenors-Defendants*

| | |
|---|---|
| Jay Alan Sekulow | sekulow@acli.org |
| Jordan A. Sekulow | jordansekulow@acli.org |
| Stuart J. Roth | Stuartroth1@gmail.com |
| Olivia F. Summers | osummer@acli.org |
| Laura B. Hernandez | lhernandez@acli.org |

*Attorneys for Amicus Curiae*

| | |
|---|---|
| Laura Etlinger | laura.Etlinger@ag.nv.gov |

*Attorney for Amici States California, New York, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, and Washington, D.C.*

| | |
|---|---|
| Wendy Olson | wendy.olson@stoel.com |
| Jacob M. Roth | jroth@jonesday.com |
| Amanda K. Rice | arice@jonesday.com |
| Charlotte H. Taylor | ctaylor@jonesday.com |

*Attorneys for Amici Curiae The American Hospital Assoc and the Assoc of American*

**NOTICE OF WITHDRAWAL OF COUNSEL - 2**

*Medical Colleges*

| | |
|---|---|
| Shannon Rose Selden | srselden@debevoise.com |
| Adam B. Aukland-Peck | Aaukland-peck@debevoise.com |
| Leah S. Martin | lmartin@debevoise.com |

*Attorneys for Amici Curiae American College of Emergency Physicians, Idaho Chapter of the American College of Emergency Physicians, American College of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, National Medical Association, National Hispanic Medical Assoc, American Academy of Pediatrics, American Academy of Family Physicians, American Public Health Assoc, and American Medical Assoc*

***/s/ Joan E. Callahan***
JOAN E. CALLAHAN

**NOTICE OF WITHDRAWAL OF COUNSEL - 3**