Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
1305 12th Ave. Rd.
Nampa, Idaho 83686
Telephone: (208) 345-3333
Facsimile: (208) 345-4461
dbower@morrisbowerhaws.com

Monte Neil Stewart, ISB #8129
11000 Cherwell Court
Las Vegas, Nevada 89144
monteneilstewart@gmail.com

*Attorneys for Defendant-Intervenor Idaho Legislature*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>    Defendant. | Case No. 1:22-cv-00329-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN, that Monte Neil Stewart, co-counsel for The Speaker of the Idaho House of Representatives Mike Moyle, Idaho Senate President Pro Tempore Chuck Winder, and the Sixty-Seventh Idaho Legislature, referred to as the Defendant-Intervenor, hereby withdraws as attorney of record for Defendant-Intervenor Idaho Legislature in the above-captioned matter and requests that his name be removed as attorney

NOTICE OF WITHDRAWAL OF COUNSEL - 1

of record.  Daniel W. Bower, of Morris Bower & Haws PLLC will continue as counsel of record for Defendant-Intervenor.

Dated this 21st day of August 2023.

                                           MORRIS BOWER & HAWS PLLC

                                           By:  */s/ Monte Neil Stewart*
                                                  Monte Neil Stewart

                                            */s/ Daniel W. Bower*
                                           Daniel W. Bower

                                           *Attorneys for Proposed Intervenors-Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August 2023, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brian David Netter<br>DOJ-Civ<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: brian.netter@usdoj.gov |
| Daniel Schwei<br>DOJ-Civ<br>Federal Programs Branch<br>1100 L Street, N.W., Ste. 11532<br>Washington, D.C. 20530<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: daniel.s.schwei@usdoj.gov |
| Julie Straus Harris<br>DOJ-Civ<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email:<br>julie.strausharris@usdoj.gov |
| Lisa Newman<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Facsimile:<br>☒ ECF Email: lisa.n.newman@usdoj.gov |

NOTICE OF WITHDRAWAL OF COUNSEL - 3

*Attorneys for Plaintiff*

| | |
|---|---|
| Anna Lynn Deffebach | ☐ U.S. Mail |
| DOJ-Civ | ☐ Hand Delivered |
| Civil Division, Federal Programs Branch | ☐ Facsimile: |
| 1100 L Street, N.W., Ste. 12104 | ☒ ECF Email: |
| Washington, D.C. 20005 | anna.l.deffebach@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Christopher A. Eiswerth | ☐ U.S. Mail |
| DOJ-Civ | ☐ Hand Delivered |
| Federal Programs Branch | ☐ Facsimile: |
| 1100 L Street, N.W., Ste. 12310 | ☒ ECF Email: |
| Washington, D.C. 20005 | christopher.a.eiswerth@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Emily Nestler | ☐ U.S. Mail |
| DOJ-Civ | ☐ Hand Delivered |
| 1100 L Street | ☐ Facsimile: |
| Washington, D.C. 20005 | ☒ ECF Email: emily.b.nestler@usdoj.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Raúl Labrador | ☐ U.S. Mail |
| Attorney General | ☐ Hand Delivered |
| | ☐ Facsimile: (208) 334-2400 |
| Lincoln Davis Wilson | ☒ ECF Email: |
| Chief of Civil Litigation and Constitutional Defense | lincoln.wilson@ag.idaho.gov |
| Brian V. Church | brian.church@ag.idaho.gov |
| Deputy Attorneys General | |
| 954 W. Jefferson Street, 2nd Floor | |
| P.O. Box 83720 | |
| Boise, ID 83720-0010 | |

*Attorneys for Defendant*

NOTICE OF WITHDRAWAL OF COUNSEL - 4

        */s/ Daniel W. Bower*
        Daniel W. Bower

NOTICE OF WITHDRAWAL OF COUNSEL - 5