FILED

OCT 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STATE OF IDAHO, <br><br> Defendant-Appellant. | No. 23-35440 <br><br> D.C. No. 1:22-cv-00329-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STATE OF IDAHO, <br><br> Defendant, <br><br> v. <br><br> MIKE MOYLE, Speaker of the Idaho House of Representatives; CHUCK WINDER, President Pro Tempore of the Idaho Senate; THE SIXTY-SEVENTH IDAHO LEGISLATURE, Proposed Intevenor-Defendants, <br><br> Movants-Appellants. | No. 23-35450 <br><br> D.C. No. 1:22-cv-00329-BLW <br> District of Idaho, <br> Boise |

Before:  S.R. THOMAS, Circuit Judge and En Banc Coordinator

The United States' Motion for Leave to File a Reply in Support of the Emergency Motion for Reconsideration En Banc is granted.  The Clerk is directed to file the Reply in Support of the United States' Emergency Motion at Docket Entry No. 65.