BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIAN D. NETTER
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
DANIEL SCHWEI
Special Counsel
JULIE STRAUS HARRIS
EMILY NESTLER
Assistant Branch Directors
LISA NEWMAN
ANNA DEFFEBACH
CHRISTOPHER A. EISWERTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-0568
christopher.a.eiswerth@usdoj.gov

*Counsel for Plaintiff*
United States of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>　　　　　Defendant. | Case No. 1:22-cv-329-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　　　NOTICE IS GIVEN that Christopher A. Eiswerth, co-counsel for Plaintiff United States of America, withdraws as attorney of record for Plaintiff United States of America in the above-captioned matter and requests that his name be removed as attorney of record.

Deputy Assistant Attorney General Brian D. Netter, Special Counsel Daniel Schwei, Assistant Branch Director Julie Straus Harris, and Trial Attorneys Lisa Newman and Anna Deffebach will continue as counsel of record for Defendants.

November 25, 2024          Respectfully submitted,

         */s/ Christopher A. Eiswerth*
         Christopher A. Eiswerth
         Trial Attorney
         U.S. Department of Justice
         Civil Division, Federal Programs Branch
         1100 L St. NW
         Washington, DC 20005
         202-305-0568
         christopher.a.eiswerth@usdoj.gov