BRETT A. SHUMATE
Acting Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
DANIEL SCHWEI
Special Counsel
LISA NEWMAN
ANNA DEFFEBACH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5578
Lisa.n.newman@usdoj.gov

*Counsel for Plaintiff*
United States of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF IDAHO,<br><br>　　　　　　　Defendant. | Case No. 1:22-cv-329-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS GIVEN that Lisa Newman, co-counsel for Plaintiff United States of America, withdraws as attorney of record for Plaintiff United States of America in the above-captioned matter and requests that her name be removed as attorney of record. Special Counsel Daniel Schwei and Trial Attorney Anna Deffebach will continue as counsel of record for Plaintiff.

February 5, 2025　　　　　　　　　　Respectfully submitted,

*/s/ Lisa Newman*
Lisa Newman
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St. NW
Washington, D.C. 20005
202-514-5578
Lisa.n.newman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record.

*/s/ Lisa Newman*
Lisa Newman